IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

LIGHTSPEED MEDIA CORPORATION, )
)
    Plaintiff, )
)
vs. ) No.: 11-L-683
)
JOHN DOE, )
)
    Defendant. )

FILED
ST. CLAIR COUNTY
JUL 1 6 2012
CIRCUIT CLERK

## ORDER

Pursuant to the Order of the Illinois Supreme Court, the Court hereby vacates its order of May 21, 2012 and further allows the motion to quash subpoenas filed by Movants AT&T Internet Services, et al. Case set for status conference on July 20, 2012 at 9:30 am.

July 16, 2012

    c.c.    all counsel for Lightspeed
            all counsel for ISPs herein

                                                 HON. ROBERT P. LeCHIEN

1



# MASORTI & DONALDSON, P.C.

Philip M. Masorti, Esq.

Robert S. Donaldson, Esq.

302 South Burrowes Street
State College, PA 16801
P (814) 234-9500
F (814) 234-8870
www.StateCollegeLawyers.com
Since 1992

Wayne E. Bradburn, Esq.

Marie J. Sullivan, Esq.

July 13, 2012

Circuit Clerk's Office
Attn: Civil
St Clair County Courthouse
Twentieth Judicial Circuit
10 Public Square
Belleville, IL 62220-1623

*via Federal Express only*

FILED
ST. CLAIR COUNTY
JUL 17 2012
*[signature]*
CIRCUIT CLERK

Re:   Lightspeed Media Corporation v. John Doe, *et al*

To Whom it May Concern:

Please find enclosed for filing an original and three (3) copies of an Order, which is intended to formally withdraw *Pro Se* Moving John Doe, Whom Is A Resident Of Pennsylvania And Who Has Windstream Communications As His Internet Carrier.

Kindly file, the original and return the time-stamped copies to be in the enclosed self-addressed stamped envelope.

Please note that I have been designated as the receiving agent in Pennsylvania for the *pro se* John Doe, who has filed the instant Objections and Motion to Quash so that his privacy rights can be maintained.

If you have any questions, comments, or need anything else, please do not hesitate to contact me.

Very truly yours,

*[signature]*
Wayne E. Bradburn, Jr., Esquire

Enclosure

WEB/cls
cc:   Kevin Hoerner, Esquire
      Paul Duffy, Esquire



No. 11 L 683

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS
### LAW DIVISION

| | | |
|---|---|---|
| **LIGHTSPEED MEDIA CORPORATION** | : | |
| | : | No. 11 L 683 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **JOHN DOE**, *et. al.* | : | Jury Trial Demanded |
| | : | |
| **Defendant** | : | |

## ORDER

TO THE CIVIL CLERK'S OFFICE OF THE TWENTIETH JUDICIAL DISTRICT AT THE ST. CLAIR COUNTY COURTHOUSE:

Please withdraw the Objections And Motion To Quash Order To Produce/Subpoena Filed By *Pro Se* Moving John Doe, Whom Is A Resident Of Pennsylvania And Who Has Windstream Communications As His Internet Carrier, which were previously filed of record on April 16, 2012, remove this Motion from the Docket and remove this Motion from the Court Calendar since the involved parties to this Motion have amicably resolved this matter.

RESPECTFULLY SUBMITTED:

By: *Moving John Doe*
    Moving John Doe

Dated: 07/08/2012

No. 11 L 683

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS
LAW DIVISION

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION | : | |
| | : | No. 11 L 683 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JOHN DOE, et. al. | : | Jury Trial Demanded |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within *Praecipe To Withdraw Objections And Motion To Quash Order To Produce/Subpoena Filed By Pro Se Moving John Doe, Whom Is A Resident Of Pennsylvania And Who Has Windstream Communications As His Internet Carrier* was served upon the Plaintiff by depositing the same with the United States Postal Service, **First Class Mail**, postage prepaid, addressed to the following:

Kevin Hoerner, Esquire
Becker, Paulson, Hoerner & Thompson
5111 West Main Street
Belleville, IL 62226

Paul Duffy
Prenda Law, Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601

By: _____
Wayne E. Bradburn, Jr.
Masorti & Donaldson, P.C.
302 S. Borrowes Street
State College, PA 16823
(814) 234-9500
Receiving Agent for
Moving John Doe

07/13/12

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORP., ) | |
| ) | |
| Plaintiff, ) | No. 11 L- 683 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR CLARIFICATION OF COURT ORDER

Counsel for "Charter Account Holder X" hereby respectfully requests that the Court clarify its Order entered on July 16, 2012. In support of the Motion, counsel states as follows:

1. CAH X is an Illinois resident who has received a letter from Charter Communication, LLC, stating that Charter has been required to provide Plaintiffs with identifying information, including, name, phone number, address, e-mail address, and MAC address of certain Charter internet account holders pursuant to a subpoena issued in this case and that Charter intends to provide such identifying information for CAH X unless CAH X objects because Charter's records claim that CAH X's account was identified by, or somehow otherwise associated with, dynamic IP address 24.217.77.67 at a time identified by Plaintiffs in the subject subpoena.

2. By Court order dated April 12, 2012, the Court ruled that all subscribers identified by Charter would have the right to contest and challenge the release of their identifying information if they so chose.

3. Pursuant to the Court's Order, counsel submitted a Motion to Quash and a Memorandum in Support.

4. Several ISP's filed a Rule 383 Motion for a Supervisory Order with the Illinois Supreme Court on or about May 22, 2012.

{00344580-1 26130-001}    1    RECEIVED JUL 3 0 2012

5. Charter did not join in the Rule 383 Motion for a Supervisory Order.

6. On or about June 27, 2012, the Illinois Supreme Court granted the moving ISP's Motion for Supervisory Order and directed the Court to vacate its May 21, 2012 and to allow the "motion to quash subpoenas filed by movants AT&T Internet Services, et al."

7. Pursuant to the Supervisory Order, on July 16, 2012 the Court entered an Order allowing "the motion to quash subpoenas filed by Movants AT&T Internet Services, et al."

8. The issues raised by the ISPs in their Motions to Quash are similar and/or identical to those raised on behalf of CAH X (and Motions to Quash filed on behalf of other ISP subscribers).

9. In light of the similarity of the grounds of the Motions to Quash, it is reasonable that the Court's Order meant to include the Motion to Quash filed on behalf of CAH X.

WHEREFORE, counsel requests that the Court clarify that its July 16, 2012 Order covers the Motion to Quash filed on behalf of Charter Account Holder X, and for whatever further relief the Court deems appropriate under the circumstances.

Respectfully Submitted,

**RIEZMAN BERGER, P.C.**

By: *[signature]*
Charles S. Kramer, IBN 6199917
Paul A. Grote, IBN 6307831
7700 Bonhomme Ave, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
(314) 727-6458 (fax)
Kramer@riezmanberger.com
grote@riezmanberger.com

*Attorneys for Charter Account Holder X*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was placed in the U.S. Mail, postage prepaid, this 27th day of July, 2012, addressed to:

Kevin Hoerner
Becker, Paulson, Hoerner & Thompson, P.C.
Attorneys At Law
5111 West Main Street
Belleville, Illinois 62226

Celestine Dotson
Attorney at Law
300 N. Tucker Blvd.
Suite 301
St. Louis, MO 63101

John D. Seiver
Leslie G. Moylan
Attorneys at Law
1919 Pennsylvania Ave., N.W.
Suite 800
Washington DC 20006

Karen E. Scanlan
Puryear Law PC
3719 Bridge Ave. #6
Davenport, IA 52807

LaToya Berry
422 S. High Street
Belleville, IL 62220

Andrew Gilfoil
Husch Blackwell, LLP
190 Carondelet Plaza, Ste. 600
St. Louis, MO 63101

Andrew G. Toennies
Lashly & Baer, PC
20 E. Main Street
Belleville, IL 6220

Paul Duffy
Prenda Law, Inc.
161 N. Clark Street, Ste. 3200
Chicago, IL 60601

Wilton A. Person
24330 Leski Lane
Plainfield, IL 60585

Ann Hatch
Brian M. Wacker
John G. Beseau
Herzog Crebs LLP
100 N. Boradway, 14th Floor
St. Louis, MO 63102

Michael D. Carter
Horwitz, Horwitz & Associates
25 E. Washington, Suite 900
Chicago, IL 60602

Lauren A. Heischmidt
Blake Law Group, PC
521 West Main Street., Ste. 100
Belleville, IL 62220

Troy A. Bozarth
Beth A. Bauer
HEPLER BROOM LLC
130 N. Main Street
Edwardsville, IL 62025

Andrew J. Rankin
Attorney at Law
1939 Delmar
P.O. Box 735
Granite City, IL 62040

{00344580-1 26130-001} 3

| | |
|---|---|
| Wayne E. Bradburn, Jr.<br>Masorti & Donaldson, PC<br>302 S. Burrows St.<br>State College, PA 16801 | Mark A. Pogue<br>Erika J. Lindberg<br>Attorneys at Law<br>2800 Financial Plaza<br>Providence, RI 02903 |
| Charles L. Joley<br>Laura Beasley<br>Joley, Nussbaumer, Oliver, Dickerson & Beasley<br>8 East Washington Street<br>Belleville, IL 62220 | Don Cary Collins<br>Attorney at Law<br>126 W. Main Street<br>Belleville, IL 62220 |
| Yasha Heidari<br>Attorney at Law<br>P.O. Box 79217<br>Atlanta, GA 79217 | Josh Doe<br>Jane Doe<br>c/o 180 Grand Ave., Ste. 700<br>Oakland, CA 94612 |
| Jake Doe<br>c/o 180 Grand Ave., Ste. 700<br>Oakland, CA 94612 | Jason Doe<br>c/o 180 Grand Ave., Ste. 700<br>Oakland, CA 94612 |
| Harper Nieh<br>28314 Plantation Drive NE<br>Atlanta, GA 30324 | Rosemarie Heidenreich Parker<br>12 North State Street<br>P.O. Box 125<br>Freeburg, IL 62243 |
| Benjamin Edwards<br>The Edwards Law Offices<br>P.O. Box 306<br>East St. Louis, IL 62202 | Marshall R. Hoekel<br>Goldson Hoekel, LLC<br>130 East Lockwood Avenue<br>Webster Groves, MO 63119 |

_____Paul A. Sut_____

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY SMITH, ) <br> SBC INTERNET SERVICES, INC., d/b/a ) <br> AT&T INTERNET SERVICES, ) <br> AT&T CORPORATE REPRESENTATIVE #1, ) <br> COMCAST CABLE COMMUNICATIONS, ) <br> LLC and COMCAST CORPORATE ) <br> REPRESENTATIVE #1, ) <br> ) <br> Defendants. ) <br> ) | FILED <br> ST. CLAIR COUNTY <br> AUG 0 3 2012 <br><br> Case No. 11-L-683 <br><br> Jury Trial Demanded |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Comes Now Plaintiff, Lightspeed Media Corporation, by and through its attorneys, Becker, Paulson, Hoerner & Thompson, P.C. and moves this Court for an order allowing it to file its First Amended Complaint *instanter*.

Respectfully submitted,
LIGHTSPEED MEDIA CORPORATION

DATED: August 3, 2012

By: /s/ Kevin T. Hoerner

Kevin T. Hoerner (Bar No. 06196686)
Becker, Paulson, Hoerner & Thompson P.C.
5111 W. Main Street
Bellville, Illinois 62226
(618) 235-0020
*Counsel for Plaintiff*

SO ORDERED: _____

DATED: 8/3/2012