UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  12-cv-889 WDS-SCW |
| | ) | |
| ANTHONY SMITH, | ) | |
| SBC INTERNET SERVICES, INC. d/b/a | ) | |
| AT&T INTERNET SERVICES, | ) | |
| AT&T CORPORATE REPRESENTATIVE #1, | ) | |
| COMCAST CABLE COMMUNICATIONS, | ) | |
| LLC and COMCAST CORPORATE | ) | |
| REPRESENTATIVE #1, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

SBC Internet Services, Inc. is wholly owned by AT&T Teleholdings, Inc., which is wholly owned by AT&T Inc.   No publicly held company owns 10% or more of the stock of AT&T Inc.

Respectfully submitted,

 /s/ Troy A. Bozarth
Troy A. Bozarth – 06236748
tab@heplerbroom.com
HEPLERBROOM LLC
130 North Main Street
Edwardsville, IL   62025
(618) 656-0184


Bart W. Huffman
LOCKE LORD LLP
100 Congress Avenue, Suite 300
Austin, TX 78701
(512) 305-4700
*Pro hac vice application forthcoming*

*Attorneys for SBC Internet Services, Inc.
d/b/a AT&T Internet Services*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of August 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.  I hereby certify that I served the foregoing document by causing a true and correct copy of it to be served, via U.S. mail with postage prepaid on August 9, 2012, to the persons listed on the service list below:

  Kevin T. Hoerner        Paul Duffy
  Becker, Paulson, Hoerner     Prenda Law, Inc.
    & Thompson, P.C.       161 N. Clark Street, Suite 3200
  5111 W. Main Street       Chicago, IL 60601
  Belleville, IL 62226

                _/s/ Troy A. Bozarth_____
                   Troy A. Bozarth