UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION | ) | |
| *Plaintiff,* | ) ) ) ) | |
| v. | ) ) ) | Case No. 3:12-cv-00889-WDS-SCW |
| | ) ) | Removed from the Circuit Court of St. Clair County, IL Case No. 11-L-683 |
| ANTHONY SMITH, SBC INTERNET SERVICES, INC., d/b/a AT&T INTERNET SERVICES, AT&T CORPORATE REPRESENTATIVE #1, COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CORPORATE REPRESENTATIVE #1 | ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## CONSENT TO REMOVAL

Defendants Comcast Cable Communications, LLC, and Comcast Corporate Representative #1 (collectively "Comcast"), hereby consent to and join in the Notice of Removal of *Lightspeed v. Smith, et al.*, No. 11-L-683, from the Twentieth Judicial Circuit Court, St. Clair County, Illinois, to this Court, filed by SBC Internet Services, Inc. d/b/a AT&T Internet Services on August 9, 2012. Comcast does not waive any of its defenses.

Dated: August 13, 2012     By their attorneys,

/s/ Andrew G. Toennies
Andrew G. Toennies                    #6212112
**LASHLY & BAER, P.C.**
20 East Main Street
Belleville, Illinois 62220-1602
(618) 233-5587

*Counsel for Comcast Cable Communications, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012 the foregoing was filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Paul Duffy, Esq.
Prenda Law
161 N. Clark Street, Suite 3200
Chicago, IL 60601

Kevin T. Hoerner
Becker, Paulson, Hoerner
 & Thompson, P.C.
5111 W. Main Street
Belleville, IL 62226

/s/ Andrew G. Toennies