UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION ) | |
| ) | |
| *Plaintiff,* ) | |
| vs. ) | |
| ) | Case No. 3:12-cv-00889-WDS-SCW |
| ANTHONY SMITH, ) | |
| SBC INTERNET SERVICES, INC., d/b/a ) | |
| AT&T INTERNET SERVICES, ) | |
| AT&T CORPORATE REPRESENTATIVE #1, ) | |
| COMCAST CABLE COMMUNICATIONS, ) | |
| LLC and COMCAST CORPORATE ) | |
| REPRESENTATIVE #1 ) | |
| ) | |
| *Defendants.* ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Comcast Cable Communications, LLC is wholly owned by Comcast Holdings Corporation which is wholly owned by Comcast Corporation, whose stock is publicly traded. No publicly held company owns 10% or more of the stock of Comcast Corporation.

Dated: August 13, 2012

By their attorneys,

/s/ Andrew G. Toennies
Andrew G. Toennies                    #6212112
**LASHLY & BAER, P.C.**
20 East Main Street
Belleville, IL  62220-1602
(618) 233-5587

*Of counsel:*
John D. Seiver
Leslie G. Moylan
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave., N.W., Suite 800
Washington, D.C.  20006
(202) 973-4200

*Counsel for Comcast Cable Communications, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2012 the foregoing was filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Paul Duffy, Esq.
Prenda Law
161 N. Clark Street, Suite 3200
Chicago, IL  60601

Kevin T. Hoerner
Becker, Paulson, Hoerner
  & Thompson, P.C.
5111 W. Main Street
Belleville, IL  62226

                                        /s/ Andrew G. Toennies