IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-CV-889-WDS |
| ) | |
| ANTHONY SMITH, ) | |
| SBC INTERNET SERVICES, INC., ) | |
| *doing business as* AT&T Internet Services, ) | |
| AT&T CORPORATE ) | |
| REPRESENTATIVE #1, ) | |
| COMCAST CABLE ) | |
| COMMUNICATIONS, LLC, and ) | |
| COMCAST CORPORATE ) | |
| REPRESENTATIVE #1, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF RECUSAL

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. Through random draw, the Clerk of the Court has reassigned this case to Judge G. Patrick Murphy. All further documents filed shall bear case number 12-CV-889-GPM.

IT IS SO ORDERED.

DATE: <u>August 14, 2012</u>

/s/ WILLIAM D. STIEHL
DISTRICT JUDGE