UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>ANTHONY SMITH, SBC INTERNET )<br>SERVICES, INC., d/b/a AT&T INTERNET )<br>SERVICES, AT&T CORPORATE )<br>REPRESENTATIVE #1, COMCAST )<br>CABLE COMMUNICATIONS, LLC and )<br>COMCAST CORPORATE )<br>REPRESENTATIVE #1 )<br>)<br>*Defendants*. ) | Case No. 3:12-cv-00889-WDS-SCW<br><br>Removed from the Circuit Court of<br>St. Clair County, IL Case No. 11-L-683<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

**COMES NOW** Andrew G. Toennies of Lashly & Baer, P.C., and hereby enters his appearance on behalf of Defendant Comcast Cable Communications, LLC.

Dated: August 14, 2012          By their attorneys,

/s/ Andrew G. Toennies
Andrew G. Toennies                    #6212112
**LASHLY & BAER, P.C.**
20 East Main Street
Belleville, Illinois 62220-1602
(618) 233-5587

*Counsel for Comcast Cable
Communications, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2012 the foregoing was filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Paul Duffy, Esq.
Prenda Law
161 N. Clark Street, Suite 3200
Chicago, IL 60601

Kevin T. Hoerner
Becker, Paulson, Hoerner
  & Thompson, P.C.
5111 W. Main Street
Belleville, IL 62226

                                     /s/ Andrew G. Toennies