UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION<br><br>*Plaintiff,*<br><br>v.<br><br>ANTHONY SMITH, SBC INTERNET SERVICES, INC., d/b/a AT&T INTERNET SERVICES, AT&T CORPORATE REPRESENTATIVE #1, COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CORPORATE REPRESENTATIVE #1<br><br>*Defendants.* | Case No. 3:12-cv-00889-WDS-SCW<br><br>Removed from the Circuit Court of St. Clair County, IL Case No. 11-L-683<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

**COMES NOW** Andrew G. Toennies of Lashly & Baer, P.C., and hereby enters his appearance on behalf of Defendant Comcast Corporate Representative #1.

Dated: August 16, 2012

By their attorneys,

/s/ Andrew G. Toennies
Andrew G. Toennies                    #6212112
**LASHLY & BAER, P.C.**
20 East Main Street
Belleville, Illinois 62220-1602
(618) 233-5587

*Counsel for Comcast Cable Communications, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2012 the foregoing was filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Paul Duffy, Esq.
Prenda Law
161 N. Clark Street, Suite 3200
Chicago, IL 60601

Kevin T. Hoerner
Becker, Paulson, Hoerner
  & Thompson, P.C.
5111 W. Main Street
Belleville, IL 62226

                                            /s/ Andrew G. Toennies