# EXHIBIT L

Case 3:12-cv-00889-GPM-SCW   Document 9-12   Filed 08/16/12   Page 1 of 2   Page ID #1650

**READ AT ONCE**

**NOTICE REGARDING
ALLEGED HACKING ACTIVITY
FROM YOUR INTERNET ACCOUNT**

A legal document called a complaint has been filed in a lawsuit that is currently pending before the U.S. District Court for the Southern District of Illinois. The allegations in the Complaint include allegations that your Internet account was associated with hacking activity with respect to websites owned by the Plaintiff, Lightspeed Media Corporation.

The Plaintiff does not know the actual names or addresses of these people, but only the Internet Protocol address ("IP address") of the computer associated with the allegedly illegal activity. The Plaintiff has sought leave to issue subpoenas to various Internet Service Providers to determine the identity of the subscribers of these IP addresses.

If you are receiving this notice, that means the Plaintiff has asked your Internet Service Provider to distribute this notice and is demanding that you cease and desist from any hacking activity that you may be engaged in. Further, Plaintiff has demanded that you take reasonable steps to secure your Internet connection against any hacking activities and preserve all evidence. If you fail to preserve evidence Plaintiff might amend its complaint to add a "spoliation of evidence" claim against you.

This is a civil lawsuit, not a criminal case. You have not been charged with any crime. If the Plaintiff receives your identification information from your Internet Service Provider, you may be added as a named defendant to its lawsuit.

This notice is intended to inform you of some of your rights and options. It does not provide legal advice. If you would like legal advice, you should consult an attorney. To help you find a lawyer, the American Bar Association's "Consumers' Guide to Legal Help" can be found on the Internet at http://apps.americanbar.org/legalservices/findlegalhelp/home.cfm.

If you are interested in discussing this matter with the Plaintiff's attorneys, you may contact them by telephone at (312) 880-9160, by fax at (312) 893-5677 or by email at info@wefightpiracy.com. Please understand that these lawyers represent the company that has requested your identifying information in connection with the lawsuit and may have interests adverse to yours. You should be aware that if you contact them they may learn your identity, and that anything you say to them can later be used against you in court.

You should not call the Court.