# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:12-cv-00889-GPM-SCW |
| Smith, et al. ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  SBC Internet Services, Inc.; AT&T Corporate Representative No.1 .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Texas, California, and New York . The state and federal bar numbers issued to me are:  00790930 (TX); 202205 (CA); 2910644 (NY) .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Aug 17, 2012
Date

Signature of Movant

100 Congress Ave, Suite 300
Street Address

Bart W. Huffman
Printed Name

Austin, TX 78701
City, State, Zip