UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>ANTHONY SMITH, SBC INTERNET )<br>SERVICES, INC., d/b/a AT&T INTERNET )<br>SERVICES, AT&T CORPORATE )<br>REPRESENTATIVE #1, COMCAST )<br>CABLE COMMUNICATIONS, LLC and )<br>COMCAST CORPORATE )<br>REPRESENTATIVE #1 )<br>)<br>*Defendants*. | Case No. 3:12-cv-00889-WDS-SCW<br><br>Removed from the Circuit Court of<br>St. Clair County, IL Case No. 11-L-683<br><br>**JURY TRIAL DEMANDED** |

## VERIFIED MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1, the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendants Comcast Cable Communications, LLC and Comcast Corporate Representative #1, and, in support thereof, states:

1. I am an attorney licensed to practice law and a member in good standing in the District of Columbia. The state bar number issued to me is: 296418 (District of Columbia).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I request to be admitted pro hac vice before this Court.

Signed on: __8/20/12__             /s/ John D. Seiver

1919 Pennsylvania Ave. NW, #800
Washington, DC  20006-3401          John D. Seiver

                                    John D. Seiver

District of Columbia      )
                          ) SS
City of _Washington_      )

Subscribed and sworn to before me this __20th__ day of August, 2012.

Notary Public

My Commission Expires:

CAROL R. KALTENBAUGH
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2015



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JOHN D. SEIVER**

was on the **17TH** day of **DECEMBER, 1979** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 20, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk