# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION ) | |
| *Plaintiff(s)* ) | |
| v.                             ) | Case Number: 3:12-cv-00889-WDS-SCW |
| ANTHONY SMITH, ET AL.          ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff Lightspeed Media Corporation.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Minnesota. The state and federal bar numbers issued to me are: 0387795.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Aug 20, 2012
Date

*[Signature]*
Signature of Movant

40 South 7th Street
Street Address

Paul Hansmeier
Printed Name

Minneapolis, MN 55402
City, State, Zip