# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Lightspeed Media Corporation | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 12-889-GPM |
| Smith et al | ) | |
| *Defendant(s)* | ) | |

## NOTICE OF STRIKING
## ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 11        DOCUMENT TITLE: Notice of Appearance

One of the following errors/deficiencies has been identified in the document listed above:

☒ **Other: Attorney login and e-filer do not match. Please refer to Section 2.0: page 2.1 of the User's Manual.**

**Notice of Appearance is for Attorney John Steele, but entry was e-filed by Attorney Paul Duffy. Attorney Steele was not added to the case.**

## ACTION TAKEN BY CLERK'S OFFICE

☒ **Docket entry STRICKEN as ordered by the Court**

## ACTION REQUIRED BY FILER

☒ **Document must be re-filed if attorney John Steele wishes to represent Lightspeed Media Corporation.**

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Jo Ann Juengel*

DATE: 8/20/2012        Deputy Clerk

CMECF-03
Rev. 12/10