UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Lightspeed Media Corporation | ) | | |
|---|---|---|---|
| *Plaintiff(s)* | ) | | |
| v. | ) | Case Number: | 12-889-GPM |
| Smith et al | ) | | |
| *Defendant(s)* | ) | | |

# NOTICE OF STRIKING
# ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 15                DOCUMENT TITLE: Motion to Appear Pro Hac Vice

One of the following errors/deficiencies has been identified in the document listed above:

☒ Other: Attorney login and e-filer do mot match.  Please refer to Section 2.0: page 2.1 of the User's Manual.

Attorney requesting Pro Hac Admission is Paul Hansmeier.  Attorney Paul Duffy e-filed the document.

## ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entry STRICKEN as ordered by the Court

## ACTION REQUIRED BY FILER

☒ Document must be re-filed by attorney Paul Hansmeier.  When document is re-filed, please skip pass the fee portion, as the $100.00 has been paid in full and will apply to re-filed motion.

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Jo Ann Juengel*
Deputy Clerk

DATE: 8/20/2012