# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| Lightspeed Media Corporation | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number:  3:12-cv-00889-GPM-SCW |
| Anthony Smith, et al. | ) | |
| *Defendant(s)* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff Lightspeed Media

Corporation.


DATED:  August 20, 2012


/s/John Steele_____
Signature

John Steele_____
Name

Prenda law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601_____
Address

(312) 880-9160_____
Phone Number

(312) 893-5677_____
Fax Number


Rev. 2/11