UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>ANTHONY SMITH, SBC INTERNET )<br>SERVICES, INC., d/b/a AT&T INTERNET )<br>SERVICES, AT&T CORPORATE )<br>REPRESENTATIVE #1, COMCAST )<br>CABLE COMMUNICATIONS, LLC and )<br>COMCAST CORPORATE )<br>REPRESENTATIVE #1 )<br>)<br>*Defendants*. | Case No. 3:12-cv-00889-WDS-SCW<br><br>Removed from the Circuit Court of<br>St. Clair County, IL Case No. 11-L-683<br><br>**JURY TRIAL DEMANDED** |

## **VERIFIED MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.1, the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendants Comcast Cable Communications, LLC and Comcast Corporate Representative #1, and, in support thereof, states:

1. I am an attorney licensed to practice law and a member in good standing in the District of Columbia. The state bar number issued to me is: 296418 (District of Columbia).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I request to be admitted pro hac vice before this Court.

Signed on: __8/20/12__                                  __/s/ John D. Seiver__

<u>1919 Pennsylvania Ave. NW, #800</u>
<u>Washington, DC  20006-3401</u>                         __John D. Seiver__

                                                        __John D. Seiver__

District of Columbia         )
                             ) SS
City of _Washington_         )

Subscribed and sworn to before me this __20th__ day of August, 2012.

                                                        __Carol R. Kaltenbaugh__
                                                        Notary Public

My Commission Expires:

CAROL R. KALTENBAUGH
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2015