# EXHIBIT A

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

FILED
ST. CLAIR COUNTY
JUL 16 2012
CIRCUIT CLERK

LIGHTSPEED MEDIA CORPORATION, )
)
    Plaintiff, )
)
vs. ) No.: 11-L-683
)
JOHN DOE, )
)
    Defendant. )

## ORDER

Pursuant to the Order of the Illinois Supreme Court, the Court hereby vacates its order of May 21, 2012 and further allows the motion to quash subpoenas filed by Movants AT&T Internet Services, et al. Case set for status conference on July 20, 2012 at 9:30 am.

July 16, 2012

    c.c.    all counsel for Lightspeed
             all counsel for ISPs herein

_____
HON. ROBERT P. LeCHIEN