**EXHIBIT C**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS
LAW DIVISION

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) | No.    11 L 683 |
|             Plaintiff, ) | |
|         v. ) | Notice of Subpoenas |
| ANTHONY SMITH, ) | |
| SBC INTERNET SERVICES, INC., d/b/a ) | |
| AT&T INTERNET SERVICES; ) | |
| AT&T CORPORATE REPRESENTATIVE #1; ) | |
| COMCAST CABLE COMMUNICATIONS, ) | |
| LLC., and COMCAST CORPORATE ) | |
| REPRESENTATIVE #1 ) | |
|             Defendants. ) | |

## NOTICE OF SUBPOENAS

Please take notice that the flowing subpoenas, attached hereto, were issued in this matter.

Respectfully Submitted,

PRENDA LAW, INC.

Dated: August 9, 2012

By: _____

Paul A. Duffy, Esq
Prenda Law, Inc
161 N. Clark St. Ste. 3200
Chicago, IL 60601
paduffy@wefightpiracy.com

AUG 1 4 2012      1

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS
LAW DIVISION

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANTHONY SMITH, ) <br> SBC INTERNET SERVICES, INC., d/b/a ) <br> AT&T INTERNET SERVICES; ) <br> AT&T CORPORATE REPRESENTATIVE #1; ) <br> COMCAST CABLE COMMUNICATIONS, ) <br> LLC., and COMCAST CORPORATE ) <br> REPRESENTATIVE #1 ) <br> ) <br> Defendants. ) <br> ) | No.   11 L 683 <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Prenda Law Inc. whose address is 161 N. Clark St. Ste 814, Chicago, IL 60601. I am not a party to the within cause, I am over the age of eighteen years.

I further declare that on August 9, 2012, I served a copy of:

**NOTICE OF SUBPOENAS**

    X    **BY U.S. FIRST CLASS MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with certified postage thereon fully prepaid, addressed as follows, for collection and mailing at a federal post office.

Andrew G. Toennies
LASHLY & BAER, P.C.
20 East Main St.
Belleville, IL 62220

Troy A. Bozarth
Hepler Broom, LLC
130 N. Main St.
Edwardsville, IL 62025

AUG 14 2012

1

Anthony Smith
425 Sycamore St. #B
Collinsville, IL 62234

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 9th day of August, 2012.

__Angela Van Den Hemel__  
(Typed)

__(signature)__  
(Signature)

Subpoena in a Civil Matter (For Testimony and/or Documents)   (This form replaces CCG N006 & CCG N014)   (Rev. 6/25/09) CCG 0106

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LIGHTSPEED MEDIA CORPORATION

Plaintiff/Petitioner

v.

JOHN DOE

Defendant/Respondent

No. 11-L-683

**SUBPOENA IN A CIVIL MATTER**
(For Testimony and/or Documents)

To: Verizon Online, LLC
c/o C T Corporation System
208 S. LaSalle St. Ste. 814, Chicago, IL 60604-1101

☐ 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____
in Room _____, _____, Illinois on _____,
at _____ m.

☐ 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____
in Room _____, _____, Illinois on _____,
at _____ m.

☑ 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Prenda Law, Inc.
at 161 N. Clark St. Ste. 3200, Chicago, IL 60601, on or before September 10, 2012,
at 10:00 am m.
(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):
Provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

☐ Description continued on attached page(s).

YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

Notice to Deponent:
☐ 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

☐ Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

☐ 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____
(Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 6210496   Pro Se 99500
Name: Paul A. Duffy
Atty. for: Lightspeed Media Corporation
Address: 161 N. Clark St. Ste. 3200
City/State/Zip: Chicago, IL 60601
Telephone: 305-397-8558

Issued by: _____ (Signature)
☑ Attorney
☐ Clerk of Court
Date: August 6

☐ I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____
by certified mail, return receipt requested (Receipt # _____) on _____
I paid the witness $ _____ for witness and mileage fees.

☑ I served this subpoena by handing a copy to _____ on _____
I paid the witness $ _____ for witness and mileage fees.

AUG 14 2012

(Signature of Server)   (Print Name)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Subpoena in a Civil Matter (For Testimony and/or Documents)    (This form replaces CCG N006 & CCG N014)    (Rev. 6/25/09) CCG 0106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LIGHTSPEED MEDIA CORPORATION

                                                                       Plaintiff/Petitioner        No. 11-L-683

v.

JOHN DOE

                                                                        Defendant/Respondent

### SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To: Qwest Communications Company, LLC
c/o C T Corporation System
208 S. LaSalle St. Ste. 814, Chicago, IL 60604-1101

☐ 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____
in Room _____, _____, Illinois on _____, _____,
at _____ m.

☐ 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____
in Room _____, _____, Illinois on _____, _____,
at _____ m.

☑ 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Prenda Law, Inc.
at 161 N. Clark St. Ste. 3200, Chicago, IL 60601 , on or before September 10 , 2012 ,
at 10:00 am m.
(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):
Provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

☐ Description continued on attached page(s).
YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.
Notice to Deponent:
☐ 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

☐ Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

☐ 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____
                                                                         (Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 6210496                                    Pro Se 99500
Name: Paul A. Duffy                                  Issued by: _____ Signature
Atty. for: Lightspeed Media Corporation              ☑ Attorney
Address: 161 N. Clark St. Ste. 3200                  ☐ Clerk of Court
City/State/Zip: Chicago, IL 60601
Telephone: 305-397-8558                              Date: August 6

☐ I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____
by certified mail, return receipt requested (Receipt # _____) on _____,
I paid the witness $ _____ for witness and mileage fees.

☑ I served this subpoena by handing a copy to _____ on _____,
I paid the witness $ _____ for witness and mileage fees.

          (Signature of Server)                             (Print Name)     AUG 14 2012
DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Subpoena in a Civil Matter (For Testimony and/or Documents)    (This form replaces CCG N006 & CCG N014)    (Rev. 6/25/09) CCG 0106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LIGHTSPEED MEDIA CORPORATION

v.

JOHN DOE

Plaintiff/Petitioner

Defendant/Respondent

No. 11-L-683

### SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To: Embarq Communications, Inc.
c/o C T Corporation System
208 S. LaSalle St. Ste. 814, Chicago, IL 60604-1101

[ ] 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____.
in Room _____, _____, Illinois on _____,
at _____ m.

[ ] 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____
in Room _____, _____, Illinois on _____,
at _____ m.

[✓] 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Prenda Law, Inc.
at 161 N. Clark St. Ste. 3200, Chicago, IL 60601 , on or before September 10 , 2012 ,
at 10:00 am m.
(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):
Provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

[ ] Description continued on attached page(s).

YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

Notice to Deponent:
[ ] 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

[ ] Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

[ ] 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____.
(Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 6210496         Pro Se 99500
Name: Paul A. Duffy                                        Issued by: _____ /s/ Paul A. Duffy _____
Atty. for: Lightspeed Media Corporation                                              Signature
Address: 161 N. Clark St. Ste. 3200                        [✓] Attorney
City/State/Zip: Chicago, IL 60601                          [ ] Clerk of Court
Telephone: 305-397-8558                                    Date: August 6

[ ] I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____
by certified mail, return receipt requested (Receipt # _____ ) on _____,
I paid the witness $ _____ for witness and mileage fees.

[✓] I served this subpoena by handing a copy to _____ on _____
I paid the witness $ _____ for witness and mileage fees.

AUG 14 2012

(Signature of Server)                                      (Print Name)
DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Subpoena in a Civil Matter (For Testimony and/or Documents)   (This form replaces CCG N006 & CCG N014)   (Rev. 6/25/09) CCG 0106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LIGHTSPEED MEDIA CORPORATION

                                        Plaintiff/Petitioner

v.                                                            No. 11-L-683

JOHN DOE

                                     Defendant/Respondent

### SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To: Verizon Wireless Services, LLC

c/o C T Corporation System

208 S. LaSalle St. Ste. 814, Chicago, IL 60604-1101

[ ] 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____
in Room _____, _____, Illinois on _____, _____
at _____ m.

[ ] 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____
in Room _____, _____, Illinois on _____, _____
at _____ m.

[✓] 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Prenda Law, Inc.
at 161 N. Clark St. Ste. 3200, Chicago, IL 60601, on or before September 10, 2012
at 10:00 am m.
(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):
Provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

[ ] Description continued on attached page(s).

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

Notice to Deponent:

[ ] 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

[ ] Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

[ ] 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____
                                                                                        (Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 6210496                       Pro Se 99500

Name: Paul A. Duffy                                     Issued by: _[signature]_
                                                                                   Signature

Atty. for: Lightspeed Media Corporation                [✓] Attorney

Address: 161 N. Clark St. Ste. 3200                        [ ] Clerk of Court

City/State/Zip: Chicago, IL 60601

Telephone: 305-397-8558                                       Date: August 6

[ ] I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____
by certified mail, return receipt requested (Receipt # _____) on _____
I paid the witness $ _____ for witness and mileage fees.

[✓] I served this subpoena by handing a copy to _____ on _____
I paid the witness $ _____ for witness and mileage fees.

AUG 14 2012

        (Signature of Server)                                                      (Print Name)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Subpoena in a Civil Matter (For Testimony and/or Documents)  (This form replaces CCG N006 & CCG N014)  (Rev. 6/25/09) CCG 0106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LIGHTSPEED MEDIA CORPORATION

Plaintiff/Petitioner

v.

JOHN DOE

Defendant/Respondent

No. 11-L-683

### SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To: SBC Internet Services, Inc d/b/a AT&T Internet Services

c/o C T Corporation System

208 S. LaSalle St. Ste. 814, Chicago, IL 60604-1101

[ ] 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____
in Room _____, _____, Illinois on _____,
at _____ m.

[ ] 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____
in Room _____, _____, Illinois on _____,
at _____ m.

[✓] 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Prenda Law, Inc.
at 161 N. Clark St. Ste. 3200, Chicago, IL 60601, on or before September 10, 2012,
at 10:00 am m.

(THIS IS FOR RECORDS ONLY; THERE WILL BE NO ORAL INTERROGATORIES.):
Provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

[ ] Description continued on attached page(s).

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

Notice to Deponent:

[ ] 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

[ ] Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

[ ] 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____
(Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 6210496    Pro Se 99500

Name: Paul A. Duffy    Issued by: _____ Signature

Atty. for: Lightspeed Media Corporation    [✓] Attorney

Address: 161 N. Clark St. Ste. 3200    [ ] Clerk of Court

City/State/Zip: Chicago, IL 60601

Telephone: 305-397-8558    Date: August 6

[ ] I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____
by certified mail, return receipt requested (Receipt # _____) on _____,
I paid the witness $ _____ for witness and mileage fees.

[✓] I served this subpoena by handing a copy to _____ on _____,
I paid the witness $ _____ for witness and mileage fees.

AUG 14 2012

(Signature of Server)    (Print Name)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Subpoena in a Civil Matter (For Testimony and/or Documents)    (This form replaces CCG N006 & CCG N014)    (Rev. 6/25/09) CCG 0106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LIGHTSPEED MEDIA CORPORATION

v.

JOHN DOE

Plaintiff/Petitioner

Defendant/Respondent

No. 11-L-683

### SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To: Comcast Cable Holdings, LLC

c/o C T Corporation System

208 S. LaSalle St. Ste. 814, Chicago, IL 60604-1101

[ ] 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____
in Room _____, _____, Illinois on _____,
at _____ m.

[ ] 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____
in Room _____, _____, Illinois on _____,
at _____ m.

[✓] 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Prenda Law, Inc.
at 161 N. Clark St. Ste. 3200, Chicago, IL 60601, on or before September 10, 2012,
at 10:00 am m.
(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):
Provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

[ ] Description continued on attached page(s).

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

Notice to Deponent:
[ ] 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

[ ] Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

[ ] 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____
(Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 6210496    Pro Se 99500

Name: Paul A. Duffy

Atty. for: Lightspeed Media Corporation

Address: 161 N. Clark St. Ste. 3200

City/State/Zip: Chicago, IL 60601

Telephone: 305-397-8558

Issued by: _____ Signature

[✓] Attorney
[ ] Clerk of Court

Date: August 6

[ ] I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____
by certified mail, return receipt requested (Receipt # _____) on _____,
I paid the witness $ _____ for witness and mileage fees.

[✓] I served this subpoena by handing a copy to _____ on _____,
I paid the witness $ _____ for witness and mileage fees.

AUG 14 2012

(Signature of Server)    (Print Name)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS