# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY SMITH, SBC INTERNET SERVICES, ) <br> INC., d/b/a AT&T INTERNET SERVICES; AT&T ) <br> CORPORATE REPRESENTATIVE #1; COMCAST ) <br> CABLE COMMUNICATIONS, LLC, and ) <br> COMCAST CORPORATE REPRESENTATIVE #1, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:12-cv-00889-WDS-SCW <br><br> **MOTION OF ATTORNEY** <br> **DAN BOOTH FOR ADMISSION** <br> *PRO HAC VICE* |

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois to appear as counsel of record in this case on behalf of Defendant Anthony Smith. In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the Commonwealth of Massachusetts and the State of New York. The state bar numbers issued to me are 672090 (Massachusetts) and 4533725 (New York).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: September 10, 2012

/s/ Dan Booth  
Dan Booth  
BOOTH SWEET LLP  
32R Essex Street  
Cambridge, MA 02139  
Tel.: (617) 250-8602  
Fax: (617) 250-8883  
Email: dbooth@boothsweet.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(b)

I hereby certify that on this 10th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and provide service upon each.

    /s/ Dan Booth
Dan Booth