IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY SMITH, SBC INTERNET SERVICES, ) <br> INC., d/b/a AT&T INTERNET SERVICES; AT&T ) <br> CORPORATE REPRESENTATIVE #1; COMCAST ) <br> CABLE COMMUNICATIONS, LLC, and ) <br> COMCAST CORPORATE REPRESENTATIVE #1, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:12-cv-00889-WDS-SCW |

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

      The undersigned attorneys, Jason E. Sweet and Dan Booth, hereby enter our appearance as counsel for Defendant Anthony Smith.

Dated: September 10, 2012    Respectfully submitted,

                                                                     /s/ Jason E. Sweet
                                                                    Jason E. Sweet
                                                                      Email: jsweet@boothsweet.com

                                                                      /s/ Dan Booth
                                                                      Dan Booth
                                                                     Email: dbooth@boothsweet.com

                                                                    BOOTH SWEET LLP
                                                                    32R Essex Street
                                                                    Cambridge, MA 02139
                                                                    Tel.: (617) 250-8602
                                                                    Fax: (617) 250-8883