State of Illinois )
                  ) S.S.
County of St. Clair )

Case Number_____ 11-L-683

Amount Claimed_____

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | **VS** | ANTHONY SMITH, SBC INTERNET SERVICES, INC., d/b/a AT&T INTERNET SERVICES, AT&T CORPORATE REPRESENTATIVE #1, COMCAST CORPORATE REPRESENTATIVE #1, and COMCAST CABLE COMMUNICATIONS LLC, |
| Plaintiff(s) | | Defendant(s) |

Classification Prefix _____Code_____ Nature of Action_____Code_____

Pltf. Atty. Kevin T. Hoerner _____Code_____
Address 5111 West Main Street _____
City Belleville _____Phone 235-0020
Add. Pltf. Atty. _____Code_____

    X   **SUMMONS COPY**
To the above named defendant(s). . . . . . :
    X

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

NAME

ADDRESS   Anthony Smith
          425 Sycamore St. #B
          Collinsville, IL 62234

CITY & STATE

☐ **A.** You are hereby summoned and required to appear before this court at

(court location) _____ at _____ M. On_____19____
to answer the complaint in this case, a copy of which is hereto attached.  If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☐ **B.** You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

    **TO THE OFFICER:**
    This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

WITNESS Aug 7 _____19 2012

**SEAL**

Clerk of Court

BY DEPUTY: _____

DATE OF SERVICE: _____,19____
(To be inserted by officer on copy left with defendant or other person)

**NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $15,000- - -SEE REVERSE SIDE**

CC-MR-1