| IP Address | Date/Time (UTC) | Internet Service Provider | Websites Accessed | Files Downloaded |
|---|---|---|---|---|
| 75.132.153.113 | 11/28/2011 16:24 | Charter Communications | www.angelwoods.com<br>www.dirtyaly.com<br>www.ericalightspeed.com<br>www.lightspeedteennetwork.com<br>www.lightspeedtv.com<br>www.sweetdevon.com | /members/content/vids/agl_0001_sunblock1/lsc_ltv_15454-full.wmv<br>/members/content/JOR/L2/lsc-jor-16325-063.jpg<br>/members/content/JOR/L2/lsc-jor-16325-105.jpg<br>/members/content/solo/blue_bed/lsc-aw-15420-064.jpg<br>/members/content/solo/blue_bed/lsc-aw-15420-102.jpg<br>27 more files not listed |


EXHIBIT D