# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 12-889-GPM |
| Smith et al ) | |
| *Defendant(s)* ) | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 42          DOCUMENT TITLE: Reply Brief in Support of Motion to Dismiss

One of the following errors/deficiencies has been identified in the document listed above:

☒ **Other: PDF Document and event do not match. Please refer to Section 4.0: pages 4.6 & 4.7 of the User's Manual.**

**Document was filed as a Response and linked to the Response in Opposition. Document should have been filed as a REPLY to RESPONSE. When this event is chosen, it links the Reply to the original motion.**

## ACTION TAKEN BY CLERK'S OFFICE

☒ **Other: Informational - for reference with future filings**

## ACTION REQUIRED BY FILER

☒ **No further action required by the filer**


NANCY J. ROSENSTENGEL, Clerk of Court


By:  *s/Jo Ann Juengel*
       Deputy Clerk

DATE: 10/17/2012

CMECF-02
Rev. 4/12