IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ANTHONY SMITH, ) | No. 3:12-cv-00889-GPM-SCW |
| SBC INTERNET SERVICES, INC., d/b/a ) | |
| AT&T INTERNET SERVICES; ) | |
| AT&T CORPORATE REPRESENTATIVE #1; ) | |
| COMCAST CABLE COMMUNICATIONS, ) | |
| LLC., and COMCAST CORPORATE ) | |
| REPRESENTATIVE #1 ) | Judge: Hon. G. Patrick Murphy |
| ) | |
| ) | Magistrate: Hon. Stephen C. Williams |
| Defendants. ) | |
| ) | |
| _____ ) | |

## MOTION OF PAUL R. HANSMEIER TO WITHDRAW AS COUNSEL

Pursuant to Southern District of Illinois Local Rule 83.1(g), attorney Paul R. Hansmeier of 40 South 7th Street, Minneapolis, MN 55402, bar number 0387795, requests to be allowed to withdraw as counsel for Plaintiff Lightspeed Media Corporation. Plaintiff Lightspeed Media Corporation is in agreement with this request, and will not be prejudiced by the withdrawal as several other attorneys already represent Plaintiff, including lead counsel, Paul Duffy. The Court should, therefore, grant attorney Paul R. Hansmeier leave to withdraw as counsel for Plaintiff.

                                                                          Respectfully submitted,

                                                                          LIGHTSPEED MEDIA CORPORATION

DATED: November 14, 2012

                                                 By:   /s/ Paul R. Hansmeier
                                                             Paul R. Hansmeier (Bar No. 0387795)
                                                             40 South 7th Street
                                                             Minneapolis, MN 55402
                                                             *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul R. Hansmeier
Paul R. Hansmeier
