IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANTHONY SMITH, | ) No. 3:12-cv-00889-GPM-SCW |
| SBC INTERNET SERVICES, INC., d/b/a | ) |
| AT&T INTERNET SERVICES; | ) |
| AT&T CORPORATE REPRESENTATIVE #1; | ) |
| COMCAST CABLE COMMUNICATIONS, | ) |
| LLC., and COMCAST CORPORATE | ) |
| REPRESENTATIVE #1 | ) Judge: Hon. G. Patrick Murphy |
| | ) Magistrate: Hon. Stephen C. Williams |
| Defendants. | ) |

## MOTION OF JOHN STEELE TO WITHDRAW AS COUNSEL

Pursuant to Southern District of Illinois Local Rule 83.1(g), attorney John Steele of 161 N. Clark St., Suite 3200, Chicago, IL 60601, bar number 6292158, requests to be allowed to withdraw as counsel for Plaintiff Lightspeed Media Corporation. Plaintiff Lightspeed Media Corporation is in agreement with this request, and will not be prejudiced by the withdrawal as another attorney already represents Plaintiff: lead counsel, Paul Duffy. The Court should, therefore, grant attorney John Steele leave to withdraw as counsel for Plaintiff.

Respectfully submitted,

LIGHTSPEED MEDIA CORPORATION

DATED: March 6, 2013

By:   /s/ John Steele
John Steele (Bar No. 6292158)
161 N. Clark St., Suite 3200
Chicago, IL 60601
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ John Steele
John Steele