## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ANTHONY SMITH, | ) | No. 3:12-cv-00889-GPM-SCW |
| SBC INTERNET SERVICES, INC., d/b/a | ) | |
| AT&T INTERNET SERVICES; | ) | |
| AT&T CORPORATE REPRESENTATIVE #1; | ) | |
| COMCAST CABLE COMMUNICATIONS, | ) | |
| LLC., and COMCAST CORPORATE | ) | |
| REPRESENTATIVE #1 | ) | Judge: Hon. G. Patrick Murphy |
| | ) | |
| | ) | Magistrate: Hon. Stephen C. Williams |
| Defendants. | ) | |
| | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

LIGHTSPEED MEDIA CORPORATION

**DATED:** March 21, 2013

By:     /s/ Paul Duffy
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark Street, Suite 3200
        Chicago, IL 60601
        Phone: 312-880-9160
        Fax: 312-893-5677
        E-mail:paduffy@wefightpiracy.com
        *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 21, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


<u>/s/ Paul Duffy</u>
Paul Duffy

3