# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation,<br>*Plaintiff(s)*<br><br>v.<br><br>Anthony Smith, et al,<br>*Defendant(s)* | Case Number:  12-889-GPM-SCW |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 61        DOCUMENT TITLE: Motion for Attorney Fees

One of the following errors/deficiencies has been identified in the document listed above:

☒    Multiple signature format is incorrect.  A document requiring multiple signatures should have **"with consent"** following the name of the non-filing signatory.  **Refer to the User's Manual section 2.0, page 2.1 (Retention & Signature Requirements).**

### ACTION TAKEN BY CLERK'S OFFICE

☒    Other: **Notice of Errors for informational purposes only**.

### ACTION REQUIRED BY FILER

☒    **No further action required by the filer as to this document**.

Dated: April 8, 2013

                                    NANCY J. ROSENSTENGEL, Clerk of Court

                                    By:  *s/ Tammy McMannis*
                                         Deputy Clerk