UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | CASE No. 3:12-CV-00889-GPM-SCW |
| Plaintiff, | |
| v. | Judge: Hon. G. Patrick Murphy |
| ANTHONY SMITH, et al, | Magistrate: Hon. Stephen C. Williams |
| Defendants. | |

**PAUL HANSMEIER'S MOTION TO VACATE OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

Paul Hansmeier ("Hansmeier") hereby moves to vacate the Court's Memorandum and Order granting Defendant Anthony Smith's motion for attorneys' fees or, in the alternative for reconsideration of the order as it relates to Hansmeier, and respectfully submits as follows.

1. Defendant Smith's motion for attorneys' fees was never served on Hansmeier, thus depriving Hansmeier of notice or an opportunity to be heard with respect to the motion.

2. Defendant Smith failed to identify any specific behavior on Hansmeier's part that unreasonably or vexatiously multiplied these proceedings. The Seventh Circuit has instructed that Section 1927 liability is direct, not vicarious and Hansmeier cannot be held liable for the behavior of any other attorney.

3. Defendant Smith has further failed to show how any act of Hansmeier has imposed excess costs on him.

WHEREFORE, Hansmeier asks that this Court vacate its Order granting Defendant Smith's motion for attorney's fees as to him, reconsider its Order as to him, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully Submitted

DATED: October 31, 2012

By: /s/ Paul Hansmeier
Paul Hansmeier (MN Bar No. 387795)
80 S. 8th. St. Ste 900
Minneapolis, MN 55402
612-234-5744

## Certificate of Service

I hereby certify that on this 31st day of October 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Paul Hansmeier