UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | CASE No. 3:12-CV-00889-GPM-SCW |
| Plaintiff, | |
| | Judge: Hon. G. Patrick Murphy |
| v. | |
| | Magistrate: Hon. Stephen C. Williams |
| ANTHONY SMITH, et al, | |
| Defendants. | |

## DECLARATION OF JOHN STEELE

I, John Steele, declare as follows:

1. I was never served or otherwise notified of Defendant Anthony Smith's motion for attorney's fees. I first became aware of the Court's order granting Defendant Smith's motion for attorney's fees via attorney Paul Duffy.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2013

                                                                           s/ John Steele___
                                                                             John Steele