## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

LIGHTSPEED MEDIA CORPORATION,

      Plaintiff,

v.

ANTHONY SMITH, et al,

      Defendants.

CASE No. 3:12-CV-00889-GPM-SCW

Judge: Hon. G. Patrick Murphy

Magistrate: Hon. Stephen C. Williams

## DECLARATION OF JOHN STEELE

I, John Steele, declare as follows:

1. I was never served or otherwise notified of Defendant Anthony Smith's motion for attorney's fees. I first became aware of the Court's order granting Defendant Smith's motion for attorney's fees via attorney Paul Duffy.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2013

_____ s/ John Steele_____
John Steele