IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-cv-00889-GPM-SCW |
| ) | |
| ) | |
| ANTHONY SMITH, et al., ) | Judge: Hon. G. Patrick Murphy |
| ) | |
| Defendants. ) | Magistrate: Hon. Stephen C. Williams |

### MOTION OF KEVIN T. HOERNER TO WITHDRAW AS COUNSEL

Pursuant to Southern District of Illinois Local Rule 83.1(g), attorney Kevin T. Hoerner of Becker, Paulson, Hoerner & Thompson, P.C., 5111 West Main Street, Belleville, Illinois 62226, Illinois Bar No. 06196686, requests to be allowed to withdraw as counsel for Plaintiff Lightspeed Media Corporation. Plaintiff Lightspeed Media Corporation will not be prejudiced by the withdrawal as other counsel of record already represent(s) Plaintiff. The only matters currently pending in this case are [Docs. 66 and 68] Motions to Reconsider or Vacate (filed by Attorneys Hansmeier and Steele) [Doc. 65] the Memorandum and Order allowing [Doc. 61] Defendant Anthony Smith's Motion for Attorney's Fees. Attorney Hoerner has served only as local counsel in this case. The [Doc. 61] Motion for Attorney's Fees is NOT directed against Attorney Hoerner. The Court should, therefore, grant attorney Kevin T. Hoerner leave to withdraw as counsel for Plaintiff.

Respectfully submitted,

DATED: November 6, 2013

By: __s/ Kevin T. Hoerner_____
Kevin T. Hoerner, No. 6196686
**BECKER, PAULSON, HOERNER & THOMPSON P.C.**
5111 West Main Street
Belleville, IL 62226
(618) 235-0020
(618) 235-8558 - Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

s/Kevin T. Hoerner_____
Kevin T. Hoerner