## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | CASE No. 3:12-CV-00889-GPM-SCW |
| Plaintiff, | |
| v. | Judge: Hon. G. Patrick Murphy |
| | Magistrate: Hon. Stephen C. Williams |
| ANTHONY SMITH, et al, | |
| Defendants. | |

### MOTION TO CONTINUE HEARING

By Scheduling Order entered November 5, 2013, the Court set a hearing in this case on the pending motions for November 13, 2013. The undersigned, Paul Hansmeier, has a conflict on that date, namely a previously-scheduled hearing in the U.S. District Court for the District of Minnesota scheduled for 9:30 a.m. on the same morning, and, accordingly, respectfully requests that the hearing be continued and rescheduled. The undersigned will be in depositions on the following two days of the week.

Further, the undersigned is informed that that other subjects to the Court's hearing are also in hearings and proceedings on the relevant dates and times. For example, the undersigned understands that attorney Duffy is involved in trial on November 15, 2013. Further, attorney Steele is involved in depositions on November 14, and November 20, 2013. For all of these reasons, the undersigned respectfully requests that the Court continue the hearing 60 days into the future. The undersigned is informed that the Court is leaving the bench at the end of the month, and does not object to reassignment of the matter to a different District Judge.

                                                Respectfully Submitted

DATED: October 31, 2012

                            By:   /s/ Paul Hansmeier
                                     Paul Hansmeier (MN Bar No. 387795)
                                     80 S. 8th. St. Ste 900
                                     Minneapolis, MN 55402
                                     612-234-5744

### Certificate of Service

     I hereby certify that on this 31st day of October 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                            /s/ Paul Hansmeier