UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | CASE No. 3:12-CV-00889-GPM-SCW |
| Plaintiff, | |
| v. | Judge: Hon. G. Patrick Murphy |
| ANTHONY SMITH, et al, | Magistrate: Hon. Stephen C. Williams |
| Defendants. | |

**PAUL DUFFY'S MOTION TO VACATE OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

Paul Duffy ("Duffy") hereby moves this Court to vacate to vacate or, in the alternative, reconsider the Court's Memorandum and Order (Dkt. 65) granting Defendant Anthony Smith's motion for attorneys' fees. (Dkt 61.) As set forth below, and in the accompanying memorandum which he incorporates by reference into this Motion as though fully set forth herein, states as follows:

1. Defendant Smith's motion does not identify specific acts on the part of Duffy that unreasonably or vexatiously multipled these proceedings. *See FM Indus., Inc. v. Citicorp Credit Servs.*, 614 F.3d 335, 341 (7th Cir. 2010) (Section 1927 liability is direct, not vicarious).

2. Defendant Smith's motion did not show how specific acts on the part of Duffy imposed excess costs upon him. In particular, the emergency motion referenced in Defendant Smith's motion was not directed at Smith; Smith did not respond to it or

attend the emergency hearing; and the hearing occurred before Defendant Smith's lawyers appeared in the case. Thus the motion did not result in a burden to Defendant

WHEREFORE, for the foregoing reasons set forth above and in the accompanying Supporting Memorandum, Duffy respectfully requests that the Court vacate its Order granting Defendant Smith's motion for attorneys; reconsider the Order as it pertains to Duffy; and for any and all further relief that the Court deems to be reasonable and appropriate under the circumstances.

                                    Respectfully Submitted

DATED: November 7, 2013

                              By: /s/ Paul A. Duffy
                                 Paul Duffy (IL Bar No. 6210496)
                                 2 N. LaSalle Street, 13th Floor
                                 Chicago, IL 60602
                                 312-952-6136

## **CERTIFICATE OF SERVICE**

I hereby certify that on this November 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Paul A. Duffy