# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) | |
| Plaintiff, | ) | No.   3:12-cv-00889-WDS-SCW |
| v. | ) | |
| ANTHONY SMITH, | ) | |
| SBC INTERNET SERVICES, INC., d/b/a | ) | |
| AT&T INTERNET SERVICES; | ) | |
| AT&T CORPORATE REPRESENTATIVE #1; | ) | |
| COMCAST CABLE COMMUNICATIONS, | ) | |
| LLC., and COMCAST CORPORATE | ) | |
| REPRESENTATIVE #1 | ) | |
| Defendants. | ) | |

**DECLARATION OF STEVE JONES IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO ORDER DEFENDANTS, AT&T AND COMCAST TO PRODUCE LIMITED DISCOVERY PRIOR TO THE RULE 26(f) CONFERENCE**

I, Steve Jones, declare under penalty of perjury as true and correct that:

1. I am of legal age, under no legal disability and make this declaration based upon my personal knowledge of the facts.

2. I am the Chief Executive Officer, operator and founder of Lightspeed Media Corporation ("Lightspeed").

3. Lightspeed's business operates by providing subscription-based website content to its paying members. The integrity of the business depends on preventing unauthorized access to the members-only areas of its websites.

4. In order to prevent unauthorized access, Lightspeed deploys an anti-hacking system called ProxyPass. This anti-hacking system is effective, but cannot prevent every instance of hacking and unauthorized access. As a result, Lightspeed's websites are repeatedly hacked and the hackers gain unauthorized access to members-only areas of its websites.

5. Through monitoring technology, Lightspeed is able to identify individuals that hack into its websites by their Internet Protocol ("IP") addresses. The Internet Service Providers ("ISPs") that provided these IP addresses to their subscribers are the only entities that can provide Lightspeed with the hackers' true identities. Certain ISPs, such as AT&T and Comcast, have been unwilling to divulge the hacker's identities. Indeed, they have numerous attempts to obstruct Lightspeed in its attempts to ascertain the hacker's identities. They have also been unwilling to help lessen the frequency of the criminal actions of their subscribers against Lightspeed. The hackers continue to be provided with Internet access and AT&T and Comcast continue to be provided with subscription payments.

6. Not every ISP has been obstructionist. Most have provided the identifying information of the subscribers that hacked Lightspeed's websites. Lightspeed has resolved its claims against many of these hackers, but it is also currently involved in litigation with several others of these hackers.

7. Lightspeed's litigation has reduced the number of hackings of its websites, but without the identities of all the hackers, the hackings continue at an epidemic level. In the past two months Lightspeed's websites have been targeted by 9,955 unique hackers worldwide. These hackers have attempted to breach Lightspeed's systems 78,298 times.

8. Because AT&T and Comcast refuse to provide Lightspeed with the identities of the hackers, the hackers know they are effectively immune from liability and have become emboldened in their criminality. The hackers have permanently destroyed Lightspeed's computer systems. The hackers have committed identity theft against Lightspeed and Plaintiff's counsel. The hackers have committed bank fraud against my family. The hackers have even attempted to incite fellow hackers to murder me.

9. AT&T and Comcast maintain subscriber information for only a specific period of time. Each day that passes reduces Lightspeed's ability to prove its case against the hackers and AT&T and Comcast.

10. AT&T and Comcast have indicated that they have already gathered the identifying information of the hackers and are preserving that information until the litigation finishes. AT&T and Comcast have not provided notice to their subscribers that Plaintiff is seeking this information, and they have not provided this information to Plaintiff.

11. Under penalties of perjury as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believe the same to be true.

*Steve Jones* (signature)

Steve Jones