UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTHONY SMITH, ET AL., )<br>)<br>Defendant. ) | Case No.: 12-CV-889 GPM-SCW |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Comcast Cable Communications LLC and Comcast Corporate Representative #1, by and through its undersigned counsel shall call up for hearing its Motion for Attorney's Fees Pursuant to F.R.C.P. 54(d)(2) and 28 U.S.C. § 1927 on Wednesday, November 13, 2013 at 10:00 a.m., at the East St. Louis Courthouse before Judge G. Patrick Murphy.

Respectfully submitted,

By: /s/ *Andrew G. Toennies*
Andrew G. Toennies
LASHLY & BAER, P.C.
20 East Main Street
Belleville, Illinois 62220-1602
(618) 233-5587

John D. Seiver
Ronald G. London
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
(202) 973-4200

*Attorneys for Defendants Comcast Cable Communications, LLC and Comcast Corporate Representative #1*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of November, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic system upon all counsel of record via the Court's CM/ECF system, which it is assumed now re-include Attorneys Hansmeier and Steele in view of their recent motions (Dkts. 66-69), and by mail on Attorneys Hansmeier and Steele as well.

    /s/ *John D. Seiver*
    John D. Seiver