ANDREW J. WAXLER, SBN 113682
WON M. PARK, SBN 194333
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail: wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No. 2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II ]<br><br>**DECLARATION OF BRETT L. GIBBS IN RESPONSE TO THE COURT'S FEBRUARY 27, 2013 ORDER**<br><br>[Complaint Filed: September 27, 2012]<br><br>Date: March 11, 2013<br>Time: 1:30 p.m.<br>Dept: 11<br><br>Trial date: None set |

### DECLARATION OF BRETT L. GIBBS

I, Brett L. Gibbs, declare and state as follows:

1.  I am an attorney at law duly licensed to practice before all of the courts in the State of California and the United States District Court for the Central District of California. I was "Of Counsel" to Prenda Law, Inc., counsel of record for Plaintiffs AF Holdings, LLC ("AF Holdings") and Ingenuity 13, LLC ("Ingenuity") in the actions entitled *AF Holdings, Inc. v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6636-ODW(JCx) ("Case No.

1

6636"), *AF Holdings, Inc. v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6669-ODW(JCx) ("Case No. 6669"), *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6662-ODW(JCx) ("Case No. 6662"), *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6668-ODW(JCx) ("Case No. 6668") and *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-8333-ODW(JCx) ("Case No. 8333" and collectively the "Copyright Litigations"). I have personal knowledge of the facts set forth below, other than those facts that are identified as stated on information and belief which I also believe to be true, and I could and would competently testify to them if called upon to do so.

2. I make this declaration in response to the Court's February 27, 2013 Order.

3. In my Response and Declaration to the Court's February 7, 2013 Order to Show Cause, I referred to "senior members" of the law firms that employed me in an "Of Counsel" relationship. By "senior members" of the law firms, I was not referring to those persons who may have an ownership interest in the law firms, but rather those attorneys who I was informed communicated with the clients, oversaw the litigations on behalf of the law firm's clients, and provided me with instructions and guidelines, which I was informed, originated from the clients. I reported to those senior members.

4. On March 14, 2011, I was contacted and hired by Steele Hansmeier PLLC (hereinafter "S&H") in an "Of Counsel" relationship. During my time with S&H, John Steele and Paul Hansmeier were the attorneys who informed me that they communicated with S&H's clients, oversaw the litigations on behalf of those clients, and provided me with instructions and guidelines, which I was informed, originated from the clients. I reported to Mr. Steele and Mr. Hansmeier.

5. In or around November 2011, I was informed that S&H, and its book of business, had been sold to a Chicago firm, Prenda Law, Inc. ("Prenda"). It is my understanding that the sole principal of Prenda is Paul Duffy. Mr. Duffy's business address is 161 N. Clark Street, Suite 3200, Chicago, IL. The telephone number for Prenda is (800) 380-0840. I was also informed that I would be continuing my work as "Of Counsel" to Prenda and continue in the same role I had with S&H in prosecuting copyright cases. During the course of my work with Prenda, Mr. Steele and Mr. Hansmeier were the attorneys who informed me that they communicated with Prenda's clients, oversaw the litigations on behalf of those clients, and provided me with instructions and guidelines, which I was informed, originated from the clients. I reported to Mr. Steele and Mr. Hansmeier.

6. I was informed that Mr. Steele and Mr. Hansmeier work for or with Livewire Holdings LLC ("Livewire"). According to Livewire's website, its address is 2100 M. St. NW, Suite 170-417, Washington D.C. 20037-1233 and telephone number is (888) 588-WIRE. I am in possession of the personal addresses and telephone numbers for Mr. Steele and Mr. Hansmeier. However, out of an abundance of caution, I did not believe their private addresses and telephone numbers should be disclosed in a publicly filed document. If the Court requests the addresses and telephone numbers, I would request that the information be filed under seal.

7. The Copyright Litigations with respect to AF Holdings related to a copyrighted work entitled "Popular Demand". "Popular Demand" has a valid registered copyright issued by the United States Copyright Office, registered by Heartbreaker Digital LLC ("Heartbreaker") on August 9, 2011 (Popular Demand, Copyright No. PA0001754383). Pursuant to an assignment agreement dated December 20, 2011, Heartbreaker assigned the rights to reproduce and distribute the film, "Popular Demand" to AF Holdings. AF Holdings was, and is, a limited liability company formed under the laws of the Federation of Saint Kitts and Nevis.

1  Based on information and belief, AF Holdings is located at Springates East,
2  Government Road, Charlestown, Nevis. I am informed that Mark Lutz is the CEO
3  of AF Holdings.
4     8.    The Copyright Litigations with respect to Ingenuity 13 were related to
5  copyrighted works entitled "A Peek Behind the Scenes at a Show" and "Five Fan
6  Favorites". "A Peek Behind the Scenes at a Show" has a valid registered copyright
7  issued by the United States Copyright Office, registered by Ingenuity 13 on August
8  24, 2012 (A Peek Behind the Scenes at a Show, Copyright No. PA0001802629).
9  "Five Fan Favorites" has a valid registered copyright issued by the United States
10 Copyright Office, registered by Ingenuity 13 on May 29, 2012 (Five Fan Favorites,
11 Copyright No. PA0001791654). Ingenuity 13 was, and is, a limited liability
12 company formed under the laws of the Federation of Saint Kitts and Nevis. Based
13 on information and belief, Ingenuity 13 is located at Springates East, Government
14 Road, Charlestown, Nevis. I am informed that Mark Lutz is the CEO of Ingenuity
15 13.
16    9.    I believe that Mr. Lutz is living and working from Las Vegas, NV. I
17 am informed that Mr. Lutz also works for Livewire. According to Livewire's
18 website, its address is 2100 M. St. NW, Suite 170-417, Washington D.C. 20037-
19 1233 and telephone number is (888) 588-WIRE. I am not possession of Mr. Lutz's
20 personal address. I am in possession of Mr. Lutz's personal telephone number.
21 However, out of an abundance of caution, I did not believe Mr. Lutz's private
22 telephone number should be disclosed in a publicly filed document. If the Court
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4

requests the telephone number, I would request that the information be filed under seal.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on the 1st day of March 2013, in Mill Valley, California.

BRETT L. GIBBS