Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | No. 3:12-cv-01519-BTM-BLM |
| Plaintiff, | ) | NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION |
| v. | ) | |
| CHRIS ROGERS, | ) | |
| Defendant. | ) | |

NOTICE OF CHANGE IN ATTORNEY CONTACT INFORMATION

PLEASE TAKE NOTICE that the email address for Plaintiff's attorney Paul Duffy is now paduffy@wefightpiracy.com. The correction is reflected at the beginning of this pleading and in the signature block below.

Respectfully Submitted,

ANTI-PIRACY LAW GROUP

By:     /s/ Paul Duffy

Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on February 5, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Paul Duffy
Paul Duffy