IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-889-GPM-SCW |
| | ) | |
| ANTHONY SMITH, SBC INTERNET SERVICES, INC., d/b/a AT&T INTERNET SERVICES, AT&T CORPORATE REPRESENTATIVE #1, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CORPORATE REPRESENTATIVE #1, | ) ) ) ) ) ) ) ) | Removed from the Circuit Court of St. Clair County, IL Case No. 11-L-683 |
| *Defendants*. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T"), by and through its undersigned counsel shall call up for hearing its Motion for Attorneys' Fees Pursuant to F.R.C.P. 54(d)(2) and 28 U.S.C. § 1927 on Wednesday, November 13, 2013 at 10:00 a.m., at the East Louis Courthouse before Judge G. Patrick Murphy.

Respectfully submitted,

/s/ Troy A. Bozarth_____
Troy A. Bozarth – 06236748
tab@heplerbroom.com
HEPLERBROOM LLC
130 North Main Street
Edwardsville, IL   62025
(618) 656-0184

Bart W. Huffman
LOCKE LORD LLP
100 Congress Avenue, Suite 300
Austin, TX 78701
(512) 305-4700
*Admitted pro hac vice*

*Attorneys for SBC Internet Services, Inc.
d/b/a AT&T Internet Services*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic system upon all counsel of record via the Court's CM/ECF system, which it is assumed now re-include Attorneys Hansmeier and Steele in view of their recent motions (ECF Nos. 66-69), and by mail on Attorneys Hansmeier and Steele as well.

/s/ Troy A. Bozarth_____
Troy A. Bozarth