# AIPLA

# Report of the Economic Survey

## 2013

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

# Private Firm, Associate

**Average hourly billing rate in 2012 (Q35)**

*Private Firm, Associate*

| | | Number of Individuals | Average hourly billing rate in 2012 | | | |
|---|---|---|---|---|---|---|
| | | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 356 | $339 | $240 | $305 | $400 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 124 | $271 | $200 | $250 | $317 |
| | 5-6 | 70 | $330 | $249 | $310 | $394 |
| | 7-9 | 57 | $347 | $275 | $325 | $400 |
| | 10-14 | 49 | $419 | $305 | $395 | $550 |
| | 15-24 | 27 | $422 | $305 | $395 | $500 |
| | 25-34 | 11 | $539 | $390 | $526 | $725 |
| | 35 or More | 8 | $508 | $331 | $548 | $638 |
| Location | Boston CMSA | 16 | $407 | $330 | $392 | $478 |
| | NYC CMSA | 34 | $442 | $315 | $407 | $568 |
| | Philadelphia CMSA | 10 | $361 | $289 | $343 | $441 |
| | Washington, DC CMSA | 63 | $373 | $285 | $340 | $450 |
| | Other East | 22 | $278 | $234 | $255 | $301 |
| | Metro Southeast | 14 | $343 | $200 | $324 | $414 |
| | Other Southeast | 16 | $264 | $226 | $250 | $328 |
| | Chicago CMSA | 22 | $365 | $269 | $335 | $448 |
| | Minne.-St. Paul PMSA | 17 | $287 | $223 | $250 | $339 |
| | Other Central | 54 | $254 | $208 | $243 | $285 |
| | Texas | 21 | $391 | $275 | $381 | $518 |
| | Los Angeles CMSA | 13 | $389 | $255 | $395 | $503 |
| | San Francisco CMSA | 12 | $460 | $321 | $513 | $576 |
| | Other West | 42 | $274 | $199 | $250 | $346 |
| IP Technical Specialization (>=50%) | Biotechnology | 23 | $345 | $260 | $325 | $415 |
| | Chemical | 22 | $344 | $250 | $315 | $395 |
| | Computer Software | 47 | $358 | $240 | $345 | $405 |
| | Electrical | 35 | $300 | $225 | $260 | $350 |
| | Mechanical | 64 | $277 | $225 | $250 | $315 |
| | Medical/Health Care | 15 | $325 | $225 | $300 | $395 |
| | Pharmaceutical | 13 | $387 | $320 | $370 | $488 |
| | Other areas | 3 | $478 | ISD | $550 | ISD |
| Age | Younger than 35 | 111 | $287 | $210 | $250 | $340 |
| | 35-39 | 100 | $332 | $250 | $320 | $393 |
| | 40-44 | 71 | $371 | $275 | $350 | $450 |
| | 45-49 | 28 | $357 | $261 | $333 | $440 |
| | 50-54 | 15 | $368 | $280 | $350 | $445 |
| | 55-59 | 11 | $403 | $250 | $360 | $450 |
| | 60 or Older | 18 | $474 | $303 | $513 | $603 |
| Gender | Male | 285 | $344 | $240 | $315 | $408 |
| | Female | 68 | $312 | $226 | $280 | $383 |
| Highest Non-Law Degree | Bachelor's Degree | 229 | $330 | $230 | $295 | $398 |
| | Master's Degree | 76 | $349 | $260 | $328 | $400 |
| | Doctorate Degree | 41 | $359 | $278 | $325 | $420 |
| Ethnicity | White/Caucasian | 304 | $337 | $240 | $300 | $400 |
| | Black/African American | 4 | $405 | $285 | $383 | $548 |
| | Hispanic/Latino | 5 | $378 | $297 | $350 | $473 |
| | Asian/Pacific Islander | 26 | $326 | $250 | $315 | $403 |
| | Blended | 5 | $348 | $220 | $240 | $530 |
| | Other | 3 | $313 | ISD | $325 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 12 | $223 | $176 | $200 | $265 |
| | 3-5 | 28 | $278 | $218 | $249 | $316 |
| | 6-10 | 43 | $310 | $240 | $275 | $390 |
| | 11-25 | 70 | $308 | $248 | $293 | $376 |
| | 26-50 | 79 | $334 | $225 | $325 | $400 |
| | 51-100 | 48 | $398 | $300 | $375 | $453 |
| | 101-150 | 31 | $351 | $255 | $310 | $455 |
| | More than 150 | 35 | $452 | $345 | $405 | $595 |