# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY SMITH, SBC INTERNET SERVICES, ) <br> INC., d/b/a AT&T INTERNET SERVICES; AT&T ) <br> CORPORATE REPRESENTATIVE #1; COMCAST ) <br> CABLE COMMUNICATIONS, LLC, and ) <br> COMCAST CORPORATE REPRESENTATIVE #1, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:12-cv-00889-GPM-SCW <br><br> **NOTICE OF HEARING** |

PLEASE TAKE NOTICE that Defendant Anthony Smith, by and through his undersigned counsel, shall call up for hearing his Itemization of Attorney's Fees on Wednesday, November 13, 2013 at 10:00 a.m., at the East St. Louis Courthouse before Judge G. Patrick Murphy.

Dated: November 8, 2013       Respectfully,

                                         /s/ Dan Booth
                                       Dan Booth (admitted *pro hac vice*)
                                       Email: dbooth@boothsweet.com

                                       /s/ Jason Sweet
                                       Jason E. Sweet (admitted *pro hac vice*)
                                       Email: jsweet@boothsweet.com

                                       BOOTH SWEET LLP
                                       32R Essex Street
                                       Cambridge, MA 02139
                                       Tel.: (617) 250-8602
                                       Fax: (617) 250-8883

                                       *Counsel for Defendant Anthony Smith*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(b)

I hereby certify that on this 8th day of November, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and provide service upon each; it is now assumed such service shall also be made thereby to John Steele and Paul Hansmeier in light of their recent motions, and I shall also serve the foregoing upon John Steele and Paul Hansmeier by mail.

  /s/ Dan Booth
Dan Booth