# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

---

LIGHTSPEED MEDIA CORPORATION,       CASE No. 3:12-CV-00889-GPM-SCW

     Plaintiff,

                                  Judge: Hon. G. Patrick Murphy

v.

                                  Magistrate: Hon. Stephen C. Williams

ANTHONY SMITH, et al,

     Defendants.

---

### NOTICE OF INTENTION TO RESPOND
### TO DEFENDANT ANTHONY SMITH'S ITEMIZATION OF ATTORNEY'S FEES

      Paul Hansmeier gives Notice to the Court that he will file a Response to Defendant

Anthony Smith's Itemization for Attorney's fees (ECF No. 84) on or before the due date of

November 22, 2013.


                                Respectfully Submitted

DATED: November 10, 2013

                         By:     /s/ Paul Hansmeier_____
                                        Paul Hansmeier (MN Bar No. 387795)
                                        80 S. 8th. St. Ste 900
                                        Minneapolis, MN 55402
                                        612-234-5744

### Certificate of Service

      I hereby certify that on this 10th day of November 2013, I electronically filed the
foregoing document with the Clerk of the Court using the CM/ECF system which will send
notification of such filing to all attorneys of record.

                                      /s/ Paul Hansmeier