# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation<br>*Plaintiff(s)*<br><br>v.<br><br>Smith et al<br>*Defendant(s)* | Case Number:  12-889-GPM-SCW |

## NOTICE OF STRIKING
## ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBERS: 81, 84 & 85     DOCUMENT TITLE: Response in Opposition; Motion for Attorney Fees; Notice

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other:  Documents contain multiple signatures.  See Section 2.1 of the April, 2006 CM/ECF User's Manual.  Documents requiring multiple signatures may be electronically filed either by : (1) representing the filer's own signature with the "s/" and certifying that each of the other signatories has expressly agreed to the form and substance of the document; or (2) submitting a scanned document containing the original signatures. For example:

s/Jane Doe            s/John Smith (with consent)        ***N.E. Signature***
(Scanned original signature;
original retained by filer)

### ACTION TAKEN BY CLERK'S OFFICE

☒     Docket entries STRICKEN as ordered by the Court

### ACTION REQUIRED BY FILER

☒     Document must be re-filed affixing the appropriate signatures

Dated: November 12, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By:  *s/ Kailyn Kramer*
Deputy Clerk