# Booth Sweet LLP

32R Essex Street • Cambridge, MA 02139
**Phone**: 617.250.8602 | **Fax**: 617.250.8883

**Matter**
*Lightspeed Media v. Anthony Smith, et al*, 3:12-cv-00889-GPM-SCW (S.D. Ill. 2012)

## ACCOUNT STATEMENT

| | | |
|---|---|---:|
| **Prepared for:** Anthony Smith | **Previous Invoice Amount** | $0.00 |
| | **Last Payment Received** | $0.00 |
| | **Previous Balance** | $0.00 |
| **RE:** *Lightspeed Media v. Anthony Smith* | **Current Charges** | $72,367.00 |
| | **Total Due** | $72,367.00 |

# Booth Sweet LLP

32R Essex Street • Cambridge, MA 02139
**Phone**: 617.250.8602 | **Fax**: 617.250.8883

**Matter**
*Lightspeed Media v. Anthony Smith, et al*, 3:12-cv-00889-GPM-SCW (S.D. Ill. 2012)

**INVOICE**

| | | |
|---|---|---|
| **Prepared for:** Anthony Smith | **Invoice Date** | November 06, 2013 |
| **RE:** *Lightspeed Media v. Anthony Smith* | **Invoice Number** | Pre-bill |
| | **Invoice Amount** | $72,367.00 |

| Attorney | Identifier | Hourly Rate |
|---|---|---|
| Dan Booth, Partner | D.B. | $409.00 |
| Jason Sweet, Partner | J.S. | $409.00 |
| Brian Vogler, Associate | B.V. | $200.00 |

**Attorney's Fees**

| | | | | |
|---|---|---|---|---|
| 8/28/2012 | Confer: call with Tony Smith regarding case and representation. | J.S. | 0.60 | $245.40 |
| 8/29/2012 | Obtain and Review: complaint and summons. | J.S. | 1.00 | $409.00 |
| 8/29/2012 | Confer: with Smith scope of representation and case. | J.S. | 0.20 | $81.80 |
| 8/29/2012 | Research: litigation privilege. | D.B. | 1.25 | $511.25 |
| 8/29/2012 | Research: response date for removed state/federal actions and proper service. | D.B. | 0.50 | $204.50 |
| 8/29/2012 | Review: complaint, summons and pleadings to date. | D.B. | 0.90 | $368.10 |
| 8/29/2012 | Research: issue of attorney's fees. | D.B. | 1.00 | $300.00 |

| | | | | |
|---|---|---|---|---|
| 8/30/2012 | Draft: memo re: *Rosciszewski*/attorney's fees. | D.B. | 1.10 | $449.90 |
| 8/30/2012 | Research: attorney's fees. | D.B. | 2.30 | $940.70 |
| 8/31/2012 | Draft: outline key arguments for a motion to dismiss. | D.B. | 1.00 | $409.00 |
| 9/4/2012 | Research: CFAA claims under Illinois law. | D.B. | 2.00 | $818.00 |
| 9/4/2012 | Draft: facts section for motion to dismiss. | D.B. | 3.00 | $1,227.00 |
| 9/4/2012 | Draft: Lightspeed Media Corp. facts for motion to dismiss. | D.B. | 1.70 | $695.30 |
| 9/4/2012 | Research: Lightspeed Media, Arcadia and THIEF software and prior ties to Prenda. | J.S. | 3.20 | $1,308.80 |
| 9/5/2012 | Confer: with Smith, case strategy and scope of representation. | J.S. | 0.20 | $81.80 |
| 9/5/2012 | Research: preemption of claims under the Copyright Act. | D.B. | 6.50 | $2,658.50 |
| 9/5/2012 | Review: most recent ISP pleadings. | J.S. | 1.00 | $409.00 |
| 9/6/2012 | Research and Draft: standard of review for motion to dismiss. | D.B. | 2.00 | $818.00 |
| 9/6/2012 | Draft: facts section re: individual claims for motion to dismiss. | D.B. | 1.25 | $511.25 |
| 9/6/2012 | Research: proper jurisdiction. | D.B. | 0.50 | $204.50 |
| 9/6/2012 | Research and Draft: motion to dismiss re: conversion claims. | D.B. | 1.50 | $613.50 |
| 9/6/2012 | Research: ITSA preemption. | D.B. | 0.50 | $204.50 |

| | | | | |
|---|---|---|---|---|
| 9/6/2012 | Research and Draft: motion to dismiss re: unjust enrichment claims. | D.B. | 1.00 | $409.00 |
| 9/7/2012 | Confer: with Smith re: case status. | J.S. | 0.20 | $81.80 |
| 9/7/2012 | Review and Draft: motion for extension of time to answer. | J.S. | 0.40 | $163.60 |
| 9/7/2012 | ECF registration. | D.B. | 0.30 | $122.70 |
| 9/7/2012 | Review: motions to dismiss made by other defendants. | D.B. | 1.25 | $511.25 |
| 9/7/2012 | Draft: motion for extension of time to respond. | D.B. | 2.50 | $1,022.50 |
| 9/10/2012 | Draft: *pro hac* motions, notice of appearance and motion for extension of time. | D.B. | 2.20 | $899.80 |
| 9/10/2012 | Research and Draft: preemption section of motion to dismiss. | D.B. | 2.00 | $818.00 |
| 9/10/2012 | Research: preemption of individual claims. | D.B. | 2.75 | $1,124.75 |
| 9/10/2012 | File: motions extension for time, *pro hac* and notice of appearance. | D.B. | 0.20 | $81.80 |
| 9/11/2012 | Review: Lightspeed's response to motion to dismiss in *Shashek*. | J.S. | 0.40 | $163.60 |
| 9/11/2012 | Research: CFAA claim elements. | D.B. | 3.50 | $1,431.50 |
| 9/11/2012 | Review: Lightspeed's response to motion to dismiss in *Shashek*. | D.B. | 0.50 | $204.50 |
| 9/12/2012 | Research: pictures & videos listed in state complaint. | J.S. | 1.70 | $695.30 |
| 9/12/2012 | Research: preemption of individual claims. | D.B. | 2.40 | $981.60 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/12/2012 | Confer: with John Seiver re: 8/20 hearing and transcript. | J.S. | 0.40 | $163.60 |
| 9/12/2012 | Research: conspiracy claims in complaint. | D.B. | 1.50 | $613.50 |
| 9/12/2012 | Confer: with Sweet re: Lightspeed's response to motion to dismiss in *Shashek*. | D.B. | 0.50 | $204.50 |
| 9/12/2012 | Confer: with Smith re: retainer and process server's business card. | J.S. | 0.20 | $81.80 |
| 9/12/2012 | Confer: with Smith re: case status. | J.S. | 0.60 | $245.40 |
| 9/12/2012 | Draft: memo regarding pictures and videos listed in state complaint and identified as being from the "free" galleries. | J.S. | 0.70 | $286.30 |
| 9/12/2012 | Confer: with Booth re: Lightspeed's response to motion to dismiss in *Shashek*. | J.S. | 0.50 | $204.50 |
| 9/13/2012 | Review and Draft: motion to dismiss. | D.B. | 3.10 | $1,267.90 |
| 9/14/2012 | Review and Draft: motion to dismiss. | D.B. | 1.20 | $490.80 |
| 9/15/2012 | Review and Draft: motion to dismiss. | D.B. | 2.50 | $1,022.50 |
| 9/16/2012 | Review and Draft: motion to dismiss. | D.B. | 2.70 | $1,104.30 |
| 9/17/2012 | Research: pleading in alternative standards. | D.B. | 0.70 | $286.30 |
| 9/17/2012 | Research: 12(b)(1) and judicial notice standards. | D.B. | 1.20 | $490.80 |
| 9/17/2012 | Review and Draft: motion to dismiss. | J.S. | 0.80 | $327.20 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/17/2012 | Review and Draft: motion to dismiss. | D.B. | 2.50 | $1,022.50 |
| 9/18/2012 | Draft: final motion to dismiss and file. | D.B. | 3.30 | $1,349.70 |
| 9/19/2012 | Research: attorney's fees. | D.B. | 1.00 | $409.00 |
| 10/2/2012 | Confer: with E. Russell re: Prenda statements in Guava hearing about Lightspeed discovery. | D.B. | 1.30 | $531.70 |
| 10/2/2012 | Research: procedural questions regarding attorney's fees and appeals on motions to dismiss. | D.B. | 2.60 | $1,063.40 |
| 10/4/2012 | Research: CFAA cases for reply. | B.V. | 2.10 | $420.00 |
| 10/5/2012 | Research: CFAA cases for reply. | B.V. | 1.60 | $320.00 |
| 10/5/2012 | Research: preemption cases for reply. | B.V. | 2.10 | $420.00 |
| 10/11/2012 | Confer: re: scheduling conference & pre-conference meet and confer. | D.B. | 0.60 | $245.40 |
| 10/11/2012 | Confer: re: scheduling conference & pre-conference meet and confer. | J.S. | 0.70 | $286.30 |
| 10/13/2012 | Research: CFAA cases for reply. | B.V. | 3.20 | $640.00 |
| 10/13/2012 | Research: preemption cases for reply. | B.V. | 3.40 | $680.00 |
| 10/14/2012 | Research and Draft: memo re: preemption cases for reply. | B.V. | 3.90 | $780.00 |
| 10/15/2012 | Confer: with Huffman and Bozarth and Sweet. | D.B. | 1.00 | $409.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/15/2012 | Review: discovery needs prior to pre-scheduling conference. | D.B. | 0.80 | $327.20 |
| 10/15/2012 | Research: local rules and filing deadlines. | D.B. | 0.40 | $163.60 |
| 10/15/2012 | Research and Draft: memo of CFAA cases for reply. | B.V. | 4.30 | $860.00 |
| 10/15/2012 | Confer: with ISPS re: 26(f) conference. | J.S. | 0.40 | $163.60 |
| 10/15/2012 | Confer: with Huffman and Bozarth and Booth. | J.S. | 1.00 | $409.00 |
| 10/16/2012 | Confer: with Smith re: copy of state pleadings. | J.S. | 0.20 | $81.80 |
| 10/17/2012 | Confer: post 26(f) call with counsel. | J.S. | 0.30 | $122.70 |
| 10/17/2012 | Confer: pre-scheduling 26(f) meet and confer. | D.B. | 0.40 | $163.60 |
| 10/17/2012 | Confer: pre-scheduling 26(f) meet and confer. | J.S. | 0.40 | $163.60 |
| 10/17/2012 | Confer: post 26(f) call with counsel. | D.B. | 0.30 | $122.70 |
| 10/18/2012 | Confer: Charter Communications re: IP address | J.S. | 0.30 | $122.70 |
| 10/18/2012 | Confer: with ISPS re: 26(f) conference deadline and with court clerk. | J.S. | 0.20 | $81.80 |
| 10/18/2012 | Confer and Review: joint report draft. | J.S. | 0.20 | $81.80 |
| 10/21/2012 | Review: proposed revisions to joint 26(f) report. | D.B. | 0.40 | $163.60 |
| 10/22/2012 | Research: case law regarding 26(f) disclosure obligation pending motion to dismiss. | D.B. | 2.40 | $981.60 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/22/2012 | Draft: revisions to joint 26(f) report. | D.B. | 1.10 | $449.90 |
| 10/22/2012 | Confer and Review: joint 26(f) report draft. | J.S. | 0.40 | $163.60 |
| 10/22/2012 | Draft: joint 26(f) edits. | J.S. | 0.40 | $163.60 |
| 10/22/2012 | Confer and Review: with ISPs re: joint 26(f) report draft. | J.S. | 0.80 | $327.20 |
| 10/23/2012 | Confer: with Smith | J.S. | 0.30 | $122.70 |
| 10/23/2012 | Review and Draft: revisions to motion to stay discovery. | D.B. | 2.40 | $981.60 |
| 10/23/2012 | Confer and Review: joint 26(f) report draft. | J.S. | 0.20 | $81.80 |
| 10/23/2012 | Obtain: state court pleadings for 11-L-683. | J.S. | 0.90 | $368.10 |
| 10/24/2012 | Review and Draft: motion to defer discovery. | J.S. | 1.20 | $490.80 |
| 10/24/2012 | Confer: call Charter Communications re: claims in the complaint. | J.S. | 0.40 | $163.60 |
| 10/25/2012 | Confer: Charter Communications re: claims in the complaint. | J.S. | 0.70 | $286.30 |
| 10/25/2012 | Research and Draft: CFAA section for motion to dismiss. | J.S. | 5.60 | $2,290.40 |
| 10/25/2012 | Research and Draft: reply to opposition to dismiss. | D.B. | 1.70 | $695.30 |
| 10/25/2012 | Confer: court reporter re: transcript of hearing. | J.S. | 0.40 | $163.60 |
| 10/25/2012 | Confer: with Smith | J.S. | 0.20 | $81.80 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/26/2012 | Research and Draft: CFAA section for motion to dismiss. | J.S. | 3.20 | $1,308.80 |
| 10/26/2012 | Confer: Charter Communications re: claims in the complaint. | J.S. | 0.30 | $122.70 |
| 10/29/2012 | Research and Draft: reply to opposition to dismiss. | D.B. | 3.20 | $1,308.80 |
| 10/29/2012 | Research and Draft: reply to opposition to dismiss. | D.B. | 4.30 | $1,758.70 |
| 10/30/2012 | Research and Draft: reply to opposition to dismiss. | D.B. | 7.30 | $2,985.70 |
| 10/31/2012 | Research and Draft: reply to opposition to dismiss. | D.B. | 1.20 | $490.80 |
| 11/1/2012 | Review and Draft: reply in further support of motion to dismiss. | J.S. | 1.90 | $777.10 |
| 11/1/2012 | Confer: with Smith. | J.S. | 0.20 | $81.80 |
| 11/1/2012 | Draft: timeline of state & federal filings. | J.S. | 0.30 | $122.70 |
| 11/1/2012 | Confer: with ISPs re: Lightspeed's opposition to defer discovery. | J.S. | 0.50 | $204.50 |
| 11/2/2012 | Review and Draft: Smith's reply to Plaintiff's response to defer discovery. | J.S. | 1.20 | $490.80 |
| 11/2/2012 | Review: draft response from ISPs. | J.S. | 0.50 | $204.50 |
| 11/17/2012 | Confer: with Smith. | J.S. | 0.30 | $122.70 |
| 11/18/2012 | Confer: with ISPs re: Lightspeed action in Utah. | J.S. | 0.80 | $327.20 |
| 12/17/2012 | Confer: with Smith. | J.S. | 0.30 | $122.70 |

| | | | | |
|---|---|---|---|---|
| 1/17/2013 | Confer: with Smith. | J.S. | 0.20 | $81.80 |
| 1/22/2013 | Confer: with Smith. | J.S. | 0.30 | $122.70 |
| 1/25/2013 | Confer: with Smith. | J.S. | 0.20 | $81.80 |
| 3/21/2013 | Confer: with Smith. | J.S. | 0.50 | $204.50 |
| 3/22/2013 | Confer: Charter Communications re: Smith's IP address released in other Prenda cases. | J.S. | 0.30 | $122.70 |
| 3/24/2013 | Review: other cases filed by Plaintiff. | D.B. | 1.00 | $409.00 |
| 3/24/2013 | Research: vexatious litigant cases in 7th Circuit. | D.B. | 3.40 | $1,390.60 |
| 3/25/2013 | Draft: legal standard for attorney's fees. | D.B. | 1.40 | $572.60 |
| 3/25/2013 | Draft: outline argument for attorney's fees. | D.B. | 0.60 | $245.40 |
| 3/26/2013 | Research: venue standard for attorney's fees motion. | D.B. | 1.00 | $409.00 |
| 3/26/2013 | Research: infringer vs. subscriber cases | D.B. | 1.10 | $449.90 |
| 3/27/2013 | Research and Draft: CFAA circumvention vs. interruption/impairment re: attorney's fees. | D.B. | 1.70 | $695.30 |
| 3/28/2013 | Research: further CFAA case law. | D.B. | 1.40 | $572.60 |
| 4/3/2013 | Review: docket and pleadings. | D.B. | 0.90 | $368.10 |
| 4/3/2013 | Draft: legal standard for attorney's fees motion. | D.B. | 0.40 | $163.60 |

| | | | | |
|---|---|---|---|---|
| 4/3/2013 | Draft: factual background for attorney's fees motion. | D.B. | 1.20 | $490.80 |
| 4/3/2013 | Research and Draft: re: common-law claims. | D.B. | 1.40 | $572.60 |
| 4/4/2013 | Draft: CFAA discussion for attorney's fees motion. | D.B. | 1.40 | $572.60 |
| 4/4/2013 | Draft: motion for attorney's fees. | D.B.. | 3.50 | $1,431.50 |
| 4/4/2013 | Review and Draft: other sanctionable conduct by Prenda for attorney's fees motion. | D.B. | 1.50 | $613.50 |
| 4/4/2013 | Research and Draft: preemption issue. | D.B. | 1.50 | $613.50 |
| 4/5/2013 | Draft: facts regarding Guava, Sunlust and Ingenuity 13 and how they connect to Prenda. | D.B. | 3.20 | $1,308.80 |
| 4/5/2013 | File: attorney's fees motion. | D.B. | 0.40 | $163.60 |
| 4/5/2013 | Draft: final edits to motion for attorney's fees. | D.B. | 1.50 | $613.50 |
| 4/5/2013 | Confer: with Smith re: declaration. | J.S. | 0.70 | $286.30 |
| 4/5/2013 | Draft: Smith declaration. | J.S. | 0.90 | $368.10 |
| 4/23/2013 | Confer: with Huffman re: status of Lightspeed, 11-L-0621. | J.S. | 0.20 | $81.80 |
| 4/23/2013 | Confer: with D. Tamaroff re: Lightspeed, 12-05673 CA05 status. | J.S. | 0.60 | $245.40 |
| 5/31/2013 | Confer: with Smith re: case status. | J.S. | 0.20 | $81.80 |

| | | |
|---|---|---|
| **SUBTOTAL** | 187.20 | **$72,150.40** |

| Costs | |
|---|---|
| 10/25/2012 Transcript order. | $16.20 |
| 9/10/2012 Pro hac vice filing fees | $200.00 |
| **SUBTOTAL** | **$216.20** |

| Invoice Summary | |
|---|---|
| TOTAL | $72,367.00 |
| PREVIOUS BALANCE DUE | $0.00 |
| CURRENT BALANCE DUE AND OWING | $72,367.00 |