# AIPLA

# Report of the Economic Survey

## 2013

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

# Private Firm, Partner

## Average hourly billing rate in 2012 (Q35)
*Private Firm, Partner*

| | | Number of Individuals | Average hourly billing rate in 2012 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | |
| All Individuals | | 435 | $469 | $350 | $425 | $570 | |
| Years of Intellectual Property Law Experience | Fewer than 5 | 3 | $263 | ISD | $240 | ISD | |
| | 5-6 | 7 | $286 | $245 | $295 | $350 | |
| | 7-9 | 21 | $302 | $255 | $300 | $350 | |
| | 10-14 | 91 | $392 | $300 | $350 | $450 | |
| | 15-24 | 178 | $481 | $360 | $448 | $583 | |
| | 25-34 | 90 | $534 | $400 | $498 | $628 | |
| | 35 or More | 44 | $569 | $416 | $525 | $689 | |
| Location | Boston CMSA | 15 | $627 | $400 | $650 | $750 | |
| | NYC CMSA | 25 | $563 | $350 | $450 | $725 | |
| | Philadelphia CMSA | 18 | $460 | $349 | $463 | $500 | |
| | Washington, DC CMSA | 72 | $500 | $375 | $485 | $590 | |
| | Other East | 16 | $412 | $338 | $400 | $468 | |
| | Metro Southeast | 16 | $369 | $326 | $355 | $400 | |
| | Other Southeast | 8 | $402 | $303 | $335 | $550 | |
| | Chicago CMSA | 35 | $497 | $400 | $475 | $560 | |
| | Minne.-St. Paul PMSA | 27 | $413 | $330 | $390 | $500 | |
| | Other Central | 83 | $376 | $300 | $355 | $440 | |
| | Texas | 38 | $546 | $373 | $588 | $678 | |
| | Los Angeles CMSA | 13 | $557 | $420 | $575 | $675 | |
| | San Francisco CMSA | 21 | $673 | $500 | $680 | $825 | |
| | Other West | 48 | $389 | $289 | $388 | $450 | |
| IP Technical Specialization (>=50%) | Biotechnology | 23 | $511 | $350 | $575 | $660 | |
| | Chemical | 37 | $425 | $313 | $410 | $500 | |
| | Computer Hardware | 3 | $403 | ISD | $395 | ISD | |
| | Computer Software | 38 | $471 | $380 | $448 | $585 | |
| | Electrical | 45 | $498 | $355 | $450 | $613 | |
| | Mechanical | 88 | $398 | $325 | $365 | $469 | |
| | Medical/ Health Care | 15 | $423 | $336 | $395 | $470 | |
| | Pharmaceutical | 15 | $528 | $375 | $550 | $630 | |
| | Younger than 35 | 10 | $309 | $225 | $273 | $341 | |
| Age | 35-39 | 36 | $375 | $293 | $343 | $434 | |
| | 40-44 | 61 | $455 | $303 | $399 | $588 | |
| | 45-49 | 92 | $447 | $350 | $400 | $508 | |
| | 50-54 | 85 | $476 | $348 | $450 | $575 | |
| | 55-59 | 69 | $485 | $383 | $450 | $550 | |
| | 60 or Older | 82 | $543 | $400 | $500 | $653 | |
| Gender | Male | 390 | $470 | $350 | $428 | $563 | |
| | Female | 42 | $459 | $300 | $398 | $595 | |
| Highest Non-Law Degree | Bachelor's Degree | 288 | $466 | $334 | $425 | $575 | |
| | Master's Degree | 83 | $472 | $350 | $425 | $570 | |
| | Doctorate Degree | 29 | $484 | $355 | $470 | $600 | |
| Ethnicity | White/Caucasian | 394 | $469 | $350 | $425 | $570 | |
| | Hispanic/Latino | 7 | $491 | $407 | $500 | $600 | |
| | Asian/Pacific Islander | 13 | $480 | $328 | $485 | $583 | |
| | Blended | 4 | $375 | $288 | $400 | $438 | |
| | Other | 3 | $307 | ISD | $310 | ISD | |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 26 | $365 | $269 | $348 | $436 | |
| | 3-5 | 60 | $387 | $301 | $358 | $444 | |
| | 6-10 | 47 | $403 | $320 | $370 | $475 | |
| | 11-25 | 97 | $404 | $330 | $390 | $450 | |
| | 26-50 | 77 | $475 | $353 | $425 | $575 | |
| | 51-100 | 60 | $564 | $451 | $523 | $700 | |
| | 101-150 | 30 | $599 | $526 | $600 | $650 | |
| | More than 150 | 32 | $706 | $578 | $690 | $800 | |