IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY SMITH, SBC INTERNET SERVICES, ) <br> INC., d/b/a AT&T INTERNET SERVICES; AT&T ) <br> CORPORATE REPRESENTATIVE #1; COMCAST ) <br> CABLE COMMUNICATIONS, LLC, and ) <br> COMCAST CORPORATE REPRESENTATIVE #1, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:12-cv-00889-GPM-SCW |

**AFFIDAVIT OF DANIEL G. BOOTH
IN SUPPORT OF DEFENDANT ANTHONY SMITH'S MOTION FOR ATTORNEY'S FEES
PURSUANT TO FED.R.CIV.P. 54(d)(2) AND 28 U.S.C. § 1927**

I, Daniel G. Booth, do hereby swear and say as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts and admitted *pro hac vice* before this Court, among others. I am a partner in the law firm of Booth Sweet LLP, attorneys for Defendant Anthony Smith ("Smith"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached to this motion are true and correct copies of the invoices reflecting the work I have performed the months of August 2012 through May 2013 pertaining to counsel and investigation regarding the causes of action in the complaint; conferring with co-defendants and opposing counsel; attending the Rule 26(f) scheduling conference and drafting the joint report; reviewing and drafting motions to dismiss, to stay discovery and for attorney's fees; and reviewing and responding to oppositions to said motions.

3. My standard billing rate is $409.00 per hour. I devoted roughly 125 hours to the matters pertaining to counsel and investigation regarding the causes of action in the complaint; conferring with co-defendants and opposing counsel; attending the Rule 26(f) scheduling conference and

drafting the joint report; reviewing and drafting motions to dismiss, to stay discovery and for attorney's fees; and reviewing and responding to oppositions to said motions.

4. Assisting me was our associate, Brian Vogler. His standard billing rate is $200.00 per hour. He devoted roughly 21 hours to the matters pertaining to counsel and investigation regarding alleged violation of the CFAA; legal research on the CFAA and preemption; and drafting memoranda.

5. The total amount attorneys fees, costs and expenses incurred by my firm related to the aforementioned matters in this case total $72,367.00.

6. I am informed and believe that Plaintiff's attorneys are not infants or incompetent, nor active members of the military.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 8, 2013

_____
Daniel G. Booth

On November 8, 2013, before me, _Lydia Placid-Brooks_, Notary Public, personally appeared Daniel G. Booth, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.

WITNESS my hand and official seal:



LYDIA PLACID-BROOKS
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires May 25, 2018