# Prenda Law INC

Intellectual Property Law Firm

## Court Status Report

| | |
|---|---|
| Title | **AF Holdings LLC v. Does 1-20** |
| Case # | **3:11-cv-00491-JGH** |
| Judge | **Hon. John G. Heyburn II** |
| | Friday, 3 February 2012, 2PM |

Data as of: Fri, 20 Jan, 2012

SHID **KY 001**

### Timeline

**31 August 2011**  Complaint Filed

**20 September 2011**  Discovery Requested

**23 September 2011**  Discovery Granted

**23 September 2011**  Subpoenas Issued

### ISP Response

**20**  Records Requested

**7**  Records Received

**4**  ISP Unable to Reply

**2**  Settlements Pending

**2**  Settlements Reached

### Motions Pending

*None found*

*If further information is required, contact:*

| | |
|---|---|
| Paul Duffy | 305.748.2102 |
| | paduffy@wefightpiracy.com |
| John Steele | 305.748.2102 |
| | jlsteele@wefightpiracy.com |
| Paul Hansmeier | 651.399.1583 |
| | prhansmeier@wefightpiracy.com |

*All information deemed accurate as of the time this data was retrieved.
May not reflect activity in progress or in the process of being logged during or after report generation.*

1111 Lincoln Road, Suite 400  ◆  Miami Beach, Florida 33139

Ph: 305.748.2102  ◆  Fax: 305.748.2103  ◆  wefightpiracy.com