# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORPORATION, et al.,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | )  CIVIL NO.  12-889-GPM |
| **ANTHONY SMITH, et al.,** | )<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

# ORDER

**MURPHY, District Judge:**

In accordance with this Court's long-standing policy, the Court orders that Law Clerk Kelly Crosby shall be isolated from working on the case at bar.  This action is taken by the Court in light of the fact that Kelly Crosby has a conflict in handling this cause of action.  While not a conflict for the Court, this action is taken to ensure that there is no appearance of impropriety.  The parties are hereby advised to note the Law Clerk's conflict on this matter and are directed to avoid any contact with her concerning these proceedings.  In light of the foregoing conflict, the matter is assigned to Law Clerk Kristen Henke.

**IT IS SO ORDERED.**

DATED: 11/13/2013

 S/G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge