IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,  )<br>    *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>ANTHONY SMITH, SBC INTERNET  )<br>SERVICES, INC., d/b/a AT&T INTERNET  )<br>SERVICES, AT&T CORPORATE  )<br>REPRESENTATIVE #1, COMCAST  )<br>CABLE COMMUNICATIONS, LLC, and  )<br>COMCAST CORPORATE  )<br>REPRESENTATIVE #1,  )<br>    *Defendants*.  ) | Case No. 12-cv-889-GPM-SCW<br><br>Removed from the Circuit Court of<br><br>St. Clair County, IL Case No. 11-L-683 |

## AT&T'S ITEMIZATION OF ATTORNEYS' FEES

Defendant SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T") respectfully submits this Itemization of Attorneys' Fees. AT&T submits the itemization and supporting exhibits and declarations as attachments hereto: Troy A. Bozarth Declaration with attached itemization of time and expenses for August 2012 through November 2013 for HeplerBroom LLC. (Exhibit 1). Bart C. Huffman Declaration with attached itemization of time and expenses for August 2012 through November 2013 for Locke Lord LLP. (Exhibit 2). Total requested fees and expenses for AT&T is $39,858.12 for HeplerBroom LLC and $79,778.93 for Locke Lord LLP for a total amount requested of $119,637.05.

Respectfully submitted,

 /s/ Troy A. Bozarth
Troy A. Bozarth – 06236748
tab@heplerbroom.com
HEPLERBROOM LLC
130 North Main Street
Edwardsville, IL   62025
(618) 656-0184

Bart W. Huffman
LOCKE LORD LLP
100 Congress Avenue, Suite 300
Austin, TX 78701
(512) 305-4700
*Admitted pro hac vice*

*Attorneys for SBC Internet Services, Inc.
d/b/a AT&T Internet Services*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic system upon all counsel of record via the Court's CM/ECF system, which it is assumed now re-include Attorneys Hansmeier and Steele in view of their recent motions (ECF Nos. 66-69), and by mail on Attorneys Hansmeier and Steele as well.

/s/ Troy A. Bozarth
Troy A. Bozarth