IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-889-GPM-SCW |
| | ) | |
| ANTHONY SMITH, SBC INTERNET | ) | Removed from the Circuit Court of |
| SERVICES, INC., d/b/a AT&T INTERNET | ) | |
| SERVICES, AT&T CORPORATE | ) | St. Clair County, IL Case No. 11-L-683 |
| REPRESENTATIVE #1, COMCAST | ) | |
| CABLE COMMUNICATIONS, LLC, and | ) | |
| COMCAST CORPORATE | ) | |
| REPRESENTATIVE #1, | ) | |
|     *Defendants.* | ) | |

## <u>DECLARATION OF TROY A. BOZARTH</u>

I, Troy A. Bozarth, hereby declare as follows:

1.        My name is Troy A. Bozarth.  I am fully competent to make this declaration.  I have personal knowledge of the matters stated herein, and they are true and correct.  I am a partner at HeplerBroom LLC, and am the primary attorney in charge of the firm's representation of SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T") in connection with this lawsuit.  I am also AT&T's outside counsel in Illinois and Missouri in Doe copyright infringement matters.

2.        Exhibit A hereto itemizes attorneys' fees and expenses in the amount of $39,858.12 that have been and/or (in the case of recent time entries) will soon be billed by HeplerBroom LLC in connection with this lawsuit beginning with the Plaintiff's assertion of claims against AT&T and the removal of this case to federal court.  Based on my experience as a litigator, as well as ongoing supervision of this matter and review of these time entries, these fees are accurately stated, reasonable, and fully justified for the work performed.  Notably, these fees and expenses do not include the far greater fees and expenses that were incurred by AT&T in



EXHIBIT
1

connection with the successful resistance to Plaintiff's improper and abusive discovery efforts in state court in this lawsuit, including AT&T's successful motion to the Illinois Supreme Court for a supervisory order in this case (all occurring before Plaintiff's retaliatory, groundless assertion of claims against AT&T and the removal of this case to federal court).

DATED:  November 15, 2013

FURTHER DECLARANT SAYETH NOT.

Troy A. Bozarth

| Invoice Date | Invoice Number | Fees | Expenses | Total |
|---|---|---|---|---|
| 9/19/2012 | 329917 | $ 20,626.55 | $ 746.59 | $ 21,373.14 |
| 10/22/2012 | 334450 | $ 578.20 | $ 31.30 | $ 609.50 |
| 11/20/2012 | 338166 | $ 8,386.35 | $ - | $ 8,386.35 |
| 12/10/2012 | 339564 | $ 3,507.91 | $ 1.80 | $ 3,509.71 |
| 1/23/2013 | 345060 | $ 21.56 | $ 3.00 | $ 24.56 |
| 2/25/2013 | 348284 | $ 28.91 | $ - | $ 28.91 |
| 4/17/2013 | 353631 | $ 433.65 | $ - | $ 433.65 |
| 11/15/2013 | 382221 | $ 5,404.70 | $ 87.60 | $ 5,492.30 |
| | **TOTALS** | **$38,987.83** | **$ 870.29** | **39,858.12** |



EXHIBIT

A

# HEPLERBROOM LLC

130 N. MAIN STREET
P.O. BOX 510
EDWARDSVILLE, ILLINOIS 62025-0510
618-656-0184
FAX: 618-656-1364
TAX ID#:  37-1009085

## INVOICE

Page 1
09/19/2012
INVOICE # 329917
MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA  30319

Lighspeed Media Corporation vs. JOHN DOE

### Professional Fees

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/12 | WJR | L120/A105: | Conference with TAB re: removal issues in light of amended complaint and draft/receive emails re: same | 0.40 | 90.00 |
| 08/08/12 | DB2 | L250/A103: | Draft Notice of Removal | 6.50 | 1,462.50 |
| 08/08/12 | DAS | L120/A105: | Meet with TAB and discuss Removal | 0.30 | 54.00 |
| 08/08/12 | DAS | L120/A104: | Update case law on theory of removal prior to forum defendant being joined and served | 1.30 | 234.00 |
| 08/08/12 | DAS | L120/A104: | Research case law on various issues relating to Notice of Removal; Assist to draft/revise Notice of Removal | 3.20 | 576.00 |
| 08/08/12 | ALF | L120/A112: | Travel to St. Clair County Circuit Court to obtain Motion to Amend, Order and Amended Complaint per TAB's instructions and return | 1.80 | 198.00 |

AT&T Internet Services                                                                 Page 2
5107-78624 - Lightspeed Media Corporation vs. John Doe                             09/19/2012

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/12 | ALF | L110/A102: | Research on the internet in an attempt to identify Anthony Smith, newly named defendant | 1.90 | 209.00 |
| 08/08/12 | ALF | L210/A101: | Assemble and organize the state court file, including materials filed with the Supreme Court and included in the state court file, for attachment to the Notice of Removal | 3.80 | 418.00 |
| 08/08/12 | ALF | L120/A108: | Communicate with co-counsel re: pleading by a moving Doe requesting withdrawal of filed documents as matter has been settled and effectuate dissemination thereof to co-counsel | 0.10 | 11.00 |
| 08/08/12 | ALF | L210/A103: | Draft disclosure statement for attorney review | 0.30 | 33.00 |
| 08/08/12 | TAB | L210/A106: | Communication with defense group re: remand | 1.20 | 354.00 |
| 08/08/12 | TAB | L210/A104: | Review D.C. opinion | 2.90 | 855.50 |
| 08/08/12 | TAB | L210/A104: | Review Amended Complaint | 1.70 | 501.50 |
| 08/09/12 | DB2 | L250/A103: | Edit and revise Notice of Removal, Notice of Notice of Removal and Corporate Disclosure | 3.90 | 877.50 |
| 08/09/12 | DAS | L210/A103: | Revise Notice of Removal; Assist in preparing removal papers | 1.30 | 234.00 |
| 08/09/12 | ALF | L120/A105: | Communications with DB2 re: removal documents to be submitted to the Court | 0.20 | 22.00 |
| 08/09/12 | TAB | L210/A103: | Finalize Notice of Removal - get to co-counsel | 1.50 | 442.50 |
| 08/09/12 | TAB | L210/A106: | Multiple communications with co-counsel/clients to finalize and file removal | 2.00 | 590.00 |
| 08/09/12 | TAB | L510/A104: | Review additional Supreme Court pleadings | 1.80 | 531.00 |
| 08/10/12 | DAS | L120/A104: | Review case law and gather research for TAB per request | 0.20 | 36.00 |
| 08/10/12 | WJR | L120/A105: | Draft/receive emails re: deadline for responsive pleading after removal | 0.10 | 22.50 |
| 08/10/12 | TAB | L210/A104: | Review removal answer deadline | 0.50 | 147.50 |

AT&T Internet Services                                                    Page 3
5107-78624 - Lightspeed Media Corporation vs. John Doe                09/19/2012

### Professional Fees

|          |     |           |                                                                                                              | Hours | Amount |
|----------|-----|-----------|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/10/12 | TAB | L210/A106: | Multiple communications with group re: Responsive Pleading and removal deadline                             | 0.50  | 147.50 |
| 08/10/12 | TAB | L210/A106: | Communication with co-counsel re: Brief                                                                      | 0.30  | 88.50  |
| 08/10/12 | TAB | L210/A104: | Review Murphy Brothers United States Supreme Court case, communication with co-counsel Huffman and Salmon re: response date | 1.40  | 413.00 |
| 08/10/12 | TAB | L120/A106: | Communication with co-defendant re: articles from Prenda                                                     | 0.50  | 147.50 |
| 08/11/12 | TAB | L210/A106: | Communication with B. Huffman re: response date                                                              | 0.20  | 59.00  |
| 08/13/12 | TAB | L310/A104: | Receive subpoena, discuss with B. Huffman                                                                    | 0.50  | 147.50 |
| 08/16/12 | ALF | L140/A110: | Examine and assemble all recent documents into file; Amend pleadings index spreadsheet for further file management | 0.70  | 77.00  |
| 08/16/12 | ALF | L210/A111: | Assemble Emergency Motion for Discovery, including all exhibits, filed by plaintiff for TAB's review         | 0.40  | 44.00  |
| 08/16/12 | TAB | L120/A106: | Communication with B. Huffman re: service question                                                           | 0.20  | 59.00  |
| 08/16/12 | TAB | L210/A104: | Receive emergency motion, brief review                                                                       | 0.80  | 236.00 |
| 08/17/12 | DAS | L210/A104: | Review Plaintiff's Emergency Motion for pre-initial disclosure discovery                                     | 1.30  | 234.00 |
| 08/17/12 | ALF | L120/A108: | Telephone calls (several) with the judge's clerk re: hearing on plaintiff's emergency motion and filing a response thereof | 0.50  | 55.00  |
| 08/17/12 | ALF | L120/A108: | Communication with co-counsel re: scheduling of hearing on emergency discovery motion                       | 0.10  | 11.00  |
| 08/17/12 | TAB | L210/A107: | Multiple communications from OPC, Court and B. Huffman re: emergency motion setting (e-mail and phone conference) | 1.20  | 354.00 |
| 08/17/12 | TAB | L210/A104: | Review Order setting for hearing                                                                             | 0.20  | 59.00  |
| 08/17/12 | TAB | L210/A104: | Review plaintiff's emergency filing                                                                          | 0.90  | 265.50 |

Continued . . .

AT&T Internet Services                                                                     Page 4
5107-78624 - Lightspeed Media Corporation vs. John Doe                       09/19/2012

### Professional Fees

|          |     |            |                                                                                                          | Hours | Amount   |
|----------|-----|------------|----------------------------------------------------------------------------------------------------------|-------|----------|
| 08/17/12 | TAB | L210/A106: | Additional communication with B. Huffman re: hearing                                                     | 0.50  | 147.50   |
| 08/17/12 | ALF | L120/A108: | Communications with co-counsel and TAB (several) re: scheduling of hearing on plaintiff's emergency motion | 0.30  | 33.00    |
| 08/19/12 | TAB | L210/A109: | Preparation for hearing                                                                                   | 5.60  | 1,652.00 |
| 08/20/12 | ALF | L210/A101: | Coordinate, assemble and oversee the preparation, filing and service of the Opposition to Emergency Motion for Discovery | 1.90  | 209.00   |
| 08/20/12 | DAS | L210/A104: | Review Opposition to Motion for Emergency Hearing                                                         | 1.60  | 288.00   |
| 08/20/12 | TAB | L210/A101: | Preparation for emergency hearing                                                                         | 4.50  | 1,327.50 |
| 08/20/12 | TAB | L210/A103: | Finalize for filing and opposition                                                                       | 1.00  | 295.00   |
| 08/20/12 | TAB | L210/A109: | Appear/attend Emergency motion hearing                                                                    | 1.50  | 442.50   |
| 08/20/12 | TAB | L210/A106: | Post-hearing meeting with B. Huffman, call to client                                                     | 1.50  | 442.50   |
| 08/20/12 | ALF | L450/A101: | Assemble case law, briefing and argument outlines for attorney reference and use at hearing on Emergency Motion | 1.30  | 143.00   |
| 08/20/12 | ALF | L120/A102: | Research on PACER re: cases involving matters referenced by plaintiff at argument and assemble pleadings, orders, transcripts and other documents from OpenMind v. Does for attorney review | 1.60  | 176.00   |
| 08/21/12 | TAB | L210/A108: | Communication with court re: transcript                                                                  | 0.40  | 118.00   |
| 08/21/12 | TAB | L210/A104: | Receive draft of Motion to Dismiss from B. Huffman and initial review                                    | 0.70  | 206.50   |
| 08/22/12 | ALF | L120/A104: | Review communication from TAB re: date of entry of stay by Judge Karmeier, examine file and advise accordingly | 0.20  | 22.00    |
| 08/22/12 | TAB | L120/A106: | Communication with defense group re: certain issues to be raised and presented in response pleading       | 0.50  | 147.50   |
| 08/28/12 | TAB | L210/A104: | Initial review of Motion of draft of Motion to Dismiss and proposed suggestions and comments to B. Huffman | 3.10  | 914.50   |

Continued . . .

AT&T Internet Services                                                                    Page 5
5107-78624 - Lightspeed Media Corporation vs. John Doe                          09/19/2012

## Professional Fees

|          |     |            |                                                                                                          | Hours | Amount |
|----------|-----|------------|----------------------------------------------------------------------------------------------------------|-------|--------|
| 08/29/12 | ALF | L120/A111: | Assemble case law, Oshana v. Coca-Cola, for attorney review in preparing memorandum                       | 0.10  | 11.00  |
| 08/29/12 | ALF | L210/A103: | Draft Table of Contents and Points and Authorities to Memorandum in Support of Motion to Dismiss, finalize and oversee filing with the Court | 4.70  | 517.00 |
| 08/29/12 | TAB | L210/A103: | Draft/revise Brief in Support of Motion to Dismiss and finalize response for filing                       | 7.80  | 2,301.00 |
| 08/31/12 | TAB | L120/A104: | Review Comcast Motion to Dismiss                                                                          | 2.00  | 590.00 |
| 08/31/12 | TAB | L210/A104: | Review Shashek and Open Mind documents                                                                    | 2.60  | 767.00 |

## Fee Summary

| Name              | Hours | Rate   | Amount     |
|-------------------|-------|--------|------------|
| Troy A. Bozarth   | 50.00 | 295.00 | 14,750.00  |
| W. Jason Rankin   | 0.50  | 225.00 | 112.50     |
| David M. Bays     | 10.40 | 225.00 | 2,340.00   |
| Anastasia L. Fears | 19.90 | 110.00 | 2,189.00   |
| Douglgas Stultz   | 9.20  | 180.00 | 1,656.00   |
|                   | **90.00** |    | **$21,047.50** |
|                   | 2% processing discount |  | ($420.95) |
|                   | **Total fees** |    | **$20,626.55** |

## Costs

| Date     | Description                                                     | Check No. | Amount |
|----------|----------------------------------------------------------------|-----------|--------|
| 08/09/12 | E110: Out-of-town travel 5QP2802-;INVOICE #OPER-ALF            | 195293    | 36.63  |
| 08/10/12 | E112: Court fees 5QP9242-Filing fee for removal;INVOICE #OPER-LMH | 195334    | 350.00 |

AT&T Internet Services
5107-78624 - Lightspeed Media Corporation vs. John Doe

Page 6
09/19/2012

**Costs**

| Date | Description | Check No. | Amount |
|------|-------------|-----------|--------|
| 08/20/12 | E110: Out-of-town travel 5QU2238-Mileage to and from Mt. Vernon for Oral Argument on 7/10/12;INVOICE #OPER-PAR | 195584 | 89.91 |
| 08/22/12 | E112: Court fees 5QW2677-Hearing transcript of August 20, 2012;INVOICE #OPER-PAR | 195804 | 72.25 |
| 08/24/12 | E102: Outside printing/Medical records 5QW9793-Copies / parking on 8/8/12;INVOICE #OPER-DMT1 #OPER-PKL | 195851 | 13.75 |
| 08/31/12 | E112: Court fees 5R56804-Transcript of hearing on Motion for Discovery;INVOICE #OPER-PAR | 196014 | 4.25 |
| | E101: Copying thru 08/31/12 (1,798 pp @ at 10 cents each) | 1798Copies @ 0.10 pp | 179.80 |
| | **Total Costs** | | **$746.59** |

**CURRENT BILL TOTAL AMOUNT DUE**          $     21,373.14

# HEPLER BROOM LLC

130 N. MAIN STREET

P.O. BOX 510

EDWARDSVILLE, ILLINOIS 62025-0510

618-656-0184

FAX: 618-656-1364

TAX ID#: 37-1009085

## INVOICE

Page 1
10/22/2012
INVOICE # 334450
MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA  30319

Lighspeed Media Corporation vs. JOHN DOE

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/12 | DAS | L210/A104: | Review 5th District opinion reversing trial court | 0.20 | 36.00 |
| 09/04/12 | TAB | L210/A104: | Receive court Order | 0.20 | 59.00 |
| 09/04/12 | TAB | L210/A106: | Communication with defense team and client re; Order | 0.30 | 88.50 |
| 09/06/12 | TAB | L510/A106: | Communication with client re: certain questions pertaining to recent appellate court win | 0.50 | 147.50 |
| 09/07/12 | TAB | L510/A106: | Communication with client re: Bill Schur questions on Appellate procedure | 0.20 | 59.00 |
| 09/10/12 | TAB | L210/A104: | Receive filing from plaintiff re: entry and extension request | 0.40 | 118.00 |
| 09/11/12 | TAB | L210/A104: | Receive Order granting additional time to respond for co-defendant | 0.10 | 29.50 |
| 09/11/12 | TAB | L210/A104: | Review transcript of argument (2.0 non-billable hrs.) | 0.00 | 0.00 |

AT&T Internet Services
5107-78624 - Lightspeed Media Corporation vs. John Doe

Page 2
10/22/2012

## Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 09/12/12 | TAB | L210/A104: | Review of hearing transcript from 8/20/12 | 1.10 | 324.50 |
| 09/13/12 | TAB | L120/A106: | Communication with B. Huffman re: status | 0.10 | 29.50 |
| 09/28/12 | TAB | L210/A106: | Communication with defense group re: implications of the court's order on trial setting and track | 0.20 | 59.00 |
| 09/28/12 | TAB | L210/A104: | Receive court order setting trial date and track | 0.10 | 29.50 |

## Fee Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Troy A. Bozarth | 2.00 | 295.00 | 590.00 |
| 2% processing discount | | | ($11.80) |
| **Total fees** | | | **$578.20** |

## Costs

| Date | Description | Check No. | Amount |
|---|---|---|---|
| 09/26/12 | E112: Court fees 5RN9218-PACER;INVOICE #OPER-KRJ | 196956 | 31.30 |
| | **Total Costs** | | **$31.30** |

**CURRENT BILL TOTAL AMOUNT DUE**                               $        609.50

# HeplerBroom LLC

130 N. MAIN STREET

P.O. BOX 510

EDWARDSVILLE, ILLINOIS 62025-0510

618-656-0184

FAX: 618-656-1364

TAX ID#: 37-1009085

## INVOICE

Page 1
11/20/2012
INVOICE # 338166
MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA  30319

Lighspeed Media Corporation vs. JOHN DOE

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/12 | TAB | L240/A103: | Review responses to Motions to Dismiss by AT&T and Comcast | 4.10 | 1,209.50 |
| 10/02/12 | TAB | L210/A107: | Communication with OPC, Sievers, re: reply and timing | 0.20 | 59.00 |
| 10/02/12 | TAB | L210/A106: | Communication with B. Huffman re: reply and timing | 0.20 | 59.00 |
| 10/02/12 | TAB | L210/A106: | Multiple communications with B. Huffman | 0.40 | 118.00 |
| 10/04/12 | TAB | L120/A104: | Forward recent newspaper article to B. Huffman on case | 0.20 | 59.00 |
| 10/08/12 | TAB | L210/A104: | Review/analysis of plaintiff's Opposition to Motion to Dismiss and Motion Dismiss to determine need for a Reply Brief, communication with B. Huffman re: Reply | 3.60 | 1,062.00 |
| 10/11/12 | TAB | L120/A106: | Communication with Huffman re: strategy (multiple e-mails with defense group) | 0.80 | 236.00 |

AT&T Internet Services

5107-78624 - Lightspeed Media Corporation vs. John Doe

Page 2

11/20/2012

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 10/12/12 | TAB | L310/A104: | Receive setting for initial discovery conference, communication with Huffman | 0.40 | 118.00 |
| 10/15/12 | TAB | L120/A106: | Defense counsel conference call | 1.00 | 295.00 |
| 10/15/12 | TAB | L210/A104: | Review co-defendant comments to Reply | 0.60 | 177.00 |
| 10/15/12 | TAB | L210/A106: | Communication with B. Huffman and clerk of court re: no reply for AT&T | 0.40 | 118.00 |
| 10/17/12 | TAB | L230/A109: | Attend Initial Scheduling call | 0.50 | 147.50 |
| 10/18/12 | TAB | L210/A108: | Communication with court clerk re: Monday submission | 0.30 | 88.50 |
| 10/18/12 | TAB | L210/A108: | Communication with parties re: court clerk contact | 0.30 | 88.50 |
| 10/19/12 | TAB | L210/A104: | Review of Entry of Appearance of Jason Sweet and Dan Booth | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review of Defendant Anthony Smith's Motion for Extension of Time to Respond to the First Amended Complaint | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review of Entry of Appearance of John Steele, Paul Hansmeier and Order granting admission of B. Huffman | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review B. Huffman's admission for pro hac vice, Entry of Appearance of John Steele, Order setting hearing on Emergency motion for discovery, Notice of Appearance of Andrew Toennies | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review Consent to Removal | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review Comcast's Corporate Disclosure Statement | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review Order of Recusal | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review Case opening document with the federal court | 0.10 | 29.50 |
| 10/19/12 | TAB | L210/A104: | Review Memorandum of Law in Support of Defendant Anthony Smith's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) | 1.10 | 324.50 |
| 10/19/12 | TAB | L210/A104: | Review plaintiff's proposed Joint Report | 0.20 | 59.00 |

AT&T Internet Services                                                           Page 3
5107-78624 - Lightspeed Media Corporation vs. John Doe              11/20/2012

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 10/19/12 | TAB | L120/A106: | Communication with B. Huffman re: strategy | 0.50 | 147.50 |
| 10/19/12 | TAB | L120/A104: | Review plaintiff's proposal and rules applicable | 0.80 | 236.00 |
| 10/19/12 | TAB | L210/A104: | Review transcript | 0.80 | 236.00 |
| 10/20/12 | TAB | L210/A104: | Review plaintiff's Joint Report | 0.50 | 147.50 |
| 10/21/12 | TAB | L210/A104: | Review Joint Report revisions | 0.50 | 147.50 |
| 10/22/12 | TAB | L210/A103: | Draft/revise Motion for Stay | 0.60 | 177.00 |
| 10/22/12 | TAB | L210/A106: | Multiple communications with co-defendant and OPC re: Joint Report and language | 1.10 | 324.50 |
| 10/23/12 | ALF | L120/A104: | Review and revise the Joint Report of Parties for submission to the judge per TAB's instructions | 0.10 | 11.00 |
| 10/23/12 | TAB | L210/A103: | Draft/revise Motion for Stay | 3.80 | 1,121.00 |
| 10/23/12 | TAB | L210/A106: | Communication with B. Huffman re: brief | 0.20 | 59.00 |
| 10/23/12 | TAB | L210/A103: | Submit Joint Report properly (and communication with court and parties on same) | 0.70 | 206.50 |
| 10/24/12 | TAB | L210/A103: | Finalize Motion to Stay discovery | 2.60 | 767.00 |
| 10/24/12 | ALF | L210/A101: | Coordinate, assemble and oversee the preparation, filing and service of the Motion to Defer Discovery, including submission of the proposed Order to the judge | 1.60 | 176.00 |
| 10/25/12 | TAB | L210/A106: | Communication with defense group prior to call with court | 0.30 | 88.50 |
| 10/25/12 | TAB | L230/A108: | Call with court - initial scheduling conference | 0.30 | 88.50 |
| 10/25/12 | TAB | L230/A106: | Call with B. Huffman re: strategy post call with court | 0.30 | 88.50 |
| 10/25/12 | ALF | L120/A108: | Telephone call with the judge's clerk inquiring if courtesy copies of the motion to defer discovery is needed and advise B. Huffman accordingly | 0.20 | 22.00 |
| 10/26/12 | TAB | L210/A104: | Receive court minute entry on hearing and response dates | 0.10 | 29.50 |

Continued . . .

AT&T Internet Services                                                                      Page 4
5107-78624 - Lightspeed Media Corporation vs. John Doe                          11/20/2012

## Professional Fees

|       |     |           |                                      | Hours | Amount |
|-------|-----|-----------|--------------------------------------|-------|--------|
| 10/29/12 | TAB | L210/A104: | Receive docket entry setting deadlines | 0.10  | 29.50  |

## Fee Summary

| Name              | Hours | Rate   | Amount      |
|-------------------|-------|--------|-------------|
| Troy A. Bozarth   | 28.30 | 295.00 | 8,348.50    |
| Anastasia L. Fears | 1.90  | 110.00 | 209.00      |
|                   | 30.40 |        | $8,557.50   |
|                   | 2% processing discount | | ($171.15) |
|                   | **Total fees** | | **$8,386.35** |

**CURRENT BILL TOTAL AMOUNT DUE**                         $     8,386.35

# H<small>EPLER</small> B<small>ROOM</small> LLC

130 N. MAIN STREET

P.O. BOX 510

EDWARDSVILLE, ILLINOIS 62025-0510

618-656-0184

FAX: 618-656-1364

TAX ID#:  37-1009085

## INVOICE

Page 1

12/10/2012

INVOICE # 339564

MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA  30319

Lighspeed Media Corporation vs. JOHN DOE

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/12 | TAB | L210/A108: | Communication with Seiver, Salmon re: filings and prior orders for use in Reply | 0.20 | 59.00 |
| 11/02/12 | TAB | L210/A106: | Communication with B. Huffman re: Reply strategy | 0.10 | 29.50 |
| 11/02/12 | TAB | L210/A103: | Draft/revise Reply | 2.90 | 855.50 |
| 11/02/12 | ALF | L120/A104: | Review communication from TAB re: reviewing Motion to Dismiss, assemble related documents and provide accordingly | 0.20 | 22.00 |
| 11/05/12 | TAB | L210/A104: | Review backup documents forwarded by client | 0.90 | 265.50 |
| 11/05/12 | TAB | L210/A103: | Finalize and file Reply (multiple versions and communication with co-counsel) | 2.90 | 855.50 |
| 11/05/12 | ALF | L210/A101: | Organize, assemble and oversee the preparation, filing and service of the Reply to Response to Motion to Stay Discovery | 0.50 | 55.00 |

AT&T Internet Services                                                          Page 2
5107-78624 - Lightspeed Media Corporation vs. John Doe                        12/10/2012

## Professional Fees

|            |     |            |                                                                                                              | Hours | Amount |
|------------|-----|------------|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/07/12   | TAB | L210/A106: | Communication with co-counsel Huffman re: hearing and preparation for same                                   | 0.90  | 265.50 |
| 11/07/12   | TAB | L210/A101: | Preparation for argument (time reduced by .5)                                                                 | 0.80  | 236.00 |
| 11/07/12   | TAB | L210/A104: | Receive Order                                                                                                | 0.20  | 59.00  |
| 11/07/12   | TAB | L210/A106: | Communication with B. Huffman (e-mail)                                                                       | 0.10  | 29.50  |
| 11/08/12   | TAB | L230/A106: | Communication with client re: Status Conference (multiple e-mails) (non-billable)                            | 0.00  | 0.000  |
| 11/11/12   | TAB | L210/A104: | Review of Notice of Scheduling and Discovery Conference                                                      | 0.10  | 29.50  |
| 11/11/12   | TAB | L210/A104: | Review of Uniform Trial Practice and Procedures                                                              | 0.10  | 29.50  |
| 11/12/12   | TAB | L210/A104: | Review Opposition to Defendant Anthony Smith's Motion to Dismiss Amended Complaint                           | 1.20  | 354.00 |
| 11/14/12   | TAB | L210/A104: | Review Minute Entry for Telephonic Scheduling & Discovery Conference held                                    | 0.10  | 29.50  |
| 11/14/12   | TAB | L210/A104: | Receipt of Hansmeier withdrawal                                                                              | 0.10  | 29.50  |
| 11/15/12   | TAB | L210/A104: | Review Defendant Anthony Smith's Reply in Further Support of His Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 0.80  | 236.00 |
| 11/15/12   | TAB | L210/A104: | Receive Order of Withdrawal                                                                                  | 0.10  | 29.50  |
| 11/28/12   | ALF | L140/A110: | Examine and assemble all recent documents into file; Amend pleadings index spreadsheet for further file management | 0.50  | 55.00  |
| 11/29/12   | ALF | L140/A110: | Complete examination and assembly of all recent documents into file; Amend pleadings index spreadsheet for further file management | 0.50  | 55.00  |

AT&T Internet Services

Page 3

5107-78624 - Lightspeed Media Corporation vs. John Doe

12/10/2012

## Fee Summary

| Name | | Hours | Rate | Amount |
|------|---|-------|------|--------|
| Troy A. Bozarth | | 11.50 | 295.00 | 3,392.50 |
| Anastasia L. Fears | | 1.70 | 110.00 | 187.00 |
| | Total Fees | 14.30 | | $3,579.50 |
| | | | 2% processing discount | ($71.59) |
| | | | **Total fees** | **$3,507.91** |

## Costs

| Date | Description | Check No. | | Amount |
|------|-------------|-----------|---|--------|
| 11/30/12 | E112: Court fees 5SZ2067-PACER;INVOICE #OPER-KRJ | 199113 | | 1.80 |
| | E101: Copying thru 11/30/12 (0 pp @) | | Copy @ 0.00 pp | 0.00 |
| | **Total Costs** | | | **$1.80** |

**CURRENT BILL TOTAL AMOUNT DUE**                                        $      3,509.71

# HEPLERBROOM LLC

130 N. MAIN STREET

P.O. BOX 510

EDWARDSVILLE, ILLINOIS 62025-0510

618-656-0184

FAX: 618-656-1364

TAX ID#:   37-1009085

## INVOICE

Page 1

01/23/2013
INVOICE # 345060
MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA   30319

Lighspeed Media Corporation vs. JOHN DOE

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/12 | ALF | L140/A110: | Examine and assemble all recent documents into file | 0.20 | 22.00 |

### Fee Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anastasia L. Fears | 0.20 | 110.00 | 22.00 |
| | 0.40 | | $22.00 |
| | 2% processing discount | | ($0.44) |
| **Total fees** | | | **$21.56** |

AT&T Internet Services
5107-78624 - Lightspeed Media Corporation vs. John Doe

Page 2
01/23/2013

**Costs**

| Date | Description | Check No. | Amount |
|------|-------------|-----------|--------|
| 12/31/12 | E112: Court fees 5TH9296-PACER;INVOICE #OPER-KRJ | 199805 | 3.00 |
| | **Total Costs** | | **$3.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                                    $         24.56

# HEPLERBROOM LLC

130 N. MAIN STREET
P.O. BOX 510
EDWARDSVILLE, ILLINOIS 62025-0510
618-656-0184
FAX: 618-656-1364
TAX ID#:   37-1009085

## INVOICE

Page 1

02/25/2013
INVOICE # 348284
MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA   30319

Lighspeed Media Corporation vs. JOHN DOE

## Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 01/24/13 | TAB | L120/A104: | Receive communication from co-defendant counsel, Seiver, re: Shashek Order | 0.10 | 29.50 |

## Fee Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Troy A. Bozarth | 0.10 | 295.00 | 29.50 |
| | 0.10 | | $29.50 |
| | 2% processing discount | | ($0.59) |
| | **Total fees** | | **$28.91** |

**CURRENT BILL TOTAL AMOUNT DUE**                   $          28.91

# HEPLER BROOM LLC

130 N. MAIN STREET

P.O. BOX 510

EDWARDSVILLE, ILLINOIS 62025-0510

618-656-0184

FAX: 618-656-1364

TAX ID#:  37-1009085

## INVOICE

Page 1
04/17/2013
INVOICE # 353631
MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA  30319

Lighspeed Media Corporation vs. JOHN DOE

### Professional Fees

|          |     |            |                                                      | Hours | Amount |
|----------|-----|------------|------------------------------------------------------|-------|--------|
| 03/06/13 | TAB | L210/A104: | Review Order granting Motion to Withdrawal           | 0.10  | 29.50  |
| 03/21/13 | TAB | L210/A106: | Communication with B. Huffman re: sanctions/fees issue | 0.30  | 88.50  |
| 03/21/13 | TAB | L210/A104: | Receive Notice of Dismissal                          | 0.10  | 29.50  |
| 03/21/13 | TAB | L210/A104: | Review several cases forwarded by B. Huffman         | 1.00  | 295.00 |

AT&T Internet Services                                                      Page 2
5107-78624 - Lightspeed Media Corporation vs. John Doe                    04/17/2013

## Fee Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Troy A. Bozarth | 1.50 | 295.00 | 442.50 |
| | 1.50 | | $442.50 |
| | 2% processing discount | | ($8.85) |
| | **Total fees** | | **$433.65** |

## Costs

| Date | Description | Check No. | | Amount |
|------|-------------|-----------|--|--------|
| | E101: Copying thru 03/31/13 (0 pp @) | Copy @ 0.00 pp | | 0.00 |
| | **Total Costs** | | | **$0.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                           $      433.65

# HEPLERBROOM LLC

P.O. BOX 510

EDWARDSVILLE, ILLINOIS 62025-0510

618-656-0184

FAX: 618-656-1364

TAX ID#:   37-1009085

## INVOICE

Page 1
11/15/2013
INVOICE # 382221
MATTER NO: 5107-78624

AT&T Internet Services
AT&T Legal Department
2180 Lake Blvd., Suite B1258
Atlanta GA  30319

Lighspeed Media Corporation vs. JOHN DOE

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/06/13 | TAB | L210/A104: | Review John Steele's Motion to Vacate or, in the Alternative, for Reconsideration of the Order Granting Defendant's Motion for Attorneys' Fees | 0.50 | 147.50 |
| 11/06/13 | TAB | L210/A104: | Review of Memorandum and Order granting Motion for attorneys' fees | 0.10 | 29.50 |
| 11/08/13 | ALF | L210/A101: | Coordinate, assemble and oversee the preparation, filing and service of the Motion for Attorney's Fees and Notice of Hearing | 1.20 | 132.00 |
| 11/08/13 | TAB | L210/A106: | Communication with client and co-counsel, Huffman, re: fee petition | 0.30 | 88.50 |
| 11/08/13 | TAB | L210/A103: | Draft/revise fee petition draft | 0.30 | 88.50 |
| 11/08/13 | TAB | L210/A103: | Finalize and file motion for fees/fee petition | 0.50 | 147.50 |

AT&T Internet Services
5107-78624 - Lightspeed Media Corporation vs. John Doe

Page 2
11/15/2013

### Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/13 | TAB | L210/A104: | Review/analyze multiple pleadings filed by co-defendants, Smith and Comcast, and Plaintiff's counsel, Steele, Duffy and Hansmeir | 3.60 | 1,062.00 |
| 11/12/13 | ALF | L450/A101: | Assemble briefing for attorney review in preparation for hearing on all pending motions | 0.30 | 33.00 |
| 11/12/13 | TAB | L210/A101: | Prepare for argument on fee request and sanctions hearing , analysis and review of multiple documents from the pendency of the case as well as various other relevant rulings from Judges Wright and Noel; Prepare argument outline | 4.20 | 1,239.00 |
| 11/13/13 | ALF | L440/A101: | Further assist attorney in preparation for hearing on motion for attorneys fees, including assembly of related briefing | 0.90 | 99.00 |
| 11/13/13 | TAB | L210/A101: | Finalize preparation for hearing | 1.40 | 413.00 |
| 11/13/13 | TAB | L210/A109: | Travel to/appear for and return from sanctions and fee petition hearing in E. St. Louis federal court | 2.40 | 708.00 |
| 11/13/13 | TAB | L210/A106: | Communication with client and co-counsel, B. Huffman, re: hearing on fee requests and submission of fee itemization | 0.40 | 118.00 |
| 11/13/13 | TAB | L210/A103: | Prepare itemization of fees for submission to the court on fee petition | 2.10 | 619.50 |
| 11/14/13 | TAB | L210/A103: | Finalize fee petition for the court and draft declaration for submission to the court | 1.30 | 383.50 |
| 11/15/13 | TAB | L210/A103: | Finalize and file fee petition | 0.70 | 206.50 |

AT&T Internet Services                                                    Page 3
5107-78624 - Lightspeed Media Corporation vs. John Doe                   11/15/2013

## Fee Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Troy A. Bozarth | 17.80 | 295.00 | 5,251.00 |
| Anastasia L. Fears | 2.40 | 110.00 | 264.00 |
| | 20.20 | | $5,515.00 |
| | | 2% processing discount | ($110.30) |
| | | Total fees | $5,404.70 |

## Costs

| Date | Description | Check No. | | Amount |
|------|-------------|-----------|---|-------:|
| 11/14/13 | E112: Court fees 5ZY9039-Hearing transcript;INVOICE #OPER-PAR | 211005 | | 87.60 |
| | E101: Copying thru 11/15/13 (0 pp @) | | Copy @ 0.00 pp | 0.00 |
| | **Total Costs** | | | **$87.60** |

**CURRENT BILL TOTAL AMOUNT DUE**                      $      5,492.30