IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,<br>    *Plaintiff*,<br><br>v.<br><br>ANTHONY SMITH, SBC INTERNET SERVICES, INC., d/b/a AT&T INTERNET SERVICES, AT&T CORPORATE REPRESENTATIVE #1, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CORPORATE REPRESENTATIVE #1,<br>    *Defendants*. | Case No. 12-cv-889-GPM-SCW<br><br>Removed from the Circuit Court of<br><br>St. Clair County, IL Case No. 11-L-683 |

## DECLARATION OF BART W. HUFFMAN

I, Bart W. Huffman, hereby declare as follows:

1. My name is Bart W. Huffman. I am fully competent to make this affidavit. I have personal knowledge of the matters stated herein, and they are true and correct. I am a partner at Locke Lord LLP, and am the primary attorney in charge of the firm's representation of SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T") in connection with this lawsuit. I am also AT&T's lead outside counsel coordinating responses to subpoenas directed to AT&T in John Doe/BitTorrent copyright infringement litigation in jurisdictions throughout the United States.

2. Exhibit A hereto itemizes attorneys' fees in the amount of $80,524.50 that have been and/or (in the case of recent time entries) will soon be billed by Locke Lord to AT&T in connection with this lawsuit beginning with the Plaintiff's vexatious assertion of baseless claims against AT&T and the removal of this case to federal court. Based on my experience as a litigator, as well as ongoing supervision of this matter and review of these time entries, these fees are accurately stated and reasonable for the work performed, and fully justified. In addition to

DECLARATION OF BART W. HUFFMAN—PAGE 1



those fees, AT&T was charged $864.92, which is the actual amount of my reasonable travel expenses to attend the August 20, 2012 hearing on Plaintiff's groundless and improper "emergency" motion for discovery.

3. A 2% payment processing charge is regularly assessed by AT&T against the attorneys' fees (but not expenses) billed in this and other matters. Thus, the amount of fees and expenses presently sought by AT&T in connection with this matter is $79,778.93 (98% of $80,524.50 in fees, plus $864.92 for expenses). Notably, these fees and expenses do not include the far greater fees and expenses that were incurred by AT&T in connection with the successful resistance to Plaintiff's improper and abusive discovery efforts in state court in this lawsuit, including AT&T's successful motion to the Illinois Supreme Court (filed jointly with other Internet service providers) for a supervisory order in this case (before Plaintiff's retaliatory and abusive assertion of groundless claims against AT&T and the removal of this case to federal court).

DATED: November 15, 2013

FURTHER DECLARANT SAYETH NOT.

_____
Bart W. Huffman

**EXHIBIT A**

| Timekeepers | Standard Rates | Discounted Rate (utilized below) | |
|---|---|---|---|
| Bart Huffman | $550 (2012); $590 (2013) | $440 (2012 and 2013) | [partner] |
| Hugh Balsam | $655 (2012); $700 (2013) | $555 (2012 and 2013) | [partner] |
| Charles Salmon | $280 (2012); $310 (2013) | $270 (2012) and $ 295 (2013) | [associate] |
| Ryan Greene | $300 (2012 time only) | $295 (2012 time only) | [senior counsel] |
| Camille Kerr | $250 (2012); $270 (2013) | $250 (2012 and 2013) | [paralegal] |

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 8/8/2012 | HSB | Review Motion for Leave to File Amended Complaint and participate in conference call re strategy and read case law regarding removal. | 2.60 | $ 555.00 | $ 1,443.00 |
| 8/8/2012 | BH | Email correspondence and telephone conference with AT&T in-house counsel regarding Lightspeed 2 amendment. | 0.70 | $ 440.00 | $ 308.00 |
| 8/8/2012 | BH | Review and analyze amended complaint in Lightspeed 2 naming AT&T as defendant, and coordinate with Illinois counsel and Comcast counsel regarding same. | 1.80 | $ 440.00 | $ 792.00 |
| 8/8/2012 | BH | Review and analyze removal issues, and coordinate with local counsel and Comcast counsel regarding same. | 1.20 | $ 440.00 | $ 528.00 |
| 8/8/2012 | BH | Email correspondence regarding new wave of subpoenas from Lightspeed. | 0.30 | $ 440.00 | $ 132.00 |
| 8/8/2012 | CMS | Review and analyze legal authorities related to removal of state court action and prepare summary of same (Lightspeed 2). | 2.90 | $ 270.00 | $ 783.00 |
| 8/9/2012 | BH | Numerous items of email correspondence and coordinate with clients, co-counsel, and counsel for Comcast in connection with preparation and filing of notice of removal and related documentation. | 1.80 | $ 440.00 | $ 792.00 |
| 8/9/2012 | BH | Review and comment on drafts in connection with preparation and filing of notice of removal and related documentation. | 1.30 | $ 440.00 | $ 572.00 |
| 8/9/2012 | CMS | Continue analysis of authorities concerning removal of actions. | 2.40 | $ 270.00 | $ 648.00 |
| 8/10/2012 | BH | Review and analyze authorities regarding procedural aspects of motion to dismiss removed case (Lightspeed 2). | 0.30 | $ 440.00 | $ 132.00 |



EXHIBIT A

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/10/2012 | CMS | Analyze documents filed by opposing counsel at state court level in connection with removal analysis. | 1.10 | $ 270.00 | $ 297.00 |
| 8/13/2012 | BH | Review and analyze Amended Petition (Lightspeed 2) for purposes of Rule 12 motion, discuss same with R. Greene, and discuss related research with C. Salmon. | 1.10 | $ 440.00 | $ 484.00 |
| 8/13/2012 | BH | Review and analyze notice and multiple subpoenas by Lightspeed to ISPs. | 0.30 | $ 440.00 | $ 132.00 |
| 8/13/2012 | CMS | Research and analyze legal authorities applicable to defenses | 2.40 | $ 270.00 | $ 648.00 |
| 8/13/2012 | RG | Analyze first amended complaint and review Illinois case law for purposes of preparation of motion to dismiss (Lightspeed 2). | 4.70 | $ 295.00 | $ 1,386.50 |
| 8/14/2012 | RG | Draft introductory portion of motion to dismiss. | 0.70 | $ 295.00 | $ 206.50 |
| 8/15/2012 | CMS | Analyze materials related to Lightspeed litigation recently removed to federal court and coordinate with client and C. Kerr to ensure the continued preservation of IP address lookups related thereto. | 1.90 | $ 270.00 | $ 513.00 |
| 8/15/2012 | RG | Work on background section of motion to dismiss (Lightspeed 2). | 1.20 | $ 295.00 | $ 354.00 |
| 8/15/2012 | CDK | Review files and forward information to client regarding preservation of approximately 800 targets | 0.40 | $ 250.00 | $ 100.00 |
| 8/16/2012 | BH | Review emergency motion filed by Prenda in removed Lightspeed 2 case, email correspondence with AT&T in-house counsel regarding same, and coordinate with local counsel and H. Balsam regarding same. | 1.20 | $ 440.00 | $ 528.00 |
| 8/16/2012 | RG | Draft sections of motion to dismiss on Lightspeed allegations concerning AT&T's subscribers and AT&T's successful opposition to discovery in the state court phase of this case | 2.70 | $ 295.00 | $ 796.50 |
| 8/17/2012 | HSB | Work on opposition to emergency motion for early discovery in Lightspeed 2. | 5.60 | $ 555.00 | $ 3,108.00 |
| 8/17/2012 | BH | Review and respond to information received regarding setting of emergency motion for hearing (LS 2). | 0.60 | $ 440.00 | $ 264.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/17/2012 | BH | Email correspondence and telephone conferences with AT&T in-house counsel regarding hearing on emergency motion (LS 2). | 1.50 | $ 440.00 | $ 660.00 |
| 8/17/2012 | BH | Attend to preparation and filing of application for pro hac vice admission in SD Illinois. | 0.40 | $ 440.00 | $ 176.00 |
| 8/17/2012 | BH | Coordinate efforts with local counsel regarding hearing on emergency motion and coordinate with H. Balsam regarding same and outline of arguments for opposition (LS 2). | 1.00 | $ 440.00 | $ 440.00 |
| 8/17/2012 | BH | Work on opposition to emergency motion (LS 2). | 1.80 | $ 440.00 | $ 792.00 |
| 8/17/2012 | CMS | Prepare motion for admission pro hac vice for filing and confer with personnel in the clerk's office regarding the same. | 1.40 | $ 270.00 | $ 378.00 |
| 8/17/2012 | RG | Draft sections of motion to dismiss on claims of aiding and abetting and conspiracy. | 2.40 | $ 295.00 | $ 708.00 |
| 8/18/2012 | BH | Coordinate with Comcast counsel and local counsel regarding hearing on emergency motion (LS2). | 0.30 | $ 440.00 | $ 132.00 |
| 8/18/2012 | BH | Review and analyze emergency motion, amended petition, declaration, and other documents in preparation for opposition to emergency motion (LS2). | 2.60 | $ 440.00 | $ 1,144.00 |
| 8/18/2012 | BH | Email correspondence with AT&T in-house counsel regarding proceeding with opposition to emergency motion. | 0.20 | $ 440.00 | $ 88.00 |
| 8/18/2012 | CMS | Analyze authorities concerning requirements to obtain relief on an emergency basis in federal courts within the Seventh Circuit. | 1.30 | $ 270.00 | $ 351.00 |
| 8/18/2012 | CMS | Conduct research concerning standards for obtaining preliminary injunctive relief in federal courts within the Seventh Circuit. | 1.90 | $ 270.00 | $ 513.00 |
| 8/19/2012 | HSB | Review and revise opposition brief to motion for early discovery, and coordinate with team in connection with same (Lightspeed 2). | 4.40 | $ 555.00 | $ 2,442.00 |
| 8/19/2012 | BH | Email correspondence with client and Illinois counsel regarding opposition to emergency motion. | 1.20 | $ 440.00 | $ 528.00 |
| 8/19/2012 | BH | Prepare opposition to emergency motion in Lightspeed 2 case, and review and revise subsequent drafts of same. | 9.40 | $ 440.00 | $ 4,136.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/19/2012 | CMS | Prepare evidentiary support for opposition to plaintiff's emergency motion for expedited discovery, to be filed in Lightspeed matter. | 3.60 | $ 270.00 | $ 972.00 |
| 8/19/2012 | CMS | Assist with preparation of brief in opposition to emergency motion for expedited discovery (Lightspeed 2). | 3.90 | $ 270.00 | $ 1,053.00 |
| 8/19/2012 | CMS | Analyze authorities concerning standard for allowance of expedited discovery in the Seventh Circuit. | 1.30 | $ 270.00 | $ 351.00 |
| 8/20/2012 | BH | Review and analyze materials in preparation for hearing, including new filings in case | 2.80 | $ 440.00 | $ 1,232.00 |
| 8/20/2012 | BH | Prepare for hearing, and coordinate with local counsel and Comcast counsel in connection with same. | 3.20 | $ 440.00 | $ 1,408.00 |
| 8/20/2012 | BH | Represent client at hearing in S.D. Illinois on emergency motion (Lightspeed 2) -- motion denied. | 6.40 | $ 440.00 | $ 2,816.00 |
| 8/20/2012 | CMS | Assist with preparation for hearing on Lightspeed's emergency motion for expedited discovery and injunctive relief. | 1.60 | $ 270.00 | $ 432.00 |
| 8/21/2012 | CMS | Review and analyze Seventh Circuit legal authorities pertinent to causes of action brought against Internet service providers | 2.80 | $ 270.00 | $ 756.00 |
| 8/21/2012 | RG | Draft sections of motion to dismiss concerning unjust enrichment claim, federal Computer Fraud Act, and Illinois Consumer Fraud Act (Lightspeed 2). | 2.80 | $ 295.00 | $ 826.00 |
| 8/23/2012 | HSB | Review and analyze legal theories for motion to dismiss. | 1.40 | $ 555.00 | $ 777.00 |
| 8/23/2012 | BH | Work on Rule 12 motion to dismiss, and coordinate with R. Greene, H. Balsam, and Comcast counsel in connection with same. | 1.90 | $ 440.00 | $ 836.00 |
| 8/23/2012 | RG | Draft remaining portions of initial draft of motion to dismiss, including section on threshold "loss" for federal computer fraud claim (Lightspeed 2). | 3.70 | $ 295.00 | $ 1,091.50 |
| 8/24/2012 | BH | Work on Rule 12 motion to dismiss (Lightspeed 2). | 2.20 | $ 440.00 | $ 968.00 |
| 8/24/2012 | RG | Review and revise draft of brief in support of motion to dismiss, including research of Illinois law on unjust enrichment claims (Lightspeed 2). | 5.20 | $ 295.00 | $ 1,534.00 |
| 8/26/2012 | BH | Work on Rule 12 motion to dismiss (Lightspeed 2). | 1.40 | $ 440.00 | $ 616.00 |
| 8/27/2012 | HSB | Review and analyze Comcast motion to dismiss. | 0.80 | $ 555.00 | $ 444.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/27/2012 | BH | Work on Rule 12 motion to dismiss (Lightspeed 2). | 4.40 | $ 440.00 | $ 1,936.00 |
| 8/27/2012 | BH | Review and analyze motion to dismiss by Comcast, and review authorities cited in connection with same | 2.30 | $ 440.00 | $ 1,012.00 |
| 8/27/2012 | CMS | Review and anlyze authorities concerning effect of removal to federal court on prior activity in state court | 2.40 | $ 270.00 | $ 648.00 |
| 8/27/2012 | CMS | Review authorities concerning impact of previous adjudication of issues by Illinois Supreme Court. | 1.70 | $ 270.00 | $ 459.00 |
| 8/27/2012 | CMS | Review and analyze authorities cited in Comcast's Motion to Dismiss and prepare written inserts addressing same (Lightspeed 2). | 3.10 | $ 270.00 | $ 837.00 |
| 8/27/2012 | RG | Work on motion to dismiss; sections of brief (Lightspeed 2), including relating to federal Copyright Act preemption and other defensive matters, as well as record citations. | 4.70 | $ 295.00 | $ 1,386.50 |
| 8/28/2012 | HSB | Review and edit draft motion to dismiss (Lightspeed 2). | 2.30 | $ 555.00 | $ 1,276.50 |
| 8/28/2012 | BH | Work on Rule 12 motion to dismiss, including addressing comments from clients, and incorporating suggested revisions by AT&T in-house counsel and H. Balsam. | 6.10 | $ 440.00 | $ 2,684.00 |
| 8/28/2012 | BH | Coordinate with local counsel regarding arguments in motion to dismiss.C103 | 0.50 | $ 440.00 | $ 220.00 |
| 8/28/2012 | CMS | Assist with research and citations in support of motion to dismiss in Lightspeed matter. | 2.80 | $ 270.00 | $ 756.00 |
| 8/28/2012 | CMS | Review and assemble legal and evidentiary support for Motion to Dismiss. | 3.20 | $ 270.00 | $ 864.00 |
| 8/28/2012 | RG | Review and analyze federal procedural law on citation to court documents in motion to dismiss and federal case law on determining loss under Computer Fraud and Abuse Act. | 1.10 | $ 295.00 | $ 324.50 |
| 8/29/2012 | BH | Review of documents recently filed in Lightspeed 2. | 0.30 | $ 440.00 | $ 132.00 |
| 8/29/2012 | BH | Prepare final brief in support of motion to dismiss and motion to dismiss (Lightspeed 2), including coordination with local counsel and incorporation of comments and edits from client. | 4.30 | $ 440.00 | $ 1,892.00 |
| 8/29/2012 | CMS | Assist with finalization and filing of motion to dismiss in Lightspeed 2. | 2.80 | $ 270.00 | $ 756.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/18/2012 | BH | Receive and review motion to dismiss filed by Defendant Smith in Lightspeed 2. | 0.40 | $ 440.00 | $ 176.00 |
| 10/1/2012 | BH | Review and analyze responses of Lightspeed to Comcast motion to dismiss and AT&T motion to dismiss. | 0.50 | $ 440.00 | $ 220.00 |
| 10/2/2012 | BH | Coordinate with local counsel and Comcast counsel regarding reply in Lightspeed 2. | 0.20 | $ 440.00 | $ 88.00 |
| 10/4/2012 | BH | Review opposition to motion to dismiss and further analyze whether reply is warranted, and discuss same with client and T. Bozarth. | 0.90 | $ 440.00 | $ 396.00 |
| 10/4/2012 | RG | Review and analyze arguments and case law in Lightspeed's response to motion to dismiss. | 1.70 | $ 295.00 | $ 501.50 |
| 10/8/2012 | BH | Confer with T. Bozarth regarding opposition to motion to dismiss (Lightspeed 2) and further consider whether to file reply | 0.60 | $ 440.00 | $ 264.00 |
| 10/10/2012 | BH | Review Comcast reply (Lightspeed 2). | 0.30 | $ 440.00 | $ 132.00 |
| 10/11/2012 | BH | Coordinate with counsel for defendant Smith, H. Balsam, T. Bozarth, and opposing counsel regarding hearing and associated conference requirement (Lightspeed 2). | 0.90 | $ 440.00 | $ 396.00 |
| 10/11/2012 | BH | Review procedural rules in connection with initial conference and related requirements, and likely motion to stay (Lightspeed 2). | 0.60 | $ 440.00 | $ 264.00 |
| 10/11/2012 | CMS | Review and analyze procedural rules (federal and local) re scheduling conference and prepare memorandum to B. Huffman re same for use in Lightspeed 2. | 1.60 | $ 270.00 | $ 432.00 |
| 10/12/2012 | BH | Further email correspondence among attorneys regarding scheduling and proposed conference with plaintiff's counsel. | 0.30 | $ 440.00 | $ 132.00 |
| 10/15/2012 | BH | Coordinate with other defense counsel regarding discovery and deadlines in Lightspeed 2, and related email correspondence with plaintiff's counsel. | 1.20 | $ 440.00 | $ 528.00 |
| 10/15/2012 | BH | Analyze Comcast reply in Lightspeed 2, and report to client regarding same and other developments in case. | 0.40 | $ 440.00 | $ 176.00 |
| 10/17/2012 | BH | Follow-up call among defense counsel regarding Lightspeed 2. | 0.40 | $ 440.00 | $ 176.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/2012 | BH | Work on motion to stay discovery in Lightspeed 2 pending ruling on motion to dismiss. | 0.60 | $ 440.00 | $ 264.00 |
| 10/17/2012 | BH | Prepare for and represent client at initial conference with opposing counsel and other defense counsel (Lightspeed 2). | 0.70 | $ 440.00 | $ 308.00 |
| 10/18/2012 | BH | Prepare report to AT&T in-house counsel regarding Lightspeed 2. | 0.20 | $ 440.00 | $ 88.00 |
| 10/18/2012 | BH | Review and analyze proposed joint report from plaintiff (Lightspeed 2), and communicate with defense team regarding same. | 0.40 | $ 440.00 | $ 176.00 |
| 10/18/2012 | CMS | Review and analyze legal authorities concerning stay of discovery pending motion to dismiss. | 2.80 | $ 270.00 | $ 756.00 |
| 10/18/2012 | CMS | Draft summary of factual and procedural history of proceedings in Lightspeed 2 for inclusion in motion to stay discovery pending determination of motions to dismiss. | 1.10 | $ 270.00 | $ 297.00 |
| 10/19/2012 | BH | Coordinate with T. Bozarth and with other defense counsel regarding Lightspeed 2 joint report and proposed scheduling order. | 0.70 | $ 440.00 | $ 308.00 |
| 10/19/2012 | BH | Prepare proposed ISP position in joint report and proposed scheduling order, and review rules and proposed formats (local rules version) in connection with same. | 2.40 | $ 440.00 | $ 1,056.00 |
| 10/19/2012 | BH | Telephone conference with AT&T in-house counsel regarding Lightspeed 2 scheduling, discovery, and litigation hold, and related email correspondence. | 0.90 | $ 440.00 | $ 396.00 |
| 10/19/2012 | CMS | Work on motion to stay discovery pending determinations on motions to dismiss in Lightspeed 2. | 3.60 | $ 270.00 | $ 972.00 |
| 10/20/2012 | BH | Email correspondence with Comcast counsel, T. Bozarth, and AT&T in-house counsel regarding joint report (Lightspeed 2). | 0.60 | $ 440.00 | $ 264.00 |
| 10/20/2012 | BH | Incorporate comments in draft joint report. | 0.50 | $ 440.00 | $ 220.00 |
| 10/21/2012 | BH | Confer with defense counsel regarding joint report (Lightspeed 2). | 0.20 | $ 440.00 | $ 88.00 |
| 10/22/2012 | BH | Incorporate Defendant Smith comments in draft joint report (Lightspeed 2), and prepare email correspondence regarding same. | 0.80 | $ 440.00 | $ 352.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/2012 | BH | Work on motion for stay of discovery pending ruling on motions to dismiss (Lightspeed 2). | 0.60 | $ 440.00 | $ 264.00 |
| 10/22/2012 | CMS | Continue review and analysis of federal court decisions and other authorities concerning stay of discovery, | 2.10 | $ 270.00 | $ 567.00 |
| 10/23/2012 | BH | Work on motion to stay discovery, and incorporate comments from T. Bozarth and confer with other defense counsel in connection with same. | 2.80 | $ 440.00 | $ 1,232.00 |
| 10/23/2012 | CMS | Prepare record citations and discussion of authorities for inclusion in motion to stay discovery in Lightspeed 2. | 0.50 | $ 270.00 | $ 135.00 |
| 10/24/2012 | BH | Prepare updated versions of motion to stay (Lightspeed 2) taking into account comments of counsel for Comcast, comments of T. Bozarth, and comments and additional authorities proposed by counsel for Smith. | 1.40 | $ 440.00 | $ 616.00 |
| 10/24/2012 | BH | Confer with counsel for Defendant Smith, counsel for Comcast, T. Bozarth, and A. Fears regarding comments to and filing of motion to stay discovery (Lightspeed 2). | 1.30 | $ 440.00 | $ 572.00 |
| 10/24/2012 | CMS | Revise and edit motion to stay discovery, including insertion of record and legal citations, and assist in preparation of same for filing in Lightspeed 2 . | 0.90 | $ 270.00 | $ 243.00 |
| 10/24/2012 | CMS | Review and analyze legal authorities raised by other defense counsel in support of motion to stay discovery and prepare discussion of same for inclusion in motion to stay discovery in Lightspeed 2. | 2.30 | $ 270.00 | $ 621.00 |
| 10/25/2012 | BH | Pre-call among counsel to prepare for and represent client at hearing (Lightspeed 2), follow up email with defense counsel, and report to client regarding same. | 1.40 | $ 440.00 | $ 616.00 |
| 10/25/2012 | CMS | Attend telephonic scheduling conference. | 0.90 | $ 270.00 | $ 243.00 |
| 10/31/2012 | BH | Review and analyze opposition to motion to stay discovery in Lightspeed 2, and confer with Comcast counsel and AT&T in-house counsel regarding same | 0.50 | $ 440.00 | $ 220.00 |
| 11/1/2012 | BH | Work on reply in support of motion to stay (Lightspeed 2). | 0.80 | $ 440.00 | $ 352.00 |
| 11/1/2012 | CMS | Review and analyze materials and authorities in support of stay of discovery. | 1.40 | $ 270.00 | $ 378.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/1/2012 | CMS | Review court records in Lightspeed 2 for specific actions involving and references to AT&T, and prepare report of same. | 1.50 | $ 270.00 | $ 405.00 |
| 11/2/2012 | BH | Work on reply in support of motion to stay discovery and coordinate with AT&T in-house counsel, Comcast counsel, and T. Bozarth in connection with same. | 3.30 | $ 440.00 | $ 1,452.00 |
| 11/2/2012 | CMS | Review and analyze certain arguments submitted by counsel for Smith and Comcast in support of stay and prepare email memorandum for B. Huffman re: same. | 1.30 | $ 270.00 | $ 351.00 |
| 11/2/2012 | CMS | Review comments and provide record and legal citations to support reply, and edit reply in preparation for filing. | 1.10 | $ 270.00 | $ 297.00 |
| 11/5/2012 | BH | Review and prepare final version of reply in support of motion to stay, and confer with defendants' counsel and T. Bozarth in connection with same. | 1.20 | $ 440.00 | $ 528.00 |
| 11/7/2012 | BH | Receive, review, and email correspondence with client regarding order granting motion to stay discovery in Lightspeed 2. | 0.30 | $ 440.00 | $ 132.00 |
| 3/21/2013 | BH | Review notice of voluntary dismissal of Lightspeed action against AT&T and Comcast, and communicate with client regarding same. | 0.80 | $ 440.00 | $ 352.00 |
| 11/8/2013 | BH | Review and analyze recent court finding as well as prior filings in Lightspeed proceeding for purposes of filing motion for recovery of fees, and telephone conference and email correspondence with AT&T in-house counsel in connection with same. | 0.60 | $ 440.00 | $ 264.00 |
| 11/8/2013 | BH | Review and revise motion for fees, and email correspondence with AT&T in-house counsel in connection with same. | 0.60 | $ 440.00 | $ 264.00 |
| 11/8/2013 | CMS | Review and analyze court documents pertinent to request for recovery of attorneys fees. | 1.10 | $ 295.00 | $ 324.50 |
| 11/8/2013 | CMS | Prepare citations, references, and other revisions to draft motion for attorneys fees and confer with AT&T in-house counsel and T. Bozarth regarding same, and assist with filing of motion. | 0.60 | $ 295.00 | $ 177.00 |
| 11/8/2013 | CMS | Prepare notice of hearing to accompany motion for attorneys fees (Lightspeed v. Smith). | 0.30 | $ 295.00 | $ 88.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/2013 | BH | Telephone conference and email correspondence with AT&T in-house counsel in preparation for hearing on fees motion, and telephone conference with AT&T in-house counsel and T. Bozarth regarding same. | 0.70 | $ 440.00 | $ 308.00 |
| 11/13/2013 | BH | Review recent authority pertinent to motion for fees and coordinate with T. Bozarth regarding same in preparation for hearing, and (no charge) attend hearing by telephone. | 0.40 | $ 440.00 | $ 176.00 |
| 11/13/2013 | BH | Telephone conference and email correspondence with AT&T in-house counsel and T. Bozarth regarding hearing on fee requests and submission of fee itemization. | 0.40 | $ 440.00 | $ 176.00 |
| 11/13/2013 | BH | Prepare itemization of fees for submission in connection with fee request, and review and revise draft declaration in support of same. | 2.10 | $ 440.00 | $ 924.00 |
| 11/13/2013 | CMS | Prepare draft declaration to support motion for attorneys' fees. | 0.30 | $ 295.00 | $ 88.50 |
| | | **TOTAL HOURS** | **215.00** | | **$ 80,524.50** |