UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Case No. 12-cv-889 GPM-SCW |
| | ) |
| v. | ) Judge: Hon. G. Patrick Murphy |
| | ) |
| ANTHONY SMITH, et al., | ) Magistrate: Stephen C. Williams |
| | ) |
| Defendants. | ) |

### DEFENDANT COMCAST'S ITEMIZATION OF ATTORNEY'S FEES

Defendants Comcast Cable Communications LLC and Comcast Corporate Representative #1 (together, "Comcast"), hereby submit their itemization of attorney's fees and costs in connection with their Motion for Attorney's Fees Pursuant to F.R.C.P. 54(d)(2) and 28 U.S.C. § 1927 (Dkt. 78). Attached hereto, Comcast respectfully submits an itemization and support affidavits and exhibits, as follows: as Attachment 1, the Declaration of John D. Seiver that accompanies an itemization of time and expenses for August 2012 through the date of this Itemization for Davis Wright Tremaine, LLP ("DWT"), and as Attachment 2, the Declaration of Andrew D. Toennies that accompanies an itemization of time and expenses covering the same period for Lashly & Baer, P.C. Together, Comcast seeks fees and expenses of $69,021.26, reflecting $57,951.26 charged by DWT, and $11,070.00 charged by Lashly & Baer, P.C.

Respectfully submitted,

By: /s/ *John D. Seiver*

John D. Seiver (admitted *pro hac vice*)
Ronald G. London
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
(202) 973-4200

Andrew G. Toennies
LASHLY & BAER, P.C.
20 East Main Street
Belleville, Illinois 62220-1602
(618) 233-5587

*Attorneys for Defendants Comcast Cable Communications, LLC and Comcast Corporate Representative #1*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic system upon all counsel of record via the Court's CM/ECF system.

/s/ *John D. Seiver*
John D. Seiver