## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) |
| | ) |
| *Plaintiff*, | ) Case No. 12-cv-889 GPM-SCW |
| | ) |
| v. | ) Judge: Hon. G. Patrick Murphy |
| | ) |
| ANTHONY SMITH, *et al.*, | ) Magistrate: Stephen C. Williams |
| | ) |
| *Defendants*. | ) |

### DECLARATION OF JOHN D. SEIVER

I, John D. Seiver, hereby declare as follows:

1.  ´ I am Of Counsel with the law firm of Davis Wright Tremaine, LLP ("DWT"), and in that capacity, along with other members of the firm, have represented Defendants Comcast Cable Communications LLC and Comcast Corporate Representative #1 (together, "Comcast"), in connection with this action before the Illinois state and federal district courts. I am fully competent to make this Declaration, have served as the primary attorney in charge of the firm's representation of Comcast in this action, and have personal knowledge of the matters stated herein, and that they are true and correct as stated. I am also Comcast's primary outside counsel in connection with subpoenas and other litigation directed implicating Comcast relating to Doe Defendant BitTorrent copyright litigation throughout the United States.

2.  This Declaration's Exhibit A contains an itemization of attorney's fees in the amount of $57,144.28, and expenses in the amount of $806.98 that have been or will be billed to Comcast by DWT for services rendered in this lawsuit, beginning with the removal of the case from Illinois state court to this Court, which has included Plaintiff Lightspeed's unreasonable


EXHIBIT
1

and vexatious assertion of baseless claims against Comcast, and multiple improper and futile attempts to compel Comcast to disclose personally identifiable information of its subscribers at an emergency hearing and in refusing to stay discovery while motions to dismiss were pending. The time and expenses incurred in this case as reflected in Exhibit A appear spread across two matters because DWT originally included this case in its general matter for its representation of Comcast in connection with Doe Defendant BitTorrent copyright infringement litigation in federal and state courts, and later broke it out into its own matter shortly after Comcast became a Defendant, rather than a third-party discovery target, with Plaintiff's filing of its First Amended Complaint to punitively make Comcast a party to this case without justification or proper legal basis.

     3.     Based on my 34 years as a litigator and as a partner and now of counsel at DWT (and previously as an associate and partner at Cole Raywid & Braverman LLP, which merged into DWT in 2007), and on my supervision of the litigation of this matter on Comcast's behalf, as well as review of the time entries and expenses associated therewith, I hereby attest that the fees and expenses in Exhibit A are accurately stated and reasonable for the work they represent, that the attorney billing rates shown reflect historic hourly rates billed to DWT's clients, and that the rates are commensurate with those charged in the Washington D.C. market for legal work of this type.

     4.     I further attest that the expenses are billed to Comcast at actual cost, including $806.98 as the actual amount of reasonable travel expenses incurred to attend the August 20, 2012, hearing on Plaintiff's "Emergency" Motion for Discovery Prior to Rule 26(f) Conference (Dkt. 9), which the Court later called "meritless" in an Order granting fees in this case (Dkt. 65).

5.      Notably, these amounts do not include the far greater fees and expenses Comcast incurred successfully resisting Plaintiff's improper and abusive efforts to gain early discovery in this matter before the state court as well, including Comcast's participation in having a motion granted by the Illinois Supreme Court for issuance of a supervisory order barring such discovery (all of which preceded Plaintiff's amendment of the complaint as indicated above, to punitively name Comcast and Representative as Defendants in baseless federal and state claims).

FURTHER DECLARANT SAYETH NOT.

DATED:  November 22, 2013

_/s/ John D. Seiver_ _____
John D. Seiver

| Invoice Date | Invoice Number | Fees | Costs | Total |
|---|---|---|---|---|
| 9/26/2012 | 6095460 | 29,536.01 | 806.98 | 30,342.99 |
| 10/19/2012 | 6100976 | 836.41 | 0 | 836.41 |
| 11/20/2012 | 6108495 | 14,349.35 | 0 | 14,349.35 |
| 12/7/2012 | 6111727 | 4,765.62 | 0 | 4,765.62 |
| 1/28/2012 | 6121228 | 2,138.66 | 0 | 2,138.66 |
| 3/26/2013 | 6134105 | 159.30 | 0 | 159.30 |
| 4/19/2013 | 6139604 | 2,885.85 | 0 | 2,885.85 |
| 5/29/2013 | 6148614 | 902.70 | 0 | 902.70 |
| 11/19/2013 | 6187408 | 1,570.38 | 0 | 1,570.38 |
| **TOTAL:** | | **$57,144.28** | **$806.98** | **$57,951.26** |

| Timekeeper | Rate (2012) | Rate (2013) |
|---|---|---|
| John D. Seiver | 473.45 | 531.00 |
| Ronald G. London | 420.75 | 463.50 |
| Leslie Gallagher Moylan | 292.40 | n/a |
| Adam Shoemaker | 270.30 | n/a |
| Lisa Zycherman | 317.05 | n/a |
| Marni Shapiro | 212.50 | n/a |



EXHIBIT

A



# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

September 26, 2012
Invoice No. 6095460
**SENT ELECTRONICALLY**

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING  - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Period Covered Through:  Aug 31, 2012

Re:     Case Name:       0107080-000208
        Client:          COMCAST CORPORATION
        Matter:          Copyright Infringement Matters - 2012018630 - Mosley

Client Reference:       2012018630

| Date | Professional | ABA Code | Act. Code | Time | Amount | Description of Services |
|------|-------------|----------|-----------|------|--------|------------------------|
| 08/07/12 | J. Seiver | L350 | A104 | 0.3 | 142.04 | Review new Lightspeed subpoena |
| 08/07/12 | J. Seiver | L520 | A107 | 0.3 | 142.04 | Email regarding new Lightspeed subpoena |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage          New York          Seattle
Bellevue           Portland          Shanghai
Los Angeles        San Francisco     Washington, D.C.                    www.dwt.com

DWT 22996667v1 0000099-010073



Comcast Cable Communications, LLC
Invoice No. 6095460
Page No. 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/08/12 | R. London | L350 | A107 | 0.50 | 210.38 | Confer with AT&T counsel regarding pre-service removal in Illinois Lightspeed case |
| 08/08/12 | R. London | L350 | A102 | 1.00 | 420.75 | Research pre-service removal in Illinois Lightspeed case |
| 08/08/12 | J. Seiver | L350 | A106 | 0.90 | 426.11 | Emails M. Mosley regarding Lightspeed, new Lightspeed amended complaint, removal and strategy; removal decisions for timing |
| 08/08/12 | J. Seiver | L350 | A107 | 0.60 | 284.07 | Emails and calls B. Huffman regarding Lightspeed amended complaint and removal |
| 08/08/12 | J. Seiver | L350 | A104 | 0.70 | 331.42 | Review new Lightspeed filings in St. Clair County |
| 08/09/12 | J. Seiver | L350 | A106 | 1.20 | 568.14 | Conference call with M. Mosley, G. Lewis and T. Nathan regarding new Lightspeed case, removal and strategy; email and call L. Merone regarding LLC ownership; email with replies in two Sunlust and CP Productions cases (DDC); email drafts of consent and corporate disclosure |
| 08/09/12 | J. Seiver | L250 | A102 | 1.30 | 615.49 | Research for removal and motion to dismiss new Lightspeed case in federal court |
| 08/09/12 | J. Seiver | L250 | A107 | 0.60 | 284.07 | Emails and calls A. Toennies, B. Huffman and T. Bozarth regarding filing Lightspeed notice of consent to removal |
| 08/09/12 | J. Seiver | L250 | A104 | 0.80 | 378.76 | Review Lightspeed v. Shashek complaint and Openmind (both SD Ill.) for preparation of motion to dismiss Lightspeed case |
| 08/09/12 | J. Seiver | L250 | A103 | 0.50 | 236.73 | Draft Consent to Notice of Removal and Corporate disclosure statement -- Lightspeed |



Comcast Cable Communications, LLC
Invoice No. 6095460
Page No. 3

| Date | Name | | | | | Description |
|------|------|---|---|---|---|-------------|
| 08/10/12 | R. London | L120 | A104 | 3.00 | 1,262.25 | Review Lightspeed complaint and initial research on CFAA, copyright preemption and conspiracy issues |
| 08/10/12 | J. Seiver | L120 | A106 | 0.40 | 189.38 | Emails regarding press reports on Lightspeed; consent to removal filing |
| 08/10/12 | J. Seiver | L120 | A106 | 0.40 | 189.38 | Draft paragraph on Lightspeed status for M. Mosley |
| 08/13/12 | R. London | L350 | A102 | 3.00 | 1,262.25 | Research for motion to dismiss Lightspeed complaint |
| 08/13/12 | J. Seiver | L120 | A103 | 0.10 | 47.35 | Finalize consent to removal - Lightspeed |
| 08/13/12 | J. Seiver | L120 | A106 | 0.10 | 47.35 | Email M. Mosley regarding Lightspeed and filing consent to removal |
| 08/14/12 | R. London | L350 | A102 | 2.50 | 1,051.88 | Research for Lightspeed case time for answering where removal effectuated prior to service; report to J. Seiver regarding same; research for responding to substantive claims in Lightspeed |
| 08/14/12 | J. Seiver | L350 | A104 | 0.30 | 142.04 | Review new Lightspeed subpoenas and compare to prior - state court (Cook County); review R. London research on answer dates |
| 08/14/12 | J. Seiver | L350 | A106 | 0.10 | 47.35 | Email M. Mosley regarding new Lightspeed subpoenas |
| 08/15/12 | L. Zycherman | L350 | A103 | 0.40 | 126.82 | Draft objection letters to second subpoena in Lightspeed (Ill. Civ. Ct.) |
| 08/15/12 | R. London | L350 | A102 | 0.20 | 84.15 | Research for Lightspeed case |
| 08/15/12 | J. Seiver | L350 | A103 | 0.60 | 284.07 | Revise objection letter - Lightspeed subpoenas |
| 08/15/12 | J. Seiver | L350 | A106 | 0.10 | 47.35 | Email draft Lightspeed subpoena objection letter to M. Mosley |
| 08/15/12 | J. Seiver | L350 | A107 | 0.40 | 189.38 | Email B. Huffman regarding timing on motion to dismiss; email P. Stack regarding Cook County subpoena for Lightspeed |



Comcast Cable Communications, LLC
Invoice No. 6095460
Page No. 4

| 08/16/12 | R. London | L350 | A102 | 3.50 | 1,472.63 | Research for motion to dismiss Lightspeed complaint |
| 08/16/12 | J. Seiver | L350 | A107 | 0.20 | 94.69 | Emails with A. Toennies regarding service of subpoenas and no summons |
| 08/17/12 | R. London | L350 | A103 | 4.90 | 2,061.68 | Work on motion to dismiss Lightspeed complaint |
| 08/17/12 | J. Seiver | L350 | A107 | 0.30 | 142.04 | Emails with B. Huffman and A. Toennies regarding Lightspeed hearing |
| 08/17/12 | J. Seiver | L350 | A104 | 0.50 | 236.73 | Review Lightspeed filings - emergency motion for discovery |
| 08/17/12 | J. Seiver | L350 | A106 | 0.20 | 94.69 | Email M. Mosley regarding Lightspeed hearing August 20 East St. Louis |
| 08/17/12 | J. Seiver | L350 | A101 | 1.40 | 662.83 | Prepare for Lightspeed argument (SD Ill.) |
| 08/20/12 | R. London | L350 | A104 | 0.80 | 336.60 | Review Lightspeed emergency discovery pleadings; confer with J. Seiver regarding same |
| 08/20/12 | R. London | L350 | A103 | 2.40 | 1,009.80 | Work on motion to dismiss Lightspeed complaint |
| 08/20/12 | J. Seiver | L350 | A101 | 5.50 | 2,603.98 | Prepare for argument |
| 08/20/12 | J. Seiver | L350 | A109 | 0.50 | 236.73 | Argument |
| 08/20/12 | J. Seiver | L350 | A106 | 0.20 | 94.69 | Email and call with M. Mosley regarding denial of Lightspeed emergency motion |
| 08/20/12 | M. Shapiro | C100 | A102 | 0.20 | 42.50 | Research on federal litigation involving Lightspeed (.2) |
| 08/21/12 | L. Zycherman | L350 | A103 | 0.50 | 158.53 | Begin drafting objection letter in Patrick Collins v. Does (F. Cir. Ct); draft email to M. Shapiro regarding checking IP address locations; draft email to R. London regarding motion to dismiss amended complaint in Lightspeed |
| 08/21/12 | L. Zycherman | L350 | A104 | 0.20 | 63.41 | Review draft motion to dismiss amended complain in Lightspeed |


Davis Wright
Tremaine LLP

Comcast Cable Communications, LLC
Invoice No. 6095460
Page No. 5

| 08/21/12 | J. Seiver | L350 | A104 | 1.00 | 473.45 | Review prior pleadings, motions and orders for preparing new Motion to Dismiss - Lightspeed amended complaint |
|---|---|---|---|---|---|---|
| 08/22/12 | R. London | L350 | A103 | 5.00 | 2,103.75 | Work on motion to dismiss Lightspeed complaint |
| 08/22/12 | J. Seiver | L350 | A102 | 1.80 | 852.21 | Research for new Motion to Dismiss - Lightspeed amended complaint |
| 08/23/12 | L. Moylan | L510 | A102 | 2.50 | 731.00 | Lightspeed - research regarding litigation privilege and similar defenses for motion to dismiss |
| 08/23/12 | R. London | L350 | A103 | 3.00 | 1,262.25 | Work on motion to dismiss Lightspeed complaint |
| 08/24/12 | L. Zycherman | L350 | A103 | 2.40 | 760.92 | Draft introduction and background sections for motion to dismiss amended complaint in Lightspeed |
| 08/24/12 | J. Seiver | L350 | A103 | 1.50 | 710.18 | Revise and edit motion to dismiss - Lightspeed |
| 08/25/12 | L. Zycherman | L350 | A103 | 2.30 | 729.22 | Draft section on IFCA for motion to dismiss amended complaint in Lightspeed |
| 08/26/12 | R. London | L350 | A103 | 0.80 | 336.60 | Revise motion to dismiss Lightspeed complaint |
| 08/27/12 | L. Zycherman | L350 | A103 | 1.20 | 380.46 | Review and revise draft motion to dismiss amended complaint in Lightspeed |
| 08/27/12 | R. London | L350 | A103 | 0.60 | 252.45 | Revisemotion to dismiss Lightspeed complaint |
| 08/27/12 | J. Seiver | L240 | A103 | 1.40 | 662.83 | Revise and edit motion to dismiss - Lightspeed |
| 08/27/12 | J. Seiver | L240 | A106 | 0.10 | 47.35 | Email M. Mosley regarding motion to dismiss - Lightspeed |
| 08/28/12 | L. Moylan | L350 | A104 | 0.60 | 175.44 | Lightspeed - review draft motion to dismiss |
| 08/28/12 | L. Zycherman | L350 | A103 | 1.90 | 602.40 | Revise draft motion to dismiss amended complaint in Lightspeed and review AT&T's draft brief |
| 08/28/12 | R. London | L350 | A104 | 0.40 | 168.30 | Review AT&T motion to dismiss Lightspeed complaint |
| 08/28/12 | J. Seiver | L240 | A104 | 0.40 | 189.38 | Review Comcast and AT&T drafts of motions to dismiss - Lightspeed |



Comcast Cable Communications, LLC
Invoice No. 6095460
Page No. 6

| 08/29/12 | L. Zycherman | L350 | A103 | 1.40 | 443.87 | Revise draft motion to dismiss amended complaint in Lightspeed (S.D. Ill.); |
| 08/29/12 | J. Seiver | L240 | A103 | 0.70 | 331.42 | Final revisions to Lightspeed motion to dismiss and memo in support |
| | Total Services | | | 70.60 | $29,536.01 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Meal Expense -- John Seiver 08/20/2012 | 1 | 6.35 |
| Meal Expense -- John Seiver 08/20/2012 | 1 | 23.78 |
| Parking / Tolls / Ferry -- John Seiver 08/20/2012 | 1 | 22.00 |
| Taxi / Car Service -- John Seiver 08/20/2012 STL Airport | 1 | 43.00 |
| Taxi / Car Service -- John Seiver 08/20/2012 Courthouse | 1 | 45.00 |
| Airfare – John Seiver 08/20/2012 St. Louis, MO | 1 | 666.85 |
| Total Current Disbursements | | $806.98 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $29,536.01 |
| Total Current Disbursements | $806.98 |
| Total Current Invoice | $30,342.99 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $30,342.99 |
| Total Balance Due This Matter | $30,342.99 |

Wesley Heppler

DWT 22996667v1 0000099-010073



**Davis Wright Tremaine** LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 96101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

October 19, 2012
Invoice No. 6100976
**SENT ELECTRONICALLY**

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0107080-000208
Copyright Infringement Matters - 2012018630 - Mosley

2012018630

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| 09/05/12 | J. Seiver | L350 | A108 | 0.30 | 142.04 | Emails with Comcast and J. Sweet (counsel for Smith) about transcript in Lightspeed discovery motion hearing |
| 09/12/12 | R. London | L350 | A104 | 0.30 | 126.23 | Review Lightspeed opposition to motion to dismiss in Shashek case |
| 09/12/12 | J. Seiver | L350 | A104 | 0.80 | 378.76 | Review opposition to Shashek MTD for Lightspeed; review Combat Zone pleadings for possible hearing |
| 09/20/12 | J. Seiver | L350 | A106 | 0.20 | 94.69 | Lightspeed/Combat Zone emails |
| 09/28/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Email M. Mosley regarding Lightspeed SD Ill. trial track setting (11-2013) |
| | Total Services | | | 1.80 | $836.41 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Comcast Cable Communications, LLC
Invoice No. 6100976
Page 2

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $836.41 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $836.41 |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Current Invoice | $836.41 |
| Total Balance Due This Matter | $836.41 |

Wesley Heppler



**Davis Wright Tremaine** LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

November 20, 2012
Invoice No. 6108495
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0107080-000218
Lightspeed v. Smith and Comcast - 2012019269 - Mosley

Client Reference:  2012019269

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|---|---|
| 10/02/12 | L. Moylan | P300 | A104 | 1.20 | 350.88 | Lightspeed - review oppositions to motions to dismiss |
| 10/02/12 | R. London | P300 | A104 | 0.50 | 210.38 | Initial review of Lightspeed opposition to motion to dismiss; e-memo to J. Seiver with initial impressions |
| 10/02/12 | J. Seiver | P300 | A104 | 0.50 | 236.73 | Review Lightspeed oppositions to AT&T and Comcast motions to dismiss |
| 10/02/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Email M. Mosley, J. Lewis with Lightspeed oppositions to AT&T and Comcast motions to dismiss |
| 10/02/12 | J. Seiver | P300 | A106 | 0.10 | 47.35 | Emails B. Huffman regarding Lightspeed oppositions to AT&T and Comcast motions to dismiss and possible reply |
| 10/03/12 | J. Seiver | P300 | A103 | 0.40 | 189.38 | Outline for reply - Lightspeed |
| 10/05/12 | L. Moylan | P300 | A104 | 2.20 | 643.28 | Review Plaintiffs' responses to document requests and interrogatories; create notations for meet and confer |
| 10/05/12 | R. London | P300 | A103 | 2.80 | 1,178.10 | Work on reply to opposition to motion to dismiss Lightspeed complaint |
| 10/08/12 | R. London | P300 | A102 | 1.20 | 504.90 | Work on reply to Lightspeed opposition to motion to dismiss |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Davis Wright
Tremaine LLP

Comcast Cable Communications, LLC
Invoice No. 6108495
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| 10/09/12 | R. London | P300 | A103 | 6.80 | 2,861.10 | Work on reply to opposition to motion to dismiss Lightspeed complaint |
| 10/10/12 | R. London | P300 | A103 | 0.80 | 336.60 | Work on reply to opposition to motion to dismiss Lightspeed complaint |
| 10/10/12 | J. Seiver | P300 | A102 | 1.70 | 804.87 | Revise and edit draft reply for SD ILL |
| 10/10/12 | J. Seiver | P300 | A103 | 0.80 | 378.76 | Litigation Hold memo draft and review |
| 10/10/12 | J. Seiver | P300 | A106 | 0.40 | 189.38 | Telephone M. Mosley and R. Pierce; email M. Mosley regarding reply on Lightspeed |
| 10/11/12 | R. London | P300 | A102 | 0.80 | 336.60 | Research to confirm removal and/or moving to dismiss do not waive failure of service |
| 10/11/12 | J. Seiver | P300 | A106 | 0.50 | 236.73 | Emails with D. Booth regarding pretrial and stipulated extension |
| 10/12/12 | J. Seiver | P300 | A106 | 0.50 | 236.73 | Emails regarding Lightspeed pretrial and meet and confer and strategy |
| 10/12/12 | J. Seiver | P300 | A103 | 0.30 | 142.04 | Revise, finalize, file Openmind |
| 10/12/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Email M. Mosley regarding Lightspeed (SD Ill.) |
| 10/15/12 | J. Seiver | P300 | A106 | 1.00 | 473.45 | Pre-Rule 26 ISP conference call - AT&T, Smith (B. Huffman, D. Sweet, J. Booth) |
| 10/15/12 | J. Seiver | P300 | A106 | 0.40 | 189.38 | Email M. Mosley regarding reply, pretrial - Lightspeed (SD Ill.) |
| 10/15/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Emails to and from P. Hansmeier regarding Rule 26 conference |
| 10/16/12 | J. Seiver | P300 | A104 | 1.00 | 473.45 | Review outlines for scheduling report and conference - Lightspeed (SD Ill.) |
| 10/17/12 | R. London | P300 | A107 | 0.50 | 210.38 | Teleconference with opposing counsel and co-plaintiff's counsel in Lightspeed case regarding initial disclosures and related pretrial matters |
| 10/17/12 | R. London | P300 | A107 | 0.40 | 168.30 | Teleconference with co-plaintiff's counsel in Lightspeed case regarding initial disclosures and related pretrial matters |
| 10/17/12 | J. Seiver | P300 | A106 | 0.30 | 142.04 | Rule 26 conference call - all parties and Magistrate in Lightspeed v. Smith (SD Ill.) |
| 10/17/12 | J. Seiver | P300 | A108 | 0.40 | 189.38 | Follow up conference call, ISP counsel |
| 10/20/12 | J. Seiver | P300 | A103 | 0.60 | 284.07 | Revise parties' planning report and discovery schedule |
| 10/20/12 | J. Seiver | P300 | A106 | 0.30 | 142.04 | Emails B. Huffman regarding revisions to planning report |
| 10/22/12 | J. Seiver | P300 | A104 | 0.40 | 189.38 | Review final joint version(s) of Lightspeed 26f Report |
| 10/22/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Email B. Huffman and D. Booth regarding 26f Report; email P. Duffy |
| 10/23/12 | R. London | P300 | A104 | 0.80 | 336.60 | Review draft motion to stay discovery and Lightspeed opposition to Smith |



Comcast Cable Communications, LLC
Invoice No. 6108495
Page 3

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|---|---|
| | | | | | | motion to dismiss |
| 10/23/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Emails regarding 26f report finalization and filing |
| 10/23/12 | J. Seiver | P300 | A104 | 0.30 | 142.04 | Review Lightspeed opposition to Smith MTD |
| 10/23/12 | J. Seiver | P300 | A103 | 1.50 | 710.18 | Revise motion to stay discovery pending decisions on motions to dismiss |
| 10/23/12 | J. Seiver | P300 | A106 | 0.10 | 47.35 | Email B. Huffman with revisions to motion to stay discovery |
| 10/24/12 | J. Seiver | P300 | A103 | 0.30 | 142.04 | Revise motion to defer discovery |
| 10/25/12 | R. London | P280 | A106 | 0.60 | 252.45 | Pre-pretrial proceeding call with co-defendants; pre-trial proceeding call with court and parties |
| 10/25/12 | J. Seiver | P300 | A106 | 0.70 | 331.42 | Prepare for and pre-conference call regarding discovery plan |
| 10/25/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Conference call - Magistrate Williams regarding discovery plan and briefing schedule on motion to defer discovery |
| 10/31/12 | J. Seiver | P300 | A104 | 1.00 | 473.45 | Review Opposition to motion to defer discovery for drafting reply |
| | Total Services | | | 33.30 | $14,349.35 | |

## SUMMARY BY TASK

| Task Professionals | Hours | Rate | Total |
|---|---|---|---|
| **P280**       **Other** | | | |
| Of_Counsel | | | |
|   R. London | 0.60 | 420.75 | 252.45 |
|     Class Total | 0.60 | | 252.45 |
|       Task Total | 0.60 | | 252.45 |
| | | | |
| **P300**       **Structure/Strategy/Analysis** | | | |
| Associate | | | |
|   L. Moylan | 3.40 | 292.40 | 994.16 |
|     Class Total | 3.40 | | 994.16 |
| Of_Counsel | | | |
|   J. Seiver | 14.70 | 473.45 | 6,959.78 |
|   R. London | 14.60 | 420.75 | 6,142.96 |
|     Class Total | 29.30 | | 13,102.74 |
|       Task Total | 32.70 | | 14,096.90 |
| Grand Total | 33.30 | | $14,349.35 |



Comcast Cable Communications, LLC
Invoice No. 6108495
Page 4

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $14,349.35 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $14,349.35 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $14,349.35 |
| Total Balance Due This Matter | $14,349.35 |

Wesley Heppler



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

December 07, 2012
Invoice No. 6111727
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:      0107080-000218
Lightspeed v. Smith and Comcast - 2012019269 - Mosley

Client Reference:  2012019269

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| 11/01/12 | R. London | P280 | A103 | 4.00 | 1,683.00 | Review opposition to motion to stay discovery and draft reply to same |
| 11/01/12 | J. Seiver | P300 | A103 | 2.80 | 1,325.66 | Revise reply - motion to defer discovery |
| 11/01/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Email B. Huffman, J. Sweet with draft of reply - motion to defer discovery |
| 11/02/12 | R. London | P280 | A104 | 0.80 | 336.60 | Review AT&T and Smith revisions to reply to opposition to defer discovery, implement same |
| 11/02/12 | J. Seiver | P300 | A103 | 0.80 | 378.76 | Revise reply, motion to stay discovery in SD Ill. (Lightspeed) |
| 11/05/12 | J. Seiver | P300 | A103 | 1.00 | 473.45 | Finalize reply for staying discovery - SD Ill |
| 11/05/12 | J. Seiver | P300 | A106 | 0.10 | 47.35 | Email regarding filing final reply - SD Ill. |
| 11/07/12 | J. Seiver | P300 | A106 | 0.20 | 94.69 | Email and telephone call with M. Mosley regarding orders granting motion to stay discovery and canceling hearing |
| 11/07/12 | J. Seiver | P300 | A104 | 0.20 | 94.69 | Review orders granting motion to stay discovery and canceling hearing |
| 11/27/12 | J. Seiver | P300 | A104 | 0.20 | 94.69 | Review pleadings and timing for |



Comcast Cable Communications, LLC
Invoice No. 6111727
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|-------------------------|
| | | | | | | serving summons and possible dismissal - SD Illinois |
| 11/29/12 | J. Seiver | P300 | A106 | 0.30 | 142.04 | Telephone call with M. Pietz regarding Michigan case (Malibu Media/Thompson) |
| | Total Services | | | 10.60 | $4,765.62 | |

## SUMMARY BY TASK

| Task Professionals | | Hours | Rate | Total |
|--------------------|--|-------|------|-------|
| **P280**      **Other** | | | | |
| Of_Counsel | | | | |
| R. London | | 4.80 | 420.75 | 2,019.60 |
| Class Total | | 4.80 | | 2,019.60 |
| Task Total | | 4.80 | | 2,019.60 |
| | | | | |
| **P300**      **Structure/Strategy/Analysis** | | | | |
| Of_Counsel | | | | |
| J. Seiver | | 5.80 | 473.45 | 2,746.02 |
| Class Total | | 5.80 | | 2,746.02 |
| Task Total | | 5.80 | | 2,746.02 |
| Grand Total | | 10.60 | | $4,765.62 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|--|--|
| Total Current Services | $4,765.62 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $4,765.62 |

## STATEMENT OF ACCOUNT

| | |
|--|--|
| Balance from Previous Statement | $14,349.35 |
| Current Invoice | $4,765.62 |
| Total Balance Due This Matter | $19,114.97 |



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

January 28, 2013
Invoice No. 6121228
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0107080-000218
Lightspeed v. Smith and Comcast - 2012019269 - Mosley

Client Reference:  2012019269

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| 12/05/12 | J. Seiver | L350 | A104 | 0.90 | 426.11 | Review for Malibu Media show cause hearing |
| 12/06/12 | J. Seiver | L350 | A104 | 0.30 | 142.04 | Review Magistrate Judge's Order denying Doe #1 motion to quash (ED Mich) |
| 12/06/12 | J. Seiver | L350 | A106 | 0.30 | 142.04 | Email M. Mosley regarding denial of motion to quash and impact on motion for order to show cause and hearing (ED Mich.) |
| 12/06/12 | J. Seiver | L350 | A107 | 0.20 | 94.69 | Email M. Donnelly regarding denial of motion to quash and impact on motion for order to show cause and hearing (ED Mich.) |
| 12/10/12 | J. Seiver | L350 | A106 | 0.30 | 142.04 | Email M. Mosley regarding possible settlement and hearing on motion for order to show cause; dismissal (ED Mich.) |
| 12/10/12 | J. Seiver | L350 | A108 | 0.40 | 189.38 | Email regarding disputed issues, hearing, admission, possible settlement and then dismissal (ED Mich.) |
| 12/11/12 | J. Seiver | L350 | A104 | 0.30 | 142.04 | Review proposed form of dismissal with prejudice and revisions |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

**Davis Wright Tremaine LLP**

Comcast Cable Communications, LLC
Invoice No. 6121228
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|-------------------------|
| 12/11/12 | J. Seiver | L350 | A106 | 0.10 | 47.35 | Email proposed order of dismissal with prejudice to M. Mosley |
| 12/13/12 | J. Seiver | L350 | A106 | 0.20 | 94.69 | Email Malibu's unresolved issues to M. Mosley |
| 12/13/12 | J. Seiver | L350 | A107 | 0.20 | 94.69 | Email M. Donnelly regarding notice of dismissal |
| 12/18/12 | J. Seiver | L350 | A106 | 0.10 | 47.35 | Email M. Mosley Order of Dismissal |
| 12/19/12 | J. Seiver | L350 | A108 | 1.00 | 473.45 | Telephonic hearing - Motion for order to show cause in Malibu Media (ED Mich.) |
| 12/19/12 | J. Seiver | L350 | A106 | 0.20 | 94.69 | Email M. Mosley regarding hearing and denial of Motion for order to show cause in Malibu Media (ED Mich.) |
| | Total Services | | | 4.50 | $2,130.56 | |

## SUMMARY BY TASK

| Task Professionals | | Hours | Rate | Total |
|--------------------|--|-------|------|-------|
| L350            Discovery Motions | | | | |
| Of_Counsel | | | | |
| J. Seiver | | 4.50 | 473.45 | 2,130.56 |
| Class Total | | 4.50 | | 2,130.56 |
| Task Total | | 4.50 | | 2,130.56 |
| Grand Total | | 4.50 | | $2,130.56 |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Law library - - PACER SERVICE CENTER Pacer (Public Access to Court Records) 10/12 (DC/CRB) | 1 | $8.10 |
| Total Current Disbursements | | $8.10 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|--|--|
| Total Current Services | $2,130.56 |
| Total Current Disbursements | 8.10 |
| Total Current Invoice | $2,138.66 |



Comcast Cable Communications, LLC
Invoice No.  6121228
Page 3

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $19,114.97 |
| Less Payments Received as of 12/28/12 - COMCAST CABLE CORP - ACH | ($19,114.97) |
| Current Invoice | $2,138.66 |
| Total Balance Due This Matter | $2,138.66 |

Wesley Heppler



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.822.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

March 26, 2013
Invoice No. 6134105
**SENT ELECTRONICALLY**

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0107080-000218
Lightspeed v. Smith and Comcast - 2012019269 - Mosley

Client Reference:   2012019269

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|---|---|
| 02/04/13 | J. Seiver | L110 | A103 | 0.30 | 159.30 | Prepare and forward 90 day case update (SD Ill.) |
| | Total Services | | | 0.30 | $159.30 | |

**SUMMARY BY TASK**

| Task Professionals | Hours | Rate | Total |
|---|---|---|---|
| **L110        Fact Investigation/Devlopment** | | | |
| Of_Counsel | | | |
| J. Seiver | 0.30 | 531.00 | 159.30 |
| Class Total | 0.30 | | 159.30 |
| Task Total | 0.30 | | 159.30 |
| Grand Total | 0.30 | | $159.30 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Comcast Cable Communications, LLC
Invoice No. 6134105
Page 2

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $159.30 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $159.30 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,138.66 |
| Less Payments Received as of 03/20/13 - COMCAST - ACH PAYMENT | ($2,117.35) |
| Current Invoice | $159.30 |
| Total Balance Due This Matter | $180.61 |

Wesley Heppler



# Davis Wright
# Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

April 19, 2013
Invoice No. 6139604
**SENT ELECTRONICALLY**

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0107080-000218
Lightspeed v. Smith and Comcast - 2012019269 - Mosley

Client Reference:  2012019269

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|-------------------------|
| 03/01/13 | J. Seiver | L350 | A104 | 0.50 | 265.50 | Review Shashek dismissal and new Prenda/AF Holdings v. Godfread case |
| 03/06/13 | J. Seiver | L350 | A104 | 0.20 | 106.20 | Review motions and order - Lightspeed (St. Clair County) |
| 03/11/13 | J. Seiver | L350 | A106 | 0.40 | 212.40 | Emails regarding Steele withdrawal from case |
| 03/18/13 | J. Seiver | L350 | A106 | 0.50 | 265.50 | Emails regarding possible Lightspeed action on invoice; email LW systems subpoena (St. Clair County) |
| 03/21/13 | R. London | L350 | A103 | 0.50 | 231.75 | Draft notice of intent to seek fees and costs (Lightspeed) |
| 03/21/13 | R. London | L350 | A102 | 0.80 | 370.80 | Research efficacy of seeking fees and costs post voluntary dismissal |
| 03/21/13 | J. Seiver | L350 | A104 | 0.70 | 371.70 | Review P. Duffy new Notice of Dismissal; review Comcast notice of intent to seek fees |
| 03/21/13 | J. Seiver | L350 | A106 | 0.50 | 265.50 | Call and email M. Mosley regarding notice of dismissal and possible intent to seek fees |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Comcast Cable Communications, LLC
Invoice No. 6139604
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| 03/21/13 | J. Seiver | L350 | A102 | 1.50 | 796.50 | Research filing for collecting fees and expenses after notice of dismissal filed |
| | Total Services | | | 5.60 | $2,885.85 | |

## SUMMARY BY TASK

| Task Professionals | | Hours | Rate | Total |
|-------------------|---|-------|------|-------|
| L350 | Discovery Motions | | | |
| Of_Counsel | | | | |
| J. Seiver | | 4.30 | 531.00 | 2,283.30 |
| R. London | | 1.30 | 463.50 | 602.55 |
| Class Total | | 5.60 | | 2,885.85 |
| Task Total | | 5.60 | | 2,885.85 |
| Grand Total | | 5.60 | | $2,885.85 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,885.85 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $2,885.85 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $180.61 |
| Current Invoice | $2,885.85 |
| Total Balance Due This Matter | $3,066.46 |

Wesley Heppler



# Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

May 29, 2013
Invoice No. 6148614
**SENT ELECTRONICALLY**

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0107080-000218
Lightspeed v. Smith and Comcast - 2012019269 - Mosley

Client Reference:  2012019269

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|---|---|
| 04/08/13 | J. Seiver | L350 | A106 | 0.60 | 318.60 | Forward Smith application for fees and costs - Lightspeed (SD Ill.); forward OSC hearing transcript (CD Cal.); forward order of dismissal (Miloglou - ND Ill.); emails M. Mosley and C. Padgett regarding deposition in Bellwether case (ED PA) |
| 04/08/13 | J. Seiver | L350 | A104 | 0.90 | 477.90 | Review Smith application for fees and costs - Lightspeed (SD Ill.); review OSC hearing transcript (CD Cal.) |
| 04/19/13 | J. Seiver | L350 | A104 | 0.20 | 106.20 | Review Lightspeed opposition to Smith motion for fees (SD. ILL.) |
| | Total Services | | | 1.70 | $902.70 | |



Comcast Cable Communications, LLC
Invoice No. 6148614
Page 2

## SUMMARY BY TASK

| Task Professionals | | Hours | Rate | Total |
|---|---|---|---|---|
| **L350** | **Discovery Motions** | | | |
| Of_Counsel | | | | |
| J. Seiver | | 1.70 | 531.00 | 902.70 |
| | Class Total | 1.70 | | 902.70 |
| | Task Total | 1.70 | | 902.70 |
| Grand Total | | 1.70 | | $902.70 |

## TOTAL SERVICES AND DISBURSEMENTS – THIS INVOICE

| | |
|---|---|
| Total Current Services | $902.70 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $902.70 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,066.46 |
| Current Invoice | $902.70 |
| Total Balance Due This Matter | $3,969.16 |

Wesley Heppler



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Comcast Cable Communications, LLC
Attn: Carolyn Rainey-Perry
One Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838 U.S.A.

November 19, 2013
Invoice No. 6187408
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0107080-000218
Lightspeed v. Smith and Comcast - 2012019269 - Mosley

Client Reference:   2012019269

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|-------------------------|
| 10/30/13 | J. Seiver | L460 | A106 | 0.30 | 150.45 | Emails regarding Comcast filing for fees under 28 USC 1927 in Lightspeed (SD Ill.) |
| 10/30/13 | J. Seiver | L460 | A104 | 0.50 | 250.75 | Review and research new order in Lightspeed v. Smith awarding fees under 28 USC 1927 (SD Ill.) |
| 10/31/13 | A. Shoemaker | L180 | A102 | 0.70 | 205.28 | Confer with R. London regarding research assignment; research federal rules |
| 10/31/13 | R. London | L350 | A103 | 1.00 | 437.75 | Work on motion for attorney's fees |
| 10/31/13 | R. London | L350 | A105 | 0.40 | 175.10 | Confer with J. Seiver regarding order granting fees to Defendant Smith and drafting motion for fees; confer with A. Shoemaker regarding research into timeliness of fee petitions |
| 10/31/13 | J. Seiver | L460 | A104 | 0.70 | 351.05 | Review issues for 1927 motion in Lightspeed; Rule 54 timing |
|  | Total Services |  |  | 3.60 | $1,570.38 |  |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Davis Wright
Tremaine LLP

Comcast Cable Communications, LLC
Invoice No. 6187408
Page 2

## SUMMARY BY TASK

| Task Professionals | | Hours | Rate | Total |
|---|---|---|---|---|
| **L180** | **Basic Legal Research** | | | |
| Associate | | | | |
| A. Shoemaker | | 0.70 | 293.25 | 205.28 |
| Class Total | | 0.70 | | 205.28 |
| Task Total | | 0.70 | | 205.28 |
| | | | | |
| **L350** | **Discovery Motions** | | | |
| Of_Counsel | | | | |
| R. London | | 1.40 | 437.75 | 612.85 |
| Class Total | | 1.40 | | 612.85 |
| Task Total | | 1.40 | | 612.85 |
| | | | | |
| **L460** | **Post-Trial Motions and Submissions** | | | |
| Of_Counsel | | | | |
| J. Seiver | | 1.50 | 501.50 | 752.25 |
| Class Total | | 1.50 | | 752.25 |
| Task Total | | 1.50 | | 752.25 |
| Grand Total | | 3.60 | | $1,570.38 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,570.38 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $1,570.38 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,969.16 |
| Less Payments Received as of 09/25/13 - COMCAST CABLE CORP - ACH | ($3,809.86) |
| Current Invoice | $1,570.38 |
| Total Balance Due This Matter | $1,729.68 |

Wesley Heppler