UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 12-cv-889 GPM-SCW |
| ) | |
| v. ) | Judge: Hon. G. Patrick Murphy |
| ) | |
| ANTHONY SMITH, et al., ) | Magistrate: Stephen C. Williams |
| ) | |
| Defendants. ) | |

### DECLARATION OF ANDREW G. TOENNIES

I, Andrew G. Toennies, hereby declare as follows:

1. My name is Andrew G. Toennies. I am fully competent to make this declaration. I have personal knowledge of the matters stated herein, and they are true and correct. I am a partner at Lashly & Baer, P.C., and am the primary attorney in charge of the firm's representation of Comcast Cable Communications, LLC in connection with this lawsuit. I am also one of Comcast's outside counsel in Southern Illinois and St. Louis, Missouri in Doe copyright infringement matters.

2. Exhibit B hereto itemizes attorneys' fees and expenses in the amount of $11,070.00 that have been and/or (in the case of recent time entries) will soon be billed by Lashly & Baer, P.C. in connection with this lawsuit beginning with the Plaintiff's assertion of claims against Comcast and the removal of this case to federal court. Based on my experience as a litigator, as well as ongoing supervision of this matter and review of these time entries, these fees are accurately stated, reasonable, and fully justified for the work performed. Notably, these fees and expenses do not include the far greater fees and expenses that were incurred by Comcast in connection with the successful resistance to Plaintiff's improper and abusive discovery efforts in state court in this lawsuit, including Comcast's successful motion to the Illinois Supreme

1



Court for a supervisory order in this case (all occurring before Plaintiff's retaliatory, groundless assertion of claims against Comcast and the removal of this case to federal court.

DATED: November 22, 2013.

FURTHER DECLARANT SAYETH NOT.

>Respectfully submitted,
>
>By: /s/ *Andrew G. Toennies*
>Andrew G. Toennies
>LASHLY & BAER, P.C.
>20 East Main Street
>Belleville, Illinois 62220-1602
>(618) 233-5587
>
>John D. Seiver
>Ronald G. London
>DAVIS WRIGHT TREMAINE, LLP
>1919 Pennsylvania Ave., NW
>Suite 800
>Washington, DC 20006
>(202) 973-4200
>
>*Attorneys for Defendants Comcast Cable Communications, LLC and Comcast Corporate Representative #1*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic system upon all counsel of record via the Court's CM/ECF system, which it is assumed now re-include Attorneys Hansmeier and Steele in view of their recent motions (Dkts. 66-69), and by mail on Attorneys Hansmeier and Steele as well.

/s/ *Andrew G. Toennies G.*
Andrew G. Toennies

| Invoice Date | Invoice Number | Fees | Costs | Total |
|---|---|---|---|---|
| 9/26/2012 | 6095460 | 29,536.01 | 806.98 | 30,342.99 |
| 10/19/2012 | 6100976 | 836.41 | 0 | 836.41 |
| 11/20/2012 | 6108495 | 14,349.35 | 0 | 14,349.35 |
| 12/7/2012 | 6111727 | 4,765.62 | 0 | 4,765.62 |
| 1/28/2012 | 6121228 | 2,138.66 | 0 | 2,138.66 |
| 3/26/2013 | 6134105 | 159.30 | 0 | 159.30 |
| 4/19/2013 | 6139604 | 2,885.85 | 0 | 2,885.85 |
| 5/29/2013 | 6148614 | 902.70 | 0 | 902.70 |
| 11/19/2013 | 6187408 | 1,570.38 | 0 | 1,570.38 |
| TOTAL: | | $57,144.28 | $806.98 | $57,951.26 |

| Timekeeper | Rate (2012) | Rate (2013) |
|---|---|---|
| John D. Seiver | 473.45 | 531.00 |
| Ronald G. London | 420.75 | 463.50 |
| Leslie Gallagher Moylan | 292.40 | n/a |
| Adam Shoemaker | 270.30 | n/a |
| Lisa Zycherman | 317.05 | n/a |
| Marni Shapiro | 212.50 | n/a |



EXHIBIT B

| Date | Invoice No. | Timekeeper | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|---|---|
| 1/17/2013 | 275743 | AGT | 17.3 | $300.00 | $5,190.00 | $0.00 | $5,190.00 |
| 3/26/2013 | 276457 | AGT | 0.7 | $300.00 | $210.00 | $0.00 | $210.00 |
| 5/16/2013 | 277134 | AGT | 2.4 | $300.00 | $720.00 | $0.00 | $720.00 |
| 7/24/2013 | 277984 | AGT | 1.4 | $300.00 | $420.00 | $0.00 | $420.00 |
|  | Unbilled | AGT | 15.1 | $300.00 | $4,530.00 | $0.00 | $4,530.00 |
|  |  | Total | 36.9 |  |  |  | $11,070.00 |



**LASHLY & BAER, P.C.**
ATTORNEYS AT LAW

MISSOURI
714 Locust Street
St. Louis, MO 63101-1699
TEL: 314 621.2939
FAX: 314 621.6844
www.lashlybaer.com

ILLINOIS
20 East Main Street
Belleville, IL 62220-1602
TEL: 618 233.5587
By Appointment Only

November 15, 2013

Comcast Cable Holding, LLC
c/o Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401

Invoice # ******  - 0076
Matter #: 037360.000001
FEI#43-1063672

Re: Lightspeed Media Corporation v. John Doe - Case No. 11-L-683

For Professional Services Rendered through  November 15, 2013

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/12 | AGT | Review plaintiffs opposition to our motion to dismiss (.6); review plaintiffs opposition to AT&T's motion to dismiss (7); review emails from Mr. Seiver (.1); review email from Mr. Huffman (.1); review email from Mr. Bozarth (.1); draft emails to Mr. Seiver (.1); review email from Ms. Mosely (.1) | 1.80 | 540.00 |
| 10/11/12 | AGT | Review emails from Mr. Seiver (.1); review our Reply to plaintiffs Response to motion to dismiss (.3); draft email to Mr. Seiver (.1); review email from Mr. Huffman (.1); review notice of scheduling and discovery order from the court (.1); review emails from Bart Huffman regarding scheduling conference (.1); review emails from Paul Duffy regarding scheduling conference (.2); review emails from Mr. Booth regarding scheduling conference (.2); review emails from John Seiver regarding scheduling conference (.1); draft email regarding scheduling conference (.1) | 1.40 | 420.00 |
| 10/15/12 | AGT | Phone conference with Mr. Seiver (.1); review emails from attorneys regarding Rule 26 conference (.4); review Forbes article on Atty John Steele (.2) | 0.70 | 210.00 |





**LASHLY & BAER, P.C.**
ATTORNEYS AT LAW

| MISSOURI | ILLINOIS |
|---|---|
| 714 Locust Street | 20 East Main Street |
| St. Louis, MO 63101-1699 | Belleville, IL 62220-1602 |
| TEL: 314 621.2939 | TEL: 618 233.5587 |
| FAX: 314 621.6844 | By Appointment Only |
| www.lashlybaer.com | |

Comcast Cable Holding, LLC                                    November 15, 2013
Re: Lightspeed Media Corporation v. John Doe - Case No. 11-L-683 #: ******  - 0076
    037360.000001
                                                Page:    2

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/12 | AGT | Participate in conference call with plaintiff and defense counsel regarding Rule 26 report (.4); participate in conference call with defense counsel regarding our position on Rule 26 report (.4) | 0.80 | 240.00 |
| 10/19/12 | AGT | Review plaintiffs draft of Rule 26 report | 0.40 | 120.00 |
| 10/22/12 | AGT | Review changes to Rule 26 report (.3); review emails from Mr. Seiver (.2); review emails from Mr. Huffman (.1); review emails from defense counsel (.1) | 0.70 | 210.00 |
| 10/23/12 | AGT | Review revised Rule 26 Order (.3); review emails from Mr. Bozarth (.1); review emails from Mr. Hansmeier (.1); review notice from US District Court regarding filing (.1); review plaintiffs Response to defendant Smith's motion to dismiss (.8) | 1.40 | 420.00 |
| 10/25/12 | AGT | Review motion to stay discovery (.4); review email from Mr. Bozarth (.1); review emails from Mr. Seiver (.1); review proposed Order to stay discovery (.1); review order from court regarding proposed Order (.1); participate in strategy conference for Rule 26 hearing (.3); participate in Rule 26 conference with Magistrate Williams (.3); review email from Mr Booth (.1) | 1.50 | 450.00 |
| 10/26/12 | AGT | Review docket entry from Magistrate Williams | 0.10 | 30.00 |





| | MISSOURI | ILLINOIS |
|---|---|---|
| | 714 Locust Street | 20 East Main Street |
| | St. Louis, MO 63101-1699 | Belleville, IL 62220-1602 |
| | TEL: 314 621.2939 | TEL: 618 233.5587 |
| | FAX: 314 621.6844 | By Appointment Only |
| | www.lashlybaer.com | |

Comcast Cable Holding, LLC                                November 15, 2013
Re: Lightspeed Media Corporation v. John Doe - Case No. 11-L-683 #: ******   - 0076
    037360.000001
                                                    Page:    3

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/12 | AGT | Review court Order regarding deadlines to Reply to motion to stay discovery | 0.10 | 30.00 |
| 10/29/12 | AGT | Conference with circuit clerk in St. Clair County, IL regarding new filing by Lightspeed (.2); draft email to Mr. Seiver (.1); review email from Mr. Seiver (.1) | 0.40 | 120.00 |
| 10/31/12 | AGT | Review plaintiffs response to defendants motion to defer discovery (.4); review email from St. Clair County clerk regarding new filing by Lightspeed(.1) | 0.50 | 150.00 |
| 11/02/12 | AGT | Review draft of joint reply to response to motion for stay of discovery (.4); review emails from Mr. Seiver (.3); review emails from Mr. Schur (.2); review defendant Smith's reply to response to motion to dismiss (.3) | 1.20 | 360.00 |
| 11/05/12 | AGT | Review emails from Mr. Seiver (.3); review email from Mr. Bozarth (.1); draft email to Mr. Bozarth (.1); review final draft of reply to response to motion for stay of discovery (.3); review proposed case law in support of reply (.7); review emails from Mr .Sweet (.2) | 1.70 | 510.00 |
| 11/07/12 | AGT | Review notice from USDC granting motion to stay discovery (.1); review notice from USDC canceling Rule 26 conference (.1) | 0.20 | 60.00 |
| 11/16/12 | AGT | Review email from St. Clair County Clerk (.1); review Amended Complaint filed by Lightspeed in St. Clair County, IL (.5); draft emails to Mr. Seiver (.1); review emails from Mr. Seiver (.1) | 0.80 | 240.00 |





**LASHLY & BAER, P.C.**
ATTORNEYS AT LAW

MISSOURI
714 Locust Street
St. Louis, MO 63101-1699
TEL: 314 621.2939
FAX: 314 621.6844
www.lashlybaer.com

ILLINOIS
20 East Main Street
Belleville, IL 62220-1602
TEL: 618 233.5587
By Appointment Only

Comcast Cable Holding, LLC                                November 15, 2013
Re: Lightspeed Media Corporation v. John Doe - Case No. 11-L-683 #: ******  - 0076
    037360.000001
                                                 Page:    4

| Date     | Emp | Description | Hours | Amount |
|----------|-----|-------------|-------|--------|
| 11/28/12 | AGT | Review emails from Mr. Seiver (.2); review new petition for discovery filed in St. Clair County, IL (.4); draft email to Mr. Seiver (.1) | 0.70 | 210.00 |
| 11/29/12 | AGT | Draft emails to Mr. Seiver(.3) review emails from Mr. Seiver (.2); conduct research on removal of petition for discovery under Rule 224 (1.2) | 1.70 | 510.00 |
| 12/03/12 | AGT | Review emails from Mr. Seiver regarding hearing (.3); draft emails to Mr. Seiver regarding hearing (.3) | 0.60 | 180.00 |
| 12/04/12 | AGT | Review email from Mr. Seiver (.1); review transcript from Florida hearing with Prenda (.4); draft email to Mr. Seiver (.1) | 0.60 | 180.00 |
| 02/11/13 | AGT | Review email from Mr. Seiver (.1); draft email to Mr. Seiver (.1); conference with court clerk regarding motions (.2) | 0.40 | 120.00 |
| 02/28/13 | AGT | Review emails from Mr. Seiver regarding fees owed by Prenda(.2) phone conference with Mr. Seiver(.1) | 0.30 | 90.00 |
| 03/21/13 | AGT | Review notice of voluntary dismissal filed by plaintiff in Lightspeed case in Southern District of IL (.1); send email to Mr. Seiver (.1); phone conference with Mr. Seiver (.1); review email from Mr. Seiver (.1); review notice of intent to seek fees (.2); review emails regarding filing of notice (.1) | 0.70 | 210.00 |





**LASHLY & BAER, P.C.**
ATTORNEYS AT LAW

| MISSOURI | ILLINOIS |
|---|---|
| 714 Locust Street | 20 East Main Street |
| St. Louis, MO 63101-1699 | Belleville, IL 62220-1602 |
| TEL: 314 621.2939 | TEL: 618 233.5587 |
| FAX: 314 621.6844 | By Appointment Only |
| www.lashlybaer.com | |

Comcast Cable Holding, LLC                                    November 15, 2013
Re: Lightspeed Media Corporation v. John Doe - Case No. 11-L-683 #: ******  - 0076
    037360.000001
                                                      Page:    5

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 04/08/13 | AGT | Review emails from Mr. Seiver | 0.20 | 60.00 |
| 04/09/13 | AGT | Review emails from Mr. Huffman regarding motion and hearing date (.3); draft emails regarding hearing date (.2); review Order (.2) | 0.70 | 210.00 |
| 04/10/13 | AGT | Review emails from Mr. Seiver (.2); review emails from Mr. Bozarth (.2); draft emails to attorneys regarding motion hearing (.3); review emails from Mr. Huffman (.1) | 0.80 | 240.00 |
| 05/14/13 | AGT | Review emails from Mr. Huffman (.2); review emails from Mr. Seiver (.2); draft email (.1); review Order granting plaintiff's motion for voluntary dismissal (.6) | 1.10 | 330.00 |
| 05/31/13 | AGT | Review article regarding Southern Dist of IL case involving Prenda and motions | 0.20 | 60.00 |
| 06/26/13 | AGT | Review emails from Mr. Seiver | 0.10 | 30.00 |
| 10/30/13 | AGT | Review courts order in Lightspeed awarding attorneys fees (.1); review email from Mr. Seiver (.2); draft email to Mr. Seiver (.1); review email from Ms. Mosely (.1) | 0.50 | 150.00 |
| 11/01/13 | AGT | Review Judge Murphy's Order awarding attorney fees in Lightspeed (.2); review emails from Mr. Seiver (.1); review email from Ms. Mosely (.1); draft email (.1) | 0.50 | 150.00 |
| 11/04/13 | AGT | Review Steele's motion to vacate award of attorneys fees (.1); review memo in support of motion to vacate (.5); review email from Mr. Seiver (.2); review article in Wired re attorneys fees award (.2) | 1.00 | 300.00 |





**LASHLY & BAER, P.C.**
ATTORNEYS AT LAW

| MISSOURI | ILLINOIS |
|---|---|
| 714 Locust Street | 20 East Main Street |
| St. Louis, MO 63101-1699 | Belleville, IL 62220-1602 |
| TEL: 314 621.2939 | TEL: 618 233.5587 |
| FAX: 314 621.6844 | By Appointment Only |
| www.lashlybaer.com | |

Comcast Cable Holding, LLC  
Re: Lightspeed Media Corporation v. John Doe - Case No. 11-L-683 #: ****** - 0076  
   037360.000001

November 15, 2013

Page: 6

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 11/05/13 | AGT | Review hearing notice from clerk on Lightspeed (.1); review emails from Mr. Seiver (.3); draft emails to Mr. Seiver (.2) | 0.60 | 180.00 |
| 11/06/13 | AGT | Review motion to withdraw filed by Kevin Hoerner in Lightspeed (.1); review Order granting motion to withdraw(.1)review motion to continue filed by Hansmeier in Lightspee(.1;) review emails from Mr. Seiver re Lightspee(.2); draft email to Mr. Seiver (.1; review motion to continue filed by Steele (.1) | 0.70 | 210.00 |
| 11/07/13 | AGT | Review Duffy's memorandum in support of motion to vacate Order for attorneys fees (.5); review Duffy's motion to vacate (.1); review Steele's memorandum in support of motion to vacate order for attorneys fees (.4); review Order denying motion to continue hearing(.1); review emails from Mr. Seiver (.1) | 1.20 | 360.00 |
| 11/08/13 | AGT | Review our motion for attorneys fees for Filing (.7); review emails from Mr. Seiver (.2); draft emails to Mr. Seiver (.2); draft notice of Hearing (.1); review courts order setting our motion for hearing (.1) | 1.30 | 390.00 |
| 11/09/13 | AGT | Review plaintiff Smith's itemization of attorenys fees (.3); review AT&T's motion for fees (.2); review Smith opposition top motion to vacate (1.4) | 1.90 | 570.00 |





## LASHLY & BAER, P.C.
ATTORNEYS AT LAW

| MISSOURI | ILLINOIS |
|---|---|
| 714 Locust Street | 20 East Main Street |
| St. Louis, MO 63101-1699 | Belleville, IL 62220-1602 |
| TEL: 314 621.2939 | TEL: 618 233.5587 |
| FAX: 314 621.6844 | By Appointment Only |
| www.lashlybaer.com | |

Comcast Cable Holding, LLC  November 15, 2013
Re: Lightspeed Media Corporation v. John Doe - Case No. 11-L-683 #: ****** - 0076
   037360.000001
                                                              Page:  7

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/13 | AGT | Review emails from Mr. Seiver (.2); review Hansmeier's response to motion for Fees (.3); review case law cited by Hansmeier (.5); draft email to Mr. Seiver (.1) | 1.10 | 330.00 |
| 11/12/13 | AGT | Review motion for itemization of fees filed by Smtih in Lightspeed (.7); review reply to response for fees (.3); review opposition to motion to vacate (.4); review emails from Mr. Seiver (.3); draft emails to Mr. Seiver (.2); review emails from Mr. Booth (.2); review emails from Mr. Huffman (.1); review notices of hearing and court order setting all motions for 11/13 (.1) | 2.30 | 690.00 |
| 11/13/13 | AGT | Travel to federal court in East St. Louis for hearing on motion for fees in Lightspeed (.3); prepare for hearing (1.8); participate in hearing (.7); draft emails to Mr Seiver re hearing (.7); review emails from Mr. Seiver (.3) phone conference with Mr. Seiver (.2) | 4.00 | 1,200.00 |

                                  Total Fees                $11,070.00

### TIME AND FEE SUMMARY

| ID | EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| AGT | Toennies, Andrew G. | 36.90 | 300.00 | 11,070.00 |

