UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ANTHONY SMITH, et al.,**<br><br>*Defendants.* | Civil No. 12-889 GPM<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Paul Duffy, Paul Hansmeier, and John Steele, non-party attorneys sanctioned in the above-named case, hereby jointly appeal to the United States Court of Appeals for the Seventh Circuit from a final order finding them jointly and severally liable for attorney fees and costs under 28 U.S.C. § 1927, entered in this action on the 27th day of November, 2013 at docket number 100, and from a previous interlocutory order on the same subject entered in this action on the 30th day of October, 2013 at docket number 65.

_____
Paul Duffy
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
312-952-6136

_____
Paul Hansmeier
80 S. 8th St. Ste 900
Minneapolis, MN 55402
612-234-5744

_____
John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
786-571-8131

## Certificate of Service

I hereby certify that on this 12th day of December 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Paul Hansmeier