# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** | Civil No. 12-889 GPM |
| *Plaintiff,* | Appeal No. 13-3801 |
| v. | |
| **ANTHONY SMITH, et al.,** | **SEVENTH CIRCUIT RULE 10(a) REQUEST FOR INCLUSION IN THE RECORD ON APPEAL** |
| *Defendants.* | |

Non-party attorney Appellants Paul Duffy, Paul Hansmeier, and John Steele respectfully request the inclusion of the materials listed in the following table in the record on appeal, pursuant to Circuit Rule 10(a) of the United States Court of Appeals for the Seventh Circuit. This request is timely because it is offered within fourteen days of the filing of the notice of appeal. 7th Cir. R. 10(a). This request for inclusion is not intended to be exclusive or all-inclusive, but is intended to supplement the materials automatically included in the record with those materials that appellants have judged to be necessary to their appeal which may not have automatically been included in the record under Circuit Rule 10(a).

| DOCKET NUMBER(S) | ITEM DESCRIPTION | DATE OF FILING |
|---|---|---|
| 02 | Notice of Removal | 08/09/2012 |
| 02-2 | Exhibit A-1, First Amended Complaint | 08/09/2012 |
| 02-3 | Exhibit A-2, Original Complaint | 08/09/2012 |
| 02-4 | Exhibit A-3, Order Granting Leave to File | 08/09/2012 |
| 02-5 – 02-27 | Exhibit B, in 23 parts | 08/09/2012 |
| 09 | Emergency Motion for Discovery | 08/16/2012 |
| 09-1 – 09-12 | Exhibits to Emergency Motion for Discovery | 08/16/2012 |
| 11 | Notice of Appearance (Entry Stricken) | 08/17/2012 |
| 14 | Response in Opposition re [9] Emergency Motion for Discovery | 08/20/2012 |
| 14-1 – 14-7 | Exhibits A – G | 08/20/2012 |
| 15 | Motion to Appear Pro Hac Vice (Entry Stricken) | 08/20/2012 |
| 16 | Notice Striking Electronically Filed Document [11] | 08/20/2012 |
| 19 | Notice Striking Electronically Filed Document [15] | 08/20/2012 |
| 20 | Notice of Appearance of Attorney John L. Steele for Lightspeed Media Corp. | 08/20/2012 |
| 21 | Motion to Appear Pro Hac Vice by Attorney Paul Hansmeier for Lightspeed Media Corp. | 08/20/2012 |
| 23 | Minute Entry – Motion hearing held on 8/20/2012, Denying [9] Emergency Motion for Discovery | 08/20/2012 |
| 24 | Order Granting [21] Motion to Appear Pro Hac Vice | 08/21/2012 |
| 26 | Motion to Dismiss by SBC Internet Servs., Inc. | 08/29/2012 |
| 27 | Memorandum in Support re [26] Motion to Dismiss | 08/29/2012 |
| 28 | Motion to Dismiss by ComCast Cable Comms., LLC | 08/29/2012 |
| 28-1 – 28-4 | Memorandum of Law and Exhibits re [28] Motion to Dismiss | 08/29/2012 |
| 29 | Transcript of Motion Hearing held on 08/20/2012 | 08/30/2012 |
| 36 | Motion to Dismiss by Anthony Smith | 09/18/2012 |
| 37 | Memorandum in Support re [36] Motion to Dismiss | 09/18/2012 |
| 37-1 | Exhibit A re [36] | |
| 39 | Response in Opposition re [28] Motion to Dismiss Plaintiff's First Amended Complaint | 10/01/2012 |
| 40 | Memorandum in Opposition re [26] Motion to Dismiss | 10/01/2012 |
| 42 | Response to [39] by ComCast Cable Comms. LLC | 10/15/2012 |

| | | |
|---|---|---|
| 44 | Response in Opposition re [36] Motion to Dismiss | 10/22/2012 |
| 47 | Motion to Defer Discovery by ComCast Cable Comms. LLC | 10/24/2012 |
| 49 | Minute Entry for Telephonic Scheduling & Discovery Conference | 10/26/2012 |
| 50 | Response in Opposition re [47] Motion to Defer Discovery | 10/31/2012 |
| 51 | Reply to Response to Motion re [36] Motion to Dismiss by Anthony Smith | 11/02/2012 |
| 52 | Reply to Response to Motion re [47] Motion to Defer Discovery | 11/05/2012 |
| 53 | Order Granting Motion to Stay Discovery | 11/07/2012 |
| 55 | Motion to Withdraw as Attorney for Lightspeed Media Corp. by Paul Hansmeier | 11/14/2012 |
| 56 | Order Granting [55] Motion to Withdraw of Paul Hansmeier | 11/15/2012 |
| 57 | Motion to Withdraw as Attorney for Lightspeed Media Corp. by John Steele | 03/06/2013 |
| 58 | Order Granting [57] Motion to Withdraw of John Steele | 03/07/2013 |
| 59 | Notice of Voluntary Dismissal by Lightspeed Media Corp. | 03/21/2013 |
| 61 | Motion for Attorney Fees by Anthony Smith | 04/05/2013 |
| 61-1 | Exhibit to [61] | 04/05/2013 |
| 63 | Response in Opposition re [61] by Lightspeed Media Corp. | 04/19/2013 |
| 64 | Reply to Response to Motion re [61] by Anthony Smith | 05/01/2013 |
| 66 | Motion to Vacate [65] Order; Motion for Reconsideration re [65] Order by Paul Hansmeier | 10/31/2013 |
| 67 | Memorandum in Support re [66] by Paul Hansmeier | 10/31/2013 |
| 67-1 | Exhibit Declaration of Paul Hansmeier | 10/31/2013 |
| 68 | Motion for Reconsideration re [65]; Motion to Vacate by John Steele | 11/04/2013 |
| 69 | Memorandum in Support re [68] by John Steele | 11/04/2013 |
| 69-1 | Exhibit Declaration of John Steele | 11/04/2013 |
| 73 | Motion to Continue | 11/06/2013 |
| 74 | Motion to Vacate [65] by Paul Duffy | 11/07/2013 |
| 75 | Memorandum in Support re [74] Motion to Vacate | 11/07/2013 |

| 75-1 | Exhibit Declaration of Steve Jones | 11/07/2013 |
|---|---|---|
| 78 | Motion for Attorney Fees by ComCast Cable Comms. LLC | 11/08/2013 |
| 82 | Motion for Attorney Fees by SBC Internet Servs., Inc. | 11/08/2013 |
| 82-1 | Exhibit | 11/08/2013 |
| 86 | Response in Opposition re [82] Motion for Attorney Fees | 11/10/2013 |
| 87 | Notice by Paul Hansmeier re [85] | 11/10/2013 |
| 88 | Memorandum in Opposition re [82] Motion for Attorney Fees | 11/11/2013 |
| 88-1 – 88-2 | Exhibits | 11/11/2013 |
| 90 | Supplemental Itemization of Fees re [61] by Anthony Smith | 11/12/2013 |
| 92 | Response in Opposition re [66] Motion to Vacate, [74] Motion to Vacate, by Anthony Smith | 11/12/2013 |
| 97 | Supplemental Itemization of Fees re [82] by SBC Internet Servs., Inc. | 11/15/2013 |
| 97-1 – 97-2 | Exhibits | 11/15/2013 |
| 98 | Supplemental Itemization of Fees re [78] by ComCast Cable Comms. LLC | 11/22/2013 |
| 98-1 –98-2 | Exhibits | 11/22/2013 |

Respectfully submitted,

DATED:   December 26, 2013

/s/ Paul Hansmeier
Paul Hansmeier
80 S. 8th St. Ste 900
Minneapolis, MN 55402
612-234-5744
*In propria persona*

/s/ Paul Duffy (with consent)
Paul Duffy
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
312-952-6136
*In propria persona*

/s/ John Steele (with consent)
John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
786-571-8131
*In propria persona*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Paul Hansmeier