### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 12-cv-889-DRH-SCW |
| | ) | |
| v. | ) | Judge: Hon. David R. Herndon |
| | ) | |
| ANTHONY SMITH, *et al.*, | ) | Magistrate: Stephen C. Williams |
| | ) | |
| *Defendants*. | ) | |

Pursuant to Fed. R. App. P. 10(e)(1) and 7th Cir. R. 10(b), Defendants Anthony Smith, SBC Internet Services, Inc. d/b/a AT&T Internet Services, Comcast Cable Communications, LLC and Comcast Corporate Representative #1 (collectively "Defendants") respectfully submit this Joint Motion to Supplement the Record on Appeal, and request that the materials listed in the following table be included in the record, if not automatically included, in addition to those requested by Appellants Paul Duffy, Paul Hansmeier, and John Steele. *See* Document No. 106.

Appellants request review of orders imposing sanctions against them under 28 U.S.C. § 1927 for the entirety of the costs and fees they imposed on Defendants over the course of this case, "from the inception of the claims through the present." Document No. 100 at 11. *See also id.* at 1-2 ("Plaintiff filed and pursued claims against Smith that Plaintiff knew were baseless from the start") (citing Document No. 65). The entire record from this Court is therefore material as a basis for those sanctions, and should be included in the record on appeal.

The documents listed in the table below are a material part of the record and as such were presumably considered by the Court in deciding the various motions for sanctions and fees. *See* Hearing Transcript, Document No. 101 at 5 ("I've looked at all the papers..."). Because the Honorable G. Patrick Murphy who presided over the case has left the bench, the record in the

1

Court of Appeals should include all documents that were considered by the Court below, so that the appeal lodged by Plaintiff's counsel may be fully and properly resolved.

Wherefore, Defendants request that the record on appeal include the following:

| DOCKET NUMBER | DESCRIPTION | DATE |
|---|---|---|
| 33 | Smith's Motion for Extension of Time | 9/10/2012 |
| 33-1 | Exhibit to Smith's Motion for Extension of Time | 9/10/2012 |
| 60 | Order Regarding Notice of Voluntary Dismissal | 3/22/2013 |
| 61-2 through 61-7 | Exhibits to Smith's Motion for Attorney's Fees | 4/5/2013 |
| 65 | Order Granting Smith's Motion for Attorney's Fees | 10/30/2013 |
| 68-1 and 68-2 | Exhibits to Steele's Motion for Reconsideration | 11/4/2013 |
| 72 | Order Granting Motion to Withdraw | 11/6/2013 |
| 76 | Order Denying Motion to Continue | 11/7/2013 |
| 77 | Notice of Hearing on Motion to Vacate | 11/8/2013 |
| 79 | Notice of Hearing by Comcast Regarding Comcast's Motion for Attorney's Fees | 11/8/2013 |
| 80 | Notice Setting Hearing on Motion for Attorney's Fees | 11/8/2013 |
| 83 | Notice of Hearing by AT&T Regarding AT&T's Motion for Attorney's Fees | 11/8/2013 |
| 90-1 through 90-6 | Exhibits and Affidavits in Support of Smith's Itemization of Attorney's Fees | 11/12/2013 |
| 91 | Notice of Hearing by Smith Regarding Smith's Itemization of Attorney's Fees | 11/8/2013 |

2

| DOCKET NUMBER | DESCRIPTION | DATE |
|---|---|---|
| 92-1 through 92-6 | Exhibits in Support of Smith's Response to Motions for Reconsideration | 11/12/2013 |
| 93 | Smith's Opposition to Steele and Hansmeier's Opposition to Comcast's Motion for Fees | 11/12/2013 |
| 94 | Notice Setting Hearing on Motion for Attorney's Fees and Supplemental Itemization | 11/12/2013 |
| 96 | Minute Entry for Motion Hearing | 11/13/2013 |
| 100 | Order Denying Reconsideration and Granting Motions for Attorney's Fees | 11/27/2013 |
| 101 | Transcript of Hearing | 12/10/2013 |
| 102 | Notice of Appeal | 12/12/2013 |

Dated: January 14, 2014

Respectfully submitted,

 /s/ Dan Booth
Dan Booth (admitted *pro hac vice*)
Jason E. Sweet (admitted *pro hac vice*)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8602
Fax: (617) 250-8883

*Counsel for Defendant Anthony Smith*

/s/ John D. Seiver (by consent)
John D. Seiver (admitted *pro hac vice*)
Ronald G. London
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
(202) 973-4200

Andrew G. Toennies
LASHLY & BAER, P.C.
20 East Main Street
Belleville, Illinois 62220-1602
(618) 233-5587

*Attorneys for Defendants Comcast Cable Communications, LLC and Comcast Corporate Representative #1*

/s/ Bart W. Huffman (by consent)
Bart W. Huffman (admitted *pro hac vice*)
LOCKE LORD LLP
100 Congress Avenue Suite 300
Austin, TX 78701

Troy A. Bozarth – 06236748
HEPLERBROOM LLC
130 North Main Street
Edwardsville, IL 62025
(618) 656-0184

*Attorneys for SBC Internet Services, Inc. d/b/a AT&T Internet Services*

5

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(b)**

I hereby certify that on this 14th day of January, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and provide service upon each.

  /s/ Dan Booth  
Dan Booth