# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** | Civil No. 3:12-cv-889-DRH-SCW |
| *Plaintiff,* | |
| *v.* | **JOHN STEELE'S MOTION TO STAY THIS COURT'S NOVEMBER 27, 2013 ORDER** |
| **ANTHONY SMITH, et al.,** | |
| *Defendants.* | |

## <u>MOTION TO STAY THIS COURT'S NOVEMBER 27, 2013 ORDER</u>

John Steele hereby moves this court to stay its November 27, 2013 Order pending Steele's appeal of that order, and has attached his memorandum in support thereof.


January 29, 2014

/s/ John Steele_____
John Steele
1111 Lincoln Road Suite 400
Miami Beach, FL 33139
johnlsteele33140@gmail.com
786-571-8131