## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** | Civil No. 3:12-cv-889-DRH-SCW |
| *Plaintiff,* | |
| *v.* | |
| **ANTHONY SMITH, et al.,** | |
| *Defendants.* | |

## DECLARATION OF PAUL HANSMEIER

Paul Hansmeier, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I have personal knowledge of all facts stated within this declaration.

2.    Attached as **Exhibit A** is a true and correct copy of the information sought in subpoenas issued by counsel for Defendant Smith.

3.    Attached as **Exhibit B** are true and correct copies of subpoenas issued by Defendant Smith which the Movants seek to have quashed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 29, 2014

# Exhibit A

## SCHEDULE A

The following documents for the period to, including but not limited to January 1, 2010 through present, for all accounts bearing the signatory authority of and/or in the names(s) of:

1. Mark Lutz a/k/a Mark C. Lutz a/k/a Mark Colin Lutz
   a. ███████████
   b. ███████████

2. John Steele a/k/a John L. Steele a/k/a John Lawrence Steele
   a. ███████████
   b. ███████████

3. Paul Hansmeier a/k/ Paul R. Hansmeier a/k/a Paul Robert Hansmeier
   a. ███████████
   b. ███████████

4. Paul Duffy a/k/a Paul A. Duffy a/k/a Paul Andrew Duffy
   a. ███████████
   b. ███████████

5. AF Holdings, LLC a/k/a Ingenuity 13, LLC a/k/a VPR, Inc. a/k/a MCGIP, LLC a/k/a Prenda Law, Inc. a/k/a Steele Hansmeier PLLC a/k/a Anti-Piracy Law Group LLC a/k/a Duffy Law Group LLC a/k/a LW Systems, LLC a/k/a Alpha Law Firm LLC a/k/a Class Action Justice Institute LLC a/k/a Class Justice PLLC a/k/a Media Copyright Group a/k/a 6881 Forensics, LLC

---

## I. BANKING RECORDS

1. All documents pertaining to all open or closed checking, savings, NOW, Time, or other deposit or checking accounts in the name of or under signature authority of any of the named parties or entities, including but not limited to:
   a. Signature cards
   b. Corporate board authorization minutes or partnership resolutions
   c. Bank statements
   d. Canceled checks
   e. Deposit tickets
   f. Items deposited
   g. Credit and debit memos
   h. Form 1099, 1089, or back-up withholding documents

2. All documents pertaining to open or closed bank loans or mortgage documents, reflecting loans made to or co-signed by any of the named parties or entities, including but not limited to:

   a. Loan applications

   b. Corporate board authorization minutes or partnership resolutions

   c. Loan ledger sheets

   d. Documents (checks, debit memos, cash in tickets, wires in, etc.) reflecting the means by which loan repayments were made

   e. Documents (bank checks, credit memos, cash out tickets, wires out, etc.) reflecting disbursement of the loan proceeds

   f. Loan correspondence files, including but not limited to:

      i. Letters to the bank
      ii. Letters from the bank
      iii. Notes, memoranda, etc. to the file

   g. Collateral agreements and documents

   h. Credit reports

   i. Financial statements

   j. Notes or other instruments reflecting the obligation to pay

   k. Real estate mortgages, chattel mortgages or other security instruments for loans

   l. Forms 1099, 1089 or back-up withholding documents

   m. Loan amortization statements

3. All documents pertaining to Certificates of Deposit (CD) purchased or redeemed by any of the named parties or entities, including but not limited to:

   a. Copies of the certificates

   b. Corporate board authorization minutes or partnership resolutions

   c. Documents (checks, debit memos, cash in tickets, wires in, etc.,) reflecting the means by which CDs were purchased

   d. Documents (bank checks, credit memos, cash out tickets, wires out, etc.) reflecting disbursement of the proceeds of any negotiated CDs

   e. Records reflecting interest earned, withdrawn or reinvested

   f. Records reflecting roll-overs

   g. Forms 1099, 1089 or back-up withholding documents

4. All documents pertaining to open or closed investment or security custodian accounts, IRA, Keogh or other retirement plans in the name of or for the benefit of any of the named parties or entities, including but not limited to:

   a. Documents (checks, debit memos, cash in tickets, wires in, etc.) reflecting the means by which the securities were purchased

2

    b.  Documents (bank checks, credit memos, cash out tickets, wires out, etc.) reflecting disbursement of the proceeds of any negotiated securities

    c.  Confirmation slips

    d.  Monthly statements

    e.  Payment receipts

    f.  Safekeeping records and logs

    g.  Receipts for receipt or delivery of securities

    h.  Forms 1099, 1089 or back-up withholding documents

5.  Customer correspondence files for each of the named parties and entities.

6.  All documents pertaining to all Cashier's, Manager's, or Bank Checks, Traveler's Checks, and Money Orders purchased or negotiated by any of the named parties or entities, including but not limited to:

    a.  Documents (checks, debit memos, cash in tickets, wires in, etc.) reflecting the means by which the checks or money orders were purchased

    b.  Documents (bank checks, credit memos, cash out tickets, wires out, etc.) reflecting disbursements of the proceeds of any negotiated checks or money orders

    c.  Applications for purchase of checks or money orders

    d.  Retained copies of negotiated checks or money orders

7.  All documents pertaining to wire transfers sent or received by any of the names parties or entities, including but not limited to:

    a.  Fed Wire, CHIPS, SWIFT, or other money transfer of message documents

    b.  Documents (checks, debit memos, cash in tickets, wires in, etc.) reflecting the source of the funds wired out

    c.  Documents (bank checks, credit memos, cash out tickets, wires out, etc.) reflecting the ultimate disposition within the bank of the funds wired in

    d.  Notes, memoranda or other writings pertaining to the sending or receipt of wire transfers

8.  All documents pertaining to current or expired safe deposit box rentals by or under the signatory authority of any of the names parties or entities, including but not limited to:

    a.  Contracts

    b.  Entry records

9.  All documents pertaining to open or closed bank credit cards in the name of or under the signatory authority of any of the named parties or entities, including but not limited to:

    a.  Applications for credit

    b.  Corporate board authorization minutes or partnership resolutions

    c.  Credit reports

    d.  Monthly statements

    e.  Financial statements

    f.  Documents (checks, debit memos, cash in tickets, wires in, etc.) reflecting payments on the account

    g.  Correspondence files

10. Teller tapes reflecting all transactions between the bank and any of the parties or entities named.

11. All CTRs (Forms 4789) and CMIRs (Form 4790) filed with the Department of Treasury, Internal Revenue Service or the United States Customs Service by Wells Fargo between January 1, 2010 through the present concerning currency transactions conducted by or on behalf of the above-named parties or entities.

## II.  CREDIT CARD RECORDS

The following documents for all open or closed credit card accounts bearing the signatory authority of and/or in the name of individuals/entities identified above for the period including but not limited to January 1, 2010 through present.

1. Applications for credit
2. Corporate board authorization minutes or partnership resolutions
3. Financial statements
4. Monthly statements
5. Charge tickets
6. Documents (bank checks, personal checks, money orders, wire transfers in, etc.) reflecting payments on the account
7. Correspondence files

## III. SECURITIES RECORDS

Retained copies of all documents relating to any and all securities transactions in the name(s) of the individuals/entities identified above for the period to including but not limited to January 1, 2010 through present.

1. Account statements for all accounts including but not limited to:
    a.  Cash accounts

    b.  Margin accounts

    c.  Mutual fund accounts

    d.  Limited partnership accounts

    e.  IRA accounts

      f.   KEOGH accounts

      g.  Cash management accounts

2. Applications to open accounts

3. Cash received and delivered blotters

4. Confirmation slips

5. Corporate board/partnership resolutions

6. CTRs and CMIRs

7. Customer correspondence files

8. Payment receipts (currency/check/wire/securities)

9. Securities position records

10. Stock certificate or bonds

11. Stock delivery receipts

# Exhibit D

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Lightspeed Media Corporation | ) | |
| *Plaintiff* | ) | Civil Action No.   3:12-cv-00889-DRH-SCW |
| v. | ) | |
| Anthony Smith, et al | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Bank of America, c/o Legal Department - Subpoena Compliance, 1000 West Temple St., 5th Floor, Los Angeles, CA 90012

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place:  Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: <br> 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/16/2014

CLERK OF COURT

OR

_____
Signature of Clerk or Deputy Clerk

_____
Attorney's Signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____, who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation | ) |
| *Plaintiff* | ) |
| v. | ) |
| Anthony Smith, et al | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   3:12-cv-00889-DRH-SCW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Wells Fargo, c/o Legal Department - Subpoena Compliance, 2700 S. Price Road, 2nd Fl., Chandler, AZ 85286

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time:  01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/16/2014

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____ , who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

## Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   First Advantage, c/o Legal Department - Subpoena Compliance, 9950 Foley Blvd NW, Coon Rapids, MN 55433

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place:   Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time:<br>01/30/2014 10:00 am |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/16/2014

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury                                      , who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | | |
|---|---|---|
| Lightspeed Media Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   JP Morgan Chase, c/o Legal Department - Subpoena Compliance, 7610 W. Washington Street, Indianapolis, IN 46231

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/16/2014

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____, who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | | |
|---|---|---|
| Lightspeed Media Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   OneWest Bank, c/o Legal Department - Subpoena Compliance, 888 East Walnut Street, Pasadena, CA 91101

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/16/2014

|   CLERK OF COURT | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____, who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   TCF National Bank, c/o Legal Department - Subpoena Compliance, 801 Marquette Ave., Minneapolis, MN 55402

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/16/2014

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____, who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | | |
|---|---|---|
| Lightspeed Media Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Fifth Third Bank, c/o Legal Department - Subpoena Compliance, 38 Fountain Sq Plaza, Cincinatti, OH 45263

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  01/16/2014

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury                                   who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      CITIBANK, c/o Legal Department - Subpoena Compliance, 153 E 53rd St., 18th Fl., NYC, NY 10043

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      01/16/2014

|  CLERK OF COURT | |
|---|---|
|  | OR |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____, who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Lightspeed Media Corporation | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Ready Street Bank, c/o Legal Department - Subpoena Compliance, 3700 W. 12th Ave # 1, Hialeah, FL 33012

_____
_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   01/16/2014

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk                      _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
Defendant Sandipan Chowdhury_____, who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

## Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      HIWAY FCU, c/o Legal Department - Subpoena Compliance, 111 Empire Dr., St. Paul, MN 55103

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      01/16/2014

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____ , who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      INDYMAC, c/o Legal Department - Subpoena Compliance, 155 N. Lake Ave., Pasadena, CA 91101

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      01/16/2014

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant Sandipan Chowdhury _____, who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation | ) |
| *Plaintiff* | ) |
| v. | ) |
| Anthony Smith, et al | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   3:12-cv-00889-DRH-SCW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Marquette Bank, c/o Legal Department - Subpoena Compliance, 6316 S Western Ave., Chicago, IL 60636

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 01/30/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    01/16/2014

| CLERK OF COURT | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

Defendant Sandipan Chowdhury _____, who issues or requests this subpoena, are:

 Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).