# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Lightspeed Media Corporation,
*Plaintiff*

v.

Case Number:  12-889-DRH-SCW

Anthony Smith, et al.,
*Defendants*

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 120          DOCUMENT TITLE: Motion for Leave to File

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other: Attachment to Document 120 is a Proposed Document. Pursuant to Section 2.10 of the CM/ECF User's Manual, proposed documents are not to be "filed." They are to be "submitted." Proposed documents must be attached to an e-mail sent to the e-mail address of the assigned judge in a format compatible with Word. Proposed documents should also be served on all parties.

### ACTION TAKEN BY CLERK'S OFFICE

☒     Other:  Proposed Surreply has been removed from the Docket Sheet as the Order at Document 121 Denied leave to file.

### ACTION REQUIRED BY FILER

☒     No further action required by the filer

Dated: February 12, 2014

NANCY J. ROSENSTENGEL, Clerk of Court

By:  *s/ Kailyn Kramer*
Deputy Clerk