```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2


 3   LIGHTSPEED MEDIA CORPORATION, )
                                   )
 4                  Plaintiff,     )
                                   )
 5         vs.                     ) No. 12-cv-00889-DRH
                                   )
 6   ANTHONY SMITH, ET AL.,        )
                                   ) February 13, 2014
 7                  Defendant.     )


 8

 9                    TRANSCRIPT OF PROCEEDINGS
                        SHOW CAUSE HEARING
                BEFORE THE HONORABLE DAVID R. HERNDON
10            CHIEF UNITED STATES DISTRICT COURT JUDGE

11   APPEARANCES:

12   For the Plaintiff:        Paul A. Duffy, Esq.
                               Prenda Law, Inc.
13                             161 N. Clark St., Suite 3200
                               Chicago, IL  60601
14                             (312) 880-9160

15                             John L. Steele, Esq.
                               Paul Hansmeier, Esq.
16                             Steele Hansmeier PLLC
                               161 N. Clark St., Suite 4700
17                             Chicago, IL  60601
                               (312) 880-9160
18

19   For the Defendant:        Troy A. Bozarth, Esq.
     SBC Internet Services      Hepler Broom LLC
20                             130 N. Main Street
                               Edwardsville, IL  62025
21                             (618) 656-0184

22                             Bart Westcott Huffman, Esq.
                               Locke Lord LLP - Austin
23                             100 Congress Ave., Suite 300
                               Austin, TX  78701
24                             (512) 305-4746

25
```

```
 1    For the Defendant:        Andrew G. Toennies, Esq.
      ComCast                   Lashly & Baer PC
 2                              714 Locust St.
                                St. Louis, MO  63101
 3                              (314) 436-8347

 4    For the Defendant:        Daniel G. Booth, Esq.
      Anthony Smith             Jason E. Sweet, Esq.
 5                              Booth Sweet LLP
                                32R Essex Street
 6                              Cambridge, MA  02139
                                (617) 250-8602
 7
                                John D. Seiver, Esq.
 8                              Davis Wright Tremaine LLP
                                1919 Pennsylvania Ave. NW
 9                              Washington, DC  20006
                                (202) 973-4200
10

11

12

13

14

15

16

17

18    Court Reporter:           Laura A. Blatz, CSR, RPR, CCR
                                U.S. District Court
19                              750 Missouri Avenue
                                East St. Louis, IL  62201
20                              (618) 482-9481

21

22

23

24         Proceedings recorded by mechanical stenography;
      transcript produced by computer.
25
```

```
 1        (Court convened)

 2            THE COURT:  Let the record reflect that we're in

 3    open court.  We've called the case of Lightspeed Media vs.

 4    Anthony Smith, 12-889.  Who's on the phone?

 5            MR. DUFFY:  Paul Duffy.

 6            THE COURT:  Paul Duffy, I heard.  Who else?

 7            MR. HUFFMAN:  Bart Huffman for AT&T.

 8            MR. SWEET:  Jason Sweet for Anthony Smith.

 9            MR. BOOTH:  Dan Booth for Anthony Smith.

10            THE COURT:  The one I kind of think I heard was

11    Bart Huffman.  Was that the second person that spoke?

12            MR. HUFFMAN:  Yes, Your Honor.  Bart Huffman

13    representing AT&T.

14            THE COURT:  I think on the phone we have

15    Paul Duffy, Daniel Booth, Jason Sweet, and Bart Huffman,

16    correct?

17            UNIDENTIFIED SPEAKER:  Correct, Your Honor.

18            THE COURT:  Who do we have in the courtroom to my

19    left?

20            MR. HANSMEIER:  Paul Hansmeier.

21            MR. STEELE:  Your Honor, John Steele.

22            MR. TOENNIES:  Andrew Toennies for ComCast.

23            MR. BOZARTH:  Troy Bozarth, Your Honor, for AT&T.

24            THE COURT:  Okay.  Mr. Bozarth's the only one I

25    recognize out of the whole bunch.
```

1          Okay.  So now, we've called this on Defendants'

2     motions for rule to show cause why Plaintiff's counsel

3     should not be held in contempt.  I inherited this case from

4     Judge Murphy, who's enjoying his golden years, now left us

5     behind, but not before he entered an order assessing certain

6     sanctions against Plaintiff's counsel.  So who's going to

7     argue on behalf of the motions?  And we've got, I think,

8     more than one motion.  But who's going to argue on behalf of

9     the motion?  Let's take first the ComCast -- the

10    Anthony Smith ComCast and SBC motion at Doc. 107.  Who's

11    going --

12          MR. BOZARTH:  Judge, I'm going to start off on that

13    one.

14          THE COURT:  Make sure you speak into the

15    microphone, Mr. Bozarth, so everyone on the phone can hear

16    you.

17          MR. BOZARTH:  Absolutely.  Thank you, Judge.

18          This is a joint motion brought on behalf of all

19    Defendants that were assessed fees in Judge Murphy's

20    November 27th, '13 order.

21          THE COURT:  Let me just stop you right there.  Can

22    everybody hear Mr. Bozarth?

23          MR. DUFFY:  Your Honor, this is Paul Duffy.  I

24    cannot hear him.

25          THE COURT:  Make sure the green light's on on the

1    base there, Mr. Bozarth.

2          *MR. BOZARTH:*  Green light's on.

3          Your Honor, this motion was brought on behalf of

4    all of the parties that were awarded fees under

5    Judge Murphy's 11/27/13 order.  This case, as you're

6    probably aware, has quite a long history, and the

7    culmination, at least in this court before Judge Murphy, was

8    a hearing where we had all parties present, including

9    Mr. Hansmeier, Mr. Duffy, Mr. Steele, at least on the phone

10   or in person.  Judge Murphy heard argument and then took the

11   matter under advisement.

12         On 11/2/0107, he entered his order.  That order was

13   extremely clear, and it provided for fees and costs in an

14   amount certain to be paid to my client, to ComCast, and to

15   Mr. Smith as well.  The order also provided for 14 days for

16   that to occur.  The 14 days elapsed and there was no

17   filings, no payment.  And clearly, the next step from our

18   perspective would be seeking to enforce that order with the

19   Court that entered it.

20         Under Seventh Circuit law this is clearly a case of

21   contempt.  The order was clear.  The order was not complied

22   with and there's been no excuse provided or even an

23   attempted excuse provided, so we would ask that the Court

24   enter a contempt finding and take steps necessary to insure

25   that the order is complied with.

1           *THE COURT:*  All right.  So is anybody else going to

2      speak in favor of the motion for rule to show cause?

3           *MR. TOENNIES:*  Judge, Andy Toennies for ComCast,

4      here in the courtroom.

5           One motion to stay was filed by Mr. Steele out of

6      time.  No bond was posted by the attorneys who were

7      sanctioned.  Just the one motion.  They did file an appeal,

8      obviously.  That's all that's been done by the sanctioned

9      parties in this case.

10          *THE COURT:*  All right.  So -- and Mr. Duffy, are

11     you going to argue the opposing side?

12          *MR. DUFFY:*  I think Mr. Hansmeier is going to take

13     the lead.

14          *MR. HANSMEIER:*  Thank you, Your Honor.

15          The elements of civil contempt are well established

16     in the Seventh Circuit.  I think that none of the sanctioned

17     attorneys disputes the fact that if Judge Murphy's order was

18     entered in the form of an equitable decree, we, as officers,

19     have an obligation to follow it to the extent we're able to

20     do so.

21          I think what the points of contention are between

22     our side and their side boil down to two points.  The first

23     point is:  What does this order say?  In our papers we have

24     made extensive argument to the effect that this is not an

25     equitable decree but that this particular sanctions order

 1   was entered in the form of money judgment, and we point to

 2   several different factors that would suggest that this is

 3   the case.

 4          The first factor we point to is the language of the

 5   order itself where it says:  *For a total judgment of the*

 6   *sanctions amount with interest as provided by law.*  And when

 7   we read that order -- we read it and we continued to read it

 8   as money judgment.  The point of ambiguity in the order that

 9   was referenced by opposing counsel here was the 14-day time

10   for compliance that they referenced.  However, the 14-day

11   time for compliance mirrors Rule 62's 14-day time for stay

12   of the execution, and we read that -- or at least when we

13   read the order we interpreted that as the 14 days elapses

14   and they have their rights as provided under law that the

15   automatic stay expires and they have the ability to sieze

16   and sell assets as any judgment creditor does.

17          Further lending to our interpretation of the order

18   of judgment as this being a money judgment versus an

19   equitable decree is the conduct of the counsel for the

20   moving parties themselves.  While they're appearing before

21   this Court and saying, *Look, this is an order to pay, this*

22   *is an equitable decree, and contempt is appropriate,* at the

23   same time they're taking steps to enforce the judgment just

24   as a judgment creditor would.

25          Currently before the Court is a motion to quash,

1   which includes exemplars of the subpoenas they've been

2   issuing in order to enforce their judgment.   Furthermore,

3   they've been holding themselves out to these third party

4   banks and other institutions from which they're seeking to

5   enforce the judgment with as judgment creditors, so on the

6   one hand appears calling this order a contempt but on the

7   other hand they're invoking the power and name of the court

8   to compel third parties to disclose information under the

9   rubric of a judgment creditor.

10          And finally, with respect to the final element,

11   ability to comply, if this Court does, in fact, interpret

12   the judgment or Judge Murphy's order as an equitable decree

13   versus a money judgment, I personally would ask for leave

14   from the Court to submit financial documentation under seal

15   so that I may show I do not, in fact, have a quarter of a

16   million dollars to satisfy this payment amount with.   I

17   certainly recognize my obligation to do everything in my

18   power, and I certainly fully intend to do so, but I simply

19   do not have $250,000, would simply ask for the opportunity

20   to present that to the Court so the Court can evaluate my

21   financial status.

22          *THE COURT:*  So they acknowledge they haven't paid

23   these monies, right?

24          *MR. HANSMEIER:*  Your Honor, I can only speak for

25   myself.   I have not paid the other side $250,000, that's

1   correct.

2          THE COURT:  The basis for the fee, the order to pay

3   the fees, was 20 United States Code, Section 1927, correct?

4          MR. HANSMEIER:  That's correct, Your Honor.

5          THE COURT:  And in order to make such an order, the

6   Court would have had to make a finding that the actions of

7   counsel were unreasonable and vexatious, am I correct?

8          MR. HANSMEIER:  That is correct, Your Honor.

9          THE COURT:  So the basis of the finding of the

10  Court, in essence, would be a sanction?

11         MR. STEELE:  Your Honor, John Steele speaking.

12  Yes, I agree with that.

13         One thing that I personally am having trouble

14  understanding, and why the order doesn't appear clear to me,

15  as I'm trying to understand, under the applicable statute

16  and rule, the individual attorneys have to be allocated,

17  *Okay, this is what you did vexatious and this is why you're*

18  *liable for this amount*, and so on.  I'm not clear as to what

19  part of this case, given that I appeared merely for one oral

20  argument, what percentage of the $250,000 which covers the

21  entire case, that I'm responsible for.  It's undisputed and

22  I don't think anyone contests it.  Most of the people -- I

23  think the three attorneys sanctioned weren't even in this

24  case, at least I know I wasn't, except the morning of one

25  oral argument which I shortly thereafter withdrew, so I

```
 1    don't understand what portion that I should be responsible

 2    for.

 3            And it's clear, I think no one would dispute that

 4    the statute's extremely clear that the Court has to say, You

 5    are responsible for this action, you did this wrong, and

 6    this is the amount of money you should pay, and this other

 7    attorney over here, This is what you did wrong.  This is

 8    what you should pay.

 9            And I'm confused, with all due respect, and I would

10    second Mr. Hansmeier saying, and hopefully -- in the

11    unfortunate event that this Court does rule it as an

12    equitable decree, I would also like to have the opportunity

13    to submit documentation under seal that I do not have the

14    ability to write a check for $250,000 on a case that I

15    stepped in for oral argument as a favor which I was not

16    compensated for in the first place.

17            THE COURT:  Well, perhaps you are in complete

18    disagreement with Judge Murphy, but it seems that your --

19    the answer to your question comes in the last sentence

20    before the conclusion where he says:

21              The Court finds that these men acted in concert

22            throughout the entirety of the proceedings in this

23            matter, shared total responsible for their actions

24            and are jointly and severally liable for the fees and

25            costs of Defendants.
```

1          *MR. STEELE:*  I understand that.  We didn't -- the

2     way that this proceeded was, I was not -- and I don't

3     believe Mr. Hansmeier, I don't know Mr. Duffy -- we didn't

4     even know this was occurring until after the judge had ruled

5     on the matter.  I find it hard to believe that we've not had

6     an opportunity to even contest this until today.  And I

7     believe the record makes it clear -- I mean with all due

8     respect to Judge Murphy, the record is clear as to when I

9     appeared in this case, which was long after the case was

10    filed, and the other -- at least one other attorney in this

11    case, actually the one that did file the case and the one

12    that was throughout the whole case, was found not to have

13    conducted any sanctionable conduct.  And the one hearing I

14    appeared with that counsel I'm found to be liable for

15    $250,000.  I don't know what I said during that 20-minute

16    hearing to deserve that, and I'll respect Judge Murphy.  I'm

17    sure he had a reason for saying this, but I don't --

18          *THE COURT:*  Well --

19          *MR. HUFFMAN:*  Your Honor, this is Bart Huffman.  If

20    the Court wants to entertain discussion on this, I'd be

21    happy to recount in detail Mr. Steele's involvement

22    throughout this proceeding, beginning in state court and

23    beginning with the Prenda law firm being primary counsel and

24    my interaction with local counsel as local counsel

25    throughout, but I agree with Your Honor that Judge Murphy

1    has already considered this issue.

2         *THE COURT:*  Well, I'm not going to entertain

3    argument on it.  What I was about to say is he can --

4    Mr. Steele confuses me with the Seventh Circuit.  You know,

5    I'm not here to rehash this order entered by Judge Murphy.

6    And you're really getting away from the question that I

7    asked, which was the basis for Judge Murphy's ruling when

8    you look at the statute upon which he drew for his authority

9    here ultimately is that he's imposing a sanction.

10         Now, as such, a sanction is not a money judgment.

11    The Seventh Circuit is clear on that.  So it looks to me

12    like any way you slice this, even if you disagree with --

13    even as you disagree with Judge Murphy's findings and

14    conclusions, what you have here is a sanction based on

15    unreasonable and vexatious conduct which he found you all to

16    share responsibility in, and he imposes a sanction.  The

17    amount that he found, and it results in a sanction, which

18    is, under Seventh Circuit jurisprudence, not a money

19    judgment.

20         *MR. HANSMEIER:*  Your Honor, may I present argument

21    on that very specific point?

22         *THE COURT:*  Yes.

23         *MR. HANSMEIER:*  I went back -- I think what the

24    Court is drawing its conclusion that a money judgment -- or

25    I'm sorry, that a sanction is clearly not a money judgment

1    might be the *Cleveland Hair Clinic* case presented in the

2    movant's reply brief.  And to the extent that's where the

3    Court is drawing its conclusion that Seventh Circuit

4    precedent is clear, my argument on that point would be that

5    in that case the Seventh Circuit doesn't say that a sanction

6    must take the form of an equitable decree.

7            In that case the lower court had ordered the

8    attorneys to pay a sum of money to the other side, I believe

9    it was $174,000 or $100,000 forthwith.  In other words, in

10   the case below it was clear that the order was imposing an

11   obligation on the attorneys to do something right now, right

12   away, no questions asked.  And if you read the very specific

13   language cited by the movants in their brief, what I think

14   the Seventh Circuit was saying in that case was not that

15   this -- a sanction must be an equitable decree and District

16   Courts have no discretion whatsoever to issue a sanction in

17   the form of a money judgment.  I think what the

18   Seventh Circuit was saying, well, in this case we have

19   what's clearly an equitable decree an order to do something,

20   and when that's occurring then it's not a money judgment,

21   it's not enforceable as a money judgment.

22           As further support for this proposition I looked at

23   some of the sanctions orders that underlie some of the

24   seminal 1927 Seventh Circuit decisions.  For example, in

25   *FM Industries vs. Citicorp Credit Services*, if you review

1    the sanctions order that was entered in that case, it was in

2    the form of money judgment and it was enforced through writs

3    of execution, citations to discover assets and so forth.

4         And so I think it's not necessarily -- I guess to

5    sum up my argument, I think the Seventh Circuit has never

6    foreclosed the possibility and never limited a District

7    Court's very, very, very broad discretion to enter sanctions

8    however it chooses to do so, so for that reason I think it's

9    important to look at the language of the order rather than

10   arriving at the conclusion that because it's a sanction,

11   therefore, must be an equitable decree.

12        *THE COURT:*  Mr. Bozarth, you have any additional

13   argument?

14        *MR. BOZARTH:*  No.  Just -- I don't think that the

15   order could be any clearer, Judge.  What we just heard

16   Counsel say was that it was an equitable decree in the

17   *Cleveland Clinic* matter because it said to pay forthwith, so

18   therefore, there was a time that they were supposed to do

19   something with immediacy.  Our order here says pay within 14

20   days.  I think it's even clearer than the case he was just

21   trying to.

22        *THE COURT:*  The part of the order that talks about

23   interest is provided by law.  What specifically does the law

24   provide as far as interest is concerned and what does that

25   do in this particular order as far as making it equitable

1    versus a money judgment?

2              *MR. HANSMEIER:*  Your Honor, I'm not familiar --

3              *THE COURT:*  I was actually asking Mr. Bozarth.

4              *MR. HANSMEIER:*  I apologize.

5              *MR. TOENNIES:*  I think it's 5 percent in Illinois

6    on a judgment, if I understand what you're asking.  On an

7    order like this there would be 5 percent beginning on the

8    date of the order or the date that it began to run.  That's

9    my understanding.

10             *THE COURT:*  You say in Illinois.  Are you applying

11   an Illinois state statute or the federal interest?

12             *MR. TOENNIES:*  Illinois state.

13             *THE COURT:*  And why would you apply Illinois state

14   versus the federal procedural?

15             *MR. TOENNIES:*  Just seemed to me that would be

16   applicable here, unless the Court chooses to apply the

17   federal statute, that's appropriate as well.

18             *THE COURT:*  I thought the federal interest rate on

19   judgments had something to do with the prime interest rate

20   or something like that.  But does that -- getting back to

21   Mr. Hansmeier's argument, does that -- by operation of the

22   language of the order, does that take this from equity to a

23   money judgment because he specifically provided for interest

24   as provided by law?

25             *MR. BOZARTH:*  Judge, I don't believe so.  I think

1   when you look at what Judge Murphy was trying to do in this

2   order, he was trying to make the aggrieved parties whole.

3   They had been engaged in litigation for a substantial amount

4   of time and he found that that litigation was frivolous and

5   should not have been brought.  Frankly, as many other

6   federal judges around the country have found dealing with

7   these particular counsel, the fact that he chose to set an

8   amount certain, and then maybe fortuitously looking that

9   that amount might not be paid as we're sitting here today,

10  and wanted to create a mechanism that would increase that

11  amount over time.  I don't think it automatically turns it

12  into a judgment just because he is using that terminology.

13  I think he can make an equitable decree and set an amount

14  certain and then increase that amount as it goes forward if

15  it's not paid, if it's not complied with.  In essence that's

16  really kind of the first contempt type push, as judges often

17  do, to try to get these things paid.

18          THE COURT:  So that's where the part comes in, the

19  sanction on top of the sanction where you ask in your prayer

20  for relief that I impose an additional sanction of so much

21  in addition to the interest, so much per day, or every day

22  it's not paid, a thousand dollars or something like that?

23          MR. BOZARTH:  That's something that other judges

24  have done in particular cases with these lawyers to try to

25  get these paid.  I don't know if we specifically asked for

1  it but I think also would be appropriate, the time that the

2  counsel has spent trying to get it paid and preparing for

3  this hearing today and our motion because it's not

4  insignificant and there has been no basis whatsoever put

5  forward, a motion for clarification, some -- anything.  It's

6  just, *We aren't paying it.*

7          THE COURT:  Now, on the subject that Mr. Hansmeier

8  and Mr. Steele brought up about if if I do find them, as well

9  as Mr. Duffy, in contempt, they make a personal plea for

10  time or for me to look at their net worth statements in

11  camera.  My question is, one:  Are their net worth

12  statements relevant?  And two:  Were they ordered to pay in

13  the California situation and did they, in fact, pay there?

14  $100,000 or something?

15          MR. STEELE:  Your Honor, I can answer what we paid.

16          MR. BOZARTH:  I think -- I was not in that

17  litigation.  I think there's probably other counsel on the

18  phone and these parties that could probably answer.

19          THE COURT:  So answer the relevance part.  Answer

20  the question I have about relevance.

21          MR. BOZARTH:  I don't think it's relevant.

22          THE COURT:  So what did you pay there?

23          MR. STEELE:  Your Honor, just clarification, some

24  earlier comments.  The only time there's been a contempt I'm

25  aware of in these kind of issues was in DC, which was a

 1    different case, which we won, and the ISP'sSP's were found

 2    in contempt, and the judge stated, pending their appeal,

 3    which is currently pending.  So as far as California goes,

 4    the judge, you know, issued sanctions order which we

 5    appealed and filed a bond for, even though the sanctions

 6    order was -- the request was $40,000.  We had to file a

 7    $250,000 bond, which I still don't quite understand why, but

 8    just to be able to appeal that matter, and we understand

 9    that certain judges have looked at that California order and

10    sort of adopted it, but many have not.

11         And the insinuation that every judge in the country

12    who's ever dealt with any of these cases has found against

13    us is completely wrong.  There's been many judges that have

14    said this is not improper and vexatious, so I don't want

15    this -- it's important to point out to the Court, this is

16    not some situation where there's a universal agreement.  In

17    fact, there's very, very large disagreement between the

18    various judges, some who are in favor, and the exact same

19    counsel that's on the phone today is appealing it and some

20    courts have ruled against us.

21         But I don't want to get into my motion to stay, but

22    as far as what we paid, we've paid $250,000 bond in

23    California so that we could appeal that matter, just like

24    we've appealed this matter.  But this matter -- the courts

25    that have dismissed motions for sanctions and so on in

1   various states like Arizona and Illinois and whatnot, we

2   haven't had to, obviously, post any bond or whatever the --

3   the matter has been thrown out.  And one or two courts there

4   has been a sanctions order issued.  Normally it's done

5   without us knowing about it, like on an ex parte basis like

6   here, but I do think it's very relevant how much money we're

7   able to post for, or pay for the sanction or post for a bond

8   because inability to pay is most certainly a prong of the

9   sanctions order.

10          With all due respect to opposing counsel, it's

11   extremely important because if the Court issues sanction

12   order for, I don't know, a billion dollars, we can't pay it.

13   And I don't believe that there's any case law to establish

14   that -- there's not a debtor's prison.  I mean if we can't

15   pay it, we can't pay it.  I do think it's very important.

16          MR. HUFFMAN:  Your Honor, if I can just interject

17   that Mr. Steele is incorrect that the ISP's were ever found

18   in contempt.

19          UNIDENTIFIED SPEAKER:  Judge Howell, two years ago,

20   denied a Motion to Quash.  That is pending appeal.

21   Mr. Steele has withdrawn from that case.  And frankly, that

22   case, we would argue incorrect as of the timing and

23   certainly incorrect under today's standards, but that would

24   be shown in the -- but the ISP's were certainly never, ever

25   found in contempt of any --

1          *MR. STEELE:*  Your Honor, I was personally there

2     while Mr. Huffman asked the Court to issue a 50-dollar

3     sanction, de minimis sanction, so that he could appeal it

4     without having to incur liability of his client.

5          *MR. HUFFMAN:*  Well, yes, we asked for a friendly

6     contempt perhaps in the alternative, but that wasn't

7     necessary because the Court granted the interlocutory

8     appeal.  I understand Mr. Steele's trying to twist things

9     somehow in his favor, but that has no basis for reality.

10          *THE COURT:*  Okay.  Thanks, Mr. Huffman.

11          Okay.  Well, Mr. Duffy, you're on the phone.  You

12     haven't paid anything toward the -- with respect to the

13     order?

14          *MR. DUFFY:*  Well, Your Honor, I would just like to

15     amplify the judge did include interest.  That would suggest

16     there would be post-judgment interest to be added to it, to

17     the amounts referenced in the order, and Judge Murphy did

18     refer to it.  He used the term "judgment" when he referred

19     to the award that he mentioned in his order, so I think

20     there's -- you know, there's evidence suggesting that

21     Judge Murphy himself intended that to be a judgment in

22     connection with the case.  It was the last issue pending in

23     that litigation, and he addressed it by what he himself

24     referred to as a judgment in connection with a 1927 order.

25          *THE COURT:*  So that's a "yes"?  You haven't paid

 1   anything?

 2          *MR. DUFFY:*  I'm sorry, Your Honor.  I couldn't hear

 3   you.

 4          *THE COURT:*  You have not paid anything toward the

 5   order Judge Murphy ordered?

 6          *MR. DUFFY:*  I have not.  And I would like, if the

 7   Court does term it's an equitable order, the opportunity to

 8   submit financial information demonstrating my inability to

 9   pay it.

10          *THE COURT:*  Is there a reason why none of the three

11   of you have submitted your financial affidavits regarding

12   your financial assets prior to now?

13          *MR. HANSMEIER:*  Your Honor, I can only speak on

14   behalf of myself, but I think they point to the fact that

15   none of the money's been paid, that no one's complying with

16   this order and so forth, but up until this point I've had a

17   genuine belief that this is a judgment.  I continue to

18   believe it's a judgment, and that, frankly, that's one of

19   the reasons or one of the elements of contempt is how clear

20   the order is.

21          And it does feel like a little bit of a bait and

22   switch on the one hand for the order to say a judgment of

23   this amount of money with interest provided by law as every

24   other judgment I've read has always stated, and then to come

25   in and find out now this is actually going to be an

 1   equitable decree.  And if that's how the Court interprets

 2   and rules, we have a duty and absolute obligation to comply,

 3   but until we were able to receive clarification of what this

 4   order actually is, it's hard to know how to actually respond

 5   to or deal with the order.

 6        And so in direct answer to your question, why

 7   haven't we submitted financial affidavits, the reason is we

 8   still don't know how the Court is going to interpret this

 9   order, and certainly once the order becomes clear and

10   there's no ambiguity as to what it says -- and I would argue

11   it's clear that's the judgment.  But once it becomes clear

12   what it is, we have an obligation to comply with it or show

13   why we can't comply, and so that's the reason I personally

14   have not submitted a financial affidavit.  I'm still waiting

15   to find out what this order is, and when I do, I will

16   fulfill my obligations to pay what I can, but I can't pay

17   what I don't have.

18        *MR. HUFFMAN:*  Your Honor, just briefly.  The

19   judgment -- they aren't parties.  They were sanctioned as

20   attorneys, officers of the court that have caused other

21   parties to needlessly incur expense.  They weren't

22   awarded -- we weren't awarded a money judgment against an

23   opposing party, so in the first instance makes sense that

24   this would be a judgment because they're sanctioned

25   attorneys.

1          Secondly, these are lawyers that they've made

2     millions of dollars across the country and when they were

3     sanctioned per day in Judge Wright's court in situation,

4     they went ahead and posted the bond at that time and somehow

5     had the money to do so, so I think we know what's really

6     going on.

7          MR. HANSMEIER:  I would ask Mr. Huffman to point

8     out the publication where I have publicly touted millions of

9     dollars that I've made.

10          MR. DUFFY:  Your Honor, I would like to say that

11     that statement is simply false as pertains to me.  I've

12     never made any statement --

13          UNIDENTIFIED SPEAKER:  I think Mr. Steele was in

14     Forbes.com describing the enterprise which you all have been

15     repeatedly found to be intimately involved.

16          MR. STEELE:  No, absolutely, I never did, and I

17     resent being told that I've said something that's not true.

18     If Mr. Huffman would like to present something that I

19     personally made money of a certain amount, feel free, but it

20     will never come, Your Honor.

21          The behavior of the opposing parties indicate that

22     they believe it's a judgment too; otherwise, if they do

23     believe it's an equitable relief, simultaneously subpoenaed

24     every bank, me, my family, and my former clients, and

25     everyone that possibly has, and they're treating it like a

1    judgment.  It seems a bit disingenuous to treat it like a

2    judgment from day one and simultaneously argue it's not a

3    judgment in front of you.

4         *UNIDENTIFIED SPEAKER:*  -- any subpoenas in contrast

5    hasn't either.

6         *THE COURT:*  Okay.  So --

7         *MR. SWEET:*  Your Honor, this is Jason Sweet,

8    attorney for Anthony Smith.

9         I would just note that in Mr. Steele's motion to

10   stay, the criteria he sets forth for the stay is for

11   injunctive relief, not for a money judgment.  So it's a

12   little disingenuous for him to stand up and argue that they

13   think it's a money judgment when in their pleadings they're

14   arguing for injunctive relief.

15        *MR. STEELE:*  Your Honor, if we want to -- I'm

16   assuming that we would deal with my motion to stay after

17   this, but if Your Honor would like to begin discussing that,

18   of course I can address those questions.  And I do believe

19   it's important to address the motion to stay for the reasons

20   I outlined in my motion, but again, the point is that I'm

21   not familiar with an equitable judgment -- an equitable

22   order that states things such as interest rates and uses the

23   word "judgment" and so on.

24        To the extent if this Court were to find that

25   somehow, you know, we're just obligated to pay a quarter

```
 1   million dollars in 14 days, then I would believe that it's
 2   very important to allow me to argue and the other side to
 3   address my motion to stay.
 4           THE COURT:  Okay.  So first of all, the finding of
 5   this Court is that Judge Murphy's order is not a money
 6   judgment; it is a judgment based on a sanction, and,
 7   therefore, was equitable in nature.  The order required that
 8   the -- that Mr. Duffy, Mr. Hansmeier, and Mr. Steele,
 9   jointly and severally, were to pay $261,025.11 no later than
10   14 days after the entry of that order, which was
11   November 27th, 2013.
12           The question remains whether the Respondents are
13   guilty of a civil contempt, and, therefore, subject to
14   sanction by the Court.  The Court, in reviewing such an
15   issue, must look at these factors:  Harm from noncompliance,
16   probable; effectiveness of such a sanction; the contemptors'
17   financial resources and the burden of sanctions may impose;
18   and the contemptors' willfullness in disregarding the
19   Court's orders.
20           So since I don't know the financial resources of
21   Messrs. Duffy , Hansmeier and Steele, I will give them seven
22   days to submit affidavits regarding their financial
23   resources and take the matter of the contempt -- the
24   petition for rule to show cost or motion for rule to show
25   cause under advisement.
```

```
 1              Are the Defendants prepared to talk about
 2    Mr. Steele's Motion for Stay?
 3              MR. BOZARTH:  Your Honor, if you would like to take
 4    that up.
 5              THE COURT:  Mr. Bozarth says "yes".
 6              So Mr. Steele, clearly you filed your motion quite
 7    late.  Do you not think it's an untimely motion?
 8              MR. STEELE:  Well, Your Honor, the IPF's filed
 9    their Motion for Sanctions nine months after the case was
10    closed.  I think that the only untimely filing in this
11    matter has been the IFP's sudden Motion for Sanctions.  I
12    think the motion to stay, if it's appropriate, is
13    appropriate whenever -- I guess I don't want to repeat
14    myself -- whenever it's appropriate.  I think that for the
15    reasons outlined -- I don't want to repeat, you know, the --
16              THE COURT:  Your motion to stay -- regardless of
17    when they filed their Motion for Sanction, your Motion for
18    Stay is related apparently to Judge Murphy's order, which
19    was entered on November the 27th.  Your motion to stay was
20    filed -- when was it filed?  It was filed January the 29th,
21    which was over a month after the Motion for Contempt was
22    filed.
23              MR. STEELE:  Yes.  I reached out -- during that
24    time immediately after the order was issued, I did reach out
25    to the ISP's and tried -- you know, and made an effort to
```

 1   try to resolve this matter in some way, which was

 2   unsuccessful.  And you know, obviously, once the Motion for

 3   Contempt was filed, my options to seek relief from this

 4   Court pending the appeal, which had already been filed, was

 5   to ask for a stay, and I do believe that a motion to stay is

 6   appropriate at any time as long as the criteria for a stay

 7   is met.

 8        Quite frankly, you know, there are many times in

 9   which it's just to have a stay -- it's not necessarily

10   appropriate to have a stay at one point but yet later on it

11   would be appropriate.

12        *MR. HANSMEIER:*  Your Honor, if I may just add -- I

13   also requested the alternative relief of a stay in my

14   motion.  I would say that the timing of the stay -- you

15   referenced the point that it's 30 days after or roughly 30

16   days after the Motion for Contempt was filed.  That is a bit

17   of a product of their own making because I think there's

18   reference to Mr. Duffy's brief, the -- our opening brief to

19   the U.S. Court of Appeals for the Seventh Circuit was due 30

20   days after they filed their motion, which I think is one of

21   the reasons that explains the timing of their motion.

22        So certainly you want to seek a stay as soon as you

23   possibly can to minimize any form of prejudice to the

24   opposing party.  But in this case we did file -- I mean I

25   requested alternative relief because the interim I was

1    working very diligently on that opening brief.  And I'm not

2    aware of a specific timing for seeking a stay.  I would

3    suppose that, unless I'm wrong, and there is a specific

4    deadline for seeking a stay, I suppose it would be, you look

5    to the equities.  And I'm not sure what the prejudice to the

6    respondent parties of a stay would be at this time,

7    specifically since they're seeking to hold people in

8    contempt.

9        *THE COURT:*  Mr. Bozarth?

10       *MR. BOZARTH:*  Well, Judge, the parties, defendants

11   have not filed a specific response to this motion, and one

12   of the reasons why we have not is because we don't feel that

13   their request has been perfected.  They haven't issued or

14   put up a bond.  There's multiple issues that we think make a

15   stay inappropriate, but to point went out I think the --

16       *UNIDENTIFIED SPEAKER:*  Your Honor, I'm sorry.

17   John Seiver.  Could the Court ask everyone to speak up.

18   It's very difficult to hear the last two speakers.

19       *MR. BOZARTH:*  Sorry, John.

20       What we're dealing with, Judge -- and I think

21   you're beginning to get a fairly clear picture of what my

22   client has been dealing with for a number of years -- is

23   really a legal shell game.  You're going to get shortly,

24   presumably some affidavits that are going to say something

25   about the financial condition of these gentlemen.  What

 1    relevance that has and what accuracy that has I think is

 2    rightly potentially in question.

 3         With regard to the motion to stay itself, I think

 4    the fact that it was brought extremely late after they were

 5    put to the task of having to comply with the order is a bit

 6    telling.  They tell you that they are not sure what the

 7    order meant but are waiting until today to do something

 8    about it.  That's some 60-plus days after they were ordered

 9    to pay.

10         When you look at just the factors of the motion

11    itself, which we've already dealt with several of them,

12    Judge Murphy talks about the due process that was afforded

13    in his order.  That's one of the things that -- their

14    likelihood of success, that they were not afforded due

15    process.  Judge Murphy deals with that in the order.

16         I think the failure to perform the inquiry about

17    individual acts, Judge Murphy, as you pointed out, has dealt

18    with that, that they acted in concert, that these actions

19    were not baseless.  Again, from my client's perspective, in

20    essence -- and we haven't really dealt with this too much,

21    but Judge Murphy found that their likelihood of success on

22    the merits at the appeal is somewhere between slim and less

23    than none.

24         Now, they actually sued my client in this case,

25    which was removed to federal court, for exercising its

1    rights in getting a subpoena quashed in the Illinois Supreme

2    Court.   That's basically the conspiratorial conduct that was

3    alleged to have been undertaken by my client.   And when you

4    look at all of it in totality and what they've done, that's

5    the reason I think why Judge Murphy entered the order that

6    he did.   So to say that this was not baseless, and other

7    courts around the country have entertained it, my client has

8    not been sued as a co-conspirator in an effort to extract

9    discovery, which was what happened in this case and what

10   Judge Murphy found.

11        MR. STEELE:   Your Honor, I haven't had an

12   opportunity to even --

13        THE COURT:   Stop talking over other people.

14   Please.   I will -- stop talking over other people.   He's

15   talking.

16        MR. STEELE:   Apologize, Your Honor.   I didn't know

17   that he was still talking.   I thought he was finished.

18        MR. BOZARTH:   So to state that this claim had merit

19   again is just trying to rehash.   What we're dealing with is

20   kind of a run-out-the-clock scenario, which is why it's so

21   important for this matter to not be stayed and for this

22   order to be entered compelling them to do the things that

23   they're supposed to do.

24        I can tick through the rest of them, but one of the

25   things I think, again, that Mr. Steele put in his motion was

1    public interest and he only showed up at one hearing.

2    Your Honor, this litigation had gone on for approximately a

3    year in state court before it was removed.  Mr. Steele was

4    in court all the time.  To tell this Court, *I was only -- I*

5    *only showed up for one hearing as a favor*, Your Honor, what

6    judges have found, these gentlemen are not giving courts the

7    true story, and you can -- I can cite you to orders.

8    They're in our papers.  It's literally a say or do anything

9    in front of the judge that they're looking at that day to

10   try to get out of it, and it just has to stop sometime.  My

11   client has paid exorbitant amounts of money to their

12   attorneys, and that needs to be -- so this should not be

13   stayed, Judge.

14            *THE COURT:*  Mr. Steele, talk into the microphone.

15            *MR. STEELE:*  Yes, Your Honor.

16            Obviously, I disagree with the concept that anyone

17   is misleading this Court, from either myself or the other

18   people subject to the sanctions motion, and it's simply just

19   not the case that there's some unanimity amongst federal

20   judges that this is somehow improper.  It's simply a fact

21   that other Illinois federal judges had said the proper way

22   to do this type of litigation is to actually name the ISP's.

23   The July in the Northern District of Illinois, Judge Baker,

24   said in his order we have had judges that have ruled in our

25   favor.  It's simply a fact from the record.  So the idea

1   that this is just some universally accepted fact that we've

2   done something improper is simply not true.  And so I

3   would -- you know, in arguing my motion to stay, I mean with

4   all due respect to Judge Murphy, it's not -- I don't think

5   it's fair -- if we're appealing the process by which the

6   sanctions order was issued to rely on the actual judge we're

7   appealing from to determine it was okay and thus my motion

8   to stay is improper seems a bit circular.  I mean if the

9   judge did something improper such as under -- clearly under

10  Seventh Circuit case law the judge is required to show what

11  I did wrong and how I should be -- and I mean obviously the

12  judge decided not to follow that, and that's fine.  I mean

13  that's his -- he's obviously the judge.  But that's a very

14  valid point to appeal.

15          I mean and the fact that there were certain

16  terminations made mostly before I knew there was a motion

17  for sanctions in this case, because I was no longer in the

18  case at the time it was filed, it doesn't seem at all fair

19  and due process.  Simply saying that I received due process

20  does not mean I did, and so I think it's important for this

21  Court to -- of course, its duty to make sure that the orders

22  are just, that the process has been followed and not simply

23  say, *Well, someone else says the process was followed*

24  *properly so I'm not going to second guess that*.  I mean

25  it's -- certain things are on the record.  It's just a fact

```
 1    that whether or not I filed the complaint in this case,
 2    whether I appeared in state court in a different case, how
 3    is that relevant to my conduct in this case I'll never
 4    understand.  And so trying the lump things in and cherry
 5    pick certain orders from one or two judges that are also
 6    under appeal doesn't seem to be a fair way of analyzing my
 7    motion to stay.
 8              We have to look at several prongs, including harm.
 9    I know we're looking at bankrupting attorneys that have not
10    been disciplined by any bar association whatever, for the
11    conduct.  I think that's important to understand.  In fact,
12    one of ours is already cleared, one of the attorneys in this
13    matter, I believe Mr. Duffy.  So the point is that the harm
14    is simple, that this Court could, on one hand, bankrupt
15    various people that are clearly crying out that they did not
16    even get due process here, and I think that's very
17    dangerous, versus several Fortune 50 companies that probably
18    aren't going to really go under if they don't get this for a
19    few months when the Seventh Circuit is going to rule on
20    this.  They have -- and from what I understand, Mr. Smith, I
21    believe the original defendant in this case, hasn't even
22    been billed by his attorneys, from our understanding, and
23    hasn't paid any money, so I don't see any harm there either.
24              All we're asking for -- all I'm asking for, and I
25    believe Mr. Hansmeier and Mr. Duffy also, is simply to stay
```

1    this pending the determination by the appellate court for

2    the already filed appeal that we have been very timely on.

3    We have burned midnight oil, so to speak, to get as fast as

4    we can to appeal this matter, to appropriately address this,

5    to contact the other side.  I'm not -- I know personally I'm

6    not hiding out or not addressing these issues.  This is very

7    concerning.  This is literally life changing, for not only

8    me, but I'm sure for several other people here, and this is

9    something that's very, very serious, and to simply say, *Well

10   you were afforded due process because the person that you're

11   claiming didn't give it to you said he did.*  That's not good

12   enough, with all due respect to this Court.

13            If you review my motion to stay, it lays out very

14   clearly the harm and it also lays out the serious defects in

15   how this has progressed.  And I don't want to second

16   guess -- I know this is not a Motion Reconsider.  I'm not

17   asking this Court to entertain a Motion to Reconsider.  In

18   fact, obviously, it's on appeal so it can't be changed.  But

19   all I'm asking for is -- there are other judges, there are

20   other districts that have ruled in our favor.  There's

21   judges that have denied their Motion for Sanctions.  I

22   believe they even agreed to that simple statement.  I can

23   certainly provide it to the Court, orders denying their

24   Motion for Sanctions on the same issues.

25            And so my point is, there's a disagreement amongst

1  judges.  It's simply a fact of the court record that Judge

2  Howell in DC, that -- I don't remember the judge's name in

3  Arizona, but there's other courts that have said, *No,*

4  *they're right*, and, of course, they're appealing those

5  decisions right now, at least the one in DC.  And that's

6  fine, but with this disagreement, how can Judge Baker in the

7  Northern District say, *Well, to do this properly you have to*

8  *name and serve the ISP's.*  That's the way you got to do it

9  in that district, but down here doing that causes me to be

10  liable for a quarter million dollars in sanctions by just

11  appearing for oral argument.

12       So I believe that there are very serious equitable

13  reasons to look at this and say, okay, what's the harm of

14  waiting a couple more months to let the appellate court

15  review this?  I doubt that AT&T and, you know, ComCast are

16  going to be unduly harmed by a brief stay.  I know for a

17  fact that I will be incredibly harmed, and I believe,

18  talking to some of the other attorneys, that this is

19  literally a life-changing in a negative way event.

20       Obviously I can go on.  I do not want to waste this

21  Court's time but I do want to make it very clear that this

22  constant insinuation that we are somehow misleading the

23  Court is, simply, I don't believe accurate, and I think that

24  my arguments that I raised -- that I will not obviously go

25  through point-by-point because obviously this Court has read

1    my motion to stay -- points out the serious issues, the

2    serious due process questions, the fact that, you know, the

3    Court even asked the attorneys if they'd like to actually go

4    back and fix the service problem that they had, and they

5    said, *No, we'll just be fine with this*, that there are so

6    many problems with finding a sanction order of such a

7    magnitude, such an amount, against people that were not even

8    in the case at the time it was filed, and there's absolutely

9    no evidence that I'm aware of that we received notice on all

10   these things.

11        I do not want to argue and rehash and have a motion

12   to reconsider impromptu.  I'm very respectful to the Court

13   and I do not want the Court to think I'm trying to do that.

14   The motion to stay is simply an analysis of the prongs

15   necessary motion to stay, whether it's likelihood of success

16   on the merits, the harm, and obviously the public.

17   Obviously, if someone can file a Motion for Sanctions

18   against somebody and they never even know that there's a

19   current pending Motion for Sanctions, that's a real problem,

20   I believe, for our judicial system.

21        So I do think all the prongs necessary for a motion

22   to stay have been met here, and there's interest accruing on

23   it, so obviously -- I believe it's a judgment.  Obviously

24   this Court just recently said it doesn't believe its a

25   judgment, but there's an interest accruing on whatever this

1   is going to be called, and so if we're wrong and somehow it

2   doesn't matter that -- well, I don't want to characterize

3   the -- if it's wrong then we'll --

4        *THE COURT:*  I've got another setting at 10, so --

5   the problem with your motion is it should have been -- if

6   you didn't understand the order, first of all, why didn't

7   you file a motion to clarify with Judge Murphy?  Your

8   order -- your motion to stay should have been filed in

9   conjunction with your notice of appeal and you should have

10  been talking about a bond.  You guys were afraid of a bond

11  because you've already filed a bond in another jurisdiction.

12  You didn't want to file a bond, so you didn't file a motion

13  to stay, didn't file a bond.  You didn't want to touch that.

14  You didn't think about a motion to stay until this contempt

15  motion came in, so that's why you were too late.  Your

16  likelihood of success on the merits is next to nil.  You're

17  not going to win your appeal.

18        When you're talking about harm, if you wanted to

19  talk about harm you'd have filed your profits and loss or

20  your net worth statement with your motion to stay.  You

21  haven't provided me with the advantage of being able to look

22  at what you're talking about in terms of what harm this is

23  going to do to you.  And let me revise what I said earlier

24  about what you need to provide me so that I can decide the

25  contempt motion.  I don't want your affidavit.  I want your

 1    assets statement from a certified public accountant.  I

 2    don't want it from you.  After looking at Judge Murphy's

 3    order, I want that from a certified public accountant.  I

 4    want a certified profits and loss or certified net worth

 5    statement.

 6           So with respect to talking about the community, the

 7    community has to worry about lawyers who file unreasonable

 8    and vexatious claims.  That's where the harm to the

 9    community is when you talk about harm to the community.  The

10    community is worried about lawyers, worried about lawyers

11    that file these kind of lawsuits.  So if, in fact,

12    Judge Murphy is right -- and for the time being until the

13    Seventh Circuit says something differently, I have to assume

14    he is -- the community is worried about guys like you.  So

15    that's where we are with the community.  So your motion to

16    stay is denied.

17           You did everything wrong when you're talking about

18    a motion to stay.  If you'd have done it right I probably

19    would have been in a very good position to say, well, I got

20    some question about whether or not you're going to prevail

21    on appeal, but as far as the playing field is concerned

22    here, maybe we'll do the motion to -- maybe we'll stay this

23    thing and see what the Seventh Circuit says.  But you didn't

24    do it right, which leads me to believe that Judge Murphy was

25    right all along.  So motion to stay is denied.

1          Now, since you've got to go to a certified public

2    accountant I'll give you ten days instead of seven for that

3    certified statement as to your net worth, but get that to me

4    so that I can decide this other thing.  I have to take that

5    under advisement.

6          This hearing is adjourned.

7      *(Court adjourned)*

8                          *   *   *   *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3           I, Laura A. Blatz, RPR, Official Court Reporter for the
      U.S. District Court, Southern District of Illinois, do
      hereby certify that I reported in shorthand the proceedings
4     contained in the foregoing 39 pages, and that the same is a
      full, true, correct, and complete transcript from the record
5     of proceedings in the above-entitled matter.

6           Dated this 27th day of February, 2014.

7

8                           /s/
                            _____
9                           LAURA A. BLATZ, RPR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25