# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

March 4, 2014

| No.: 13-3801 | LIGHTSPEED MEDIA CORPORATION,<br>Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al.,<br> Defendants - Appellees<br><br>APPEAL OF: PAUL A. DUFFY, et al.,<br> Counsel for the Plaintiff |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00889-GPM-SCW<br>Southern District of Illinois<br>District Judge G. Patrick Murphy ||

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: **c7_NoticeTransROA**(form ID: **116**)