

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**NANCY J. ROSENSTENGEL**
**CLERK OF COURT**

**TEL: 618.482.9371**
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

March 4, 2014

Gino J. Agnello, Clerk
United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL  60604

Re: *Lightspeed Media Corporation v. Smith et al.*
Case Number:  12-cv-889-DRH-SCW
U.S.C.A. Docket Number:  13-3801

Dear Mr. Agnello:

I have enclosed the original record on appeal which includes:

| | |
|---|---|
| 10 | Volume(s) of Pleadings |
| 1 | Volume(s) of Unrestricted Transcripts |
| 2 | Volume(s) of Restricted Transcripts |
| 0 | Envelope(s) of Sealed Documents |
| 0 | Exhibits |
| Other: | |

Please acknowledge receipt of these materials.

*s/ Deana Brinkley*
Deputy Clerk

Enclosure

AP-06
Rev. 4/12