UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) |
| Plaintiff, | ) Case No. 3:12-cv-00889 |
| v. | ) |
| ANTHONY SMITH, SBC INTERNET SERVICES, INC., d/b/a AT&T INTERNET SERVICES; AT&T CORPORATE REPRESENTATIVE #1; COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CORPORATE REPRESENTATIVE #1, | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, March 20, 2014, Defendant Anthony Smith filed a Renewed Motion for Contempt. Because the Renewed Motion relies on numerous financial documents as exhibits, Defendant Smith filed said motion *ex parte*.

Respectfully,

  /s/ Jason Sweet
Jason E. Sweet (admitted *pro hac vice*)
Email: jsweet@boothsweet.com

BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8602
Fax: (617) 250-8883

*Counsel for Defendant Anthony Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2014, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Jason E. Sweet