# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** *Plaintiff,* v. **ANTHONY SMITH, et al.,** *Defendants.* | Civil No. 3:12-cv-889-DRH-SCW |

## PAUL HANSMEIER'S EMERGENCY MOTION FOR RECONSIDERATION

Movant Paul Hansmeier seeks reconsideration of the Court's order adjudicating him to be in civil contempt and imposing additional sanctions on him (the "Contempt Order"). (Dkt. 136.) Reconsideration of the Contempt Order is warranted for two reasons.

First, the Court disregarded Hansmeier CPA-prepared statement of financial condition because the statement departed from GAAP. Hansmeier has obtained an updated letter from his CPA that provides an explanation of how the statement departed from GAAP and has submitted it to the Court for its review.

Second, the discovery obtained by Defendant Anthony Smith is newly-obtained evidence that lends substantial credibility to Hansmeier's inability to comply with the November 27, 2013 Sanctions Order ("Sanctions Order"). (Dkt. 100.)

In the alternative, Hansmeier seeks a stay of the Contempt Order pending the Court's ruling on Smith's *Ex Parte* Renewed Motion for Contempt.

March 26, 2014                              /s/ Paul Hansmeier
                                                      Paul Hansmeier
                                                     80 S. 8th St. Ste 900
                                                     Minneapolis, MN 55402
                                                     612-234-5744

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2014 I filed the foregoing document through the Court's CM/ECF system, which will electronically serve this document on all parties of record.

                                                         /s/ Paul Hansmeier