# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

April 2, 2014

**By the Court:**

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,<br>    Plaintiff, | ] Appeal from the United<br>] States District Court for<br>] the Southern District of |
| No. 14-1682                              v. | ] Illinois.<br>] |
| ANTHONY SMITH, et al.,<br>    Defendants-Appellees. | ] No. 3:12-cv-00889-DRH-SCW<br>]<br>] David R. Herndon, Chief Judge. |
| APPEAL OF:<br>    JOHN STEELE, PAUL DUFFY<br>    and PAUL HANSMEIER, Attorneys | ]<br>]<br>] |

### O R D E R

A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

A notice of appeal filed before the district court issues its ruling on a timely Rule 59 motion is ineffective until the order disposing of the motion is entered on the district court's civil docket. Fed. R. App. P. 4(a)(4).

In the present case, appellant Paul Hansmeier filed a Motion for Reconsideration on March 26, 2014, within 28 days of March 24, 2014, which was the date of entry of the order appealed. This may be a timely Rule 59 motion. *See Charles v. Daley*, 799 F.2d 343, 347 (7th Cir. 1986). As such, this appeal may be premature, because it appears that the district court has not disposed of the motion and entered its order on the district court's civil docket. Accordingly,

- over -

No. 14-1682 Page 2

     IT IS ORDERED that appellants shall file, on or before April 15, 2014, a brief memorandum stating why this appeal should not be STAYED pending the entry of the order disposing of the motion.  A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement.  Briefing shall be suspended pending further court order.

NOTE:   Caption document "JURISDICTIONAL MEMORANDUM."  The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.