IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORP.  )<br>          *Plaintiff* )<br>                )<br>                )<br>v.               )<br>                )<br>                )<br>                )<br>ANTHONY SMITH, ET AL.,     )<br>          *Defendants* ) | **SUPERSEDEAS BOND**<br><br>Case No.  3:12-CV-889-DRH-SCW |

WHEREAS, the Appellant John Steele has requested the Court accept Appellant's supersedeas bond in the above entitled action, staying execution of judgment pending hearing of further motion(s) or pleading(s) by the Appellant.

Now, therefore UNITED STATES FIRE INSURANCE COMPANY, as Surety does hereby and pursuant to federal law, undertake that the Appellant will pay to the Defendant(s) or to party(ies) as named by the Court, not exceeding the sum of TWO HUNDRED EIGHT SEVEN THOUSAND THREE HUNDRED AND 0/100S DOLLARS ($287,300.00) for such damages and/or costs as the Court may direct.

This 2nd day of April, 2014.

United States Fire Insurance Co.
U.S. TREASURY (NAIC) #21113

C. Poindexter, Attorney-in-Fact
Illinois Insurance Lic. #2458419



UNITED STATES FIRE INSURANCE COMPANY
10350 Richmond Avenue, Suite 300 (77042)
P.O. Box 2807 • Houston, Texas 77252-2807
713-954-8353 • 800-388-1914 FAX

**SPECIAL POWER OF ATTORNEY**

Bond # 615983501

Know All Men By These Presents:

That United States Fire Insurance Company, hereinafter referred to as the Company, in pursuance of authority granted by Resolution adopted by the Board of Directors, does hereby nominate, constitute and appoint <u>Carlyle Taylor Poindexter</u>, its true and lawful agent and Attorney-In-Fact to make, execute, seal and deliver, for and on its behalf and as its act and deed, as surety, bonds and contracts of suretyship to be given to all obligees provided that no bond or contract of suretyship executed under this authority shall exceed the sum of:
One Million Dollars ($1,000,000.00)

Certificate of Resolution:

This power of attorney is granted and is signed and sealed by facsimile under and by the authority of the following By-laws adopted by the Board of Directors of the Company by an unanimous written consent dated as of the 10th day of December 2003.

Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, any Vice-President, any Assistant Vice President, the Secretary, or any Assistant Secretary shall have power on behalf of the Corporation: (a) to execute, affix the corporate seal manually or by facsimile to, acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements; (b) to appoint, in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a), including affixing the seal of the Corporation.

    In Witness Whereof the Company has caused its official seal to be hereunto affixed, and these presents to be signed by its Assistant Vice President and attested by its Assistant Secretary this 26th day of May, 2013.

ATTEST: _____
Frances Trevino
(Assistant Secretary)



By _____
Michael P. Ziemer
(Assistant Vice President)

STATE OF TEXAS,
    ss.:
COUNTY OF HARRIS

On this 26th day of May, 2013, before me personally came Michael P. Ziemer to me known, who being by me duly sworn, did depose and say: that he resides in Spring, in the County of Harris, State of Texas; that he is Assistant Vice President of United States Fire Insurance Company, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation, that the seal affixed to the said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order, and in his capacity as Assistant Vice President.

_____
Kristina Cegbe
County of Harris, State of Texas
My Commission Expires September 10, 2016

I, the undersigned, an Assistant Secretary of United States Fire Insurance Company, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney remains in full force and has not been revoked, and furthermore that the Resolution of the Board of Directors, set forth in the said Power of Attorney, is now in force.

Signed and sealed this 2nd day of APRIL, 2014.



_____
Frances V. Trevino
Assistant Secretary

U-4708US (Rev. 8/12)



SURETY BONDS · FIDELITY BONDS & FINANCIAL GUARANTEE

A MEMBER OF THE POINDEXTER GROUP OF COMPANIES

5 W. HARGETT STREET, 4TH FLOOR
RALEIGH, NC 27601

361 CALLE GALILEO, 7TH FLOOR
SAN JUAN, PR 00927

TELEPHONE
(787) 333-0222
(800) 373-2804

FACSIMILE
(919) 834-7039

WEBSITE
WWW.SURETYONE.ORG

FEDERAL TREASURY LISTING (T-LIST) OF QUALIFIED SURETIES

**United States Fire Insurance Company (NAIC #21113)**
BUSINESS ADDRESS: 305 Madison Avenue, Morristown, NJ 07962. PHONE: (973) 490-6600. UNDERWRITING LIMITATION b/: $76,088,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Delaware.

PRODUCER/AGENT LICENSE

C. Poindexter, ILLINOIS Dept. of Insurance Lic. #2458419

SURETY ONE INC
P.O. BOX 37284
RALEIGH NC 27627

## State of Illinois
## Insurance License

License No: 100651239

**SURETY ONE INC**

This is to certify that pursuant to requirements of the Illinois Insurance code the above firm is licensed to do business in the state of Illinois with the following authority:

| LICENSE TYPE | LICENSE EFFECTIVE DATE | LICENSE EXPIRATION DATE |
|---|---|---|
| BUSINESS ENTITY PRODUCER | 07/17/2013 | 05/31/2015 |

For questions regarding a license, contact the Illinois Department of Insurance at DOI.licensing@illinois.gov

Andrew Boron
Director of Insurance