UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ANTHONY SMITH, et al.,**<br><br>*Defendants*. | Civil No. 3:12-cv-889-DRH-SCW<br><br><br>**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF PAUL HANSMEIER'S EMERGENCY MOTION FOR RECONSIDERATION** |

**PLEASE TAKE NOTICE** that attorney Paul Hansmeier ("Hansmeier") hereby withdraws his Emergency Motion for Reconsideration (Dkt. 138.) Since the filing of the Motion, attorney John Steele obtained a supersedeas bond, the Court granted a Motion to Stay the Contempt Order pending appeal (Dkt. 141) and the supersedeas bond has been posted. (Dkt. 149.) The emergency relief Hansmeier requested is therefore not necessary at this time.

Hansmeier withdraws the Motion without prejudice and reserves his right to renew his arguments regarding inability to pay.

April 9, 2014

Respectfully submitted,

/s/ Paul Hansmeier
Paul Hansmeier
80 S. 8th St. Ste 900
Minneapolis, MN 55402
612-234-5744

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014 I filed the foregoing document through the Court's CM/ECF system, which will electronically serve this document on all parties of record.

/s/ Paul Hansmeier