# EXHIBIT A

**From:** john steele <johnlsteele33140@gmail.com>
**Date:** April 11, 2014 12:03:26 PM EDT
**To:** Dan Booth <dbooth@boothsweet.com>
**Subject: Subpoenas issued in March**

I have just received your most recent round of subpoenas dated march 26, 2014.  As you know the action has been stayed and any outstanding subpoenas must be withdrawn. I have already contacted the third parties involved, and notified them.

Please confirm that you have withdrawn your subpoenas to the entities listed in your package to me. Also, please confirm you have no other subpoenas outstanding at this time.

John Steele

___

On Fri, Apr 11, 2014 at 3:09 PM, jsweet@boothsweet.com <jsweet@boothsweet.com> wrote:
John

I presume your email is in reference to the Court's April 4th Order. [Dkt. #148]. If so, you'll note the Order clearly states "The Court considers the proposed supersedeas bond sufficient to stay the Contempt Order".

The subpoenas of which you complain were issued in conjunction with our March 20th motion [Dkt. #135]. The Court "consider[s] that motion as a motion for an additional sanction for contempt since it relates directly to representations made in Court and in the financial statements by plaintiff's counsel.Counsel, Steele, Duffy and Hansmeier, shall respond to the March 20 motion, no later than April 20, 2014. Upon reviewing those responses, the Court will consider whether to require another hearing and the range of sanctions that it may be considering, if any."

In short, the motion has not yet been ruled on; the stay relates only to the joint motion for contempt; and you should know better.

So here's what I need from you: 1) to stop interfering with legitimate discovery efforts; and 2) confirmation in the form of faxes or emails from each of the entities you inappropriately contacted stating that you cleared up this "misunderstanding" and that discovery is back on track.

I expect you to have fully complied by 5pm est. Get crackin'.

Jason
___

On Apr 11, 2014, at 6:30 PM, john steele wrote:

I promise that I will address your most recent round of subpoenas as appropriate.  I'm just thankful that you actually supplied me with a copy this time.

John Steele
___

On Fri, Apr 11, 2014 at 6:46 PM, jsweet@boothsweet.com <jsweet@boothsweet.com> wrote:

John

You've told me that you "have contacted the third parties involved, and notified them the action has been stayed and any outstanding subpoenas" are to be withdrawn.

What you have not provided me with is confirmation by 5pm est in the form of faxes or emails from each of the entities you inappropriately contacted stating that you cleared up this "misunderstanding" and that discovery is back on track.

You have not done so.

Jason

_____

**From:** john steele <johnlsteele33140@gmail.com>
**Date:** April 12, 2014 at 10:13:12 AM EDT
**To:** "jsweet@boothsweet.com" <jsweet@boothsweet.com>
**Subject: Re: Subpoenas issued in March**

Since you are now repeating yourself, please see my earlier email.