UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, | CASE No. 3:12-CV-00889-GPM-SCW |
| Plaintiff, | |
| | Judge: Hon. David R. Herndon |
| v. | |
| ANTHONY SMITH, et al, | |
| Defendants. | |

**OPPOSITION OF PAUL DUFFY TO ANTHONY SMITH'S
RENEWED MOTION FOR COMTEMPT**

Respondent Paul Duffy, in response to Defendant Anthony Smith's Renewed Motion for Contempt (ECF Dkt. #135) hereby joins, and hereby incorporates by reference as if fully set forth herein the arguments stated in Paul Hansmeier's Brief in Opposition To Anthony Smith's Renewed Motion for Contempt (ECF Dkt. #154).

In further opposition to the baseless and frankly bizarre Renewed Motion for Sanctions, Respondent Duffy states that he does not, and to the best of his knowledge has never had, any interest of any nature in any off-shore bank account.  Smith's claims and/or suggestions to the contrary are baseless, unsupported by any evidence, and categorically false. Smith also alleges that an email account member72423@counte5rmail.com" was "also" used by the undersigned. The significance of this assertion is unclear in Smith's Renewed Motion, but the exhibit cited to for support (Exhibit R) does not include the undersigned's last name, and there is no information suggesting that he used whatever that address is supposed to relate to.  Finally, Smith asserts that the undersigned that the undersigned "sought to forestall discovery by falsely informing at least one bank one bank that the motion was still pending."   Whatever that statement is intended to

2

refer to (it would be inadmissible as evidence in a court proceeding upon multiple, independent levels; it identifies neither the bank, the statement, nor the motion it purportedly relates to), it is false.

April 21, 2014 /s/ Paul Duffy
Paul Duffy
2 N. LaSalle Street
13th Floor
Chicago, IL  60602
312-952-6136

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, I filed the foregoing document through the Court's CM/ECF system, which will electronically serve this document on all parties of record.

                                                    /s/ Paul Duffy