AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Lightspeed Media Corporation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:12-cv-00889-DRH-SCW |
| Anthony Smith, et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     MasterCard, c/o Legal, 2000 Purchase Street New York, NY 10577

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: identified in Schedule A, attached hereto.

| Place: Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139 | Date and Time: 04/25/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  03/24/2014

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Defendant Anthony Smith                              , who issues or requests this subpoena, are:

Jason Sweet, Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, Tel: 617-250-8619, Fax: 617-250-8883, jsweet@boothsweet.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## SCHEDULE A

The following documents for the period to, including but not limited to January 1, 2010 through present, for all accounts bearing the signatory authority of and/or in the names(s) of:

1. 
2.
3.
3.
4.
5. Steele Law, and its aliases:
    a. Steele Hansmeier, PLLC
    b. Prenda Law, Inc.
    c. Anti-Piracy Law Group, LLC
    d. Duffy Law Group, LLC
    e. Alpha Law Firm, LLC
    f. Class Action Justice Institute, LLC
    g. Class Justice, PLLC
    h. Media Copyright Group
    i. 6881 Forensics, LLC
    j. AF Holdings, LLC
    k. Ingenuity 13, LLC
    l. VPR, Inc.
    m. MCGIP, LLC
    n. LW Systems, LLC
    o. LiveWire Holdings, LLC

      p. Peg Leg Productions, LLC
      q. Bessemer Films, LLC
      r. Under the Bridge Consulting, LLC
      s. Miami Beach Consulting, LLC
      t. Phoenix Ventures, LLC
      u. Guava, LLC
      v. Monyet, LLC

---

The following documents for all open or closed credit card accounts bearing the signatory authority of and/or in the name of individuals/entities identified above for the period including but not limited to January 1, 2010 through present.

1. Applications for credit
2. Corporate board authorization minutes or partnership resolutions
3. Financial statements
4. Monthly statements
5. Charge tickets
6. Documents (bank checks, personal checks, money orders, wire transfers in, etc.) reflecting payments on the account
7. Correspondence files