# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation,<br>*Plaintiff,*<br><br>v.<br><br>Anthony Smith, et al.,<br>*Defendants.* | Case Number:  12-889-DRH/SCW |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 166          DOCUMENT TITLE: Reply

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other:  Exhibit A to the attachment does not contain any document.

### ACTION TAKEN BY CLERK'S OFFICE

☒     Other:  For Information Only

### ACTION REQUIRED BY FILER

☒     No further action required by the filer

Dated: May 9, 2014

                    NANCY J. ROSENSTENGEL, Clerk of Court


                    By:  *s/ Brenda K. Lowe*
                         Deputy Clerk