# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHSPEED MEDIA CORP.,**  *Plaintiff,*  v.  **ANTHONY SMITH, et al.,**  *Defendants.* | Civil No. 3:12-cv-889-DRH-SCW |

## DECLARATION OF PAUL HANSMEIER

1. I submit this Declaration in connection with Paul Hansmeier's Reply to Jason Sweet's Response to Paul Hansmeier's Motion for Sanctions and to Quash.

2. I spoke with the United States Post Office regarding the package associated with tracking number 70123050000066664895. The Post Office informed me that they did not have any information beyond what was presented online. A true and correct screenshot of the online tracking information is attached hereto as Exhibit A. I retrieved this screenshot on May 7, 2014 at 11:00 a.m., Central. I also spoke with the receptionist in my office suite. She informed me that she had no record of the referenced package.

3. I have received several mailings from Jason Sweet. He appears to use the cheapest commercially available printer paper available, which is also the lightest paper. This paper corresponds to 20lb paper.

4. Attached hereto as Exhibit B is a true and correct copy of an e-mail I received from Jason Sweet on May 6, 2014.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2014.

Paul Hansmeier

2

# EXHIBIT A

| Quick Tools ▾ | Ship a Package ▾ | Send Mail ▾ | Manage Your Mail ▾ | Shop ▾ | Business Solutions ▾ |

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number:** 70123050000066664895

**IN-TRANSIT**

**Expected Delivery Day:** Friday, March 28, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™       Return Receipt

## Available Actions

USPS Text Tracking™

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 28, 2014 , 8:18 pm | Delivery status not updated | |

The delivery status for this item has not been updated as of March 28, 2014, 8:18 pm.

| | | |
|---|---|---|
| March 28, 2014 , 6:18 am | Out for Delivery | MINNEAPOLIS, MN 55401 |
| March 28, 2014 , 6:08 am | Sorting Complete | MINNEAPOLIS, MN 55401 |
| March 28, 2014 , 5:01 am | Depart USPS Sort Facility | MINNEAPOLIS, MN 55401 |
| March 28, 2014 , 4:23 am | Arrival at Unit | MINNEAPOLIS, MN 55401 |
| March 28, 2014 , 2:13 am | Processed through USPS Sort Facility | MINNEAPOLIS, MN 55401 |
| March 27, 2014 , 3:58 am | Depart USPS Sort Facility | NASHUA, NH 03063 |

# EXHIBIT B



Paul Hansmeier <prhansmeier@thefirm.mn>

## Certified Mail Return Receipt
2 messages

**Paul Hansmeier** <prhansmeier@thefirm.mn>  Tue, May 6, 2014 at 11:43 AM
To: Jason Sweet <jsweet@boothsweet.com>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>

Gentlemen:

I reviewed your response (Dkt. # 165) to the pending Motion for Sanctions/Quash and the response references a tracking number. I looked up the tracking number and it shows the package not yet being delivered. Further, the people on my end have no record of the package being delivered. Do you have a copy of the return receipt that you could forward me? Also, to what address did you deliver the documents?

Thanks,
Paul

**jsweet@boothsweet.com** <jsweet@boothsweet.com>  Tue, May 6, 2014 at 4:02 PM
To: Paul Hansmeier <prhansmeier@thefirm.mn>

Paul

The package was sent to:

100 5th S. Street
Suite 1900
Minneapolis, MN 55402
*See* Ex. 165-2

I have not received a return receipt for this package.

Jason
[Quoted text hidden]

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.


**BoothSweet.pdf**
14K