UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHSPEED MEDIA CORP.,** *Plaintiff,* v. **ANTHONY SMITH, et al.,** *Defendants.* | Civil No. 3:12-cv-889-DRH-SCW **PETITION BY PAUL HANSMEIER FOR AN ORDER TO SHOW CAUSE WHY RESPONDENTS ANTHONY SMITH, JASON SWEET AND DAN BOOTH SHOULD NOT BE FOUND IN CIVIL CONTEMPT** |

Paul Hansmeier presents this Petition for an order requiring Respondents Anthony Smith, Jason Sweet and Dan Booth to show cause why they should not be found in civil contempt of this Court's Amended Administrative Order 107, and its counterparts in SDIL-LR 5.1(d) and Fed. R. Civ. P. 5.1(a). Paul Hansmeier represents to the Court as follows:

1. On May 5, 2014 Respondents filed a document with the Court containing the unredacted social security numbers and birth dates of Hansmeier, John Steele, John Steele's wife, Kerry Steele, non-party Mark Lutz and Paul Duffy.

2. Hansmeier contacted the Court at approximately 10:30 a.m. (CDT) the next day to inform the Court of the privacy breach. The Court struck the documents shortly thereafter, at 10:51 a.m.

3. Despite the Court's quick action, the document had been downloaded by at least one (and likely more) member of the public and reposted on RECAP, which is a publicly available (and free) alternative to PACER.

4. For the week beginning May 5, 2014, items from the RECAP docket for this case were downloaded more frequently than in any case in the entire United States, with over one thousand downloads occurring.

5. Although the offending exhibit is no longer available on RECAP, several members of the anti-copyright community have confirmed their possession of the offending exhibit and have discussed reposting it on another website.

6. Hansmeier made several attempts to meet-and-confer with Booth and Sweet prior to bringing this motion, in an effort to avoid burdening this Court with yet another post-dismissal sanctions motion. All Hansmeier sought from Booth and Sweet was modest identity theft protection services, costing approximately $275 per year for three years. Booth and Sweet flatly rejected Hansmeier's reasonable request and avoided answering basic questions about how the documents were leaked to RECAP.

7. Due to the actions of Respondents, Hansmeier and the other harmed individuals are now at an extreme risk of identity theft.

REQUEST FOR RELIEF

WHEREFORE, Hansmeier moves this Court to issue an Order directing Respondents to appear before this Court at a time and place to be fixed in said Order, to show cause why they should not be adjudged in civil contempt of this Court; and

THEREAFTER, issue an Order adjudging Respondents in civil contempt of this Court's Amended Administrative Order 107, SDIL-LR 5.1(d) and Fed. R. Civ. P. 5.1(a), and further:

1. Order and direct Respondents to pay Hansmeier the costs of five (5) years of identity theft protection services at the estimated cost of $275/year;

2. Order and direct Respondents to cease and desist publication of the unredacted personal identifiers identified in this Court's Amended Administrative Order 107, SDIL-LR 5.1(d) and Fed. R. Civ. P. 5.1(a) for Hansmeier;

3. Impose upon Respondents, joint and severally, a fine of up to $1,000 for every day after this Court's order that Respondents fail to carry out the directions of this Court;

4. Make a criminal contempt referral of Respondents to the U.S. Attorney for the Southern District of Illinois, for the reasons set forth in the accompanying Memorandum;

5. Issue such further orders as the nature of this case may require and as the Court may deem just and proper to compel obedience to and compliance with the orders and decrees of this Court; and

6. Grant to Hansmeier his costs and fees of maintaining this proceeding.

May 13, 2014                                   Respectfully Submitted,

                                               /s/ Paul Hansmeier
                                               Paul Hansmeier
                                               80 S. 8th St. Ste 900
                                               Minneapolis, MN 55402
                                               612-234-5744

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2014 I filed the foregoing document through the Court's CM/ECF system, which will electronically serve this document on all parties of record.

/s/ Paul Hansmeier

4