### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHSPEED MEDIA CORP.,**<br><br>          *Plaintiff,*<br><br>     *v.*<br><br>**ANTHONY SMITH, et al.,**<br><br>          *Defendants.* | Civil No. 3:12-cv-889-DRH-SCW |

### DECLARATION OF PAUL HANSMEIER

1. I submit this Declaration in connection with Paul Hansmeier's Petition for Order to Show Cause Why Respondents Anthony Smith, Jason Sweet and Daniel Booth Should Not Be Held in Civil Contempt.

2. On May 6, 2014, after reviewing Smith's Memorandum of Law in Opposition to Hansmeier's Motion for Sanctions and to Quash, and noticing the unredacted personal identifiers (including my social security number and birth date), along with those of Kerry Steele, John Steele, Mark Lutz and Paul Duffy, I contacted the Court to inform it of the breach. This call took place around 10:32 a.m. (CDT) that day.

3. Attached hereto as Exhibit A are true and correct copies of a chain of e-mail correspondence I had with Daniel Booth and Jason Sweet.

4. Attached hereto as Exhibit B is a true and correct screenshot of an excerpt of the RECAP docket of this case. I was able to access the offending exhibit by clicking on the link to 163.4. The link has since been disabled.

5. Attached hereto as Exhibit C is a true and correct screenshot of the homepage for the RECAP archive of this case, indicating that items from this case have been downloaded 18,045 times.

6. Attached hereto as Exhibit D is a true and correct screenshot of the homepage for the RECAP archive of this case, indicating that items from this case were downloaded 1,002 times last week.

7. Attached hereto as Exhibit E are true and correct copies of screenshots of Twitter correspondence regarding the document containing the unredacted personal identifiers at issue in this motion.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2014.

Paul Hansmeier

# Exhibit A



Paul Hansmeier <prhansmeier@thefirm.mn>

## Meet and Confer
18 messages

---

**Paul Hansmeier** <prhansmeier@thefirm.mn>     Tue, May 6, 2014 at 3:56 PM
To: Jason Sweet <jsweet@boothsweet.com>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>, john steele <johnlsteele33140@gmail.com>, Paul Duffy <pduffy@pduffygroup.com>

Gentleman:

In light of your publication (inadvertent or otherwise) of the unredacted social security numbers and birth dates of Mr. Steele, Mrs. Steele, Mr. Duffy, Mr. Lutz and me—in direct violation of Fed. R. Civ. P. 5.2, SDIL-LR 5.1(d) and SDIL Administrative Order 107—I would like you to purchase identity theft protection services for me. This is a common remedy awarded by courts in similar circumstances. The cost per year is approximately $275, and I believe that at least three years of protection is appropriate.

I would like to resolve this matter without court intervention, and hope we are able to reach a resolution of this unfortunate development. If you simply ignore my e-mail as you have with my past few e-mails then I will move forward with a motion for contempt seeking the very same relief. I appreciate your apology, but a "sorry" will not address the risks raised by your filing on the public record in a highly publicized case my unredacted social security number and birth date.

Regards,
Paul

---

**john steele** <johnlsteele33140@gmail.com>     Tue, May 6, 2014 at 4:09 PM
To: Paul Hansmeier <prhansmeier@thefirm.mn>
Cc: Jason Sweet <jsweet@boothsweet.com>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Mr. Hansmeier speaks for himself.  I am not foreclosing the use of the courts to the very fullest extent necessary.

My first question I will be looking into is whether it was Jason Sweet or Dan Booth who violated my wife's privacy and disclosed her social security number when she has no relation to this case.

And in case this e-mail becomes the basis for your 6th, 7th, or god knows what motion for sanctions, I would like the Court to know that I believe it should issue an Order to Show Cause against Booth and Sweet as to what evidence they ever had that my wife was involved with my legal work and why Booth Sweet had to publish her date of birth and social security numbers.

You two should be ashamed of yourselves.

John Steele
[Quoted text hidden]

---

**jsweet@boothsweet.com** <jsweet@boothsweet.com>     Tue, May 6, 2014 at 5:23 PM
To: john steele <johnlsteele33140@gmail.com>
Cc: Paul Hansmeier <prhansmeier@thefirm.mn>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Gentlemen

While we sincerely regret the inadvertent disclosure, we also believe the disclosure was harmless. Social Security numbers can be purchased for $5; dates of birth are readily ascertainable for free online and through public databases. Indeed, as you know, the document in question (Ex. 165-4 to our opposition to Mr. Hansmeier's motion

to quash) was initially disclosed by Mr. Steele himself, to a non-party who had not been subpoenaed. Despite his disclosure of the information, we have redacted the information in our filings out of deference to you.

While we are sympathetic to your immediate concerns, remember that throughout this litigation we've redacted information or filed documents under seal when there was no requirement or order for us to do so. And let us not forget that the only reason we're in this case is because you made baseless allegations against our client; labeling him for the world as some sort of criminal mastermind — and that you continue to file pleadings containing meritless allegations against him. Dkt. No. 156 ("Prenda Law's website was hacked into, presumably by Smith or one of his coconspirators"); Dkt. No. 160 ("Anthony Smith—who is the only party to have actually done anything wrong in this entire matter"); etc.

The disclosure on my part was inadvertent and I took immediate steps to remedy it. If you decide to file a motion against me, that is your prerogative. I must decline, however, your request that I purchase identity insurance.

On a separate note:

Mr. Steele: Documents implicating your wife were filed as exhibits in the sealed motion for contempt. Dkt. No. 135. If you'd like, I can file additional documents implicating her. Also, you submitted an affidavit that your wife was involved with your legal work in the *Sunlust* case in Florida.

Mr. Duffy: Care to comment on why Livewire was depositing money into your wife's account?

Mr. Hansmeier: If there was an email I did not respond to, please forward it to me.

Regards,
Jason

[Quoted text hidden]

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.



**BoothSweet.pdf**
14K

---

**Paul Duffy** <pduffy@pduffygroup.com>  Tue, May 6, 2014 at 5:46 PM
Reply-To: Paul Duffy <pduffy@pduffygroup.com>
To: "jsweet@boothsweet.com" <jsweet@boothsweet.com>, john steele <johnlsteele33140@gmail.com>
Cc: "dbooth@boothsweet.com" <dbooth@boothsweet.com>, Paul Hansmeier <prhansmeier@thefirm.mn>

Dear SweetBooth -   among other things your flagrant abetting of identity theft involved a direct and affirmative false statement to the Court in which you certified before ecf filing that you redacted before filing. You have affirmatively lied to the Court and your attempted defense ("you should know that we are incompetent, but my clients won't pay for adult content!"), while true, is ridiculous, even in Massachusetts.

[Quoted text hidden]

**Paul Hansmeier** <prhansmeier@thefirm.mn>　　　　　　　　　　　　　　Wed, May 7, 2014 at 7:06 AM
To: Jason Sweet <jsweet@boothsweet.com>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>, john steele <johnlsteele33140@gmail.com>, Paul Duffy <pduffy@pduffygroup.com>

Gentlemen:

The documents you filed with the unredacted social security numbers and birth dates of me and four other people were retrieved by the piracy community before they were struck by the Court and are now being publicized. I will be seeking my costs and fees in my forthcoming motion for contempt, assuming that it is still your position that you don't feel like you have any obligation to address the harm caused by your blatant disregard for federal and local rules and court orders.

Paul


On Tue, May 6, 2014 at 3:56 PM, Paul Hansmeier <prhansmeier@thefirm.mn> wrote:
[Quoted text hidden]


**john steele** <johnlsteele33140@gmail.com>　　　　　　　　　　　　　　Wed, May 7, 2014 at 10:14 AM
To: Paul Hansmeier <prhansmeier@thefirm.mn>
Cc: Jason Sweet <jsweet@boothsweet.com>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Mr. Booth and Mr. Sweet,

Please take this email as me and my wife's notice to you to maintain any and all records pertaining to the operations of your law firm as they relate to your firms recent filing on PACER of me and my wife's social security numbers and their subsequent publication and use by the pirate community.  You are hereby on notice of potential litigation regarding your actions, and are obligated to retain any and all business records relating to this event and the steps leading up to that event.

Me and my wife have already sustained certain damages, and your firm is notified that it has a duty to mitigate any current or future harm sustained by my wife or myself due to your recent acts.

On a related note, my last email was an effort to give your law firm a chance to explain your apparent violations of the Federal Rules of Civil Procedure.  After reading your curious response,  I am obligated under *In re Himmel* to report your obvious and undeniable violation of both the Federal Rules of Civil Procedure and a standing order of Chief Judge Hernden himself to the Illinois and Massachusetts bar.

Please govern yourself accordingly as I am about to follow your advice and get crackin'.


John Steele

PS Feel free to use this in your next sanction motion.  I think this would be an excellent topic for Judge Hernden to review.

[Quoted text hidden]


**Paul Hansmeier** <prhansmeier@thefirm.mn>　　　　　　　　　　　　　　Wed, May 7, 2014 at 10:21 AM
To: john steele <johnlsteele33140@gmail.com>
Cc: Jason Sweet <jsweet@boothsweet.com>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Gentlemen:

Please note that the litigation hold also applies to your client, Anthony Smith.

Paul

[Quoted text hidden]

---

**Paul Duffy** <pduffy@pduffygroup.com>  Wed, May 7, 2014 at 10:51 AM
Reply-To: Paul Duffy <pduffy@pduffygroup.com>
To: Paul Hansmeier <prhansmeier@thefirm.mn>, john steele <johnlsteele33140@gmail.com>
Cc: Jason Sweet <jsweet@boothsweet.com>, "dbooth@boothsweet.com" <dbooth@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Messrs. Sweet and Booth - I am likewise instructing you to retain any and all information relating to your publication of my social security number and other information required to be redacted under federal rules and court orders. This instruction pertains to you, your firm and any "Related" or "Alias" entities of yours, defined as broadly as you have chosen to define those terms. Please note that this instruction applies to communications between you and your co-counsel and clients in
the Northern District of Illinois cases, as those communications now clearly appear to be discoverable in light of your egregious misconduct and the claims at issue (or soon to be at issue) in those cases.

 On May 7, 2014 at 10:21 AM Paul Hansmeier <prhansmeier@thefirm.mn> wrote:

Gentlemen:

Please note that the litigation hold also applies to your client, Anthony Smith.

Paul


On Wed, May 7, 2014 at 10:14 AM, john steele <johnlsteele33140@gmail.com> wrote:
Mr. Booth and Mr. Sweet,

Please take this email as me and my wife's notice to you to maintain any and all records pertaining to the operations of your law firm as they relate to your firms recent filing on PACER of me and my wife's social security numbers and their subsequent publication and use by the pirate community.  You are hereby on notice of potential litigation regarding your actions, and are obligated to retain any and all business records relating to this event and the steps leading up to that event.
Me and my wife have already sustained certain damages, and your firm is notified that it has a duty to mitigate any current or future harm sustained by my wife or myself due to your recent acts.

On a related note, my last email was an effort to give your law firm a chance to explain your apparent violations of the Federal Rules of Civil Procedure.  After reading your curious response,  I am obligated under *In re Himmel* to report your obvious and undeniable violation of both the Federal Rules of Civil Procedure and a standing order of Chief Judge Hernden himself to the Illinois and Massachusetts bar.

Please govern yourself accordingly as I am about to follow your advice and get crackin'.


John Steele
PS Feel free to use this in your next sanction motion.  I think this would be an excellent topic for Judge Hernden to review.


On Wed, May 7, 2014 at 8:06 AM, Paul Hansmeier <prhansmeier@thefirm.mn> wrote:
Gentlemen:

The documents you filed with the unredacted social security numbers and birth dates of me and four other people were retrieved by the piracy community before they were struck by the Court and are now being publicized. I will be seeking my costs and fees in my forthcoming motion for contempt, assuming that it is still your position that you don't feel like you have any obligation to address the harm caused by your blatant disregard for federal and local rules and court orders.

Paul

On Tue, May 6, 2014 at 3:56 PM, Paul Hansmeier <prhansmeier@thefirm.mn> wrote:
Gentleman:

In light of your publication (inadvertent or otherwise) of the unredacted social security numbers and birth dates of Mr. Steele, Mrs. Steele, Mr. Duffy, Mr. Lutz and me---in direct violation of Fed. R. Civ. P. 5.2, SDIL-LR 5.1(d) and SDIL Administrative Order 107---I would like you to purchase identity theft protection services for me. This is a common remedy awarded by courts in similar circumstances. The cost per year is approximately $275, and I believe that at least three years of protection is appropriate.

I would like to resolve this matter without court intervention, and hope we are able to reach a resolution of this unfortunate development. If you simply ignore my e-mail as you have with my past few e-mails then I will move forward with a motion for contempt seeking the very same relief. I appreciate your apology, but a "sorry" will not address the risks raised by your filing on the public record in a highly publicized case my unredacted social security number and birth date.

Regards,
Paul

---

**dbooth@boothsweet.com** <dbooth@boothsweet.com>         Wed, May 7, 2014 at 11:29 AM
To: john steele <johnlsteele33140@gmail.com>
Cc: Paul Hansmeier <prhansmeier@thefirm.mn>, Jason Sweet <jsweet@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Dear Mr. Steele, Mr. Hansmeier, and Mr. Duffy,

Permit me to clarify. Mr. Sweet filed a document in the same form that Mr. Steele had sent it: an email to the GMS Group -- a non-party that had not been issued any discovery requests -- along with the subpoena that Mr. Steele had attached to the email, which included your Social Security numbers and birth dates. Immediately upon becoming aware of the inadvertent filing of information subject to redaction, Mr. Sweet contacted the court's clerk of his own accord to remedy the matter, anticipating your concerns. At his prompting, the clerk struck the filing, less than 24 hours after it was filed.

Therefore, Mr. Steele, we have already notified the court of the issue. Likewise, Mr. Hansmeier, it is not and has never been our position that we have no obligation to address the issue. It is our position that Mr. Sweet's prompt response fulfilled any such obligation. It is also our position that there has been no actual harm, since the information at issue in the now-stricken document (Social Security numbers and birthdates) is widely publicly available, and since Mr. Steele himself, before the filing, had publicized the information to a non-party with no prior role in this litigation.

You have each raised the issue of the retention of any records related to this event. The only such records are Mr. Steele's email to the GMS Group and its attachment, as forwarded to Mr. Sweet; the PACER notices of the filing and striking of the document; and your subsequent emails on the matter. Each of those documents is already in your possession and you may continue to maintain them.

Sincerely,


Dan Booth
Booth Sweet LLP
32R Essex Street #1A
Cambridge, MA 02139
(617) 250-8629
(617) 250-8883 fax
dbooth@boothsweet.com

[Quoted text hidden]

---

**Paul Duffy** <pduffy@pduffygroup.com>  Wed, May 7, 2014 at 11:39 AM
Reply-To: Paul Duffy <pduffy@pduffygroup.com>
To: dbooth@boothsweet.com, john steele <johnlsteele33140@gmail.com>
Cc: Jason Sweet <jsweet@boothsweet.com>, Paul Hansmeier <prhansmeier@thefirm.mn>

My instructions stand.

[Quoted text hidden]

---

**Paul Hansmeier** <prhansmeier@thefirm.mn>  Wed, May 7, 2014 at 12:31 PM
To: "dbooth@boothsweet.com" <dbooth@boothsweet.com>
Cc: john steele <johnlsteele33140@gmail.com>, Jason Sweet <jsweet@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Mr. Booth:

With respect, I do not believe your position—-namely, that sending out an e-mail to a custodian of records gives you and Mr. Sweet the authority to violate the various redaction rules—-has any basis whatsoever. Further, that Mr. Sweet acted swiftly to respond to the situation after he was notified by the Court is admirable, but it does not mean that your violation of redaction rules failed to inflict damage. Your hope that you can inflict damage without compensation is unrealistic, particularly since Mr. Sweet failed to act swiftly enough to prevent the subject information from being leaked to the general public.

I believe I have made a very reasonable offer. I am disappointed that you rejected it out-of-hand. As I have stated several times before, I intend to seek my costs and fees associated with my motion to hold you and Mr. Sweet in contempt. This seems needless, but your position that you can inflict harm without consequence is simply unrealistic.

In addition, I believe that your requirements for evidence preservation are much greater in scope that you previously presented. By way of a single example, please preserve all evidence going to how Mr. Sweet was notified of your violation of Federal Rules, including phone records and e-mails. Further, please preserve all evidence going to how you mitigated damages once you learned of the issue.

Thanks,
Paul

[Quoted text hidden]

---

**dbooth@boothsweet.com** <dbooth@boothsweet.com>  Wed, May 7, 2014 at 2:43 PM
To: Paul Hansmeier <prhansmeier@thefirm.mn>
Cc: john steele <johnlsteele33140@gmail.com>, Jason Sweet <jsweet@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Dear Mr. Hansmeier,

Again, to clarify: Mr. Sweet notified the court, not the other way around. He called the clerk to give notice that he had filed unredacted information by mistake, and to seek immediate relief. The court addressed the matter by striking the filing in response to Mr. Sweet's call. That is the evidence of how damages, if any, were mitigated.

We always strive to avoid any such issues. For example, as you know, we recently filed a motion and its exhibits entirely ex parte, providing far greater protection to your financial records than the rules require. See Doc. 134, 135. We regret the error in filing an unredacted document in this instance, which is why Mr. Sweet acted so promptly. We are thankful that the only arguably sensitive information disclosed in the filing was already publicly available. I agree that a motion for contempt over this inadvertent mistake seems needless. Given the frivolous nature of this entire lawsuit, it is no surprise that you intend to file a needless motion anyway.

Sincerely,

Dan Booth
Booth Sweet LLP
32R Essex Street #1A
Cambridge, MA 02139
(617) 250-8629
(617) 250-8883 fax
dbooth@boothsweet.com
http://boothsweet.com

[Quoted text hidden]

---

**Paul Hansmeier** <prhansmeier@thefirm.mn>   Wed, May 7, 2014 at 2:50 PM
To: "dbooth@boothsweet.com" <dbooth@boothsweet.com>
Cc: john steele <johnlsteele33140@gmail.com>, Jason Sweet <jsweet@boothsweet.com>, Paul Duffy <pduffy@pduffygroup.com>

Mr. Booth:

I think we can save ourselves the personal attacks. When exactly did Mr. Sweet contact the Court?

Thanks,
Paul

[Quoted text hidden]

---

**jsweet@boothsweet.com** <jsweet@boothsweet.com>   Wed, May 7, 2014 at 3:03 PM
To: Paul Hansmeier <prhansmeier@thefirm.mn>
Cc: "dbooth@boothsweet.com" <dbooth@boothsweet.com>, john steele <johnlsteele33140@gmail.com>, Paul Duffy <pduffy@pduffygroup.com>

I contacted the court at 10:25am (central). The document was stricken at 10:50am (central).

Regards,
Jason

[Quoted text hidden]

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.


**BoothSweet.pdf**
14K

---

**Paul Hansmeier** <prhansmeier@thefirm.mn>　　　　　　　　　　　Wed, May 7, 2014 at 3:21 PM
To: "jsweet@boothsweet.com" <jsweet@boothsweet.com>
Cc: "dbooth@boothsweet.com" <dbooth@boothsweet.com>, john steele <johnlsteele33140@gmail.com>, Paul Duffy <pduffy@pduffygroup.com>

> I assumed you heard from the Court because I also called the clerk yesterday morning at 10:32 a.m. Strange coincidence. How did you become aware of the unredacted info?
>
> [Quoted text hidden]

---

**Paul Hansmeier** <prhansmeier@thefirm.mn>　　　　　　　　　　　Thu, May 8, 2014 at 11:40 AM
To: "jsweet@boothsweet.com" <jsweet@boothsweet.com>
Cc: "dbooth@boothsweet.com" <dbooth@boothsweet.com>, john steele <johnlsteele33140@gmail.com>, Paul Duffy <pduffy@pduffygroup.com>

> Guys:
>
> A document with my unredacted SSN was uploaded to RECAP at 10:25 a.m. central on May 6, 2014. That is the same time, to the minute, that you called the Court. Did you upload the document? If not, do you know who did?
>
> -Paul
>
> [Quoted text hidden]

---

**jsweet@boothsweet.com** <jsweet@boothsweet.com>　　　　　　　　Thu, May 8, 2014 at 12:02 PM
To: Paul Hansmeier <prhansmeier@thefirm.mn>
Cc: "dbooth@boothsweet.com" <dbooth@boothsweet.com>, john steele <johnlsteele33140@gmail.com>, Paul Duffy <pduffy@pduffygroup.com>

> Paul
>
> We did not upload the pleadings to RECAP, nor have we ever uploaded any pleadings to that site. When you told us yesterday that the document in question was being publicized, I found that it was available on RECAP (along with the Order striking the documents (Dkt. 164)). I called them around 9:00am est and asked for the entire docket entry (Dkt. 163) to be taken down. At 12:57 est I received a call from RECAP that the pleadings were removed and confirmed myself the same.
>
> Google searches revealed no other indication that the document at issue was available on any other site.
>
> Regards,
> Jason
>
> [Quoted text hidden]

---


**BoothSweet.pdf**
14K

---

**Paul Hansmeier** <prhansmeier@thefirm.mn>　　　　　　　　　　　Thu, May 8, 2014 at 2:41 PM
To: "jsweet@boothsweet.com" <jsweet@boothsweet.com>
Cc: "dbooth@boothsweet.com" <dbooth@boothsweet.com>, john steele <johnlsteele33140@gmail.com>, Paul

Duffy <pduffy@pduffygroup.com>

Thanks for the response. I recognize that neither of us trusts each other. Do you have any interest in a phone call tomorrow to work though these issues?

-Paul

[Quoted text hidden]

# Exhibit D

| Date | Doc # | Seq | Description | Full Text |
|---|---|---|---|---|
| 2014-05-05 | 163 | 0 | Memorandum in Opposition to Motion | 2014-05-05 18:21:18 STRICKEN - MEMORANDUM in Opposition re 157 MOTION to Quash MOTION for Sanctions filed by Anthony Smith. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Sweet, Jason) Modified on 5/6/2014 (cekf). (Entered: 05/05/2014) |
| | 163 | 1 | Exhibit | 2014-05-05 18:39:12 |
| | 163 | 2 | Exhibit | 2014-05-06 11:17:18 |
| | 163 | 3 | Exhibit | 2014-05-05 18:41:20 |
| | 163 | 4 | Exhibit | 2014-05-06 11:25:22 |
| | 163 | 5 | Exhibit | 2014-05-06 11:20:44 |
| | 163 | 6 | Exhibit | 2014-05-05 18:35:43 |
| 2014-05-06 | 164 | 0 | Notice Striking Electronically Filed Documents | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 163 Memorandum in Opposition to Motion filed by Anthony Smith. Document contains sensitive information and should be redacted. Doc. 163 is stricken and will be sealed. A redacted copy of Doc. 163 needs to be refiled.(cekf)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/06/2014) |
| | | | Memorandum in | 2014- MEMORANDUM in Opposition re 157 MOTION to Quash MOTION for Sanctions filed by Anthony Smith, |

# Exhibit E

gov.uscourts.ilsd.58824

Language: English
Collection: usfederalcourts; additional_collections

Description

Click here to see available docket information and document downloads for this case. If you need the complete docket, you should consult PACER directly.

Reviews                                                    Be the first to write a review

                                                           Downloaded 18,045 times

Selected metadata

Identifier:              gov.uscourts.ilsd.58824
Assigned-to:             Chief Judge David R. Herndon
Case-cause:              28:1446 Petition for Removal
Case-name:               Lightspeed Media Corporation v. Smith et al
Court:                   ilsd
Date-case-filed:         2012-08-09
Date-case-terminated:    2013-03-22
Date-last-filing:        2014-05-09
Docket-num:              3:12-cv-00889
Jurisdiction:            Federal Question
Jury-demand:             Plaintiff
Mediatype:               texts
Nature-of-suit:          890 Other Statutory Actions
Pacer-case-num:          58824

# Exhibit F

**Most Downloaded Items Last Week** more

1. gov.uscourts.ilsd.58824
   1,002 downloads
2. gov.uscourts.ilnd.280638
   256 downloads
3. gov.uscourts.mdd.813
   198 downloads
4. gov.uscourts.cand.277262
   180 downloads
5. gov.uscourts.ilnd.287310
   174 downloads

## Welcomed to RECAP US Federal Court Documents        1,038,967 items

The documents in this collection are from the US Federal Courts. A large collection come from the federal government's project for Public Access to Court Electronic Records (PACER). The PACER Service Center is the Federal Judiciary's centralized registration, billing, and technical support center for electronic access to U.S. District, Bankruptcy, and Appellate court records.

For more information on the RECAP project, visit https://www.recapthelaw.org



Browse by Subject / Keywords

Browse by date

All items (most recently added first)   RSS

**Browse by Title**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

# Exhibit G

 **Kat Anon**
@simAlity

 Follow

So doc 163 has been removed from IA. Did anybody upload it to the Wiki? If not, I have copies on my computer at home. I think.

Reply  Retweet  Favorite  More

6:10 PM - 7 May 2014

 **ThatAnonymousCoward** @That_AC · 17h
@simAlity 163 was pulled for reason... best to not make it public.
Details                                    Reply  Retweet  Favorite  More

 **ThatAnonymousCoward** @That_AC · 17h
@simAlity it was replaced with 165, same things, more black marker.
Details                                    Reply  Retweet  Favorite  More

 **darthskeptic** @darthskeptic · 17h
@simAlity I uploaded doc 163.0 to the wiki but not 163.4.
Details                                    Reply  Retweet  Favorite  More

 **Kat Anon** @simAlity · 17h
@That_AC truthfully I simply not eager to recap a bunch of stuff when I had copies of it already.
Details                                    Reply  Retweet  Favorite  More

 **ThatAnonymousCoward** @That_AC · 17h
@simAlity I don't think we to grab it again, but should honor it being striken.
Details                                    Reply  Retweet  Favorite  More