UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORP., ) | |
|     ) | Civil No. 3:12-cv-889-DRH-SCW |
|     *Plaintiff*, ) | |
|     ) | |
| v. ) | |
|     ) | |
| ANTHONY SMITH, et al., ) | |
|     ) | |
|     *Defendants*. ) | |
| _____ ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, May 16, 2014, Defendant Anthony Smith filed a Reply in Further Support of his Motion for Discovery Sanctions. Because the Reply relies on numerous financial documents as exhibits, Defendant Smith filed said motion *ex parte*.

Dated: May 16, 2014                             Respectfully,

/s/ Jason Sweet
Jason E. Sweet (admitted *pro hac vice*)
Email: jsweet@boothsweet.com

/s/ Dan Booth (with consent)
Dan Booth (admitted *pro hac vice*)
Email: dbooth@boothsweet.com

BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8602
Fax: (617) 250-8883
*Counsel for Defendant Anthony Smith*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2014, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Jason Sweet
Jason E. Sweet