# CORRECTED
# EXHIBIT A
**FILED 5/22/2014**



Jason Sweet   Add Connections

Inbox   Companies   News   More          People   Search...                    Advanced

Are You an Attorney? - We need more attorneys in your area. Apply now for membership.   From: **LegalMatch**



# Kerry Steele
Public Relations and Communications Professional

Miami Beach, Florida | Public Relations and Communications

Previous    Prenda Law, LLC, Steele Law Firm, Vong's Thai Kitchen
Education   Cornell University

Send InMail                                                 **31**
                                                         connections

www.linkedin.com/pub/kerry-steele/57/112/a35/

## BACKGROUND

### EXPERIENCE

**Business Manager/PR Director**
Prenda Law, LLC
August 2010 – August 2012 (2 years 1 month) | Chicago, IL

Nationwide Intellectual Property Law Firm

- Helped lead partners create and build a nationwide law firm from its inception in Aug '10
- Oversaw and managed all of the business functions for a nationwide law firm, including accounting, marketing and networking, information systems management, process engineering, attorney and employee hiring, scheduling and benefits
- Drafted and reviewed legal documents for intellectual property clients
- Oversaw all of the Public Relations for the firm, including creation of vision and mission statements, website design, press releases, creation of internship program, and in-house events

**Project Manager/Legal Secretary**
Steele Law Firm
September 2007 – March 2012 (4 years 7 months) | Chicago, IL

Divorce & Family Law Firm

- Helped lead partner create and build the law firm from its inception in Sept '07
- Oversaw and managed all of the business functions for a boutique law firm, including accounting, marketing and networking, information systems management, attorney and employee hiring, scheduling and benefits
- Oversaw the schedules, timelines and budget for the firm.
- Drafted legal documents for family law, bankruptcy, and small business clients
- Oversaw sale of law firm in Mar '12

**Bartender**
Vong's Thai Kitchen
October 2007 – March 2008 (6 months) | Chicago, IL

LEYE/Jean-Georges Thai/French Restaurant

- Oversaw all bar operations for the restaurant, including inventory, service bar operations, cleaning schedules, and a small wine program

### PEOPLE SIMILAR TO KERRY



**Jeremy Glisson**
Graphic Designer at The Chamblee Co.
Connect

### ADS BY LINKEDIN MEMBERS



Market your law firm
1-800Attorney for Lawyers. Market your practice. Inquire today for details!

Learn More »

Live HD Video Streaming
The Teradek Cube: the world's smallest and most versatile H.264 encoder

Learn More »

### PEOPLE ALSO VIEWED


**Clare Lewis**
Associate at McGuireWoods


**Ashley Prendergast**
Intern at ESPN 1000, Chicago at ESPN 1000


**Kevin Boothe**
Professional Football Player at New York Giants


**Joseph Hylak-Reinholtz**
Health Care Attorney, Holland & Knight, LLP


**Shelley Figueroa**
Sales Executive


**Cassie Resnick**
Vice President - Hotel Acquisitions at Mast Capital


**Nicole Uzel-Niesel**
Business Development Manager at T-Mobile


**Tom Hart**
Consultant

- Bartended individually and as a team, for both the restaurant, bar patrons, and closed parties
- Worked with other staff members to craft creative, food-friendly cocktails

### Restaurant Manager
N9NE Steakhouse
March 2007 – September 2007 (7 months) | Las Vegas, NV

American Steakhouse

- Oversaw all front-of-house operations for a $17.5mil/yr restaurant, including hiring and training, scheduling, repairs and maintenance, and guest requests and issues
- Helped the restaurant achieve record-breaking numbers, including over $90,000 in sales on more than one occasion, and close to 800 covers on some weekend nights

### Corporate Planning Analyst
The Light Group
July 2005 – December 2006 (1 year 6 months) | Las Vegas, NV


The Light Group

Restaurant, hotel, resort, real estate development

- Conducted research and created feasibility and forecasting models for new hotel, restaurant, resort and real estate development projects.
- Managed all phases of development and design of the Harmon Hotel, a $600 million, 400-room hotel that's part of Project City Center on the Las Vegas Strip.
- Analyzed and restructured financial data, including Cash Flows, Budget pro formas and Income statements.

### Restaurant Manager
STACK Restaurant & Bar at The Mirage
June 2005 – March 2006 (10 months) | Las Vegas, NV

American Steakhouse

- Assisted the GM in overseeing the opening of STACK Restaurant & Bar.
- Coordinated opening and continued hiring, training procedures for all front-of-house positions.
- Coordinated in-house marketing, including flyer distribution, presentations, and marketing analysis.
- At STACK, worked within budget to achieve a bottom line of over $900,000 per month in the first year of operations.

### Restaurant Manager
The Galley on Cliffside Beach
April 2003 – September 2003 (6 months) | Nantucket, MA

Upscale Dining, Global Cuisine

- Oversaw all FOH operations during lunch, and assisted the General Manager in overseeing FOH operations during dinner.
- Assisted the Maitre'd in managing reservations, celebrity clientele, employee scheduling, payroll and revenue management.
- Coordinated party planning, catering and special events efforts between the restaurant and clients.

## LANGUAGES

**English**
Native or bilingual proficiency

**Spanish**
Elementary proficiency

## EDUCATION


Matthew Freedman
Vice President of Sales & Business Development at Quadrix Information Technologies, Inc.


Oriel FeldmanHall
Post Doctoral Fellow at New York University

### Cornell University

Bachelor of Science (B.S.), School of Hotel Administration
2005

Activities and Societies: Cornell Hotel Society Pi Beta Phi (woment's fraternity), member and Food & Beverage Chair

### Northern Potter Jr/Sr High School

High School Diploma
2000

Activities and Societies: President, Student Council, Creator/Editor, School Newspaper, National Honor Society, VP of High School Chorus, Piano Accompanist for Chorus, Music Technology Society, Varsity Club (varsity volleyball/basketball), Yearbook assistant editor, Morning video announcement host, Fellowship of Christian Athletes, Volunteer for Special Olympics, S.A.D.D. (Students Against Drunk Drivers) Who's Who Among American High School Students (1996-2000)

## ADDITIONAL INFO

### Interests

Being a mother to my beautiful four-year old daughter, cooking and entertaining, family and friends, fitness & nutrition, fishing and being outdoors, journalism, playing the piano, participating in team sports, reading, riding motorcycles

## ORGANIZATIONS

Cornell Hotel Society Pi Beta Phi Alumni Society Union League Club of Chicago

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language | Upgrade Your Account
LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback