# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

July 22, 2014

| | |
|---|---|
| No.: 14-1682 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, , et al., Defendants - Appellees<br><br>APPEAL OF: JOHN STEELE, PAUL DUFFY and PAUL HANSMEIER, Attorneys |
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon ||

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: **c7_NoticeTransROA**(form ID: **116**)