

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

**Justine Flanagan**
**Acting Clerk of Court**

**Tel: 618.439.7760**
**Fax: 618.435.2409**

**OFFICE OF THE CLERK**
**301 WEST MAIN STREET**
**BENTON, ILLINOIS 62812**

July 22, 2014

Gino J. Agnello, Clerk
United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL  60604

Re:   *Lightspeed Media Corporation v. Smith, et al*
         Case Number:  12-889-DRH-SCW
         U.S.C.A. Docket Number:  14-1682

Dear Mr. Agnello:

I have enclosed the original record on appeal which includes:

| | |
|---|---|
| 12 | Volumes of Pleadings |
| 3 | Volumes of Transcripts |
| 0 | Volumes of Depositions |
| 2 | Envelopes of Sealed Documents |
| 0 | Exhibits |

Please acknowledge receipt of these materials.


*s/ Abbie McNew*
Deputy Clerk

Enclosure

AP-06
Rev. 4/12