# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 31, 2014

Before:

DIANE P. WOOD, *Chief Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| Nos.: 13-3801 & 14-1682 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al., Defendants - Appellees<br><br>APPEAL OF: PAUL DUFFY, JOHN STEELE and PAUL HANSMEIER |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00889-GPM-SCW<br>Southern District of Illinois<br>District Judges G. Patrick Murphy and David R. Herndon | |

We **AFFIRM** the order of sanctions imposed against appellants in No. 13-3801. We also **AFFIRM** the order in No. 14-1682 holding appellants in civil contempt and imposing the stated fine. Costs of appeal are to be taxed against appellants jointly and severally. The above is in accordance with the decision of the court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)