IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LIGHTSPEED MEDIA CORPORATION,**

    Plaintiff

-vs-

**ANTHONY SMITH, et al,**

    Defendant          Case No.   12-cv-889-DRH

### MINUTES OF HEARING ON MOTION FOR SANCTIONS

**PRESIDING:** Hon. David R. Herndon, U.S. District Judge

**Date:** November 12, 2014     **Place:** East St. Louis, Illinois

**Court Reporter:** Laura Esposito     **Courtroom Deputy:** Caitlin Fischer

**Counsel for Plaintiff:** Paul Duffy, Paul Hansmeier, John Steele

**Counsel for Defendants:** Daniel G. Booth, Jason E Sweet, Andrew G. Toennies

                     **TIME:** 1:40 PM – 2:40 PM

---

    Counsel present as indicated above.

    Defendant's counsel addresses the court regarding the sanctions that the plaintiffs were ordered to pay. Discovery issues regarding the sanctions were also discussed with the Court.

    Plaintiffs address the court regarding the same issues with sanctions.

    Court admits exhibits.

    Matter is taken under advisement.