# EXHIBIT B

**Your browser is out of date** and Zillow may not function correctly. Please upgrade to the latest version of one of these free browsers: Internet Explorer, Firefox, Safari or Chrome. ✕

☰ MENU   Homes ▾   Rentals ▾   Mortgages ▾   Agents ▾   Advice ▾   Local ▾   Home design ▾   More ▾    Sign in or Join   Advertise

GET MORE INFO    ♡ SAVE    GET UPDATES    REPORT LISTING    MORE ▾    [City, State, or Zip]

Florida · Miami · North-East Coconut Grove · 50 Samana Dr


VIEW LARGER

## 50 Samana Dr
Miami, FL 33133
4 beds · 5 baths · 3,568 sqft

**FOR SALE**
**$1,600,000**
Zestimate®: $1,024,802
Est. Mortgage
**$5,960/mo**
See current rates on Zillow
Want Your Current Equifax Credit Score?



**GET MORE INFORMATION**

Oscar Teran — LISTING AGENT
★★★★★ (10)
16 Recent sales
(786) 666-0608

Roxana Garcia — PREMIER AGENT
★★★★★ (5)
(786) 600-4975

Jo-Ann Forster — PREMIER AGENT
★★★★★ (2)
60 Recent sales
(305) 340-2201

Jorge Lopez — PREMIER AGENT
★★★★★ (3)
1 Recent sales
(786) 842-4608

Your Name
Phone
Email
I am interested in 50 Samana Dr, Miami, FL 33133.

**Contact Agent**

☐ I want to get pre-approved
Learn how to appear as the agent above

MAGNIFICENT FULLY REMODELED ONE STORY HOME W **POOL* AT HIGH-DEMAND BAY HEIGHTS. 4 BEDS 5 FULL BATHS, NEW IMPACT WINDOWS/DOORS. CHEF'S KITCHEN FEATURES W/VAULTED CEILING, HARDWOOD CABINETRY, QUARTZITE COUNTERTOPS, & APPLIANCES BY SUBZERO, VIKING & BOSCH. OPEN CONCEPT LIVING SPACE, HARDWOOD & MARBLE FLOORS. CALIFORNIA CLOSETS. NEW ELEC, PLUMBING & A/C SYSTEMS. LAUNDRY ROOM. SMART HOME SYSTEM. AMPLE OUTDOOR AREA FOR ENTERTAINING WITH GREEN AREA, POOL, JACUZZI. 2 CAR GARAGE W STORAGE ATTIC. PERFECT LOCATION

### FACTS
- Lot: 0.25 acres
- Single Family
- Built in 1953
- 54 days on Zillow
- HOA Fee: $75
- Cooling: Central
- Heating: Other
- Last sold: Apr 2013 for $766,000
- Price/sqft: $215
- MLS #: A2017511
- View Virtual Tour

### FEATURES
- Attic
- Flooring: Hardwood,
- Pool



**Similar Homes for Sale**

FOR SALE
$1,599,000
5 beds, 4.5 baths, 3809 sqft
1660 Nocatee Dr, Cocon...

FOR SALE
$1,700,000

- Cable Ready
- Ceiling Fan
- Double Pane/Storm Windows
- Fenced Yard

- Other
- Hot Tub/Spa
- Lawn
- Parking: Carport, Garage - Attached, 2 spaces, 130 sqft
- Patio

- Security System
- Sprinkler System
- Vaulted Ceiling
- Wired

More ⌄                                              County website    See data sources

## Zestimate Details

Add seller comment

| Zestimate ❓ | Rent Zestimate ❓ | Zestimate forecast |
|---|---|---|
| **$1,024,802** | **$4,175/mo** | 🔒 To see Zestimate forecast<br>Create a free account |
| +$7,766  Last 30 days | -$238  Last 30 days | One year |
| $779K        $1.16M<br>Zestimate range | $2.6K        $6.3K<br>Zestimate range | |

Zestimate ▾                                          1 year  5 years  **10 years**

|  | This home | -- |
|---|---|---|
|  | North-East Coconut Grove | -- |
|  | Miami | -- |





4 beds, 3.0 baths, 3271 sqft
3525 E Glencoe St, Miami...

**FOR SALE**
**$2,550,000**
5 beds, 5.0 baths, 4700 sqft
58 Bay Heights Dr, Miami...

See listings near 50 Samana Dr



### Nearby Similar Sales

**SOLD: $1,000,000**
Sold on 4/15/2014
4 beds, 4.0 baths, 2857 sqft
1615 S Bayshore Dr, Miami, FL 33133

**SOLD: $925,000**
Sold on 3/17/2014
4 beds, 4.0 baths, 3500 sqft
42 Samana Dr, Miami, FL 33133

**SOLD: $6,600**
Sold on 9/17/2014
4 beds, 3.0 baths, 3004 sqft
84 Shore Dr W, Coconut Grove, FL 33133

See sales similar to 50 Samana Dr

### Featured Partners

**Free Equifax Credit Score**
www.equifax.com
Want Your Current Equifax Credit Score?

**Know before you shop.**
www.ditech.com
Get pre-approved for your home loan with ditech. Get started now.

**Free Homebuyer Tools!**
Sign up at www.auction.com/account
Create an account today

Property Search 17/4/25 11:04 AM

| Home | Departments | Government | Employees | Calendar | | Call 3-1-1 | | Search |



# MIAMI-DADE COUNTY PROPERTY APPRAISER
## Carlos Lopez-Cantera
### PROPERTY APPRAISER

| Property Appraiser Home | Exemptions & Other Benefits | Real Estate | Tangible Personal Property | Public Records | Online Tools | Tax Roll Administration | About Us | Contact Us |

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional information.

Facebook   Twitter                                                                 Print   E-mail Link   Share

**Search:** Folio, Owner Name or Address
Enter either folio, owner name, or address.

**Folio:** 01-4114-006-0310
**Property Address:** 50 SAMANA DR
**Owner:** JOHN STEELE
KERRY STEELE
**Mailing Address:** 50 SAMANA DRIVE
MIAMI FL 33133

### Selected Property Information

- Property Information
- Full Legal Description
- Assessment Information
- Benefits Information
- **Sales Information**
- Additional Information

### Sales Information

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 04/17/2013 | $766000 | 28593-0220 | Qual by exam of deed |
| 01/01/2000 | $350000 | 18984-3708 | 2008 and prior year sales; Qual by exam of deed |
| 03/01/1973 | $70000 | 00000-00000 | 2008 and prior year sales; Qual by exam of deed |

For more information about the Department of Revenue's Sales Qualification Codes, click here.

### Featured Online Tools

- Report Homestead Fraud
- Tax Comparison
- Tax Estimator
- TRIM Notice
- View Taxes
- Additional Online Tools
- Comparable Sales

Street Map  |  Aerial Map

