# EXHIBIT C

Account Agreement

Date: 09/08/2014

Internal Use

### Institution Name & Address

Sabadell United Bank, N.A.
1688 Meridian Avenue
Miami Beach, FL 33139-2705

BRANCH 10

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | John L Steele |
| Relationship | Sole Owner |
| Address | 50 Samana Dr, Miami, FL 33133 |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | Drivers License FLORIDA 02/22/2020 |
| Other ID (Description, Details) | |
| Employer | Red White and Blue Fitness |
| Previous Financial Inst. | |

# for MAVERICK Hospital Group

### Owner/Signer Information 2

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Account Title & Address

John L Steele
50 Samana Dr
Miami FL 33133

### Ownership of Account

The specified ownership will remain the same for all accounts.
(For consumer accounts, select and initial.)
☒ Single-Party Account  JLS    ☐ Multiple-Party Account ___
☐ Multiple-Party Account - Tenancy by the Entireties ___
☐ Corporation - For Profit    ☐ Corporation - Nonprofit
☐ Partnership  ☐ Sole Proprietorship  ☐ Limited Liability Company
☐ Trust-Separate Agreement Dated: ___
☐ ___

### Beneficiary Designation

(Check appropriate ownership above - select and initial below.)
☒ Single-Party Account    JLS  JLS
☐ Single-Party Account with Pay-On-Death (POD) ___
☐ Multiple-Party Account with Right of Survivorship ___
☐ Multiple-Party Account with Right of Survivorship and POD ___
☐ Multiple-Party Account without Right of Survivorship ___
☐ ___

### Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions    ☒ Privacy
☒ Electronic Fund Transfers    ☐ Truth in Savings
☒ Substitute Checks    ☒ Funds Availability
☐ Common Features    ☒ Schedule of Fees and Charges

☐ Convenience Account Agent (See Owner/Signer Information for Convenience Account Agent designation(s).)

1 [x _[signature]_ ] John L Steele
2 [x ____ ]
3 [x ____ ]  4 [x ____ ]

RECEIVED
SEP 09 2014
CIF DEPARTMENT

Initials: JLS

Signature Card-FL
Bankers Systems •
Wolters Kluwer Financial Services _ 2003, 2006

MPMP-LAZ-FL 5/2/2007
Page 1 of 2

### Owner/Signer Information 3

- Name:
- Relationship:
- Address:
- Mailing Address (if different):
- Home Phone:
- Work Phone:
- Mobile Phone:
- E-Mail:
- Birth Date:
- SSN/TIN:
- Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date):
- Other ID (Description, Details):
- Employer:
- Previous Financial Inst.:

### Non-Individual Owner Information

- Name:
- EIN:
- Phone:
- Mobile Phone:
- E-Mail:
- Type of Entity:
- State/Country & Date of Organization:
- Nature of Business:
- Address:
- Mailing Address (if different):
- Authorization/Resolution Date:
- Previous Financial Inst.:

### Owner/Signer Information 4

- Name:
- Relationship:
- Address:
- Mailing Address (if different):
- Home Phone:
- Work Phone:
- Mobile Phone:
- E-Mail:
- Birth Date:
- SSN/TIN:
- Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date):
- Other ID (Description, Details):
- Employer:
- Previous Financial Inst.:

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Personal Checking | | $ 0.00  ☐ Cash  ☒ Check |
| | | $ _____  ☐ Cash  ☐ Check |
| | | $ _____  ☐ Cash  ☐ Check |

### Services Requested

☐ ATM  ☐ Debit/Check Cards (No. Requested: _____)
☐ _____  ☐ _____
☐ _____  ☐ _____

### Other Terms/Information

Create new HH#
Create new AAS record
Purpose of Account household expenses

### Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN: ▮▮▮▮▮

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _[signature]_  09/08/14 (Date)
John L Steele

Signature Card-FL
Bankers Systems ™
Wolters Kluwer Financial Services © 2003, 2006

MPMP-LAZ-FL 5/2/2007
Initials: _[initials]_  Page 2 of 2

##XXH1768DPCSTM

JOHN L STEELE
50 SAMANA DR
MIAMI FL 33133

Statement of Account

Last statement: September 08, 2014
This statement: September 16, 2014
Total days in statement period: 9

Direct inquiries to:
305-604-6099

Sabadell United Bank, N.A.
1688 Meridian Avenue
Miami Beach FL 33139-2710

1

Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Personal Checking |  | $35,122.08 |

Personal Checking

Account number

1 Enclosure

| | | | |
|---|---|---|---|
| Beginning balance | $0.00 | | |
| Total additions | $ 50,137.08 | Total subtractions | $-15,015.00 |

| Date | Description | Control number | Additions | Subtractions |
|---|---|---|---|---|
| 09-11 | #Incoming Wire Trsfr IT FROM: ERIC S NEWMAN C O JOHN STEELE | 332000911122022 | 50,137.08 | |
| 09-11 | #Service Charge INCOMING WIRE TRSF | 332000911122022 | | -15.00 |
| 09-12 | Funds Trsfr-Debit | 000000012000094 | | -5,000.00 |
| 09-16 | #Funds Trsfr-Debit TRANSFER TO DEPOSIT ACCOUNT | 527000916094036 | | -10,000.00 |

↓ joint account

Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-11 | 50,122.08 | 09-12 | 45,122.08 | 09-16 | 35,122.08 |

Page 1

| | | | | | | |
|---|---|---|---|---|---|---|
| IMAD#: | 20140911G1B76E6C003727 | Ref#: | 1409112C000207 | IncomingWire | | CTP/1000 |
| Account# | ▉▉▉▉▉▉▉▉ | STEELEJOHNL | | | | |
| OffsetAcc# | 102100 | GLWIRETRANSFERDEBIT | | | ValueDte: | 09/11/2014 |
| Amount | 50137.08 | FeeAmount: | 0.00 | | FedCycle: | 09/11/2014 |
| DateReceived/Sent | 09/11/2014 | Timein | 09111309 | IMAD= | 20140911G1B76E6C003727 | |
| DateGenerated | 09/11/2014 | AutoPost | Yes | OMAD= | 20140911F7B74I2C00020709111309FT03 | |
| SenderABA | 071000152 | NORTHERNCHGO | | SenderRef.= | 20140911▉▉▉▉▉ | |
| ReceiverABA | 067009646 | SABADELUNTDBKFL | | RFB= | | |

ORG= ERICSNEWMAN
▉▉▉▉▉▉▉▉▉▉▉
"HFISELLERREPRESENTATIVEACCOUNT"
1040ROSEMARYTER
DEERFIELDIL60015-3124    US

BNF= JOHNSTEELE
D ▉▉▉▉▉▉▉
                                                                     US

OGB=                                                                 IBK=

*[handwritten]* Eric Newman - attorney
HFI - held for investment                                            US

                                                                     BBK=

                                                                     US

                                                                     OBI=  C/OJOHNSTEELE

                                                                     INS=

**Sabadell United Bank**

Office: Miami Beach  Date: 09/12/14  20__

Transfer Amount $ 5,000.00

From Your Account-Number: [redacted]
To Your Account-Number: [redacted]

Remarks: Transferring funds per customer request.

John Steele
→
Kerry Steele

PREPARED BY / APPROVED BY

Form #729 Rev. (03/10)

Tracer: 12000094 - Amt: $5,000.00 - 09/12/2014

Chk to Chk  $5,000.00
09/12/14  12:50 PM

Tracer: 12000094 - Amt: $5,000.00 - 09/12/2014

##XXH1768DPCSTM

JOHN L STEELE
50 SAMANA DR
MIAMI FL 33133

Statement of Account

Last statement: September 16, 2014
This statement: October 16, 2014
Total days in statement period: 30

Direct inquiries to:
305-604-6099

Sabadell United Bank, N.A.
1688 Meridian Avenue
Miami Beach FL 33139-2710

1

Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Personal Checking |  | $8,592.08 |

Personal Checking

Account number

1 Enclosure

Beginning balance    $35,122.08
Total additions         $ 0.00        Total subtractions    $-26,530.00

| Number | Date | Amount | Control |
|---|---|---|---|
| 191 | 09-18 | 2,530.00 | 000001000005420 |

| Date | Description | Control number | Additions | Subtractions |
|---|---|---|---|---|
| 09-18 | #ACH Debit CITI CARD ONLINE PAYMENT 140918 | 091409686105438 |  | -5,000.00 |
| 09-23 | #withdrawal | 000000012000219 |  | -5,000.00 cash |
| 09-23 | #withdrawal | 000000012000217 |  | -9,000.00 cash |
| 10-02 | #ACH Debit CITI CARD ONLINE PAYMENT 141002 | 091409680121329 |  | -5,000.00 |

Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-16 | 35,122.08 | 09-18 | 27,592.08 | 09-23 | 13,592.08 |

Page 1



Tracer: 1000005420 - Amt: $2,530.00 - 09/18/2014



Tracer: 1000005420 - Amt: $2,530.00 - 09/18/2014

**Sabadell** S<sup>B</sup>     **WITHDRAWAL**     CHECKING ☒    SAVINGS ☐

Date: _____

Name: John Steele

$ 5000⁰⁰ Five Thousand Dollars

AMOUNT

$ 5000

ACCOUNT NUMBER ▇▇▇▇▇▇▇

SIGNATURE

SIGNATURE

Tracer: 12000219 - Amt: $5,000.00 - 09/23/2014

[reverse-side stamp, shown upside-down:]

TR:123 10-191    09/23/14    01:26 PM
On Us Chk    $5,000.00
Customer
You    NextTran

768 09/23/2014 249 12 2 0

Tracer: 12000219 - Amt: $5,000.00 - 09/23/2014

**Sabadell**  **WITHDRAWAL**  CHECKING ☒  SAVINGS ☐

Date: 9/23/14
Name: John Steele
$ Nine thousand

SIGNATURE

$ 9000

Tracer: 12000217 - Amt: $9,000.00 - 09/23/2014

768 09/23/2014 147 12 2 0

Tracer: 12000217 - Amt: $9,000.00 - 09/23/2014