# EXHIBIT A

Miami-Dade County Clerk - County Recorder's Official Record Search Results                                                                 1/8/15, 11:25 AM

 0 Item(s) in Basket    Home    Online Services    About us    Contact us



## County Recorder's Official Record Search Results

BACK TO SEARCH PAGE      printer friendly      BEGIN A NEW SEARCH

| Img | Clerk's File No | Doc Type | Rec Date | Plat Book/Page | Rec Book/Page | Blk | Legal | Misc Ref | First Party (Code) / Second Party (Code) |
|---|---|---|---|---|---|---|---|---|---|
|  | 2014 R 588066 | QCD | 08/22/14 | 50/930 | 29280/1571 | 3 | LOT 6 |  | STEELE JOHN (D) / SAMANA LLC |
|  | 2014 R 588066 | QCD | 08/22/14 | 50/930 | 29280/1571 | 3 | LOT 6 |  | STEELE KERRY E (D) / SAMANA LLC |
|  | 2014 R 588066 | QCD | 08/22/14 | 50/930 | 29280/1571 | 3 | LOT 6 |  | SAMANA LLC (R) / STEELE JOHN |

10 ⇅ records per page.     **Displaying Page 1 of 1**
3 record(s) retrieved     |< PREV PAGE   NEXT PAGE >|

BACK TO SEARCH PAGE      printer friendly      BEGIN A NEW SEARCH

Official Records Search Home | Official Record Information | Help | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142976