# EXHIBIT B



## Current Property Deeds (1 Found)

**Purchase Date: 04/17/2013**

| | |
|---|---|
| 50 SAMANA DR, MIAMI, FL 33133-2610 (Miami-Dade COUNTY) | <u>Latest Tax Roll/Assessment Information</u> |
| APN: **01-4114-006-0310** | Tax Year: **2012** |
| APN Sequence Number: **001** | Tax Amount: **$9,513.91** |
| Date Subject First Seen as Owner: **04/17/2013** | Assessed Year: **2012** |
| Date Subject Last Seen as Owner: **04/17/2013** | Assessed Value: **$438,065** |
| Subdivision Name: **BAY HEIGHTS** | Sale Date: **04/17/2013** |
| Legal Description: **14 54 41 BAY HEIGHTS PB 50-93 LOT 6 BLK 3 LOT SIZE IRREGULAR OR 18984-3708-10 012000 1** | Sale Amount: **$766,000** |
| | Document Number: **313328** |
| Building Square Feet: **3,553** | Book: **28593** |
| Living Square Feet: **3,418** | Page: **220** |
| Land Square Feet: **10,924** | Total Value: **$438,065** |
| Year Built: **1953** | Land Value: **$352,299** |
| | Improvement Value: **$85,766** |
| | Bedrooms: **3** |
| | Baths: **2** |

**Most Current Ownership Information - 04/17/2013**

| | |
|---|---|
| Owner: **JOHN STEELE**<br>Owner: **KERRY STEELE**<br>Mailing Address: **50 SAMANA DR, MIAMI, FL 33133-2610** | <u>Mortgage</u><br>==No Mortgage== |

| | |
|---|---|
| (MIAMI-DADE COUNTY)<br>Seller: **DIAZ JULIO E & ELIZABETH M**<br>**50 SAMANA DR, MIAMI, FL 33133-2610 (Miami-Dade COUNTY)**<br>Owner Relationship Type: **Husband/Wife**<br>Sale Date: **04/17/2013**<br>Sale Amount: **$766,000**<br>Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**<br>Deed Sec Cat: **Resale, Cash Purchase, Residential (Modeled)**<br>Universal Land Use: **Single Family Residence**<br>Property Indicator: **Single Family Residence/Townhouse**<br>Resale New Construction: **Resale**<br>Residential Model Indicator: **Based On Zip Code and Value Property is Residential** | |

**Previous Ownership Information - 01/14/2000**

| | |
|---|---|
| Owner: **JULIO E DIAZ**<br>Owner: **ELIZABETH M DIAZ**<br>Mailing Address: **50 SAMANA DR, MIAMI, FL 33133-2610 (MIAMI-DADE COUNTY)**<br>Seller: **YOLANDA RAFFO**<br>Seller: **GLADYS AGUILAR**<br>Seller: **SILVIA GUERRA**<br>**50 SAMANA DR, MIAMI, FL 33133-2610 (Miami-Dade COUNTY)**<br>Owner Relationship Type: **Husband And Wife**<br>Sale Date: **01/14/2000**<br>Sale Amount: **$350,000**<br>Absentee Indicator: **Owner Occupied**<br>Deed Sec Cat: **Resale, Cash Purchase, Residential (Modeled)**<br>Universal Land Use: **Single Family Residence**<br>Property Indicator: **Single Family Residence**<br>Resale New Construction: **Resale**<br>Residential Model Indicator: **Property is Residential** | **Mortgage**<br>No Mortgage<br><br>**Mortgage**<br>No Mortgage<br><br>**Mortgage**<br>Lender: **WASHINGTON MUTUAL BK FA** Mortgage Amount: **$150,000**<br>Mortgage Loan Type: **Conventional**<br>Mortgage Deed Type: **Mortgage**<br>Mortgage Term: **15 Years**<br>Mortgage Date: **02/04/2000**<br>Mortgage Due Date: **2015**<br>Mtg Sec Cat: **CNV, Fixed, Other Subordinate Loans, Non Conforming**<br>Mortgage Interest Rate Type: **Fixed** |

**Previous Ownership Information - 03/11/1999**

| | |
|---|---|
| Owner: **RENE RAFFO**<br>Owner: **YOLANDA RAFFO**<br>Mailing Address: **50 SAMANA DR, MIAMI, FL 33133-2610 (Miami-Dade COUNTY)**<br>**50 SAMANA DR, MIAMI, FL 33133-2610 (Miami-Dade COUNTY)**<br>Owner Relationship Type: **Husband/Wife**<br>Sale Date: **03/11/1999**<br>Deed Sec Cat: **Residential (Modeled)**<br>Property Indicator: **Single Family Residence/Townhouse**<br>Residential Model Indicator: **Based On Zip Code and Value Property is Residential** | **Mortgage**<br>Lender: **FIRST UNION NAT'L BK** Mortgage Amount: **$61,338**<br>Mortgage Loan Type: **Conventional**<br>Mortgage Deed Type: **Mortgage**<br>Mortgage Date: **03/11/1999**<br>Mortgage Due Date: **2019**<br>Mtg Sec Cat: **CNV, Fixed, Other Subordinate Loans, Conforming**<br>Mortgage Interest Rate Type: **Fixed** |

**Previous Ownership Information - 01/15/1998**

| | |
|---|---|
| Owner: **AURELIO RAFFO**<br>Owner: **YOLANDA RAFFO**<br>Mailing Address: **50 SAMANA DR, MIAMI, FL 33133-2610** | **Mortgage**<br>Lender: **POPULAR MTG CORP** Mortgage Amount: **$230,000**<br>Mortgage Loan Type: **Conventional** |