# EXHIBIT C



Confidential Information Redacted

Process Work
Find
By ID: sb529824  Find

01/28/2014 12:31:28 PM : ANNETTE KUKLAK : spoke with Jason Sweet – he stated that the only EIN he had was for Prenda Law – he didn't have EIN's for the other businesses listed. Let him know that without more identifyers we would be unable to locate but it's possible we will find some of them thru the ssn's given. He was fine with that.

01/27/2014 11:30:10 AM : SCOTT WILSON : gave original to Taleatha

01/24/2014 14:32:03 PM : SUZANNE KAUFMAN : Received duplicate subpoena. Received from Coal. Give to Scott Wilson for review.

01/24/2014 10:26:40 AM : REBECCA L WHISLER : Received amended subpoena, addressed to Chase Bank USA , due date 3/04/2014, attaching to both the F1 and F2 cases and giving to Jeannie Hodgin to review.

01/23/2014 12:52:45 PM : ANNETTE KUKLAK : having can transferred to back end for completion

01/23/2014 12:45:53 PM : ANNETTE KUKLAK : ordered statements

01/23/2014 12:39:03 PM : ANNETTE KUKLAK : Spoke with Jason Sweet, he wants to start with statements first (does not need sig cards) will comeback for any items he may need, he also wants credit card statements, does NOT need mortgage, loans, sdb ect. he granted extension to 3/4 and he will fax a properly address subpeona for the credit card team.

01/22/2014 12:33:52 PM : ANNETTE KUKLAK : created customer notification letters

01/22/2014 11:38:23 AM : TAMMY K DONOVAN : I have reviewed the supboena for disclosure and changed the Non-Dislcosure to No.

01/22/2014 11:28:27 AM : ANNETTE KUKLAK : left a message for Jason Sweet asking if he wants to narrow the scope, possibly just start with statements for the checking and savings, does he want credit card, mortgage, loans ect. if he wants everything listed on subpoena I will be asking for a 60 business day extension. Let him know that this could be very expensive and that I will not be ordering anything until I can speak with him.

01/22/2014 11:22:25 AM : ANNETTE KUKLAK : located customer profiles. so far 26 checking/savings accounts

01/22/2014 09:16:40 AM : JOCELYN M MOORE : nsp will comply

01/21/2014 17:42:25 PM : TAMARA L WISENER : Sent to COAL because last page depicts a Judgment in the amount of $64,180.80.

01/21/2014 17:37:30 PM : TAMARA L WISENER : IGJ. NY review. Federal Civil. Please confirm disclosure.

Linked Cases

Trusted sites | Protected Mode: Off     100%

Confidential Information Redacted

**Process Work**
Find
By ID: sb529824  Find

**Historical Comments/Notes:**

03/03/2014 12:19:46 PM : ANNETTE KUKLAK : Spoke with Mr. Duffy - he is going to email me a copy of the stamped motion.

03/03/2014 12:16:27 PM : ANNETTE KUKLAK : left message at Duffy Law group asking for a stamped copy from the court (for the motion to quash) and I need this by end of business today.

02/20/2014 09:34:32 AM : TINA M RIVERA : returned mail received

02/20/2014 09:27:03 AM : TINA M RIVERA : returned mail received

02/20/2014 09:25:11 AM : TINA M RIVERA : returned mail received

02/20/2014 09:23:28 AM : TINA M RIVERA : returned mail received

02/20/2014 09:20:14 AM : TINA M RIVERA : returned mail received

02/03/2014 12:26:59 PM : ANNETTE KUKLAK : left a message @ Duffy Law Group asking for a stamped copy from the court.

01/31/2014 14:22:01 PM : SANDRA L VANDERMARK : Received voice message from Attorney John Steele requesting return call to confirm that the Motion to Quash was received. Returned call and confirmed that the Motion to Quash was received. 786-612-9455

01/31/2014 10:12:40 AM : JEANNIE M HODGIN : Received motion to quash for entire subpoena. Spoke with Claya Gradino, Judge Toro's clerk @ (617)748-9165 and she does not show motion has been filed. She stated case is in appeal and suggested I contact court of appeals. Called appellate clerk's office at (617)725-8106 and they do not have this case. Having analyst contact signers of motion to get a copy of court-stamped motion.

01/30/2014 15:56:54 PM : DENNIS S HOWARD : Received an Objection, attaching and giving to Jeannie for review.

01/30/2014 13:28:03 PM : NELLIE M JONES : Motion to Quash and Protective Order, case to Jeannie Hodgin.

01/30/2014 11:27:07 AM : SANDRA L VANDERMARK : Received call from Attorney John Steele, stating that he will fax the Motion to Quash order today.

01/29/2014 15:11:17 PM : SANDRA L VANDERMARK : Received call from Attorney John Steele, 786-612-9455, stating that he will be filing a Motion to Quash. Notifying analyst

01/28/2014 12:31:28 PM : ANNETTE KUKLAK : spoke with Jason Sweet - he stated that the only EIN he had was for Prenda Law - he didn't have EIN's for the other businesses listed. Let him know that without more identifyers we would be unable to locate but it's possible we will find some of them thru the ssn's given. He was fine with that.

Confidential Information Redacted



Case 3:12-cv-00889-DRH-SCW   Document 193-3   Filed 01/13/15   Page 6 of 10
Page ID #4388

Confidential Information Redacted





Confidential Information Redacted



Confidential Information Redacted

**Process Work**
Find
By ID: sb529833  [Find]

### Comments/Notes Section

**Historical Comments/Notes:**

03/24/2014 07:51:00 AM : MELISSA D TAYLOR : Verified that all appropriate cases were opened to fulfill the entire subpoena.

03/13/2014 07:50:51 AM : JEFFREY M SEHR : Sending out a response inventory and invoice and closing....JMS

03/13/2014 07:34:03 AM : JEFFREY M SEHR : FED EX 7982 0159 6044

03/11/2014 09:22:07 AM : JEFFREY M SEHR : I ordered payment information. When received I will close this case out Filing in the 14 file

03/11/2014 08:58:53 AM : JEFFREY M SEHR : Received a call back from Jason Sweet he understands that we will need extra time to send the records on this case. Told him that i will extend the due date to the 25th but he will probably get the records way before that he was ok with that.....JMS

03/11/2014 08:54:23 AM : JEFFREY M SEHR : Called the requestor and left a message stating that I will need a few extra days to comply and that i will be sending a letter in that regards This case has the judges order which is he denied the quash. The customer notices were sent on SB529824 and we received the quash on that. The request sent a new subpoena in with the judges order which is this one SB529833F-5

01/30/2014 07:01:43 AM : SCOTT WILSON : duplicate to SB529824-F2

01/29/2014 14:03:34 PM : BETH A HENDERSON : This is duplicate case to 529833-f2.

01/29/2014 14:02:54 PM : BETH A HENDERSON : I am asking Scott W. to close this case 1/30/14 as duplicate to 529824-f2 per notes in f1.

01/29/2014 14:01:48 PM : BETH A HENDERSON : See notes in f1 to verify the following: Jason Sweet (01/29/2014 @ 1:47pm) regarding additional time to produce documents. He stated that he was working with another analyst on case SB529824 and the subpoena is requesting documents the exact same persons/entities. He stated that no need to duplicate documents and that this case SB529833 can be merged with SB529824 even though the defendant name is different it does involve the same.

01/29/2014 08:33:25 AM : SUZANNE KAUFMAN : Create new case for Credit Card Team per Shonnan Coles

### Linked Cases

**Linked Cases:**

### Case Status

## AFFIDAVIT

Case No. : 3:12-cv-00889-DRH-SCW

Jessica Stevens, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a Document Review Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 12-24-14

By: _____
Jessica Stevens
Document Review Specialist
NATIONAL SUBPOENA PROCESSING

Sworn to before me this 24 day of December, 2014

_____
Notary Public

4-3-21
_____
Commission Expires

OFFICIAL SEAL
CATHY JO JOHNSON
NOTARY PUBLIC - INDIANA
HENDRICKS COUNTY
My Comm. Expires 04-03-2021