# EXHIBIT D

Miami Lakes          5901 Miami Lakes     Miami Lakes              www.sabadellbank.com
Operations Center    Drive East           FL 33014-2464

## Sabadell United Bank



November 10, 2014

Jason E Sweet
BOOTH SWEET LLP
32 R Essex Street
Cambridge, MA 02139

**RE: CIVIL ACTION NO: 3:12-cv-00889-DRH-SCW**

Dear Mr. Sweet,

As requested by a Subpoena, served to Sabadell United Bank N.A., enclosed are the documents you requested on March 26, 2014.

Account number: ▇▇▇▇▇▇, title: Sierra Investment Partners, LLC, copy of account agreement, bank statements, cancelled checks, deposits with deposited checks, incoming and outgoing wires transfer, for the time period of December 16, 2011 through January 31, 2014.

Account number: ▇▇▇▇▇▇, title: John L Steele, copy of account agreement, bank statements, cancelled check, withdrawals, funds transfer debit memo, incoming wire transfer, for the time period of September 8, 2014 through October 16, 2014.

Account number ▇▇▇▇▇▇, title: John L Steele, Kerry E Steele Tenancy by the Entireties, copy of account agreement, bank statements, cancelled checks, deposits with deposited checks, withdrawals, incoming and outgoing wires transfer, funds transfer credit memo for the time period of December 11, 2013 through October 16, 2014.

Copies of CTRS reported to IRS: on 2/27/2014 for $18,000.00, on 5/15/2014 for $20,000.00 & on 7/25/2014 for $13,000.00.

==No records found for: Loans==, CD's, IRA's, Safe Deposit Box Rentals and Credit Card accounts from January 1, 2010 through the present.

The total cost for the production of these documents is $ 81.60, which includes labor at $ 8.50 per hour and copies at $ 0.20 per page. Please make your check payable to Sabadell United Bank and send with a copy of the Cost Analysis.

If you have any questions, please feel free to call me at ▮▮▮▮▮ or fax number ▮▮▮▮▮. On behalf of Sabadell United Bank N.A., and my self, it is our pleasure to assist you.

Sincerely,

*Diana Guerrero*

Diana Guerrero
Records Custodian