IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cv-00889 |
| ) | |
| v. ) | |
| ) | |
| ANTHONY SMITH, SBC INTERNET SERVICES, ) | |
| INC., d/b/a AT&T INTERNET SERVICES; AT&T ) | |
| CORPORATE REPRESENTATIVE #1; COMCAST ) | |
| CABLE COMMUNICATIONS, LLC, and ) | |
| COMCAST CORPORATE REPRESENTATIVE #1, ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL DOCUMENTATION IN SUPPORT OF
SMITH'S MOTION FOR RECONSIDERATION [ECF No. 189]**

PLEASE TAKE NOTICE that Defendant Smith hereby files this Supplemental Exhibit F in support of his Motion for Reconsideration, and hereby states the following:

1. On February 13, 2015, Smith's counsel received documents pertaining to Steele's divorce, including a statement of assets dated December 12, 2014.

2. On November 12, 2014, Steele appeared before this Court and pled poverty.

3. Yet just a month later on December 12, 2014, Steele represented he had assets approaching $1.3 million.

Dated: February 13, 2015

        Respectfully,

        s/Jason Sweet_____

        Jason E. Sweet (BBO# 668596)
        BOOTH SWEET LLP
        32R Essex Street
        Cambridge, MA 02139
        Tel.: (617) 250-8619
        Fax: (617) 250-8883
        Email: jsweet@boothsweet.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice ofElectronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

s/Jason Sweet