# EXHIBIT F

CFN 20140863005 BOOK 29444 PAGE 1794
DATE:12/26/2014 02:39:03 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

SELF-HELP PROGRAM REVIEWED JG ELEVENTH JUDICIAL CIRCUIT

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

2014-030150-FC-04
Family Circuit: (Section, FC 38)

Case No.: ______
Division: ______

In re the Marriage of:

Kerry Elizabeth Steele,
Petitioner

and

John Lawrence Steele,
Respondent

FILED FOR RECORD
2014 DEC 22 AM 10:46
HARVEY RUVIN
CLERK, CIRCUIT & COUNTY CTS
MIAMI-DADE COUNTY, FLA.
FAMILY DIVISION #1

**MARITAL SETTLEMENT AGREEMENT FOR DISSOLUTION OF MARRIAGEONE MINOR CHILD**

We, Kerry Elizabeth Steele, and John Lawrence Steele, being sworn, certify that the following statements are true:

1. We were married to each other on 12/31/2010.

2. Because of irreconcilable differences in our marriage, we have made this agreement to settle once and for all what we owe to each other and what we can expect to receive from each other. Each of us states that nothing has been held back, that we have honestly included everything we could think of in listing our assets and our debts, and that we believe the other has been open and honest in writing this agreement.

3. We have both filed a Family Law Financial Affidavit, Florida Family Law Rules of Procedure Form 12.902(b) or (c). Because we have voluntarily made full and fair disclosure to each other of all our assets and debts, we waive any further disclosure under rule 12.285, Florida Family Law Rules of Procedure.

4. Each of us agrees to execute and exchange any papers that might be needed to complete this agreement, including deeds, title certificates, etc.

**SECTION I. MARITAL ASSETS AND LIABILITIES**

**A. Division of Assets.** We divide our assets as follows: Any personal item(s) not listed below is the property of the party currently in possession of the item(s).

1. Wife shall receive as her own and Husband shall have no further rights or responsibilities regarding these assets:



CFN: 20140883135 BOOK 29444 PAGE 1795

| **ASSETS: DESCRIPTION OF ITEM(S) WIFE SHALL RECEIVE** Please describe each item as clearly as possible. You do not need to list account numbers. Where applicable, include whether the name on any title/deed/account described below is wife's, husband's, or both. | **Current Fair Market Value** |
|---|---|
| | |
| **Cash** (in banks/credit unions) | 5,000 |
| **Real estate:** (Home) The following real estate is owned jointly:<br>50 Samana Drive<br>Miami, FL 33133<br>*Both parties are equally responsible for the sale of the property.*<br>Wife will receive a total of $300,000 from the proceeds of the home. | 300,000 |
| 401K Plan | 21,000 |
| Furniture & furnishings | 2,000 |
| Jewelry & Collectibles | 2,000 |
| Total Assets to Wife | **$ 351,000** |

2. Husband shall receive as his own and Wife shall have no further rights or responsibilities regarding these assets:

| **ASSETS: DESCRIPTION OF ITEM(S) HUSBAND SHALL RECEIVE** Please describe each item as clearly as possible. You do not need to list account numbers. Where applicable, include whether the name on any title/deed/account described below is wife's, husband's, or both. | **Current Fair Market Value** |
|---|---|
| **Cash** (in banks/credit unions) | 5,000 |
| **Real estate:** (Home) The following real estate is owned jointly:<br>50 Samana Drive<br>Miami, FL 33133<br>Both parties are equally responsible for the sale of the property.<br>Upon sale of the marital home, Husband shall receive any and all proceeds, less the $300,000 Wife shall receive as listed above. | 1,200,000 |
| **Vehicles** 2012 Harley Davidson motorcycle. | 15,000 |
| 2012 Land Rover | 40,000 |
| 401K Plan | 21,000 |
| **Furniture & furnishings** | 4,000 |
| [X] **Sporting and entertainment** (T.V., stereo, etc.) equipment | 5,000 |
| **Total Assets to Husband** | **$ 1,290,000.00** |

**B. Division of Liabilities/Debts.** We divide our liabilities (everything we owe) as follows:

1. Wife shall pay as her own the following and will not at any time ask Husband to pay these debts/bills:

| **LIABILITIES: DESCRIPTION OF DEBT(S) TO BE PAID BY WIFE** Please describe each item as clearly as possible. You do not need to list account numbers. Where applicable, include whether the name on any mortgage, note, or account described below is wife's, husband's, or both. | **Monthly Payment** | **Current Amount Owed** |
|---|---|---|
| | | |
| All credit cards in Petitioner's name | | |
| **Total Debts to Be Paid by Wife** | **$0** | **$0** |

Florida Supreme Court Approved Family Law Form 12.902(f)(1), Marital Settlement Agreement for Dissolution of Marriage with Dependent or Minor Child(ren) (09/13)

CIRCUIT AND COUNTY COURTS
CLERK
IN GOD WE TRUST
DADE COUNTY, FLORIDA



CFN: 20140883135 BOOK 29444 PAGE 1796

2. Husband shall pay as his own the following and will not at any time ask Wife to pay these debts/bills:

| **LIABILITIES: DESCRIPTION OF DEBT(S) TO BE PAID BY HUSBAND** Please describe each item as clearly as possible. You do not need to list account numbers. Where applicable, include whether the name on any mortgage, note, or account described below is wife's, husband's, or both. | Monthly Payment | Current Amount Owed |
|---|---|---|
| **Mortgages on real estate:** | N/A | 700,000 |
| All cards in Respondents name | | |
| **Auto loan** | 900 | 40,000 |
| **Total Debts to Be Paid by Husband** | **$900** | **$740,000** |

**C. Contingent Assets and Liabilities (listed in Section III of our Family Law Financial Affidavits) will be divided as follows:** N/A

**SECTION II. SPOUSAL SUPPORT (ALIMONY)**

_1. **Both parties forever gives up any right to spousal support (alimony) that we may have.**

**SECTION III. PARENTING PLAN ESTABLISHING PARENTAL RESPONSIBILITY AND TIME-SHARING**

1. The parties' minor child(ren) are:

| Child's Name | Date of Birth |
|---|---|
| [redacted] | [redacted] |

2. The parties shall have time-sharing and parental responsibility in accordance with the Parenting Plan attached as Exhibit A.

**SECTION IV. CHILD SUPPORT**

1. Husband (hereinafter "Obligor"), will pay child support, Florida's child support guidelines, section 61.30, Florida Statutes, to the other parent. The Child Support Guidelines Worksheet, Florida Family Law Rules of Procedure Form 12.902(e), is completed and attached.

Child support in the amount of $ 64.42 per month for the 1 children shall be paid commencing on March 1, 2015 {month, day, year} and terminating on March 16 ,2026. (Guidelines Attached)

This Obligor shall be obligated to pay child support until all the minor or dependent children: reach the age of 18; become emancipated, marry, join the armed services, die, or become self-supporting; or until further order of the court or agreement of the parties. The child support obligation shall continue beyond the age of 18 and until high school graduation for any child who is: dependent in fact; between the ages of 18 and 19 and still in high school, performing in good faith with a reasonable expectation of graduation before the age of 19.

Florida Supreme Court Approved Family Law Form 12.902(f)(1), Marital Settlement Agreement for Dissolution of Marriage with Dependent or Minor Child(ren) (09/13)

CIRCUIT AND COUNTY COURTS
CLERK
IN GOD WE TRUST
DADE COUNTY, FLORIDA



If the child support amount above deviates from the guidelines by 5% or more, explain the reason(s) here:

2. **Child Support Arrearage.** There currently is a child support arrearage of:
$0____________ for retroactive child support and/or
$0___________ for previously ordered unpaid child support
The total of $____________ in child support arrearage shall be repaid at the rate of
$___________ every ( ) week ( ) other week ( ) month, beginning {date}_______________,
until paid in full including statutory interest.

3. **Health Insurance.** ( ) Wife ( X ) Husband will maintain health insurance coverage for the parties' minor child. The party providing coverage will provide insurance cards to the other party showing coverage. OR ( ) Health insurance is not reasonably available at this time. Any uninsured/ unreimbursed medical costs for the minor child shall be assessed as follows:
_X_ a. Shared equally by both parents.
__ b. Prorated according to the child support guideline percentages.

As to these uninsured/unreimbursed medical expenses, the party who incurs the expense shall submit a request for reimbursement to the other party within 30 days, and the other party, within 30 days of receipt, shall submit the applicable reimbursement for that expense, according to the schedule of reimbursement set out in this paragraph.

4 **Dental Insurance.** ( ) Wife ( ) Husband will maintain ( ) dental insurance coverage for the parties' minor child. The party providing coverage will provide insurance cards to the other party showing coverage. OR ( ) dental insurance is not reasonably available at this time. Any uninsured/ unreimbursed dental costs for the minor child shall be assessed as follows:
_X_ a. Shared equally by both parents.
b. Prorated according to the child support guideline percentages.

As to these uninsured/unreimbursed dental expenses, the party who incurs the expense shall submit a request for reimbursement to the other party within 30 days, and the other party, within 30 days of receipt, shall submit the applicable reimbursement for that expense, according to the schedule of reimbursement set out in this paragraph.

5. **IRS Income Tax Deduction(s).** That for income tax purposes the father shall claim the child on even years and the mother shall claim the children on odd years. The other parent will convey any applicable IRS form regarding the income tax deduction. If a parent who gets the deduction for a particular year that they did not earn at least $10,000, the other parent shall get to use that deduction instead.

**SECTION V. OTHER**

1. Wife has the right to resume the use of her maiden name, "Eckenrode", if she so chooses.

CFN: 20140883135 BOOK 29444 PAGE 1798

**I certify that I have been open and honest in entering into this settlement agreement. I am satisfied with this agreement and intend to be bound by it.**

Dated: 12/12/14

Signature of Husband
Printed Name: John Lawrence Steele
50 Samana Drive
Miami, FL 33133
612-466-0870

STATE OF FLORIDA
COUNTY OF Miami - Dade
Sworn to or affirmed and signed before me on 12-12-14 by John L. Steele.

LINDA M. LALANI
Notary Public - State of Florida
My Comm. Expires Dec 2, 2016
Commission #: EE 855056

NOTARY PUBLIC or DEPUTY CLERK
Linda M. Lalani
[Print, type, or stamp commissioned name of notary or clerk.]

___ Personally known
X Produced identification
Type of identification produced FL Driver lic.

**I certify that I have been open and honest in entering into this settlement agreement. I am satisfied with this agreement and intend to be bound by it.**

Dated: 12/12/14

Signature of Wife
Kerry Elizabeth Steele
50 Samana Drive
Miami, FL 33133
814-203-5183

STATE OF FLORIDA
COUNTY OF Miami - Dade
Sworn to or affirmed and signed before me on 12-12-14 by Kerry E. Steele.

NOTARY PUBLIC or DEPUTY CLERK
Linda M. Lalani
[Print, type, or stamp commissioned name of notary or clerk.]

___ Personally known
X Produced identification
Type of identification produced FL Drivr lic.

LINDA M. LALANI
Notary Public - State of Florida
My Comm. Expires Dec 2, 2016
Commission #: EE 855056

Florida Supreme Court Approved Family Law Form 12.902(f)(1), Marital Settlement Agreement for Dissolution of Marriage with Dependent or Minor Child(ren) (09/13)

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office February 11 AD 20 15
HARVEY RUVIN, CLERK, of Circuit and County Courts.
Deputy Clerk Harvey Ruvin, Clerk 2051703
CIRCUIT AND COUNTY COURTS CLERK IN GOD WE TRUST DADE COUNTY, FLORIDA