# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHSPEED MEDIA CORP.,** *Plaintiff,* <br><br> *v.* <br><br> **ANTHONY SMITH, et al.,** *Defendants.* | Civil No. 3:12-cv-889-DRH-SCW |

# JOHN STEELE'S MOTION OPPOSING PLAINTIFF'S MOTION TO SUPPLEMENT MOTION FOR RECONSIDERATION

Counsel for Plaintiff continues to show this Court that he have no interest in his client, and continue to mislead this Court in the hopes of drumming up more money for his own law firm.

Had Counsel for Plaintiff bothered to contact Steele, he would have gladly explained that he sold his home in Miami. This is the same home at 50 Samana Drive that Steele properly disclosed to this Court. As usual, Attorney Sweet's most recent filing is misleading and devoid of relevant information to Steele's ability to pay this Court's 2013 sanction. Clearly, funds from a home sale in 2015 are not relevant to whether Steele could have paid a sanction order in 2013. As this Court is well aware, the sanction order was paid, making Steele's income in 2015 completely irrelevant to this Court's 2013 sanction order. In fact, Steele could make

a million dollars in 2015 and it would have no bearing on whether Steele could pay a sanction in 2013.

Attorney Sweet will continue his bizarre campaign to embarrass Steele as long as this Court allows him to. From releasing Steele's social security number in direct contravention to a standing order of this court, to posting Steele's bank records online for no reason, to publishing Steele's divorce documents, Attorney Sweet has used this long concluded proceeding as a fig leaf when his real interest is to harass and embarrass Steele. In Steele's first appearance before Judge Herndon in this case, Steele claimed that Attorney Sweet would abuse the discovery process to harass Steele. Unfortunately, Attorney Sweet has proven Steele correct.

While putting an end to Attorney Sweet's never ending requests for a monetary windfall will affect Attorney Sweet's income, his use of a case that is closed to repeatedly ask for money for himself is an abuse of this Court's function and purpose. Steele respectfully asks this Court to end this matter and allow both Steele and the Plaintiff to move on with their lives.

February 13, 2015 /s/ John Steele

John Steele
500 Michigan Ave #600
Chicago, IL 60611
(312) 312-396-4154

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2015 I filed the foregoing document through the Court's CM/ECF system, which will electronically serve this document on all parties of record.

                                                     /s/ John Steele