# EXHIBIT G


```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH    45999-0023
```

Date of this notice:  12-20-2010

Employer Identification Number:
█████████

Form:  SS-4

Number of this notice:  CP 575 G

MONYET LLC
LEE S MCCULLOUGH III SOLE MBR
5255 EDGEWOOD DR
PROVO, UT  84604

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN █████████. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

*   Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.

*   Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub. Thank you for your cooperation.

Dec-16-2010 11:17 AM Lee S. McCullough, III, P.C.

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:23 PM 12/16/2010
FILED 12:23 PM 12/16/2010
RV 101197651 - 4914053 FILE

## STATE of DELAWARE
## LIMITED LIABILITY COMPANY
## CERTIFICATE of FORMATION

First: The name of the limited liability company is _____
Monyet LLC

Second: The address of its registered office in the State of Delaware is _____
1201 Orange St., #600 in the City of Wilmington,
Zip code 19899. The name of its Registered agent at such address is
InCorp Services, Inc.

Third: (Use this paragraph only if the company is to have a specific effective date of dissolution: "The latest date on which the limited liability company is to dissolve is _____.")

Fourth: (Insert any other matters the members determine to include herein.)

In Witness Whereof, the undersigned have executed this Certificate of Formation this 16th day of December, 2010.

By: _____
Authorized Person (s)

Name: Doug Jones