# EXHIBIT I

# Scottrade®

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Posting of Appellate Bond re 12-cv-8333

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Frost National Bank | [redacted] |

| Bank Address | City and State |
|---|---|
| Frost Bank, 2735 Austin Hwy | San Antonio, TX 78218-0000 |

### 3. AMOUNT OF WIRE TRANSFER

☒ $ 51,333.50   - OR -   ☐ All Available Cash   Date to be Sent: 5 / 15 / 13

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
SureTec Insurance Company

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Customer |

Recipient's Street Address (no P.O. Boxes)
5555 Garden Grove Blvd, Suite 275

| City | State | ZIP Plus 4 |
|---|---|---|
| Westminster | CA | 92683 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
|  |  |

| Recipient's Street Address (no P.O. Boxes) | | |
|---|---|---|
| City | State | ZIP Plus 4 |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]   5/15/13   X _____   _____
Account Holder's Signature   Date   Account Holder's Signature   Date

Signature verified by Scott Graul 220 SC
Also review D.L. in branch

SF3675/9-12

# Scottrade®

Reset Form | Print Form

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

Scottrade Account Number: [redacted]
Scottrade Account Title (Name on Account): Monyet LLC
Social Security or Tax ID Number: [redacted]
Telephone Number: [redacted]
Reason for the Request (For your account protection, please be as specific as possible.): Investment/Loan to Livewire

### 2. FINANCIAL INSTITUTION INFORMATION

Name of Receiving Financial Institution: JPMorgan Chase Bank, N.A.
Receiving Bank's ABA Routing Number / SWIFT Code: [redacted]
Bank Address: 30 S Wacker Drive
City and State: Chicago, IL

### 3. AMOUNT OF WIRE TRANSFER

[X] $ 10,000.00 -OR- [ ] All Available Cash    Date to be Sent: 6/27/13

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution: Livewire Holdings LLC
Recipient's Account Number at Receiving Institution: [redacted]
Your Relationship to Recipient: Investor
Recipient's Street Address (no P.O. Boxes): 161 N Clark St
City: Chicago
State: IL
ZIP Plus 4: 60601

### 5. FOR FURTHER CREDIT TO (If Applicable)

Account Title at Receiving Institution:
Account Number:
Recipient's Street Address (no P.O. Boxes):
City:
State:
ZIP Plus 4:

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]  Date: 6/27/13   X _____  Date: _____
Account Holder's Signature                Account Holder's Signature

SF3675/9-12

6/27/13 D.L. + Signature Verified by Scott Cral Bom220 [signature] Bom220



Reset Form | Print Form

# AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

## 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

**Scottrade Account Number:** [redacted]
**Scottrade Account Title (Name on Account):** Monyet, LLC
**Social Security or Tax ID Number:** [redacted]
**Telephone Number:** [redacted]
**Reason for the Request:** Business Transfer

## 2. FINANCIAL INSTITUTION INFORMATION

**Name of Receiving Financial Institution:** Chase Bank
**Receiving Bank's ABA Routing Number / SWIFT Code:** [redacted]
**Bank Address:** 600 N. Dearborn St.
**City and State:** Chicago, IL 60654

## 3. AMOUNT OF WIRE TRANSFER

☒ $ 10000.00   - OR -   ☐ All Available Cash   **Date to be Sent:** 6/28/13

## 4. RECIPIENT INFORMATION

**Recipient's Account Title at Receiving Institution:** LiveWire Holdings
**Recipient's Account Number at Receiving Institution:** [redacted] Chase
**Your Relationship to Recipient:** Business
**Recipient's Street Address:** 2100 M Street Northwest, Suite 170-417
**City:** Washington
**State:** DC
**ZIP Plus 4:** 20037

## 5. FOR FURTHER CREDIT TO (If Applicable)

**Account Title at Receiving Institution:**
**Account Number:**
**Recipient's Street Address (no P.O. Boxes):**
**City:**   **State:**   **ZIP Plus 4:**

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]   **Date:** 6/28/13
Account Holder's Signature

X _____   _____
Account Holder's Signature   Date

SF3675/9-12

6/28/13 Signature of DC verified Scott Gal
pgn 22D
SC



[ Reset Form ]  [ Print Form ]

# AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Suretec Appellate Bond Amount re John Steele and 12-cv-8333

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Frost National Bank | [redacted] |

| Bank Address | City and State |
|---|---|
| 2735 Austin Hwy | San Antonio, TX 78218-0000 |

### 3. AMOUNT OF WIRE TRANSFER

☑ $69,000 . ____   - OR -   ☐ All Available Cash   Date to be Sent: 7 / 15 / 13

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
SureTec Insurance Company

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Business |

Recipient's Street Address (no P.O. Boxes)
3033 5th Ave., Ste 300

| City | State | ZIP Plus 4 |
|---|---|---|
| San Diego | CA | 92103 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
|  |  |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
|  |  |  |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]          7/15/13         X _____
Account Holder's Signature    Date      Account Holder's Signature    Date

[handwritten: Signature verified by Scottrade company SC & DL in branch.]

SF3675/9-12

# Scottrade®

Reset Form | Print Form

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

Scottrade Account Number: [redacted]
Scottrade Account Title (Name on Account): Monyet LLC
Social Security or Tax ID Number: [redacted]
Telephone Number: [redacted]
Reason for the Request (For your account protection, please be as specific as possible.): Attorney's Fees Escrow

### 2. FINANCIAL INSTITUTION INFORMATION

Name of Receiving Financial Institution: Frost National Bank   PH
Receiving Bank's ABA Routing Number / SWIFT Code: [redacted]
Bank Address: P.O. Box 1600, [redacted] 7/19
City and State: San Antonio, TX

### 3. AMOUNT OF WIRE TRANSFER

☒ $ 10,000.00   - OR -   ☐ All Available Cash   Date to be Sent: 7 / 19 / 13

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution: SureTec Insurance Co.
Recipient's Account Number at Receiving Institution: [redacted]
Your Relationship to Recipient: Business
Recipient's Street Address (no P.O. Boxes): 1330 Post Oak Blvd
City: Houston   State: TX   ZIP Plus 4: 77056

### 5. FOR FURTHER CREDIT TO (If Applicable)

Account Title at Receiving Institution:
Account Number:
Recipient's Street Address (no P.O. Boxes):
City:   State:   ZIP Plus 4:

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]   Date: 7/19/13
Account Holder's Signature

X _____
Account Holder's Signature   Date

SF3675/9-12

7/19/13 Signature verified by Scott Carl
[handwritten notation]



[Reset Form] [Print Form]

# AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Capitalize Law Firm

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Associated Bank | [redacted] |

| Bank Address | City and State |
|---|---|
| 2870 Holmgren Way | Green Bay, Wisconsin |

### 3. AMOUNT OF WIRE TRANSFER

[✓] $ 25000 . 00    - OR -  [ ] All Available Cash    Date to be Sent: 7 / 26 / 13

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Class Justice PLLC

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Business |

Recipient's Street Address (no P.O. Boxes)
100 S 5th St Ste 1900

| City | State | ZIP Plus 4 |
|---|---|---|
| Minneapolis | MN | 55402 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
|  |  |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
|  |  |  |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]    Date: 7/26/13    X _____    Date: _____
Account Holder's Signature                          Account Holder's Signature

SK OK 7/26/13
P12✓

SF3675/9-12

# Scottrade®

Reset Form | Print Form

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
**Personal Transfer**

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Associated Bank | [redacted] |

| Bank Address | City and State |
|---|---|
| 2870 Holmgren Way | Green Bay, Wisconsin |

### 3. AMOUNT OF WIRE TRANSFER

☑ $5000 . 00  - OR -  ☐ All Available Cash   Date to be Sent: 7 / 30 / 2013

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
**Padraigin Browne**

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Personal |

Recipient's Street Address (no P.O. Boxes)
100 3rd Ave S #3201

| City | State | ZIP Plus 4 |
|---|---|---|
| Minneapolis | MN | 55401 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees,and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities,claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]   Date: 7/30/13    X _____ Date: ____
Account Holder's Signature                Account Holder's Signature

SF3675/9-12

Signature verified by Scott Cool 0cm2213
SDC in br-1 SC



Reset Form | Print Form

# AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

## 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Trust Agreement

## 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| TCF Financial | [redacted] |

| Bank Address | City and State |
|---|---|
| 801 Marquette Ave | Minneapolis MN |

## 3. AMOUNT OF WIRE TRANSFER

☑ $30000 . 00   - OR -   ☐ All Available Cash   Date to be Sent: 8 / 27 / 13

## 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Padraigin Browne

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Spouse |

Recipient's Street Address (no P.O. Boxes)
100 3rd Ave S #3201

| City | State | ZIP Plus 4 |
|---|---|---|
| Minneapolis | MN | 55401 |

## 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]    8/27/13    X _____
Account Holder's Signature   Date   Account Holder's Signature   Date

8/27/13 Signature verified by Scott [illegible]

SF3675/9-12



Reset Form | Print Form

# AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Legal Services

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| BMO Harris Bank N.A. | [redacted] |

| Bank Address | City and State |
|---|---|
| 1200 E. Warrenville | Naperville, IL |

### 3. AMOUNT OF WIRE TRANSFER

☑ $10,000 . 00    - OR -    ☐ All Available Cash    Date to be Sent: 09 / 25 / 13

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Voelker Litigation Group

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Client |

Recipient's Street Address (no P.O. Boxes)
311 W. Superior Street, Suite 500

| City | State | ZIP Plus 4 |
|---|---|---|
| Chicago | IL | 60654 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]    Date 9/25/13    X _____ Date _____
Account Holder's Signature                Account Holder's Signature

SF3675/9-12



Reset Form | Print Form

# AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

## 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Business Loan

## 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Associated Bank | [redacted] |

| Bank Address | City and State |
|---|---|
| Green Bay, PO BOx 19097 | Green Bay, WI |

## 3. AMOUNT OF WIRE TRANSFER

☑ $ 25000 . 00   - OR -  ☐ All Available Cash   Date to be Sent: 10 / 1 / 13

## 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Class Justice PLLC

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Creditor |

Recipient's Street Address (no P.O. Boxes)
100 5th St S Ste 1900

| City | State | ZIP Plus 4 |
|---|---|---|
| Minneapolis | MN | 55402 |

## 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchange rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. Failure to provide all account holder signatures may cause a delay in your transfer.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees,and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities,claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]   Date 10/1/13    X _____  Date _____
Account Holder's Signature                          Account Holder's Signature

SF3675/9-12



Reset Form | Print Form

## AUTHORIZATION TO WIRE BROKERAGE FUNDS
This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

**Scottrade Account Number:** [REDACTED]
**Scottrade Account Title (Name on Account):** Monyet LLC
**Social Security or Tax ID Number:** [REDACTED]
**Telephone Number:** [REDACTED]
**Reason for the Request:** Business

### 2. FINANCIAL INSTITUTION INFORMATION

**Name of Receiving Financial Institution:** BMO Harris Bank N.A.
**Receiving Bank's ABA Routing Number / SWIFT Code:** [REDACTED]
**Complete Bank Address:** 1200 E. Warrenville Road Naperville, IL 60563
**Is this an international wire request?** ☒ No ☐ Yes (A Scottrade representative will contact you at the phone number provided in section 1 to confirm this request. Failure to confirm your intent may result in the delay or cancellation of this request.)

### 3. AMOUNT OF WIRE TRANSFER

☒ $ 10,000.00  - OR -  ☐ All Available Cash   **Date to be Sent:** 11 / 19 / 13

### 4. RECIPIENT INFORMATION

**Recipient's Account Title at Receiving Institution:** Voelker Litigation Group
**Recipient's Account Number at Receiving Institution:** [REDACTED]
**Your Relationship to Recipient:** Client
**Recipient's Street Address:** 311 W. Superior St. Ste 500
**City:** Chicago
**State:** IL
**ZIP Plus 4:** 60654

### 4. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes):

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]  Date 11/19/13   X _____  Date _____

SF3675/10-13

Signature verified by Scott
Creel Dumas

**Accepted by Principal**
_____
Registered Principal

# Scottrade®

[Reset Form] [Print Form]

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

Scottrade Account Number: [REDACTED]
Scottrade Account Title (Name on Account): Monyet LLC
Social Security or Tax ID Number: [REDACTED]
Telephone Number: [REDACTED]
Reason for the Request (For your account protection, please be as specific as possible.): Business

### 2. FINANCIAL INSTITUTION INFORMATION

Name of Receiving Financial Institution: Associated Bank
Receiving Bank's ABA Routing Number / SWIFT Code: [REDACTED]
Complete Bank Address: Green Bay, PO Box 19097 WI 54307-9097
Is this an international wire request? [X] No [ ] Yes (A Scottrade representative will contact you at the phone number provided in section 1 to confirm this request. Failure to confirm your intent may result in the delay or cancellation of this request.)

### 3. AMOUNT OF WIRE TRANSFER

[X] $ 20000.00   - OR -   [ ] All Available Cash   Date to be Sent: 11 / 19 / 13

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution: Class Justice PLLC
Recipient's Account Number at Receiving Institution: [REDACTED]
Your Relationship to Recipient: Business
Recipient's Street Address (no P.O. Boxes): 100 5th St. S Ste 1900
City: Minneapolis   State: MN   ZIP Plus 4: 55402

### 4. FOR FURTHER CREDIT TO (If Applicable)

Account Title at Receiving Institution:
Account Number:
Recipient's Street Address (no P.O. Boxes):
City:   State:   ZIP Plus 4:

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]   Date: 11/19/13
X _____   Date: _____

SF3675/10-13

Signature verified by Scott
[illegible]

Accepted by Principal: _____
Registered Principal: _____



[Reset Form] [Print Form]

# AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
Failure to complete Sections 1-4 may result in the delay or cancellation of this request.

## 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

**Scottrade Account Number:** [redacted]
**Scottrade Account Title (Name on Account):** Monyet LLC
**Social Security or Tax ID Number:** [redacted]
**Telephone Number:** [redacted]
**Reason for the Request:** Trust Transfer

## 2. FINANCIAL INSTITUTION INFORMATION

**Name of Receiving Financial Institution:** TCF Bank
**Receiving Bank's ABA Routing Number / SWIFT Code:** [redacted]
**Complete Bank Address:** 801 Marquette Ave Minneapolis, MN 55402
**Is this an international wire request?** ☐ No ☒ Yes (A Scottrade representative will contact you at the phone number provided in section 1 to confirm this request. Failure to confirm your intent may result in the delay or cancellation of this request.)

## 3. AMOUNT OF WIRE TRANSFER

☒ $175000  - OR -  ☐ All Available Cash    Date to be Sent: 11 / 22 / 2013

## 4. RECIPIENT INFORMATION

**Recipient's Account Title at Receiving Institution:** Padraigin Browne
**Recipient's Account Number at Receiving Institution:** [redacted]
**Your Relationship to Recipient:** Spouse
**Recipient's Street Address:** 100 3rd Ave S #3201
**City:** Minneapolis **State:** MN **ZIP Plus 4:** 55401

## 4. FOR FURTHER CREDIT TO (If Applicable)

**Account Title at Receiving Institution:**
**Account Number:** M
**Recipient's Street Address:**
**City:** **State:** **ZIP Plus 4:**

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]    Date: 11/22/13    X _____    Date: _____

SF3675/10-13

**Accepted by Principal:** [signature] 11/22/13
Registered Principal



[ Reset Form ]  [ Print Form ]

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

**Reason for the Request** (For your account protection, please be as specific as possible.)
Loan

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Bank of America | [redacted] |

**Complete Bank Address**
Bank of America US Trust Miami, Florida 33133

**Is this an international wire request?** [X] No  [ ] Yes  (A Scottrade representative will contact you at the phone number provided in section 1 to confirm this request. Failure to confirm your intent may result in the delay or cancellation of this request.)

### 3. AMOUNT OF WIRE TRANSFER

[X] $ 21250 . — OR — [ ] All Available Cash    Date to be Sent: 12 / 9 / 13

### 4. RECIPIENT INFORMATION

**Recipient's Account Title at Receiving Institution** (Write out full title - "same" and "self" are not acceptable.)
Robert P. Balzebre

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Business |

✔ spok· 12/9/13 gu ✱   12:10

**Recipient's Street Address (no P.O. Boxes)**
Bank of America US Trust → 1111 Lincoln Rd Ste 400 Miami Beach, FL 33139

| City | State | ZIP Plus 4 |
|---|---|---|
| Miami | FL | 33133 |

### 4. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
|  |  |

| Recipient's Street Address (no P.O. Boxes) | | |
|---|---|---|
| City | State | ZIP Plus 4 |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X [signature]   12/7/13      X _____
Account Holder's Signature    Date     Account Holder's Signature    Date

Spok
gu 12/9/13
R/R - MNDL

SF3675/10-13

**Accepted by Principal**
_____
Registered Principal



Reset Form | Print Form

## AUTHORIZATION TO WIRE BROKERAGE FUNDS
This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.
**Failure to complete Sections 1-4 may result in the delay or cancellation of this request.**

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Loan Installment

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Associated Bank | [redacted] |

Complete Bank Address
433 Main St. Green Bay, WI 54301

Is this an international wire request? [X] No [ ] Yes (A Scottrade representative will contact you at the phone number provided in section 1 to confirm this request. Failure to confirm your intent may result in the delay or cancellation of this request.)

### 3. AMOUNT OF WIRE TRANSFER

[✓] $ 20000 . ____ - OR - [ ] All Available Cash   Date to be Sent: 1 / 17 / 14

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Class Justice PLLC

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Lender |

Recipient's Street Address (no P.O. Boxes)
100 5th St. S. Ste 1900

| City | State | ZIP Plus 4 |
|---|---|---|
| Minneapolis | MN | 55402 |

### 4. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25.00 fee applies to domestic wire transfers, and a $40.00 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request. I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X _____  X _[signature]_____  1/17/13
Account Holder's Signature   Date    Account Holder's Signature   Date

1/17/14  SV SG

SF3675/10-13

Accepted by Principal
_____
Registered Principal

# Scottrade®

Reset Form | Print Form

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
|  | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
|  |  |

Reason for the Request (For your account protection, please be as specific as possible.)
Trust Transfer

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| TCF National Bank |  |

Complete Bank Address
Mpls, MN

Is this an international wire request? ☒ No ☐ Yes - A Scottrade representative will call you at the number provided above to verify this request. If we are unable to contact you, your wire may be delayed or canceled. Please note that these calls will be made during U.S. business hours.

### 3. AMOUNT OF WIRE TRANSFER

☑ $ 70000 . 00 - OR - ☐ All Available Cash (domestic wires only)  Date to be Sent: 02 / 07 / 2014

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Padraigin Browne

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
|  | LLC Manager |

Recipient's Street Address (no P.O. Boxes)
100 3rd Ave S #3201

| City | State | ZIP Plus 4 |
|---|---|---|
| Minneapolis | MN | 55401 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
|  |  |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|

A $25 fee applies to domestic wire transfers and a $40 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

Signature(s) of Account Holder(s)

X [signature] Date 2/7/14   X _____ Date _____
Account Holder's Signature            Account Holder's Signature

SF3675/10-13

Signature Verified By [initials] 2/7/14



Reset Form    Print Form

## AUTHORIZATION TO WIRE BROKERAGE FUNDS
This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| [redacted] | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| [redacted] | [redacted] |

Reason for the Request (For your account protection, please be as specific as possible.)
Installment Loan

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| Associated Bank | [redacted] |

Complete Bank Address
2870 Holmgren Way Green Bay WI 54304

Is this an international wire request?  [X] No   [ ] Yes - A Scottrade representative will call you at the number provided above to verify this request. If we are unable to contact you, your wire may be delayed or canceled. Please note that these calls will be made during U.S. business hours.

### 3. AMOUNT OF WIRE TRANSFER

[✓] $ 25000 . 00   - OR -  [ ] All Available Cash *(domestic wires only)*    Date to be Sent: 3 / 19 / 14

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Class Justice PLLC

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| [redacted] | Payee |

Recipient's Street Address (no P.O. Boxes)
100 5th St S Ste 1900

| City | State | ZIP Plus 4 |
|---|---|---|
| Minneapolis | MN | 55402 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25 fee applies to domestic wire transfers and a $40 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

Signature(s) of Account Holder(s)

X [signature]                         3/19/14      X _____
Account Holder's Signature            Date          Account Holder's Signature              Date

SF3675/10-13

[signature] Signature Verified By



[Reset Form] [Print Form]

## AUTHORIZATION TO WIRE BROKERAGE FUNDS

This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.

### 1. SCOTTRADE ACCOUNT HOLDER INFORMATION

| Scottrade Account Number | Scottrade Account Title (Name on Account) |
|---|---|
| ███████ | Monyet LLC |

| Social Security or Tax ID Number | Telephone Number |
|---|---|
| ███████ | ███████ |

Reason for the Request (For your account protection, please be as specific as possible.)
Escrow

### 2. FINANCIAL INSTITUTION INFORMATION

| Name of Receiving Financial Institution | Receiving Bank's ABA Routing Number / SWIFT Code |
|---|---|
| BMO Harris Bank N.A. | ███████ |

Complete Bank Address
1200 E Warrenville Road Naperville, IL 60563

Is this an international wire request? [X] No  [ ] Yes - A Scottrade representative will call you at the number provided above to verify this request. If we are unable to contact you, your wire may be delayed or canceled. Please note that these calls will be made during U.S. business hours.

### 3. AMOUNT OF WIRE TRANSFER

[✓] $ 3750 . 00  - OR -  [ ] All Available Cash *(domestic wires only)*   Date to be Sent: 3 / 19 / 14

### 4. RECIPIENT INFORMATION

Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.)
Voelker Litigation Group

| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient |
|---|---|
| ███████ | Payee |

Recipient's Street Address (no P.O. Boxes)
311 W. Superior Street Suite 500

| City | State | ZIP Plus 4 |
|---|---|---|
| Chicago | IL | 60645 |

### 5. FOR FURTHER CREDIT TO (If Applicable)

| Account Title at Receiving Institution | Account Number |
|---|---|
| | |

Recipient's Street Address (no P.O. Boxes)

| City | State | ZIP Plus 4 |
|---|---|---|
| | | |

A $25 fee applies to domestic wire transfers and a $40 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

Signature(s) of Account Holder(s)

X *[signature]*   3/19/14    X _____  _____
Account Holder's Signature   Date   Account Holder's Signature   Date

SF3675/10-13

*[Signature Verified By]*



Reset Form | Print Form

# AUTHORIZATION TO WIRE BROKERAGE FUNDS
This form serves as a Letter of Authorization to wire cash from your Scottrade account to a bank or other financial institution.

| 1. SCOTTRADE ACCOUNT HOLDER INFORMATION ||
|---|---|
| Scottrade Account Number | Scottrade Account Title (Name on Account) <br> Monyet LLC |
| Social Security or Tax ID Number | Telephone Number |
| Reason for the Request (For your account protection, please be as specific as possible.) <br> Attorney's Fees Escrow ||

| 2. FINANCIAL INSTITUTION INFORMATION ||
|---|---|
| Name of Receiving Financial Institution <br> Bank of America, N.A. | Receiving Bank's ABA Routing Number / SWIFT Code |
| Complete Bank Address <br> PO Box 27025, VA2-430-01-01 Richmond, VA 23261 ||
| Is this an international wire request? [X] No  [ ] Yes - A Scottrade representative will call you at the number provided above to verify this request. If we are unable to contact you, your wire may be delayed or canceled. Please note that these calls will be made during U.S. business hours. ||

**3. AMOUNT OF WIRE TRANSFER**

[ ] $ _____ . ____  - OR -  [✓] All Available Cash (domestic wires only)   Date to be Sent: 5 / 5 / 14

| 4. RECIPIENT INFORMATION ||
|---|---|
| Recipient's Account Title at Receiving Institution (Write out full title - "same" and "self" are not acceptable.) <br> Chisholm Properties South Beach, Inc. ||
| Recipient's Account Number at Receiving Institution | Your Relationship to Recipient <br> Business |
| Recipient's Street Address (no P.O. Boxes) <br> 1717 Collins Ave. ||
| City <br> Miami Beach | State <br> FL | ZIP Plus 4 <br> 33139 |

| 5. FOR FURTHER CREDIT TO (If Applicable) ||
|---|---|
| Account Title at Receiving Institution | Account Number |
| Recipient's Street Address (no P.O. Boxes) ||
| City | State | ZIP Plus 4 |

A $25 fee applies to domestic wire transfers and a $40 fee applies to international wire transfers. Be advised that intermediary and/or receiving institutions may charge additional fees. For international wires, foreign exchanges rate risk may apply if the intermediary or receiving institution converts the transfer amounts. Scottrade reserves the right to request additional verification prior to processing a wire transfer request.

I hereby agree to indemnify Scottrade, its affiliates, successors, assigns, officers, directors, agents, and employees, and hold them free and harmless from, and to promptly pay Scottrade upon demand for, any and all losses, liabilities, claims, damages, and costs (including reasonable attorney fees) or financial obligations that may arise as a result of Scottrade's reliance on the information provided in this document, and from acting upon instructions believed by Scottrade to have originated with me. This indemnity is in addition to, and no way limits or restricts any rights or responsibilities that have been made under any other agreement or agreements between me and Scottrade.

**Signature(s) of Account Holder(s)**

X _[signature]_  5/5/14    X _____
Account Holder's Signature   Date   Account Holder's Signature   Date

SF3675/10-13

SV LA
Signature Verified By