# Booth Sweet LLP

32R Essex Street • Cambridge, MA 02139
**Phone**: 617.250.8602 | **Fax**: 617.250.8883

## INVOICE

| | | |
|---|---|---|
| *Lightspeed Media Corp. v. Smith*, No. 3:12-cv-889 (S.D. Ill.) | **Invoice Date** | July 2, 2015 |
| Fees and costs accrued pursuing discovery | **Invoice Number** | 7022015 |
| | **Invoice Amount** | $94.343.51 |

| | | | | **Attorney's Fees** |
|---|---|---|---|---|
| 1/17/2014 | Draft Schedule A to subpoenas; prepare and send subpoenas to potential financial institutions | J.S. | 5.4 | $2,208.60 |
| 1/21/2014 | Draft interrogatories and requests for production; prepare and send discovery requests & 1/17/2014 subpoenas to Steele, Hansmeier & Duffy | J.S. | 5.8 | $2,372.20 |
| 1/23/2014 | Confer with JP Morgan Chase re: requesting 30 day extension | J.S. | 0.1 | $40.90 |
| 1/24/2014 | Draft and send subpoena requests to BluePay | J.S. | 0.3 | $122.70 |
| 1/30/2014 | Review Prenda's motion to quash [#116] Smith's 1/17/2014 subpoenas | D.B. | 0.2 | $81.80 |
| 1/30/2014 | Review correspondence and responsive documents from Pearl Insurance | J.S. | 1.9 | $777.10 |
| 2/6/2014 | Confer with FDIC re: subpoena to IndyMac; IndyMac in FDIC receivership | J.S. | 0.1 | $40.90 |
| 2/12/2014 | Research and draft opposition to Prenda's motion to quash [#116] | J.S. | 4.2 | $1,717.80 |
| 2/13/2014 | Research and draft opposition to Prenda's motion to quash [#116] | D.B. | 1.5 | $613.50 |
| 2/14/2014 | Confer with ISP co-counsel re: opposition to Prenda's motion to quash [#116] | J.S. | 0.5 | $204.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 2/14/2014 | Draft opposition to motion to quash; including legal research and conferring with co-counsel | D.B. | 2.9 | $1,186.10 |
| 2/16/2014 | Finalize and file opposition to Prenda's motion to quash [#116] | D.B. | 0.9 | $368.10 |
| 2/19/2014 | Review order [#125] denying Prenda's motion to quash [#116]; provide copy of order to subpoenaed banks | J.S. | 0.9 | $368.10 |
| 2/20/2014 | Review correspondence and responsive documents from BluePay | J.S. | 0.8 | $327.20 |
| 2/20/2014 | Confer with CitiBank re: internal subpoena procedure for credit card statements; provide password for responsive documents now that motion to quash[#116] denied | J.S. | 0.2 | $81.80 |
| 2/21/2014 | Review responsive documents from CitiBank | J.S. | 6.8 | $2,781.20 |
| 2/24/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.6 | $245.40 |
| 2/25/2014 | Confer with BluePay re: "trade references" in responsive documents | J.S. | 0.3 | $122.70 |
| 2/25/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.4 | $163.60 |
| 2/25/2014 | Confer with ISP co-counsel regarding Steele's request for consent to motion for protective order | D.B. | 0.6 | $245.40 |
| 2/26/2014 | Review correspondence and responsive documents from DaVinci | J.S. | 0.5 | $204.50 |
| 2/26/2014 | Review correspondence and responsive documents from Epoch | J.S. | 0.1 | $40.90 |
| 2/26/2014 | Confer with ISP co-counsel regarding Steele's phone calls to ISPs re: request for consent to motion for protective order | J.S. | 0.5 | $204.50 |
| 2/26/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.2 | $81.80 |
| 2/26/2014 | Correspondence with Steele & Hansmeier wherein they deny receiving 1/17 discovery requests | J.S. | 0.5 | $204.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 2/26/2014 | Draft list of email addresses, phone numbers and domain names identified in responsive documents | J.S. | 0.7 | $286.30 |
| 2/27/2014 | Correspond with CounterMail re: subpoena request | J.S. | 0.2 | $81.80 |
| 2/27/2014 | Review correspondence and responsive documents from CCBill | J.S. | 0.3 | $122.70 |
| 2/27/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.8 | $327.20 |
| 2/27/2014 | Correspondence with Prenda attorneys; all three deny receiving 1/17 discovery requests; Steele claims to have emails from ISPs consenting to protective order | D.B. | 0.4 | $163.60 |
| 2/28/2014 | Confer with TMobile re: subpoena request | J.S. | 0.1 | $40.90 |
| 3/3/2014 | Confer with ISP co-counsel regarding discovery requests | D.B. | 0.1 | $40.90 |
| 3/3/2014 | Review correspondence and responsive documents from Gamma Entertainment | J.S. | 0.3 | $122.70 |
| 3/3/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.2 | $81.80 |
| 3/3/2014 | Confer with Bank of America re: extension of time to respond to subpoena requests | J.S. | 0.3 | $122.70 |
| 3/4/2014 | Review responsive documents from Bank of America | J.S. | 0.5 | $204.50 |
| 3/4/2014 | Confer with ISP co-counsel regarding Prenda's in-camera filing | D.B. | 0.1 | $40.90 |
| 3/4/2014 | Correspond with GoDaddy re: subpoena requests | J.S. | 0.3 | $122.70 |
| 3/4/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.2 | $81.80 |
| 3/5/2014 | Confer with ISP co-counsel regarding filing supplemental financial information | D.B. | 0.2 | $81.80 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 3/6/2014 | Review correspondence and responsive documents from Regus | J.S. | 0.3 | $122.70 |
| 3/7/2014 | Confer with JP Morgan re: status. Informed of Duffy's interference | J.S. | 0.2 | $81.80 |
| 3/7/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.3 | $122.70 |
| 3/7/2014 | Draft and send second request for discovery to Prenda principals | J.S. | 0.6 | $245.40 |
| 3/7/2014 | Confer with GoDaddy re: extension of time to respond to subpoena requests | J.S. | 0.1 | $40.90 |
| 3/7/2014 | Review correspondence and responsive documents from Regus | J.S. | 0.3 | $122.70 |
| 3/7/2014 | Correspondence with Prenda attorneys re: status of discovery requests | J.S. | 0.1 | $40.90 |
| 3/10/2014 | Confer with Wells Fargo re: extension of time to respond to subpoena requests | J.S. | 0.2 | $81.80 |
| 3/10/2014 | Review responsive documents from Fifth Third Bank | J.S. | 6.2 | $2,535.80 |
| 3/11/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.6 | $245.40 |
| 3/11/2014 | Confer with 2CO re: subpoena requests | J.S. | 0.1 | $40.90 |
| 3/11/2014 | Fact research: Brett Gibbs disclosures regarding financial records of Prenda | D.B. | 0.3 | $122.70 |
| 3/7/2014 | Review correspondence and responsive documents from Fifth Third Bank | J.S. | 4.0 | $1,636.00 |
| 3/12/2014 | Confer with JPMorgan re: subpoena requests | J.S. | 0.1 | $40.90 |
| 3/12/2014 | Review correspondence and responsive documents from Wells Fargo | J.S. | 0.8 | $327.20 |
| 3/13/2014 | Confer with Google re: subpoena objections | J.S. | 0.2 | $81.80 |

| 3/13/2014 | Review correspondence and responsive documents from JPMorgan | J.S. | 5.8 | $2,372.20 |
|---|---|---|---|---|
| 3/14/2014 | Review correspondence and responsive documents from JPMorgan | J.S. | 6.6 | $2,699.40 |
| 3/14/2014 | Confer with Sweet re: Prenda's denying service of subpoenas | D.B. | 0.1 | $40.90 |
| 3/15/2014 | Correspond with CounterMail re: subpoena request | J.S. | 0.2 | $81.80 |
| 3/15/2014 | Research money laundering via CHIPS | J.S. | 0.5 | $204.50 |
| 3/15/2014 | Research SoverignMan | J.S. | 1.0 | $409.00 |
| 3/15/2014 | Research off-shore entities and banking | J.S. | 2.0 | $81.80 |
| 3/15/2014 | Research Latvia/SoverignMan | J.S. | 1.2 | $490.80 |
| 3/17/2014 | Prepare and send copies of subpoenas to Steele, Hansmeier and Duffy for T-Mobile; American Express; Mastercard; GoDaddy; TransFirst; Hotmail; Google; andTwitter | J.S. | 0.3 | $122.70 |
| 3/17/2014 | Legal research re: Hansmeier asserting right to prior notice of third-party subpoenas | D.B. | 0.9 | 286.30 |
| 3/18/2014 | Edit Schedule A to subpoenas; prepare and send subpoenas | J.S. | 0.9 | $368.10 |
| 3/18/2014 | Email Hansmeier notice of subpoenas | J.S. | 0.4 | $163.60 |
| 3/18/2014 | Review correspondence and responsive documents from Citibank | J.S. | 1.0 | $409.00 |
| 3/19/2014 | Email Steele notice of subpoenas | J.S. | 0.3 | $122.70 |
| 3/19/2014 | Review correspondence and responsive documents from TCF Bank | J.S. | 8.3 | $3,394.70 |
| 3/26/2014 | Confer with MasterCard re: subpoena request | J.S. | 0.1 | $40.90 |

| | | | | |
|---|---|---|---|---|
| 3/26/2014 | Edit Schedule A to subpoenas; prepare and resend 3/11 subpoenas | J.S. | 0.7 | $286.30 |
| 3/26/2014 | Send copies of subpoenas to Prenda principals | J.S. | 0.6 | $245.40 |
| 3/26/2014 | Correspond with Bank of America re: incomplete document production | J.S. | 0.1 | $40.90 |
| 3/27/2014 | Confer with Bank of America re: extension of time to respond to subpoena requests | J.S. | 0.2 | $81.80 |
| 3/27/2014 | Confer with GoDaddy re: extension of time to respond to subpoena requests | J.S. | 0.1 | $40.90 |
| 4/10/2014 | Review correspondence and responsive documents from Pearl Insurance | J.S. | 1.0 | $409.00 |
| 4/11/2014 | Correspond with Steele re: interference with discovery | J.S. | 0.3 | $122.70 |
| 4/11/2014 | Confer with Sweet regarding Steele interference with discovery | D.B. | 0.2 | $81.80 |
| 4/13/2014 | Research and draft motion for discovery sanctions | J.S. | 3.2 | $1,308.80 |
| 4/14/2014 | Legal research regarding interference with discovery requests | D.B. | 0.8 | $327.20 |
| 4/14/2014 | Confer with Booth re: motion for discovery sanctions | J.S. | 0.3 | $122.70 |
| 4/15/2014 | Research and draft motion for discovery sanctions | J.S. | 2.1 | $858.90 |
| 4/16/2014 | Review GoDaddy documents | J.S. | 0.3 | $122.70 |
| 4/16/2014 | Confer TMobile re: lack of responsive documents | J.S. | 0.2 | $81.80 |
| 4/17/2014 | Research and draft motion for discovery sanctions | J.S. | 4.2 | $1,717.80 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 4/18/2014 | Confer with Sweet re: 1) Hansmeier email denying service of second round of subpoenas; and 2) motion for sanctions for interference with discovery | D.B. | 0.3 | $122.70 |
| 4/18/2014 | Edit and file motion for discovery sanctions [#153] | J.S. | 0.4 | $163.60 |
| 4/18/2014 | Correspond with Hansmeier re: discovery sanctions motion | J.S. | 0.1 | $40.90 |
| 4/19/2014 | Research and draft opposition to motion to quash [#157] | J.S. | 2.3 | $940.70 |
| 4/20/2014 | Research and draft opposition to motion to quash [#157] | J.S. | 3.9 | $1,595.10 |
| 4/21/2014 | Confer Wachovia re: lack of responsive documents | J.S. | 0.1 | $40.90 |
| 4/22/2014 | Review Prenda's motion for sanctions and to quash [#157] | D.B. | 0.9 | $368.10 |
| 4/22/2014 | Draft opposition to Prenda's motion to quash [#157] | D.B. | 4.8 | $1,963.20 |
| 4/22/2014 | Draft opposition to Prenda's motion for sanctions and to quash [#157] | J.S. | 0.5 | $204.50 |
| 4/23/2014 | Draft and file supplement [#158] to discovery sanctions motion [#153] | J.S. | 0.6 | $245.40 |
| 4/23/2014 | Confer with Sabadell Bank re: Steele's interference | J.S. | 0.4 | $163.60 |
| 4/23/2014 | Draft opposition to Prenda's motion to quash [#157] | D.B. | 4.3 | $1,758.70 |
| 4/24/2014 | Edit Schedule A to subpoena; prepare and send subpoena | J.S. | 0.6 | $245.40 |
| 4/24/2014 | Confer with GMS Group re: Steele's interference | J.S. | 0.4 | $163.60 |
| 4/25/2014 | Draft opposition to Prenda's motion to quash [#157] | J.S. | 2.4 | $981.60 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 4/29/2014 | Confer with Pershing re: pswd; review responsive documents | J.S. | 1.2 | $490.80 |
| 4/30/2014 | Confer with Prebish re: authenticity of letter and distribution of assets | J.S. | 0.2 | $40.90 |
| 5/2/2014 | Review Hansmeier's opposition [#159] to discovery sanctions [#153] | J.S. | 0.5 | $204.50 |
| 5/2/2014 | Review Steele's opposition [#160] to discovery sanctions [#153] | J.S. | 0.3 | $122.70 |
| 5/4/2014 | Research and draft opposition to motion to quash [#116] | J.S. | 4.1 | $1,676.90 |
| 5/5/2014 | Review Duffy's opposition [#162] to discovery sanctions [#153] | J.S. | 0.1 | $40.90 |
| 5/5/2014 | Review oppositions to motion for discovery sanctions [#153] | D.B. | 0.8 | $327.20 |
| 5/6/2014 | Correspond with Hansmeier re: discovery requests | J.S. | 0.2 | $81.80 |
| 5/6/2014 | Confer with Sweet re: inadvertent disclosures and Hansmeier's email | D.B. | 0.4 | $163.60 |
| 5/6/2014 | Edit and file Smith's opposition [#163/165] to Prenda's motion to quash [#157] | J.S. | 0.3 | $122.70 |
| 5/7/2014 | Review Prenda's reply [#166] to Smith's opposition to quash [#163/165] | J.S. | 0.4 | $163.60 |
| 5/7/2014 | Confer with Sweet re: Hansmeier and Steele emails regarding inadvertent disclosure | D.B. | 0.4 | $163.60 |
| 5/7/2014 | Correspond with Steele, Hansmeier, and Duffy regarding inadvertent disclosure in #163 | D.B. | 0.5 | $204.50 |
| 5/7/2014 | Legal research regarding Rule 5.2(a)/ inadvertent disclosures | D.B. | 0.4 | $163.60 |
| 5/7/2014 | Review Hansmeier reply in support [#166] of his motion to quash | D.B. | 0.4 | $163.60 |
| 5/9/2014 | Research and draft reply in support of discovery sanctions [#153] | J.S. | 5.3 | $2,167.70 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 5/13/2014 | Review Prenda's motion for contempt [#169] re: [#163] | J.S. | 0.2 | $81.80 |
| 5/13/2014 | Research and draft reply in support of discovery sanctions [#153] | J.S. | 3.0 | $1,227.00 |
| 5/15/2014 | Confer with Pershing | J.S. | 0.1 | $40.90 |
| 5/15/2014 | Confer with GMS Group | J.S. | 0.4 | $163.60 |
| 5/15/2014 | Research and draft reply in support of discovery sanctions [#153] | J.S. | 4.1 | $1,676.90 |
| 5/16/2014 | Edit and file reply [#172] in support of discovery sanctions [#153] | J.S. | 0.5 | $204.50 |
| 5/16/2014 | Research and draft opposition to motion for contempt [#169] | J.S. | 2.2 | $899.80 |
| 5/19/2014 | Review Prenda's motion to strike [#173] Smith's motion for discovery sanctions [#153] | J.S. | 0.3 | $122.70 |
| 5/19/2014 | Research and draft opposition to motion for contempt [#169] | J.S. | 3.5 | $1,431.50 |
| 5/20/2014 | Research and draft opposition to motion for contempt [#169] | J.S. | 6.1 | $2,494.90 |
| 5/20/2014 | Review and edit draft of opposition to Prenda's motion for contempt [#169] | J.S. | 0.5 | $204.50 |
| 5/20/2014 | Review Prenda's motion to strike [#175] Smith's motion for discovery sanctions [#153] | J.S. | 0.3 | $122.70 |
| 5/21/2014 | Edit and file Smith's opposition [#176] to Prenda's motion for contempt [#169] | J.S. | 0.6 | $245.40 |
| 5/23/2014 | Correspond with Steele, Hansmeier, and Duffy regarding deficiencies in responding to discovery requests | D.B. | 0.2 | $81.80 |
| 5/24/2014 | Review Prenda's reply [#178] in support of its motion for contempt [#169] | J.S. | 0.2 | $81.80 |
| 5/27/2014 | Research and draft Smith's opposition [#179] to Prenda's motion to strike [#175] | J.S. | 3.7 | $1,513.30 |

| | | | | |
|---|---|---|---|---|
| 5/29/2014 | Research and draft Smith's opposition [#179] to Prenda's motion to strike [#175] | J.S. | 4.2 | $1,717.80 |
| 5/30/2014 | Edit and file Smith's opposition [#179] to Prenda's motion to strike [#175] | J.S. | 0.4 | $163.60 |
| 10/20/2014 | Review order [#184-86] denying motions to quash [#157], strike [#172] and contempt [#169] | D.B. | 0.2 | $81.80 |
| 10/27/2014 | Confer with Sabadell Bank re: order denying motion to quash | J.S. | 0.2 | $81.80 |
| 10/28/2014 | Confer with Sabadell Bank re: subpoena compliance and Steele's interference | J.S. | 0.4 | $163.60 |
| 10/28/2014 | Confer with Sabadell Bank re: subpoena compliance | J.S. | 0.4 | $163.60 |
| 11/10/2014 | Research Florida corporations and registry of deeds re: Samana LLC, owner of Steele's home | J.S. | 0.9 | $368.10 |
| 11/10/2014 | Prepare documents and materials for oral argument | J.S. | 0.4 | $163.60 |
| 11/10/2014 | Review motions for sanctions and contempt; prepare for motion hearing | D.B. | 1.5 | $613.50 |
| 11/11/2014 | Flight to St. Louis for motion hearing | J.S. | 5.0 | $2,045.00 |
| 11/11/2014 | Flight to St. Louis for motion hearing | D.B. | 5.0 | $2,045.00 |
| 11/12/2014 | Confer with Booth; review facts of Prenda attorneys' financial holdings and discovery interferences | J.S. | 1.0 | $409.00 |
| 11/12/2014 | Confer with Sweet; review facts of Prenda attorneys' financial holdings and discovery interferences; prepare for motion hearing | D.B. | 1.2 | $490.80 |
| 11/12/2014 | Attend motion hearing | J.S. | 1.0 | $409.00 |
| 11/12/2014 | Attend motion hearing | D.B. | 1.0 | $409.00 |
| 11/13/2014 | Return flight to Boston after motion hearing | J.S. | 4.5 | $1,840.50 |

| | | | | |
|---|---|---|---|---|
| 11/13/2014 | Return flight to Boston after motion hearing | D.B. | 4.5 | $1,840.50 |
| 11/14/2014 | Review correspondence and responsive documents from Sabadell Bank | J.S. | 1.0 | $409.00 |
| 11/18/2014 | Review order [#188] denying motion for discovery sanctions [#153] | J.S. | 0.3 | $122.70 |
| 11/18/2014 | Review order [#188] denying motion for discovery sanctions [#153] | D.B. | 0.3 | $122.70 |
| 12/3/2014 | Confer with GMS Group re: Steele's interference | J.S. | 0.3 | $122.70 |
| 12/3/2014 | Research and draft motion for reconsideration | J.S. | 2.0 | $818.00 |
| 12/4/2014 | Confer with JPMorgan and its counsel re: Duffy and Steele's interference | J.S. | 0.3 | $122.70 |
| 12/11/2014 | Research and draft motion for reconsideration | J.S. | 4.3 | $1,758.70 |
| 12/11/2014 | Draft and send subpoena for JPMorgan notes for conversations with Steele and Duffy | J.S. | 0.4 | $163.60 |
| 12/11/2014 | Confer with GMS Group re: Steele's interference | J.S. | 0.4 | $163.60 |
| 12/11/2014 | Confer with JPMorgan re: Duffy and Steele's interference | J.S. | 0.4 | $163.60 |
| 12/15/2014 | Confer with JPMorgan and its counsel re: Duffy and Steele's interference | J.S. | 0.3 | $122.70 |
| 12/15/2014 | Edit and file Smith's motion for reconsideration [#189] | J.S. | 0.2 | $81.80 |
| 12/29/2014 | Review Hansmeier's opposition [#191] to Smith's motion for reconsideration [#189] | J.S. | 0.5 | $204.50 |
| 12/29/2014 | Review Steele's opposition [#192] to Smith's motion for reconsideration [#189] | J.S. | 0.3 | $122.70 |
| 1/13/2015 | Review Duffy's opposition [#193] to Smith's motion for reconsideration [#189] | J.S. | 0.1 | $40.90 |

| | | | | |
|---|---|---|---|---|
| 1/22/2015 | Draft and file supplement [#194] to motion for reconsideration [#189] | J.S. | 0.8 | $327.20 |
| 1/28/2015 | Confer with TCF Bank re: incomplete discovery responses. Failed to provide Monyet documents | J.S. | 0.2 | $81.80 |
| 1/30/2015 | Review correspondence and responsive documents from JPMorgan | J.S. | 0.4 | $163.60 |
| 2/4/2015 | Research Monyet history and transactions | J.S. | 1.3 | $531.70 |
| 2/4/2015 | Confer with Scottrade re: subpoena procedure | J.S. | 0.1 | $40.90 |
| 2/6/2015 | Edit Schedule A to subpoena; prepare and send subpoena | J.S. | 0.3 | $122.70 |
| 2/13/2015 | Draft and file supplement [#195] to motion for reconsideration [#189] | J.S. | 0.4 | $163.60 |
| 2/13/2015 | Review Steele's opposition [#196] to Smith's supplement [#195] | J.S. | 0.1 | $40.90 |
| 2/19/2015 | Correspondence from Steele | J.S. | 0.1 | $40.90 |
| 2/19/2015 | Review correspondence and responsive documents from Scottrade | J.S. | 0.9 | $368.10 |
| 2/25/2015 | Confer with law firm brokering sale of Steele's home | J.S. | 0.4 | $163.60 |
| 2/25/2015 | Confer with law firm that set up Monyet | J.S. | 0.4 | $163.60 |
| 2/25/2015 | Review for and list relevant Scottrade transactions; draft supplement to motion for reconsideration [#189] | J.S. | 0.5 | $204.50 |
| 2/26/2015 | Confer with law firm brokering sale of Steele's home | J.S. | 0.1 | $40.90 |
| 2/26/2015 | Draft and file supplement [#197] to motion for reconsideration [#189] | J.S. | 0.2 | $81.80 |
| 2/27/2015 | Review Hansmeier's opposition [#198] to Smith's supplement [#197] | J.S. | 0.1 | $40.90 |

| | | | | |
|---|---|---|---|---|
| 4/15/2015 | Confer with TCF Bank re: incomplete discovery responses. Failed to provide additional documents | J.S. | 0.2 | $81.80 |
| 6/5/2015 | Review order [#199] granting motion for reconsideration [#189] and ordering sanctions for obstructing discovery | J.S. | 0.4 | $163.60 |
| 6/5/2015 | Review order [#199] granting motion for reconsideration [#189] and ordering sanctions for obstructing discovery | D.B. | 0.4 | $163.60 |
| 6/25/2015 | Confer with Booth re: itemization | J.S. | 0.4 | $163.60 |
| 6/25/2015 | Confer with Sweet re: itemization | D.B. | 0.4 | $163.60 |
| 6/26/2015 | Prepare invoice for itemization; review and confirm amounts | J.S. | 1.3 | $531.70 |
| 6/29/2015 | Draft itemization of additional expenses | D.B. | 5.2 | $2,126.80 |
| 6/30/2015 | Draft itemization of additional expenses | D.B. | 5.6 | $2,290.40 |
| 6/30/2015 | Review invoice for itemization and confirm amounts | D.B. | 0.2 | $81.80 |
| 7/2/2015 | Prepare affidavit for itemization | J.S. | 0.4 | $163.60 |
| 7/2/2015 | Prepare affidavit for itemization; file itemization, invoice, and affidavits | D.B. | 0.5 | $204.50 |
| **SUBTOTAL** | | | | **$91,738.70** |

| Third-Party Discovery Costs | |
|---|---|
| TransUnion | $164.00 |
| Bank of America | $124.50 |
| Fifth Third Bank | $189.41 |
| CitiBank | $203.84 |

| | |
|---|---|
| TCF Bank | $90.50 |
| JPMorgan | $708.13 |
| Delaware Secretary of State | $10.00 |
| GoDaddy | $6.20 |
| WellsFargo | $250.66 |
| Sabadell Bank | $81.60 |
| Scottrade | $175.00 |
| **SUBTOTAL** | **$2,003.84** |

| | | Postage |
|---|---|---|
| 1/21/2014 | Subpoenas & discovery requests to Prenda principals | $32.28 |
| 3/7/2014 | Second round of discovery requests to Prenda principals | $23.46 |
| 3/26/2014 | Subpoenas to Prenda principals | $57.13 |
| 2/6/2015 | Subpoena to Scottrade (overnight) | $24.99 |
| **SUBTOTAL** | | **$137.86** |

| | | Expenses for November 12 , 2014 Hearing |
|---|---|---|
| 11/11-11/13 | Flight (round-trip), car rental, and hotel | $725.83 |
| 11/11-11/13 | Additional baggage fees | $50.00 |
| 11/11-11/13 | Dining expenses | $150.40 |
| **SUBTOTAL** | | **$926.23** |
| Adjusted subtotal (less 50%) | | **$463.11** |

| Invoice Summary | |
|---|---|
| Attorney's Fees | $91,738.70 |
| Third-Party Discovery Costs | $2,003.84 |
| Postage | $137.86 |
| Expenses for November 12, 2014 Hearing | <u>$463.11</u> |
| TOTAL | $94.343.51 |
| PREVIOUS BALANCE DUE | $0.00 |
| CURRENT BALANCE DUE AND OWING | $94.343.51 |