| | |
|---|---|
| **From:** | "jsweet@boothsweet.com" <jsweet@boothsweet.com> |
| **Subject:** | **Fwd: Package Confirmation | St Louis Tue, Nov 11, 2014** |
| **Date:** | November 10, 2014 10:53:06 AM EST |
| **To:** | Dan Booth <dbooth@boothsweet.com>, Dan Booth <danbooth@earthlink.net> |
| **Cc:** | Dan Booth <dbooth@boothsweet.com>, Dan Booth <danbooth@earthlink.net> |
| ▶ | 1 Attachment, 13.2 KB |

Begin forwarded message:

**From:** Orbitz <travelercare@orbitz.com>
**Date:** October 3, 2014 4:06:11 PM EDT
**To:** <jsweet@boothsweet.com>
**Subject:** **Package Confirmation | St Louis Tue, Nov 11, 2014**



**Orbitz record locator PBORB-450-092-3044**

**Package Confirmation | St Louis Tue, Nov 11, 2014**

You can always view your itinerary online for the most up-to-date information.

| Airline | Record locator |
|---|---|
| United Airlines | CQRV6C |

**Traveler information**

Traveler names, loyalty programs, and ticket type

**Flight traveler information**

| | |
|---|---|
| Traveler 1 | JASON E SWEET |
| Airline Ticket Number: | 0167429111032 Electronic |
| Primary phone number: | 6176204762 |
| Seat preference: | Any Seat |
| Meal (if available): | Standard |
| Requests for disabled travelers: | Notice to airline of the ticket number |
| | |
| Traveler 2 | DANIEL G BOOTH |
| Airline Ticket Number: | 0167429111033 Electronic |
| Seat preference: | Any Seat |
| Meal (if available): | Standard |
| Requests for disabled travelers: | Notice to airline of the ticket number |
| | |
| Hotel reservations under: | Jason Sweet |

**Car registration information**

| | |
|---|---|
| Car reservation under: | JASON SWEET |
| | When you pick up your car, you must have a valid credit card in the driver's name. |

**Air + Hotel + Car**

**Cost and Billing Summary**

This booking is subject to our Privacy Policy and our Terms and Conditions

**Trip cost**

**Flight + Hotel + Car Package**

Airline ticket(s): 2
Hotel night(s): 2
Rooms: 1
Car rental days: 2

**Booked together**   **$725.83**

**Total due at booking**   **$725.83**

Includes taxes and fees

**Please Note:** You will see separate charges for this purchase totaling the purchase amount.

Additional baggage fees may apply.

This reservation was made on Fri, Oct 3, 2014 3:01 PM CDT .

**Billing information**

**Card holder's name:**
Jason E. Sweet
**Card type:**
MasterCard
**Card number:**
************9329

**Orbitz record locator PBORB-450-092-3044**

To make changes to your trip, go to Trip details | Terms and conditions

| Billing Address: |
| --- |
| 32R Essex Street |
| Cambridge, MA 02139 |
| US |

## Flight itinerary

**Orbitz record locator: PBORB-450-092-3044**

Flight terms and conditions

| Leave | Tue, Nov 11 | | 4hr 57min Total time |
| --- | --- | --- | --- |
| Depart | **Boston, Massachusetts** |  | United Airlines 5587 |
| 10:05 AM | Boston Logan Airport (BOS) \| Terminal B | | Economy \| Embraer 175 |
| Stop 1 | **Chicago, Illinois** | | 862 mi \| 2hr 55min |
| 12:00 PM | O'Hare Airport (ORD) \| Terminal 2 | | |

Seats: 16-D , 21-C | Seats are confirmed. | Meal: Food and drinks for purchase

Flight 5587 Operated by /SKYWEST DBA UNITED EXPRESS

Change planes. Time between flights: 0hr 46min

| Depart | **Chicago, Illinois** | | United Airlines 5251 |
| --- | --- | --- | --- |
| 12:46 PM | O'Hare Airport (ORD) \| Terminal 1 | | Economy \| Embraer 175 |
| Arrive | **St Louis, Missouri** | | 255 mi \| 1hr 16min |
| 2:02 PM | St Louis Airport (STL) \| Terminal 1 | | |

Seats: 15-C , 16-D | Seats are confirmed.

Flight 5251 Operated by /SKYWEST DBA UNITED EXPRESS

| Return | Thu, Nov 13 | | 4hr 29min Total time |
| --- | --- | --- | --- |
| Depart | **St Louis, Missouri** | | United Airlines 3642 |
| 7:56 AM | St Louis Airport (STL) \| Terminal 1 | | Economy \| CRJ 700 |
| Stop 1 | **Chicago, Illinois** | | 255 mi \| 1hr 24min |
| 9:20 AM | O'Hare Airport (ORD) \| Terminal 2 | | |

Seats: 16-C , 12-D | Seats are confirmed.

Flight 3642 Operated by /GOJET AIRLINES DBA UNITED EXPRESS

Change planes. Time between flights: 0hr 50min

| Depart | **Chicago, Illinois** |  | United Airlines 1547 |
| --- | --- | --- | --- |
| 10:10 AM | O'Hare Airport (ORD) \| Terminal 1 | | Economy \| Boeing 737 |
| Arrive | **Boston, Massachusetts** | | 862 mi \| 2hr 15min |
| 1:25 PM | Boston Logan Airport (BOS) \| Terminal B | | |

Meal: Food and drinks for purchase

### Trip Policies

Payment
  Your credit card will be charged the Orbitz package price indicated at the time of booking. You may see separate charges on your credit card statement - one from Orbitz and one from the supplier you selected.

Cancellation
  Cancellations of your Orbitz Package will incur a cancellation fee. The amount of the fee will depend on when you cancel. You may only cancel your entire Orbitz Package and not any individual component. See our booking terms and conditions for more details or call our Customer Service Team at 1-888-656-4546.

Change
  Changes to your Orbitz Package after the time of booking will incur both change fees and any additional amount attributable to any increase in price of your Orbitz Package that result from the changes. Changes are subject to availability and to restrictions and limitations imposed by airlines, hotels, and other travel providers. Some airline tickets cannot be changed. See our booking terms and conditions for more details or call our Customer Service Team at 1-888-656-4546.

### Flight Status Updates

The following alerts have been setup for this trip.

**Jason Sweet**
jsweet@boothsweet.com
Receiving:Departure Alerts

For flights departing early in the morning, you may receive trip notifications in the middle of the night.

*add alerts for [6] more people*

Manage alerts | Learn more

Security update: Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint. Review the latest airport security rules.

## Hotel Information

**Orbitz record locator PBORB-450-092-3044**

### Hotel

**Red Roof PLUS St Louis Forest Park/Hampton Avenue** hotel details | map

**Hotel confirmation number:** 67MWUS

5823 Wilson Ave, 5823 Wilson Ave, Saint Louis, MO 63110 US
**Phone:** +1 (314) 645-0101 | **Fax:** +1 (314) 645-0119

### Date and time:

**Check-in:** Tue, Nov 11, 2014 | **Check-out:** Thu, Nov 13, 2014
**Hotel check-in/check-out:** 03:00 PM 11:00 AM

### Reservation

Room(s): 1 | Guest(s) 2 | Night(s): 2

**Jason Sweet must check in to this room.**

Guest(s) 2 | Night(s): 2

**Room description:** 2 Full beds smoke-free with free wifi and flat screen tv

**Special requests:** Non-smoking

*Special requests are sent to the hotel but cannot be guaranteed. Orbitz recommends that you contact the hotel directly to ensure your request can be accommodated.

## Car information

**Orbitz record locator PBORB-450-092-3044**

**PRINT THIS ENTIRE PAGE.** This confirmation will serve as your **CAR VOUCHER**. You will need to present it, in its entirety, at pick-up as **PROOF OF PURCHASE**.

**Rental:**



**Budget Economy Car**

Budget Booking Reference: 49426126US1

Hyundai Accent or similar
  Automatic
  Air conditioning

**Passenger(s):** 5

**Luggage:** 2

**Pick-up:**
**Tue, Nov 11, 2014 | 2:32 PM | St Louis Airport (STL) | In terminal**
**Phone:** 314-423-7497
Shuttle information
**Arriving on flight:** United Airlines 5251

**Drop-off:**
**Thu, Nov 13, 2014 | 6:56 AM | St Louis Airport (STL) | In terminal**
(Same as pick-up location)

For a complete list of rental rules for this agency, visit the My Trips section of the website and click on car rental rules.

**Activities Information**

 **Add activities in St Louis**

Lastly, please remember that your itineraries are always available in My Trips. If you have any questions, please visit Orbitz Customer Service.

Again, thank you for choosing Orbitz.

Enjoy your trip!

The Orbitz Travel Team

**Please do not respond directly to this e-mail. Contact us here

Orbitz

500 W. Madison St., Suite 1000

Chicago, IL 60661

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

BOOTH SWEET LLP