**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-889-DRH-SCW |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY SMITH, SBC INTERNET SERVICES, | ) | |
| INC., d/b/a AT&T INTERNET SERVICES; AT&T | ) | |
| CORPORATE REPRESENTATIVE #1; COMCAST | ) | |
| CABLE COMMUNICATIONS, LLC, and | ) | |
| COMCAST CORPORATE REPRESENTATIVE #1, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF JASON E. SWEET IN SUPPORT OF DEFENDANT ANTHONY**
**SMITH'S ITEMIZATION OF ADDITIONAL EXPENSES INCURRED IN**
**CONDUCTING THIRD PARTY DISCOVERY, INCLUDING COSTS AND**
**ATTORNEY'S FEES**

I, Jason E. Sweet, do hereby swear and say as follows:

1.  I am an attorney at law licensed to practice before the Courts of the State of Massachusetts and admitted *pro hac vice* before this Court, among others. I am a partner in the law firm of Booth Sweet LLP, attorneys for Defendant Anthony Smith ("Smith"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.  Attached as Exhibit A to Smith's Itemization of Additional Expenses is an invoice accurately reflecting work I performed in this case over the last eighteen months attributable to the discovery obstructions of Plaintiff's counsel John Steele and Paul Duffy, and accurately reflecting costs and expenses Smith incurred attributable to their discovery obstructions.

3. My standard billing rate was $409.00 per hour when I began to work on this case. I have since worked at higher rates for other clients but have not sought higher rates in this case. The United States District Court for the District of Massachusetts determined that my $409.00 per hour rate was reasonable in *AF Holdings v. Chowdhury*, No. 1:12-cv-12105-JLT (D.Mass. Oct. 22, 2013). The Court has approved sanctions against Plaintiff's counsel at my $409.00 per hour rate, in an Order affirmed on appeal. Doc. 100, 183-2.

4. I devoted roughly 175 hours in this case over the last eighteen months on matters necessitated by Plaintiff's counsel's misrepresentations of their financial status and noncompliance with discovery requests, Ultimately all of that time was all attributable to John Steele and Paul Duffy's obstructions of third-party discovery, without which the time would have been obviated.

5. Attached as Exhibit B to Smith's Itemization of Additional Expenses is a true and correct copy of the Orbitz travel itinerary for my trip to St. Louis for the November 12, 2014 motion hearing. The itinerary reflects the prices of my flight, car rental, and hotel, as well as the nearly 5 hour flight time from Boston to St. Louis and the nearly 4.5 hour flight back.

6. The total amount of attorney's fees, costs and expenses incurred by my firm related to the aforementioned matters in this case is $94,343.51.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: July 2, 2015                              /s/ Jason E. Sweet_____

                                                  Jason E. Sweet

3