# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation<br>*Plaintiff(s)*<br><br>v.<br><br>Smith et al.,<br>*Defendant(s)* | Case Number:  12-889-DRH-SCW |

## **NOTICE**

**TO**: John Steele and Paul Hansmeier, Attorneys

You are notified that a Bill of Costs has been filed in this action. These costs will be adjusted and taxed by this office pursuant to Federal Rule of Civil Procedure 54(d) on July 16, 2015.  Objections to these costs, if any, shall be filed on or before this date pursuant to SDIL-LR 54.2.

Dated: July 6, 2015

JUSTINE FLANAGAN, Acting Clerk of Court

By:     *s/Mary Rakers*
          Deputy Clerk