UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** | |
| *Plaintiff*, | Civil No. 12-889 DRH |
| v. | |
| **ANTHONY SMITH, et al.,** | **NOTICE OF APPEAL** |
| *Defendants*. | |

Notice is hereby given that Paul Hansmeier hereby appeals to the United States Court of Appeals for the Seventh Circuit from a final order penalizing him joint and severally in the amount of $65,000, entered in this action on the 5th day of June, 2015 at docket number 199.


/s/ Paul Hansmeier
Paul Hansmeier
100 5th Street South
Suite 1900
Minneapolis, MN 55402
612-234-5744