UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** | |
| *Plaintiff*, | Civil No. 12-889 DRH |
| v. | |
| **ANTHONY SMITH, et al.,** | NOTICE OF APPEAL |
| *Defendants*. | |

Notice is hereby given that John Steele hereby appeals to the United States Court of Appeals for the Seventh Circuit from a final order penalizing him $112,171.75, entered in this action on July 23, 2015 at docket no. 210.

/s/ John Steele
John Steele
500 Michigan Ave.
Suite 600
Chicago, IL 60611
(312) 396-4154