# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 10, 2015

**To:**   Justine Flanagan
Acting Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-2682
>
> Caption:
> LIGHTSPEED MEDIA CORPORATION,
> Plaintiff
> v.
>
> ANTHONY SMITH,
> Defendant - Appellee
>
> APPEAL OF: JOHN STEELE

> District Court No: 3:12-cv-00889-DRH-SCW
> Court Reporter Laura Esposito
> District Judge David R. Herndon
> Clerk/Agency Rep Justine Flanagan
>
> Date NOA filed in District Court: 08/07/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)