# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 2, 2015

*By the Court:*

| Nos. 15-2440 & 15-2682 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al., Defendants - Appellees<br><br>APPEALS OF: PAUL HANSMEIER and JOHN STEELE |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon ||

The following are before the court:

1. **MOTION TO STAY APPELLATE PROCEEDINGS**, filed on August 17, 2015, by counsel for the appellant.

2. **ANTHONY SMITH'S RESPONSE TO PAUL HANSMEIER'S MOTION TO STAY APPELLATE PROCEEDINGS**, filed on August 25, 2015, by counsel for the appellee.

3. **PAUL HANSMEIER'S REPLY BRIEF RE MOTION TO STAY APPELLATE PROCEEDINGS**, filed on September 1, 2015, by counsel for the appellant.

**IT IS ORDERED** that the Motion to Stay Proceedings in appeal number 15-2440 is **DENIED**. Briefing shall proceed in accordance with this court's order issued on August 12, 2015.

form name: **c7_Order_BTC**(form ID: **178**)