# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

December 31, 2015

| | |
|---|---|
| No. 15-2440 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al., Defendants - Appellees<br><br>APPEAL OF: PAUL HANSMEIER, Attorney |
| No. 15-2682 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br>v.<br><br>ANTHONY SMITH, Defendant - Appellee<br><br>APPEAL OF: JOHN STEELE |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon | |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>Court Reporter Laura Esposito | |

District Judge David R. Herndon
Clerk/Agency Rep Justine Flanagan

Pursuant to Circuit Rule 11(b), the record is to be transmitted to this court immediately for use in the decision in the above named cause. Do not send the Exhibits unless the court specifically requests them.

form name: **c7_NoticeTransROA**(form ID: **116**)