

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**JUSTINE FLANAGAN**　　　　　　　　　　　　　　　　　　　　　　**TEL: 618.482.9371**
**ACTING CLERK OF COURT**　　　　　　　　　　　　　　　　　　　**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

January 5, 2016

Gino J. Agnello, Clerk
United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL  60604

Re:　　*Lightspeed Media Corporation v. Smith et al*
　　　　Case Number:  12-cv-889-DRH-SCW
　　　　U.S.C.A. Docket Number:  15-2682

Dear Mr. Agnello:

I have enclosed the original record on appeal which includes:

　　1　　　　Volume(s) of Pleadings
　　1　　　　Volume(s) of Transcripts
　　0　　　　Volume(s) of Depositions
　　0　　　　Envelope(s) of Sealed Documents
　　0　　　　Exhibits
　　Other:

Please acknowledge receipt of these materials.


*s/ Reid Hermann*
Deputy Clerk

Enclosure

AP-06
Rev. 4/12