

Fw: 15-2440 Lightspeed Media Corporation, et al v. Anthony Smith, et al "Original Record on Appeal filed " (3:12-cv-00889-DRH-SCW)

ILSDdb_ESL Intake   to: Christa Obucina                              01/05/2016 10:51 AM
Sent by: Reid Hermann

----- Forwarded by Reid Hermann/ILSD/07/USCOURTS on 01/05/2016 10:51 AM -----

| | |
|---|---|
| From: | CA07_CMECFMail@ca7.uscourts.gov |
| To: | |
| Date: | 01/05/2016 10:46 AM |
| Subject: | 15-2440 Lightspeed Media Corporation, et al v. Anthony Smith, et al "Original Record on Appeal filed" (3:12-cv-00889-DRH-SCW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/05/2016 at 10:45:55 AM CST and filed on 01/05/2016

| | |
|---|---|
| **Case Name:** | Lightspeed Media Corporation, et al v. Anthony Smith, et al |
| **Case Number:** | 15-2440 |
| **Document(s):** | Document(s) |

**Docket Text:**
Original record on appeal filed electronically. Contents of record : 1 vol. of pleadings. [39] [6718921] [15-2440, 15-2682] (NR)

**Notice will be electronically mailed to:**

Daniel Booth, Attorney
Mr. Paul A. Duffy, Attorney
Justine Flanagan, Acting Clerk of Court
Mr. Paul Hansmeier, Attorney
John Steele, Attorney
Mr. Jason E. Sweet, Attorney

The following document(s) are associated with this transaction:
**Document Description:** Transmittal Letter
**Original Filename:** Transmission.Letter.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=01/05/2016] [FileNumber=6718921-0]
[52396d64b9bb730c6b4b4e30cfde8af03047662636f7f86a5eb5c3b720da7ede32edb253383de912
bdafcded153580d40b6f45b3bd015bca121794c093a7fb37]]

**Document Description:** Pleadings 1 Doc 199-216
**Original Filename:** 15-2440 Pldg1, docs199-216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=01/05/2016] [FileNumber=6718921-1]
[0a9174bf833352d99dd6397cded77adf7f2667e17612890b083c867eba690975fdee1bb84a6f6f67
9fab8a4215a9c2b273abf922e00f757c2aad5081dbee0d01]]


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 6718921
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 1607044, 1607047, 1607046