

**Fw: 15-2440 Lightspeed Media Corporation , et al v. Anthony Smith, et al "Transcript filed" (3:12-cv-00889-DRH-SCW)**

ILSDdb_ESL Intake   to: Christa Obucina                          01/05/2016 11:12 AM
Sent by:   Catina Simpson

----- Forwarded by Catina Simpson/ILSD/07/USCOURTS on 01/05/2016 11:12 AM -----

| | |
|---|---|
| From: | CA07_CMECFMail@ca7.uscourts.gov |
| To: | |
| Date: | 01/05/2016 10:52 AM |
| Subject: | 15-2440 Lightspeed Media Corporation, et al v. Anthony Smith, et al "Transcript filed" (3:12-cv-00889-DRH-SCW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/05/2016 at 10:52:19 AM CST and filed on 01/05/2016

| | |
|---|---|
| **Case Name:** | Lightspeed Media Corporation, et al v. Anthony Smith, et al |
| **Case Number:** | 15-2440 |
| **Document(s):** | Document(s) |

**Docket Text:**
Filed electronic transcript of proceedings held on 11/12/14. [40] [6718927] THIS TRANSCRIPT IS FOR INTERNAL COURT USE ONLY. Remote electronic access to the transcript is ONLY available through the District Court's PACER system. [15-2440, 15-2682] (NR)

**Notice will be electronically mailed to:**

Justine Flanagan, Acting Clerk of Court


The following document(s) are associated with this transaction:
**Document Description:** Transcript Doc 222
**Original Filename:** Transcript.A.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105395651 [Date=01/05/2016] [FileNumber=6718927-0] [9e21c5a87ab58b4267603dc95397a2a88d9f92f077a16447feee99b960d7b56c513bc0a395f95844b1392966de1d841b85dc868345f4fb39a8facd89e43c955a]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6718927
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 1607058, 1607061, 1607060