

**Fw: 15-2682 Lightspeed Media Corporation, et al v. Anthony Smith "Original Record on Appeal filed" (3:12-cv-00889-DRH-SCW)**
ILSDdb_ESL Intake    to: Reid Hermann    01/07/2016 01:08 PM
Sent by: Joanne Ferrenbach

| | |
|---|---|
| From: | ILSDdb_ESL Intake/ILSD/07/USCOURTS |
| To: | Reid Hermann/ILSD/07/USCOURTS@USCOURTS |
| Sent by: | Joanne Ferrenbach/ILSD/07/USCOURTS |

----- Forwarded by Joanne Ferrenbach/ILSD/07/USCOURTS on 01/07/2016 01:08 PM -----

| | |
|---|---|
| From: | CA07_CMECFMail@ca7.uscourts.gov |
| To: | |
| Date: | 01/07/2016 12:46 PM |
| Subject: | 15-2682 Lightspeed Media Corporation, et al v. Anthony Smith "Original Record on Appeal filed" (3:12-cv-00889-DRH-SCW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/07/2016 at 12:45:42 PM CST and filed on 01/07/2016

| | |
|---|---|
| **Case Name:** | Lightspeed Media Corporation, et al v. Anthony Smith |
| **Case Number:** | 15-2682 |
| **Document(s):** | Document(s) |

**Docket Text:**
Original record on appeal filed electronically. Contents of record : 1 vol. of pleadings. [33] [6719693] [15-2682] (SP)

**Notice will be electronically mailed to:**

Daniel Booth, Attorney
Mr. Paul A. Duffy, Attorney
Justine Flanagan, Acting Clerk of Court
Mr. Paul Hansmeier, Attorney

John Steele, Attorney
Mr. Jason E. Sweet, Attorney

The following document(s) are associated with this transaction:
**Document Description:** Pldg1,docs210-216
**Original Filename:** 15-2682 Pldg1, docs 210-216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=01/07/2016] [FileNumber=6719693-0]
[052e94bc1b2e1c66248e24b5b1561cacaa77a58b46710c34e814656ed807ae2f7ff378af94fee99e8
de5981c210ead05cc1aea288f5804e5e7c263adc507bbfc]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6719693
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 1608827, 1608828