# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Lightspeed Media Corporation,
*Plaintiff(s)*

v.

Smith et al.,
*Defendant(s)*

Case Number: 12-889-DRH-SCW

## NOTICE OF MODIFICATION
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 230        DOCUMENT TITLE: Response to Order

One of the following errors/deficiencies has been identified in the document listed above:

☒   Document not linked to the Order it is responsive to.

### ACTION TAKEN BY CLERK'S OFFICE

☒   Docket entry corrected to reflect link to Order at Doc. 229.

### ACTION REQUIRED BY FILER

☒   No further action required by the filer.

Dated: September 26, 2016

JUSTINE FLANAGAN, Acting Clerk of Court

By:  *s/ Mary Rakers*
     Deputy Clerk