IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LIGHTSPEED MEDIA CORPORATION,**

    Plaintiff,

-v-

**SMITH, ET AL,**

    Defendant.               Case No.   12-CV-889-DRH-SCW

## MINUTES OF SHOW CAUSE HEARING

**PRESIDING:** Hon. David R. Herndon, U.S. District Judge

**DATE:** October 20, 2016        **PLACE:** East St. Louis, Illinois

**COURT REPORTER:** Laura Esposito    **COURTROOM DEPUTY:** Lisa Tidwell

**COUNSEL FOR LIGHTSPEED MEDIA CORPORATION:** JOHN L. STEELE

**COUNSEL FOR SMITH, ET AL:** DANIEL G. BOOTH

                                        **TIME:** 1:30 PM – 2:15 PM

---

      Attorney John L. Steele appears in open court. Attorney Daniel G. Booth appears via phone. The parties present argument and the matter is taken under advisement.